Marc B. Zimmerman
Kathryn T. Lundy
FREEBORN & PETERS LLP
1155 Avenue of Americas, 26th Floor
New York, NY 10036
(212) 218-8760
*Attorneys for Defendants Hotel 57 Services, LLC*
*Hotel 57, LLC, Ty Warner Hotels & Resorts, LLC*
*and H. Ty Warner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

|  |  |
|---|---|
| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:  Case No.: 22-CV-6781 (JSR)<br>:<br>:<br>:<br>:  **NOTICE OF MOTION TO**<br>:  **COMPEL ARBITRATION,**<br>:  **DISMISS CLASS CLAIMS**<br>:  **AND STAY ACTION**<br>:<br>:<br>:<br>: |

--------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty

Warner Hotels & Resorts, LLC, and H. Ty Warner (the "Warner Defendants"), by and through

their undersigned counsel, Freeborn & Peters LLP, respectfully will move this Court before Hon.

Jed S. Rakoff, U.S.D.J., at the United States Courthouse, Southern District of New York, 500

Pearl Street, New York, New York 10007 for an Order: (1) compelling Plaintiffs Selena Staley,

Vivian Holmes and Olive Ivey (collectively the "Plaintiffs") to arbitrate their claims alleged in

the Complaint against the Warner Defendants; (2) dismissing the class claims alleged in the

Complaint; (3) staying this action pending the completion of arbitration; and (4) for such other

and further relief as the Court deems just and proper.

As set forth in the Court's November 7, 2022 e-mail to counsel for all parties, the schedule for service and filing of the parties' papers in connection with this motion is as follows: (1) the Warner Defendants' moving papers shall be served and filed by November 15, 2022; (2) Plaintiffs' answering papers shall be served and filed by December 6, 2022; and (3) the Warner Defendants' reply papers to be served and filed by December 13, 2022.  A date for a hearing on the motion will be determined by the Court.

Dated:  New York, New York
        November 9, 2022

FREEBORN & PETERS LLP

By: */s/ Marc B. Zimmerman*
        Marc B. Zimmerman
        Kathryn T. Lundy
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
(212) 218-8760

*Attorneys for Defendants Hotel 57 Services, LLC*
*Hotel 57, LLC, Ty Warner Hotels & Resorts, LLC*
*and H. Ty Warner*