# EXHIBIT B



**FOUR SEASONS**
HOTEL
NEW YORK

August 5, 2020

Vivian Holmes
42 Wildwood Ave.
Mt. Vernon, NY 10550

Dear Vivian Holmes,

    This is to inform you that due to unforeseen business circumstances and the continued major economic downturn stemming from the COVID-19 virus pandemic and consequent travel and tourism disruptions outside the employer's control the Four Seasons Hotel New York will continue your temporary layoff which began on 7/14/2020 for an as yet undetermined number of months. The layoffs included approximately 464 employees, including yourself and are still expected to be temporary.

    You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

    This notice is supplied to you pursuant to the WARN Act as well and has been supplied to the appropriate governmental agencies.

    If you have any questions concerning anything contained in this letter, please contact me at 212-350-6604.

Sincerely,

*Rudy Tauscher*

Rudolf Tauscher

General Manager