# EXHIBIT E



**FOUR SEASONS**
HOTEL
NEW YORK

## EmPact Revisions Acknowledgement Form

I have reviewed the 2018 EmPact revisions and have asked any questions necessary to understand its content.

Selena Sylvia Staley
Print Name

*[signature]*
Signature

4-4-18
Date



**FOUR SEASONS HOTEL**
*New York*

## EmPact Revisions Acknowledgement Form

I have reviewed the 2015 EmPact revisions and have asked any questions necessary to understand its content.

Selena Sylvia Staley
_____
Print Name

*Selena Sylvia Staley*
_____
Signature

7-27-15
_____
Date

FOUR SEASONS HOTELS & RESORTS                                                    EMPACT SM

## EmPact SM
### My complete personal contract with Four Seasons Hotel New York

The Hotel 57, L.L.C., (hereinafter referred to as Four Seasons Hotel New York) recognizes my valuable service as an employee, and agrees this 8 day of June, 2011, to provide me with the benefits described in my EmPact SM. In return, I, Selena Sylvia Staley, agree to abide by the principles, goals and policies in this EmPact SM. I acknowledge that the conditions contained in EmPact SM may be modified in writing from time to time by the Four Seasons Hotel New York as contemplated on page 2 of this contract.

I have read EmPact SM and promise to:
- Abide by Four Seasons Hotel New York goals and standards;
- Accept my compensation and benefits;
- Use C.A.R.E. first for all complaints even if I have exercised my right to opt out of the mediation/arbitration provisions of C.A.R.E.; and
- Unless I have exercised my right to opt out, use the mediation/arbitration procedure described in C.A.R.E. as the exclusive method of resolving any dispute I may have relating to termination of my employment (including constructive discharge) and/or claims of employment discrimination, harassment, or wage/hour violations.

The Four Seasons Hotel New York promises to comply with its obligations under EmPact SM by:
- Treating me with dignity and respect;
- Providing competitive compensation and benefits;
- Following C.A.R.E.; and providing opportunities for learning and career development; and
- Providing access to the mediation/arbitration procedure described in C.A.R.E. at a minimum cost to me for the arbitrator's expenses and fees; or
- Utilizing C.A.R.E. as its exclusive remedy for resolving any disputes relating to my termination (including claims of constructive discharge) and/or claims of employment discrimination, harassment, or wage/hour violations.

The term of EmPact sm is one year and is automatically renewed unless the following occurs:
- I voluntarily resign
- I am permanently laid off
- I am involuntarily terminated (I can still pursue my rights under C.A.R.E.)
- I choose to remain an "At Will" employee

The Four Seasons Hotel New York and I, Selena Sylvia Staley, acknowledge and understand this unique EmPact SM relationship, effective through the duration of my employment. EmPact SM is the entire agreement between me and Four Seasons Hotel New York unless modified by a specific letter, the terms of which supersede certain defined parts of EmPact SM. The Four Seasons Hotel New York employing me under EmPact SM's terms and my working under EmPact SM's terms support this contract.

Our signatures confirm our mutual agreement to this philosophy, these goals, and all the rights and responsibilities in this EmPact SM or as modified in writing by the hotel after completion of my 90-day, probationary period.

Christoph Schmidinger
General Manager/RVP

Employee Signature

## EmPact Revisions Acknowledgement Form

I have reviewed the 2008 EmPact revisions and have asked any questions necessary to understand its content.

_Selena S. Harris_
Print Name

_Selena S Harris_ (signature)
Signature

_10-31-08_
Date