# EXHIBIT G

## EmPact

Empact is my Employment Pact - my complete personal contract with the Four Seasons Hotel New York.

The Four Seasons Hotel New York recognizes my valuable service as an employee, and agrees this 30 day of October, 19 97, to provide me with the benefits described in my Empact. In return, I, Olive Ivey-Williams, agree to abide by the principles, goals and policies in this EmPact.

### THE FOUR SEASONS PHILOSOPHY

EmPact is based upon the principle that excellence in hospitality service means:

- My personal commitment to complete guest satisfaction; and

- Four Seasons' promise of a positive, quality working environment.

### FOUR SEASONS GOALS

We agree that The Four Seasons' Philosophy is achieved by attaining the following goals:

- To anticipate and attend to every guest's need, no matter how small;

- To provide superior, professional hospitality service for a reasonable reward;

- To serve each guest with warmth, courtesy, and sincerity;

- To foster team cooperation, creativity, and success; and

- To be sensitive to each other's dignity, needs and ideas.

Our signatures confirm our mutual agreement to this philosophy, these goals, and all the rights and responsibilities in this EmPact for the duration of my employment following the completion of my ninety-day probationary period.

_____
Thomas Gurtner
General Manager

_____

8

## EmPact SUMMARY AND UNDERSTANDING

I have read EmPact and promise to:

* Abide by the Four Seasons Hotel New York's goals and standards;

* Accept my compensation and benefits;

* Use C.A.R.E. first for all complaints; and

* Accept the No-Fault Separation Pay as my relief for any breach of EmPact by the Four Seasons Hotel New York.

The Four Seasons Hotel New York promises to:

* Treat me with dignity and respect;

* Provide competitive compensation and benefits;

* Follow C.A.R.E.; and provide opportunities for learning and career development.

The Four Seasons Hotel New York and I, __Olive  Trey-Williams__, acknowledge and understand this unique Empact relationship, effective __10-20-97__ _____, 19__97__. EmPact is the entire agreement between me and the Four Seasons Hotel New York unless modified by a specific letter, the terms of which supersede certain defined parts of my EmPact. The Four Seasons Hotel New York's employing me under EmPact's terms and my working under EmPact's terms support the existence of this contract.

_____
Thomas Gurtner
General Manager

64



## EmPact Revisions Acknowledgement Form

I have reviewed the 2018 EmPact revisions and have asked any questions necessary to understand its content.

Olive Rodriguez
Print Name

[signature]
Signature

4/18/18
Date



## FOUR SEASONS
HOTEL
NEW YORK

## EmPact Revisions Acknowledgement Form

I have reviewed the 2018 EmPact revisions and have asked any questions necessary to understand its content.

Oliver Rodriguez
Print Name

_[signature]_
Signature

4/18/18
Date