```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -v-<br><br>FSR INTERNATIONAL HOTEL INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS LLC, and H. TY WARNER,<br><br>    Defendants. | 22-cv-6781 (JSR)<br><br>ORDER |

On February 2, 2023, plaintiffs moved to compel disclosure of the Hotel Management Agreement ("HMA") executed between defendants. After consideration of the parties' briefs on the subject and an <u>in camera</u> review of the HMA, the Court rules as follows:

<u>First</u>, the defendants are instructed to unredact the following portions of the HMA:

- Page 5, Art. I, Sec. 1.01, Subsection (u), entitled "Comparable Hotel," except for the final clause beginning "provided that," which may remain redacted.

- Part 45, Art. VIII, Sec. 8.04, entitled "Centralized Purchasing," except for the portion of subsection (a)

1

beginning "which is currently" and ending "total cost of purchase," which may remain redacted.

- Pages 47-50, Art. IX, Secs. 9.01-9.03, entitled "Name of Hotel," "Interest of Operator in Proprietary Materials," and "Use of Proprietary Materials by Owner."
- Pages 54 through 57, Art. X, Secs. 10.05-06, entitled "Manner of Payment of Fees and Charges, Costs and Expenses," and "Payment of Available Cash."
- Pages 61 through 69, Arts. XIII-XV, entitled "Repairs, Replacements, Maintenance, and Improvements," "Damage to and Destruction of the Hotel," and "Expropriation."
- Pages 70 through 76, Art. XVII, entitled "Insurance."
- Pages 80 through 84, Art. XVIII, Secs. 18.07-09, entitled "Right of First Offer," "Owner's Buy-Out Right," "Operator's Buy-Out Right."
- Pages 86 through 89, Art. XIX, Secs. 19.05-06, entitled "Owner's Right to Terminate" and "Owner's Additional Rights to Terminate."
- Pages 90 through 91, Art. XIX, Secs. 19.08, entitled "Use of Proprietary Materials Following Termination."

Second, defendants are directed to produce to plaintiffs' attorneys the newly redacted HMA -- including any amendments made

to it -- subject to a "Confidential -- Attorneys' Eyes Only" designation.

    SO ORDERED.

Dated:   New York, NY
          March 2, 2023

                                              _____
                                              JED S. RAKOFF, U.S.D.J.