# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY

on behalf of themselves and all others similarly situated

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:22 CV 06781 ( JSR )( )

-against-

FSR INTERNATIONAL HOTEL INC., HOTEL 57 SERVICES, LLC, HOTEL 57, LLC,

TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: May 3, 2023

(date that judgment or order was entered on docket)

that: denies Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts, LLC and H. Ty Warner's Motion (1) compelling Plaintiffs to arbitrate their claims; (2) dismissing the class claims; (3) staying this action pending the completion of arbitration; and (4) for such other and further relief as the Court deems just and proper.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

May 3, 2023

Dated

Signature

Lundy, Kathryn, T

Name (Last, First, MI)

Smith, Gambrell & Russell, LLP 1301 Avenue of the Americas, 21st Floor New York, NY 10019

Address | City | State | Zip Code

646-887-9580 | | klundy@sgrlaw.com

Telephone Number | | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13