UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SELENA STALEY, VIVIAN HOLMES, and
OLIVE IVEY, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

-against-                                                                 No. 22-cv-6781 (JSR)

FSR INTERNATIONAL HOTELS INC. d/b/a
FOUR SEASONS HOTELS AND RESORTS,
HOTEL 57 SERVICES, LLC, HOTEL 57,
LLC, TY WARNER HOTELS & RESORTS
LLC, and H. TY WARNER,

    Defendants.
----------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Defendant FSR International Hotels Inc. ("FSR"), appeals to the United States Court of Appeals for the Second Circuit from the Order entered by Judge Jed S. Rakoff of this Court on May 3, 2023 (Dkt. 70)(the "Order") denying FSR's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action and from any and all of the Court's rulings adverse to FSR incorporated in, antecedent to, or ancillary to the Order. *See* 9 U.S.C. § 16(a)(1)(A),(B).

Dated: New York, New York
       May 3, 2023

                                        **STOKES WAGNER, ALC**

                                        */s/ Paul E. Wagner*
                                        _____

                                        Paul Wagner
                                        John Hunt
                                        903 Hanshaw Road
                                        Ithaca, New York 14850
                                        (607) 257-5165

*Attorneys for Defendant,*
*FSR International Hotels Inc.*

Case 1:22-cv-06781-JSR    Document 72    Filed 05/03/23    Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Appeal was electronically filed using the Court's CM/ECF system which will automatically send copies of same to counsel of record below:

**Evan Craig Brustein**
Brustein Law PLLC
299 Broadway
Ste 17th Floor
New York, NY 10007
212-233-3900
212-285-0531 (fax)
evan@brusteinlaw.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Maya Risman**
Risman & Risman, P.C.
299 Broadway
Ste Fl. 17
New York, NY 10007
212-233-6400
info@risman-law.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
212-248-7906
212-248-7908 (fax)
brian@bromberglawoffice.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Kathryn Lundy**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
klundy@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**Marc Brian Zimmerman**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
mzimmerman@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**James J. Boland**
Smith, Gambrell & Russell, LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606
312-360-6736
jboland@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

Dated: May 3, 2023

**STOKES WAGNER, ALC**

*/s/ Paul E. Wagner*
_____
Paul Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendant,*
*FSR International Hotels, Inc.*