UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,

                Plaintiffs,

    v.

FSR INTERNATIONAL HOTEL INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER

                Defendants.
----------------------------------------------------------------- X

Case No.: 22-CV-6781 (JSR)

**AMENDED NOTICE OF APPEAL**

**WHEREAS** on May 3, 2023 Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts, LLC and H. Ty Warner (collectively the "Defendants") filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit from the Order entered by this Court on May 3, 2023 (the "Order") denying Defendants' Motion to Compel Arbitration, Dismiss Class Claims and Stay Action pursuant to 9 U.S.C. § 16(a)(1)(A) and (B). *See* Dkt. No. 71 (Notice of Appeal).

**WHEREAS**, the Order provides that "[a]n opinion explaining these rulings will issue in due course." *See* Dkt. No. 70 (Order).

**WHEREAS**, on July 5, 2023, the Court issued a Memorandum and Opinion which "sets forth the Court's reasons" for the Order (the "Memorandum and Opinion"). *See* Dkt. No. 73; and now therefore

**AMENDED NOTICE** is hereby given that Defendants appeals to the United States Court of Appeals for the Second Circuit from the (1) Order and the (2) Memorandum and Opinion (*see*

Dkt Nos. 70 and 73) denying Defendants' Motion to Compel Arbitration, Dismiss Class Claims and Stay Action pursuant to 9 U.S.C. § 16(a)(1)(A) and (B).

Dated: New York, New York
July 11, 2023

        SMITH, GAMBRELL & RUSSELL, LLP

        By: */s/ Kathryn T. Lundy*
            Kathryn T. Lundy, Esq.
            Marc B. Zimmerman, Esq.
        1301 Avenue of the Americas, 21st Floor
        New York, NY 10019
        (212) 907-9700

        James J. Boland, Esq. (*admitted pro hac vice*)
        SMITH, GAMBRELL & RUSSELL LLP
        311 S. Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        (312) 360-6000

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts, LLC and H. Ty Warner*