**1:22-cv-06781-JSR** Staley et al v. Four Seasons Hotels and Resorts et al
Jed S. Rakoff, presiding
**Date filed:** 08/09/2022
**Date of last filing:** 07/05/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:*  08/09/2022 | Complaint |
| 2 | *Filed & Entered:*  08/09/2022 | Civil Cover Sheet |
|  | *Filed & Entered:*  08/10/2022 | Case Opening Initial Assignment Notice |
|  | *Filed & Entered:*  08/10/2022 | Case Designation |
|  | *Filed & Entered:*  08/10/2022 | Case Designated ECF |
|  | *Filed & Entered:*  08/10/2022 | Notice to Attorney Regarding Case Opening Statistical Error Correction |
|  | *Filed & Entered:*  08/10/2022 | Notice to Attorney Regarding Party Modification |
| 3 | *Filed & Entered:*  08/11/2022 | Notice of Appearance |
| 4 | *Filed & Entered:*  08/29/2022 | Request for Issuance of Summons |
| 5 | *Filed & Entered:*  08/29/2022 | Request for Issuance of Summons |
| 6 | *Filed & Entered:*  08/29/2022 | Request for Issuance of Summons |
| 7 | *Filed & Entered:*  08/29/2022 | Request for Issuance of Summons |
| 8 | *Filed & Entered:*  08/29/2022 | Request for Issuance of Summons |
| 9 | *Filed & Entered:*  08/30/2022 | Summons Issued |
| 10 | *Filed & Entered:*  08/30/2022 | Summons Issued |
| 11 | *Filed & Entered:*  08/30/2022 | Summons Issued |
| 12 | *Filed & Entered:*  08/30/2022 | Summons Issued |
| 13 | *Filed & Entered:*  08/30/2022 | Summons Issued |
| 14 | *Filed & Entered:*  09/08/2022 | Affidavit of Service Complaints |
| 15 | *Filed & Entered:*  09/08/2022 | Affidavit of Service Complaints |
| 16 | *Filed & Entered:*  09/08/2022 | Affidavit of Service Complaints |
| 17 | *Filed & Entered:*  09/08/2022 | Affidavit of Service Complaints |
| 18 | *Filed & Entered:*  10/14/2022 | Waiver of Service Executed |
| 19 | *Filed & Entered:*  10/17/2022 | Notice of Appearance |
| 20 | *Filed & Entered:*  10/17/2022 | Notice of Appearance |
| 21 | *Filed & Entered:*  10/17/2022 | Notice of Appearance |
| 22 | *Filed & Entered:*  10/17/2022 | Notice of Appearance |
| 23 | *Filed & Entered:*  11/03/2022<br>*Terminated:*  11/07/2022 | Motion to Appear Pro Hac Vice |
|  | *Filed & Entered:*  11/04/2022 | Notice Regarding Pro Hac Vice Motion |
|  | *Filed:*  11/07/2022<br>*Entered:*  11/21/2022 | Set Deadlines |

| 24 | Filed & Entered:  11/07/2022 | Order on Motion to Appear Pro Hac Vice |
|---|---|---|
| 25 | Filed & Entered:  11/07/2022 | Order for Initial Pretrial Conference |
| 26 | Filed & Entered:  11/09/2022 | Rule 7.1 Corporate Disclosure Statement |
| 27 | Filed & Entered:  11/09/2022 | Motion to Compel Arbitration |
| 28 | Filed & Entered:  11/09/2022 | Motion to Dismiss |
| 29 | Filed & Entered:  11/15/2022 | Declaration in Support of Motion |
| 30 | Filed & Entered:  11/15/2022 | Declaration in Support of Motion |
| 31 | Filed & Entered:  11/15/2022 | Memorandum of Law in Support of Motion |
| 32 | Filed & Entered:  11/18/2022 | Proposed Case Management Plan |
|  | Filed & Entered:  11/22/2022 | Pretrial Conference - Initial |
| 33 | Filed & Entered:  11/22/2022 | Case Management Plan |
| 34 | Filed & Entered:  11/28/2022 | Rule 7.1 Corporate Disclosure Statement |
| 35 | Filed & Entered:  11/28/2022<br>Terminated:       05/03/2023 | Motion to Compel Arbitration |
| 36 | Filed & Entered:  11/28/2022 | Memorandum of Law in Support of Motion |
| 37 | Filed & Entered:  11/28/2022 | Declaration in Support of Motion |
| 38 | Filed & Entered:  11/28/2022 | Declaration in Support of Motion |
| 39 | Filed & Entered:  12/05/2022 | Declaration in Support of Motion |
| 40 | Filed & Entered:  12/05/2022 | Declaration in Support of Motion |
| 41 | Filed & Entered:  12/05/2022 | Memorandum of Law in Support of Motion |
| 42 | Filed & Entered:  12/05/2022 | Answer to Complaint |
| 43 | Filed & Entered:  12/06/2022 | Declaration in Opposition to Motion |
| 44 | Filed & Entered:  12/06/2022 | Memorandum of Law in Opposition to Motion |
| 45 | Filed & Entered:  12/13/2022 | Reply Memorandum of Law in Support of Motion |
| 46 | Filed & Entered:  12/13/2022 | Reply Memorandum of Law in Support of Motion |
| 47 | Filed & Entered:  12/16/2022 | Amended Complaint |
|  | Filed & Entered:  12/19/2022 | Notice to Attorney Regarding Deficient Pleading |
|  | Filed & Entered:  12/19/2022 | Add Party for Pleading |
| 48 | Filed & Entered:  12/19/2022 | Amended Complaint |
|  | Filed:             01/12/2023<br>Entered:          01/13/2023 | Telephone Conference |
| 49 | Filed & Entered:  01/17/2023 | Answer to Amended Complaint |
| 50 | Filed & Entered:  01/20/2023 | Motion to Dismiss |
| 51 | Filed & Entered:  01/20/2023 | Declaration in Support of Motion |
| 52 | Filed & Entered:  01/20/2023 | Declaration in Support of Motion |
| 53 | Filed & Entered:  01/20/2023 | Memorandum of Law in Support of Motion |
| 54 | Filed & Entered:  02/01/2023 | Notice of Appearance |
| 55 | Filed & Entered:  02/07/2023 | Declaration in Opposition to Motion |
| 56 | Filed & Entered:  02/07/2023 | Declaration in Opposition to Motion |
| 57 | Filed & Entered:  02/07/2023 | Memorandum of Law in Opposition to Motion |
|  | Filed:             02/14/2023 | Set Hearings |

| | | | |
|---|---|---|---|
| | *Entered:* | 02/15/2023 | |
| 58 | *Filed & Entered:* | 02/14/2023 | Reply Memorandum of Law in Support of Motion |
| | *Filed & Entered:* | 02/15/2023 | Telephone Conference |
| | *Filed & Entered:* | 02/15/2023 | Telephone Conference |
| 59 | *Filed & Entered:* *Terminated:* | 02/16/2023 07/05/2023 | Motion to Stay |
| 60 | *Filed & Entered:* | 02/23/2023 | Declaration in Opposition to Motion |
| 61 | *Filed & Entered:* | 02/23/2023 | Memorandum of Law in Opposition to Motion |
| 62 | *Filed & Entered:* *Terminated:* | 02/24/2023 03/06/2023 | Motion to Appear Pro Hac Vice |
| | *Filed & Entered:* | 02/27/2023 | Notice Regarding Pro Hac Vice Motion |
| | *Filed:* *Entered:* | 02/27/2023 03/06/2023 | Telephone Conference |
| 63 | *Filed & Entered:* | 03/02/2023 | Order |
| 64 | *Filed & Entered:* | 03/06/2023 | Order on Motion to Appear Pro Hac Vice |
| 65 | *Filed & Entered:* | 03/07/2023 | Notice of Appearance |
| 66 | *Filed & Entered:* | 03/08/2023 | Protective Order |
| | *Filed & Entered:* | 04/03/2023 | Terminate Hearings |
| 67 | *Filed & Entered:* | 04/03/2023 | Notice of Change of Address |
| 68 | *Filed & Entered:* | 04/03/2023 | Notice of Change of Address |
| 69 | *Filed & Entered:* | 04/03/2023 | Notice of Change of Address |
| | *Filed:* *Entered:* | 04/17/2023 04/18/2023 | Telephone Conference |
| | *Filed:* *Entered:* | 04/25/2023 04/26/2023 | Telephone Conference |
| 70 | *Filed & Entered:* | 05/03/2023 | Order on Motion to Compel Arbitration |
| 71 | *Filed & Entered:* | 05/03/2023 | Notice of Appeal |
| 72 | *Filed & Entered:* | 05/03/2023 | Notice of Appeal |
| | *Filed & Entered:* | 05/04/2023 | Transmission of Notice of Appeal and Docket Sheet to USCA |
| | *Filed & Entered:* | 05/04/2023 | Appeal Record Sent to USCA - Electronic File |
| | *Filed & Entered:* | 05/04/2023 | Transmission of Notice of Appeal and Docket Sheet to USCA |
| | *Filed & Entered:* | 05/04/2023 | Appeal Record Sent to USCA - Electronic File |
| | *Filed:* *Entered:* | 05/05/2023 05/08/2023 | Terminate Deadlines |
| 73 | *Filed & Entered:* | 07/05/2023 | Memorandum & Opinion |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/10/2023 16:56:47 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:22-cv-06781-JSR |

| Billable Pages: | 3 | Cost: | 0.30 |
|---|---|---|---|