UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

FSR INTERNATIONAL HOTEL INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER

                Defendants.

------------------------------------------------------------------ X

Case No.: 22-CV-6781 (JSR)

**AMENDED NOTICE OF APPEAL**

Defendant FSR International Hotels Inc. ("FSR"), hereby files this Amended Notice of Appeal to the United States Court of Appeals for the Second Circuit. As grounds therefore, FSR respectfully shows as follows:

1. On May 3, 2023, FSR filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit from the Order entered by this Court on May 3, 2023 (the "Order") denying FSR's Motion To Compel Arbitration, Dismiss Class Claims And Stay Action pursuant to 9 U.S.C. § 16(a)(1)(A) and (B). *See* Dkt. No. 72 (Notice of Appeal).

2. The Court's Order further provided that "[a]n opinion explaining these rulings will issue in due course." *See* Dkt. No. 70 (Order).

3. On July 5, 2023, the Court issued a Memorandum and Opinion which "sets forth the Court's reasons" for the Order (the "Memorandum and Opinion"). *See* Dkt. No. 73;

4. Accordingly, FSR now provides this **AMENDED NOTICE** that FSR appeals to the United States Court of Appeals for the Second Circuit from the (1) Order and the (2) Memorandum and Opinion (*see* Dkt Nos. 70 and 73) denying Defendants' Motion to Compel Arbitration, Dismiss Class Claims and Stay Action, and from any and all of the Court's rulings adverse to FSR incorporated in, antecedent to, or ancillary to the Order and Memorandum and Opinion. *See* 9 U.S.C. § 16(a)(1)(A),(B).

Dated: New York, New York
July 12, 2023

                                          **STOKES WAGNER, ALC**

                                          */s/ Paul E. Wagner*

                                          Paul Wagner
                                          John Hunt
                                          903 Hanshaw Road
                                          Ithaca, New York 14850
                                          (607) 257-5165

                                          *Attorneys for Defendant,*
                                          *FSR International Hotels Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing "AMENDED NOTICE OF APPEAL" was electronically filed using the Court's CM/ECF system which will automatically send copies of same to counsel of record below:

**Evan Craig Brustein**
Brustein Law PLLC
299 Broadway
Ste 17th Floor
New York, NY 10007
212-233-3900
212-285-0531 (fax)
evan@brusteinlaw.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Maya Risman**
Risman & Risman, P.C.
299 Broadway
Ste Fl. 17
New York, NY 10007
212-233-6400
info@risman-law.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
212-248-7906
212-248-7908 (fax)
brian@bromberglawoffice.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Kathryn Lundy**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
klundy@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**Marc Brian Zimmerman**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
mzimmerman@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**James J. Boland**
Smith, Gambrell & Russell, LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606
312-360-6736
jboland@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

Dated: July 12, 2023

          **STOKES WAGNER, ALC**

          */s/ Paul E. Wagner*
          _____

          Paul Wagner
          903 Hanshaw Road
          Ithaca, New York 14850
          (607) 257-5165
          pwagner@stokeswagner.com

          *Attorneys for Defendant,*
          *FSR International Hotels, Inc*.