UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Selena Staley, Vivian Holmes, and Olive Ivey,

    Plaintiffs,

-v-

Hotel 57 Services, LLC, et al.,

    Defendants.

---

22-cv-6781 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    By Order dated May 3, 2023, the Court denied the defendants' motion to compel arbitration and to strike the class allegations in the plaintiffs' Amended Complaint. See Dkt. No. 70. Subsequently, on July 5, 2023, the Court issued an Opinion and Order setting forth the reasons for its Order. See Dkt. No. 73. In light of the defendants' decision to seek interlocutory appeal of the Court's Opinion and Order, see Dkt. Nos. 71-72, all matters in this case are hereby stayed pending resolution of the defendants' appeal. See Coinbase Inc. v. Bielski, No. 21-105 at slip op. (U.S. 2023) (holding that a "district court must stay its pre-trial and trial proceedings while [an] interlocutory appeal [of an order denying a motion to compel arbitration] is ongoing").

    SO ORDERED.

New York, NY
July 21, 2023

                                                   JED S. RAKOFF, U.S.D.J.