UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

-v-

FSR INTERNATIONAL HOTEL INC., *doing business as* Four Seasons Hotels and Resorts, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS LLC, and H. TY WARNER,

    Defendants.

---

22-cv-6781 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On May 1, 2024, the Court held a telephonic case management conference in the above-captioned case, at which it set the following deadlines:

    Plaintiffs may file a motion for class certification by May 10, 2024, to which defendants may file opposition papers by May 31, 2024, and to which plaintiffs may file reply papers by June 14, 2024. The Court will hold oral argument, which may include an evidentiary hearing, on class certification on June 20, 2024 at 4:30 PM in Courtroom 14B.

    Any party may file a motion for summary judgment by May 31, 2024, to which an opposing party may file opposition papers by August 8, 2024, and to which the movant may file reply papers by August 22, 2024. Any party may file a motion for judicial notice

1

of certain documents simultaneously with a motion for summary judgment, to which opposition and reply papers will follow on the same schedule. The Court will hold a final pretrial conference, at which it will hear oral argument on any summary judgment motions, on August 28, 2024 at 3:30 PM in Courtroom 14B.

    SO ORDERED.

New York, NY  
May _1_, 2024

                                                JED S. RAKOFF, U.S.D.J