# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SELENA STALEY, VIVIAN HOLMES, and OLIVE     :
IVEY, on behalf of themselves and all others similarly     :
situated,     :
                Plaintiffs,     :    **DECLARATION OF**
    :    **VIVIAN HOLMES**
         -against-     :
    :
FOUR SEASONS HOTELS AND RESORTS,     :
HOTEL 57 SERVICES, LLC, HOTEL 57 LLC, TY     :
WARNER HOTELS & RESORTS, LLC, and H. TY     :
WARNER,     :
    :
           Defendants.     :    22-CV-6781 (JSR)
------------------------------------------------------------------X

       I, Vivian Holmes, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am one of the named Plaintiffs in this action.

2. Beginning in March of 2020, I went from working 40 hours per week at the Four Seasons Hotel New York to working less than 17 hours per week there.

3. I have not worked more than 17 hours per week at the Four Seasons Hotel New York since my hours were reduced there in March 2020.

4. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 6, 2023

                          By:   _____
                                Plaintiff Vivian Holmes

1