# EXHIBIT B



FOUR SEASONS
HOTEL
NEW YORK

April 30, 2020

Dear Four Seasons Family:

It is hard to believe that it has been more than a month since we made the difficult decision to temporarily suspend hotel operations and then shortly after, reopen to provide housing for the Health Care Professionals working on the front lines. During this time, our complete focus has been to provide you with as much information as possible and to continue to ensure the safety and well-being of our employees and guests.

Thank you for your continued patience as we work through these very challenging times. Please see below for the most recent updates.

### Hotel Operations

As you are aware, on March 20, 2020, we made the difficult decision to temporarily suspend most of the hotel operations. Shortly thereafter, our owner Ty Warner asked us to re-open the hotel to provide housing for the medical staff dedicated to fighting this pandemic. Since our last communication to you, we have been in discussions with ownership regarding the extension of housing medical staff. Earlier this week it was determined that we would continue to provide complimentary housing for the medical community until **May 31, 2020.**

Additionally, the COVID-19 pandemic has continued to impact our business and the hospitality industry. With the social distancing guidelines and the stay-at-home orders still in place, it is necessary to extend the suspension of regular hotel operations until **June 15, 2020**. We will advise if this date is to be revised or extended.

Your safety and well-being remains at the center of our approach.

These are unprecedented times! Thank you for working together with us to help keep you and everyone else as safe as possible! If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.

Warm Regards,

Elizabeth Ortiz

Director, People and Culture