# EXHIBIT H

| # | Employee ID | Position | Pay Date ==> | 10/21/2021 | 10/28/2021 | 11/4/2021 | 11/11/2021 | 11/18/2021 | 11/25/2021 | 12/2/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10324099 | Front Desk Receptionist | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 2 | 10364158 | Concierge | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 3 | 10209529 | Guest Recognition Specialist | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 4 | 10274624 | Accounts Payable Clerk | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 5 | 10265834 | Front Office Coordinator | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 6 | 10204984 | Guest Relations Coordinator | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 7 | 10209554 | Executive Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 8 | 10350855 | Sales Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 9 | 10209673 | Accounts Receivable Clerk | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 10 | 10356971 | Concierge | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 11 | 10347876 | Concierge | $ | - | $ - | $ - | $ - | $ 500.00 | $ 500.00 | $ 500.00 |
| 12 | 10209914 | Reservations Agent | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 13 | 10340915 | Reservations Agent | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 14 | 10209877 | Reservations Agent | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 15 | 10354445 | Catering Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 16 | 10270605 | Food and Beverage Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 17 | 10322713 | Front Desk Supervisor | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 18 | 10209885 | P&C Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 19 | 10209520 | Rooms Administrative Assistant | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 20 | 10350124 | Group Rooms Coordinator | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 21 | 10209660 | Purchasing Coordinator | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 22 | 10209677 | Front Desk Supervisor | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 23 | 10303829 | Concierge | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 24 | 10209496 | Concierge | $ | 500.00 | $ 500.00 | $ - | $ - | $ - | $ - | $ - |
| 25 | 10209564 | Concierge | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 26 | 10209803 | Concierge | $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| 27 | 10209317 | Concierge - No longer on Taskforce since 9/24 | | | | | | | | |
| 28 | 10209630 | General Cashier-On Leave from 12/5/2022 | | | | | | | | |
| 29 | 10209895 | Reservations Agent | $ | 500.00 | | | | | | |
| 30 | 10209957 | Guest Relations - No longer on Taskforce | | | | | | | | |
| 31 | 10282243 | Generalist | | | | | | | | |
| 32 | 10293776 | Reservations | | | | | | | | |
| | 10209320 | Sales-Employee Transferred | | | | | | | | |
| | 10313675 | Sales | | | | | | | | |

| | | Pay Date ==> | 10/21/2021 | 10/28/2021 | 11/4/2021 | 11/11/2021 | 11/18/2021 | 11/25/2021 | 12/2/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Total Weekly Payout | | $ | 13,000.00 | $ 12,500.00 | $ 12,000.00 | $ 12,000.00 | $ 12,500.00 | $ 12,500.00 | 12,500.00 |
| ER Tax | | $ | 994.50 | $ 956.25 | $ 918.00 | $ 918.00 | $ 956.25 | $ 956.25 | 956.25 |
| Total Cost | | $ | 13,994.50 | $ 13,456.25 | $ 12,918.00 | $ 12,918.00 | $ 13,456.25 | $ 13,456.25 | 13,456.25 |
| Running Total | | $ | 13,994.50 | $ 27,450.75 | $ 40,368.75 | $ 53,286.75 | $ 66,743.00 | 80,199.25 | $ 93,655.50 |

| | 12/9/2021 | 12/16/2021 | 12/23/2021 | 12/30/2021 | 1/6/2022 | 1/13/2022 | 1/20/2022 | 1/27/2022 | 2/3/2022 | 2/10/2022 | 2/17/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | - | - | - | - | - | - | - | - | - |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | - | - | - | - | - | | | | - | - | - |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| $ | 4,000.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 4,000.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 20,500.00 | 13,500.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| $ | 1,568.25 | 1,032.75 | 994.50 | 994.50 | 994.50 | 994.50 | 994.50 | 994.50 | 994.50 | 994.50 | 994.50 |
| $ | 22,068.25 | 14,532.75 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 | 13,994.50 |
| $ | 115,723.75 | 130,256.50 | 144,251.00 | 158,245.50 | 172,240.00 | 186,234.50 | 200,229.00 | 214,223.50 | 228,218.00 | 242,212.50 | 256,207.00 |

| | 2/24/2022 | 3/3/2022 | 3/10/2022 | 3/17/2022 | 3/24/2022 | 3/31/2022 | 4/7/2022 | 4/14/2022 | 4/21/2022 | 4/28/2022 | 5/5/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | - | - | - | - | - | - | - | - | - |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | - | - | - | - | - | - | - | - | - | - | - |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | - | - | - | - | - | - | - | - | - | | |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | $ - | $ - |
| | | | | | | | | | | | |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| $ | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| | | | | | | | | | | | |
| $ | 13,000.00 | 13,000.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 |
| $ | 994.50 | 994.50 | 956.25 | 956.25 | 956.25 | 956.25 | 956.25 | 956.25 | 956.25 | 956.25 | 956.25 |
| $ | 13,994.50 | 13,994.50 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 | 13,456.25 |
| $ | 270,201.50 | 284,196.00 | 297,652.25 | 311,108.50 | 324,564.75 | 338,021.00 | 351,477.25 | 364,933.50 | 378,389.75 | 391,846.00 | 405,302.25 |

| 5/12/2022 | 5/19/2022 | 5/26/2022 | 6/2/2022 | |
|---|---|---|---|---|
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | $ - | $ - | $ 1,500.00 | |
| $ 500.00 | | | | |
| $ - | | | | **Transferred to Anguilla** |
| $ 500.00 | | | | |
| $ - | | | | **Transferred to Downtown** |
| $ 500.00 | | | | |
| $ 500.00 | | | | **Transferred to FT Lauderdale 6/25** |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| | | | | |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| | | | | **Transferred to Boston** |
| $ - | $ - | $ 2,000.00 | | **Only entitled to the weeks she was not on taskforce - NO CATCH UP** |
| | | | | **Still on Taskforce** |
| $ 500.00 | | | | |
| $ 500.00 | | | | |
| $ 12,500.00 | $ - | $ 2,000.00 | $ 1,500.00 | |
| $ 956.25 | $ - | $ 153.00 | $ 114.75 | |
| $ 13,456.25 | $ - | $ 2,153.00 | $ 1,614.75 | |
| $ 418,758.50 | $ 418,758.50 | $ 420,911.50 | $ 422,526.25 | |

| $500 CAP TOTAL FROM 10/21/2021 TO 5/19/2022 | 7/14/2022 | 7/21/2022 |
|---|---|---|
| $ 15,000.00 | | |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | | |
| $ 15,000.00 | | |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 14,500.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 10,000.00 | | |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 4,500.00 | | |
| $ 15,000.00 | | |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | | |
| $ 15,000.00 | | |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 1,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ 15,000.00 | $ 1,000.00 | $ 500.00 |
| $ - | | |
| $ - | | |
| $ 500.00 | | |
| $ 2,000.00 | $ 1,000.00 | $ 500.00 |
| $ - | | |
| $ - | | |
| $ 15,000.00 | | |
| $ 15,000.00 | | |
| $ 392,500.00 | $ 19,000.00 | $ 9,500.00 |
| $ 30,026.25 | $ 1,453.50 | $ 726.75 |
| $ 422,526.25 | $ 20,453.50 | $ 10,226.75 |
| | $ 442,979.75 | $ 453,206.50 |
| $ - | | |

| 7/28/2022 | 8/4/2022 | 8/11/2022 | 8/18/2022 | 8/25/2022 | 9/1/2022 | 9/8/2022 | 9/15/2022 | 9/22/2022 | 9/29/2022 |
|---|---|---|---|---|---|---|---|---|---|
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | |
| $ 500.00 | | | | | | | | | |
| | | | | | | | | | |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | |
| $ 9,500.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| $ 726.75 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 | $ 688.50 |
| $ 10,226.75 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 | $ 9,688.50 |
| $ 463,433.25 | $ 473,121.75 | $ 482,810.25 | $ 492,498.75 | $ 502,187.25 | $ 511,875.75 | $ 521,564.25 | $ 531,252.75 | $ 540,941.25 | $ 550,629.75 |

| 10/6/2022 | 10/13/2022 | 10/20/2022 | 10/27/2022 | 11/3/2022 | 11/10/2022 | 11/17/2022 | 11/24/2022 | 12/1/2022 | 12/8/2022 | 12/15/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | | | | | | | | | | |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | | |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | | | | | | | | | | $ 5,500.00 |
| | | | | | | | | | $ 500.00 | $ 500.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 9,000.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 9,000.00 | $ 14,500.00 |
| $ 688.50 | $ 650.25 | $ 650.25 | $ 650.25 | $ 650.25 | $ 650.25 | $ 650.25 | $ 650.25 | $ 650.25 | $ 688.50 | $ 1,109.25 |
| $ 9,688.50 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,150.25 | $ 9,688.50 | $ 15,609.25 |
| $ 560,318.25 | $ 569,468.50 | $ 578,618.75 | $ 587,769.00 | $ 596,919.25 | $ 606,069.50 | $ 615,219.75 | $ 624,370.00 | $ 633,520.25 | $ 643,208.75 | $ 658,818.00 |

| | 12/22/2022 | 12/29/2022 | 1/5/2023 | 1/12/2023 | 1/19/2023 | 1/26/2023 | 2/2/2023 |
|---|---|---|---|---|---|---|---|
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ | 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 |
| $ | 726.75 | $ 726.75 | $ 726.75 | $ 726.75 | $ 726.75 | $ 726.75 | $ 726.75 |
| $ | 10,226.75 | $ 10,226.75 | $ 10,226.75 | $ 10,226.75 | $ 10,226.75 | $ 10,226.75 | $ 10,226.75 |
| $ | 669,044.75 | $ 679,271.50 | $ 689,498.25 | $ 699,725.00 | $ 709,951.75 | $ 720,178.50 | $ 730,405.25 |