# EXHIBIT J

CO.   FILE   DEPT.   CLOCK   VCHR. NO.   019
MZG   002008   100002         000028020

**Earnings Statement**   ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   06/18/2022
Period Ending:   06/24/2022
Pay Date:   06/30/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   3
NY:   3

VIVIAN  HOLMES

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation Pay | 30.8700 | 40.00 | 1,234.80 | 7,408.80 |
| Severance Pay | | | | 9,500.00 |
| **Gross Pay** | | | **$1,234.80** | 16,908.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -82.72 | 2,466.32 |
| | Social Security Tax | -76.56 | 1,048.35 |
| | Medicare Tax | -17.91 | 245.18 |
| | NY State Income Tax | -47.15 | 1,394.40 |
| | NY SDI Tax | -0.60 | 3.60 |
| | NY Paid Family Leave Ins | -8.31 | 86.50 |
| | **Other** | | |
| | 401K | -148.18* | 889.08 |
| | **Net Pay** | **$875.37** | |
| | Checking 1 | -825.37 | 9,525.37 |
| | Checking 2 | -50.00 | 1,250.00 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Eligible | 1,234.80 | |
| Vaca Hrs | | 240.00 |

Important Notes
YOUR COMPANY PHONE NUMBER IS 212-758-5700

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,086.62

HOTEL 57 SERVICES ,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00002260030
Pay date:   06/30/2022

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| VIVIAN HOLMES | | XXXX XXXX | $825.37 |
| | | XXXX XXXX | $50.00 |

**NON-NEGOTIABLE**



EXHIBIT
SS

Staley v FSR0027