# EXHIBIT K

## 2021 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**

Control number: 004189 BOST/WZQ 100202
Corp: L
Employer use only: 592

Employer's name, address, and ZIP code:
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #01406

Employee's name: SELENA S STALEY

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Reported W-2 Wages | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |

2. Employee Name and Address.
SELENA S STALEY

EXHIBIT 87

CONFIDENTIAL

W-2 Box details:
1 Wages, tips, other comp.: 5500.00
2 Federal income tax withheld: 1210.00
3 Social security wages: 5500.00
4 Social security tax withheld: 341.00
5 Medicare wages and tips: 5500.00
6 Medicare tax withheld: 79.75
14 Other: 28.16 NY P/L
15 State: NY
16 State wages, tips, etc.: 5500.00
17 State income tax: 757.90
18 Local wages, tips, etc.: 5500.00
19 Local income tax: 233.75
20 Locality name: NYC RES

© 2021 ADP, Inc.

Federal Filing Copy / NY State Filing Copy / City or Local Filing Copy — three additional copies of the same W-2 for SELENA S STALEY, HOTEL 57 SERVICES LLC, 57 E 57TH STREET, NEW YORK NY 10022, with identical figures: Wages 5500.00, Fed tax withheld 1210.00, SS wages 5500.00, SS tax 341.00, Medicare wages 5500.00, Medicare tax 79.75, State NY wages 5500.00, State income tax 757.90, Local wages 5500.00, Local income tax 233.75, Locality NYC RES, Box 14 28.16 NY P/L, Control number 004189 BOST/WZQ 100202.

Staley v. FSR 0239