# EXHIBIT L

```
CO.     FILE    DEPT.   CLOCK  VCHR NO.   010
MZG     004189  100202         0000480007  1
```

| | |
|---|---|
| HOTEL 57 SERVICES,LLC<br>D/B/A FOUR SEASONS HOTEL, NEW YORK<br>57 EAST 57TH STREET<br>NEW YORK, N.Y. 10022 | **Earnings Statement** <br>Period Beginning:  11/19/2022<br>Period Ending:    11/25/2022<br>Pay Date:        12/01/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:      0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 20,500.00 |
| Gross Pay | | | $500.00 | 20,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,510.00 |
| | Social Security Tax | -31.00 | 1,271.00 |
| | Medicare Tax | -7.25 | 297.25 |
| | NY State Income Tax | -58.50 | 2,398.50 |
| | New York Cit Income Tax | -21.25 | 871.25 |
| | NY Paid Family Leave Ins | -2.56 | 104.95 |
| Net Pay | | $269.44 | |
| Savings 1 | | -269.44 | 11,047.05 |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $500.00

*CONFIDENTIAL*

*THIS IS NOT A CHECK*

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000480007
Pay date:       12/01/2022

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▇▇▇▇ | XXXX XXXX | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0202