# EXHIBIT M

# 2023 W-2 and EARNINGS SUMMARY



## Employee Reference Copy

**W-2 Wage and Tax Statement — 2023**
Copy C for employee's records.
OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 577 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #01671

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 |
| Reported W-2 Wages | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 |

b Employer's FED ID number
a Employee's SSA number

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 26000.00 | 5720.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 26000.00 | 1612.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 26000.00 | 377.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  118.56 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan X  3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | | 26000.00 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 3042.00 | | 26000.00 |
| 19 Local income tax | | 20 Locality name |
| 1105.00 | | NYC RES |

2. Employee Name and Address.

SELENA S STALEY



© 2023 ADP, Inc.

---

**Federal Filing Copy**
**W-2 Wage and Tax Statement — 2023**
Copy B to be filed with employee's Federal Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 26000.00 | 5720.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 26000.00 | 1612.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 26000.00 | 377.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 577 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

b Employer's FED ID number
a Employee's SSA number

| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  118.56 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp  Ret. plan X  3rd party sick pay |

e/f Employee's name, address and ZIP code
SELENA S STALEY

| 15 State NY | Employer's state ID no. | 16 State wages, tips, etc. 26000.00 |
| 17 State income tax 3042.00 | | 18 Local wages, tips, etc. 26000.00 |
| 19 Local income tax 1105.00 | | 20 Locality name NYC RES |

---

**NY. State Filing Copy**
**W-2 Wage and Tax Statement — 2023**
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. 26000.00 | 2 Federal income tax withheld 5720.00 |
| 3 Social security wages 26000.00 | 4 Social security tax withheld 1612.00 |
| 5 Medicare wages and tips 26000.00 | 6 Medicare tax withheld 377.00 |

| d Control number 004189 BOST/MZG | Dept. 100202 | Corp. L | Employer use only 577 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

b Employer's FED ID number
a Employee's SSA number

7 Social security tips / 8 Allocated tips
9 / 10 Dependent care benefits
11 Nonqualified plans / 12a
14 Other  118.56 NY PFL / 12b / 12c / 12d
13 Stat emp  Ret. plan X  3rd party sick pay

e/f Employee's name, address and ZIP code
SELENA S STALEY

| 15 State NY | Employer's state ID no. | 16 State wages, tips, etc. 26000.00 |
| 17 State income tax 3042.00 | | 18 Local wages, tips, etc. 26000.00 |
| 19 Local income tax 1105.00 | | 20 Locality name NYC RES |

---

**City or Local Filing Copy**
**W-2 Wage and Tax Statement — 2023**
Copy 2 to be filed with employee's City or Local Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. 26000.00 | 2 Federal income tax withheld 5720.00 |
| 3 Social security wages 26000.00 | 4 Social security tax withheld 1612.00 |
| 5 Medicare wages and tips 26000.00 | 6 Medicare tax withheld 377.00 |

| d Control number 004189 BOST/MZG | Dept. 100202 | Corp. L | Employer use only 577 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

b Employer's FED ID number
a Employee's SSA number

7 Social security tips / 8 Allocated tips
9 / 10 Dependent care benefits
11 Nonqualified plans / 12a
14 Other  118.56 NY PFL / 12b / 12c / 12d
13 Stat emp  Ret. plan X  3rd party sick pay

e/f Employee's name, address and ZIP code



| 15 State NY | Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax 3042.00 | | 18 Local wages, tips, etc. |
| 19 Local income tax 1105.00 | | 20 Locality name NYC RES |