# EXHIBIT N

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000220007 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 05/18/2024
Period Ending: 05/24/2024
Pay Date: 05/30/2024

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:          0,$25 Additional Tax
   NY:               0,$10 Additional Tax
   New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 11,000.00 |
| **Gross Pay** | | | **$500.00** | 11,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -110.00 | | 2,420.00 |
| Social Security Tax | -31.00 | | 682.00 |
| Medicare Tax | -7.25 | | 159.50 |
| NY State Income Tax | -58.50 | | 1,287.00 |
| New York Cit Income Tax | -21.25 | | 467.50 |
| NY Paid Family Leave Ins | -1.87 | | 41.14 |
| **Net Pay** | **$270.13** | | |
| Savings 1 | -270.13 | | 5,942.86 |
| **Net Check** | **$0.00** | | |

Your federal taxable wages this period are $500.00

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000220007
Pay date:   05/30/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | xxxxxx2883 | xxxx xxxx | $270.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**