



# Vivian Holmes · 3rd

-  Four Seasons Hotels and Resorts
- City University of New York-John Jay College of Criminal Justice

New Rochelle, New York, United States · **Contact info**

177 connections

  More

## Activity
177 followers

**Vivian hasn't posted lately**
Vivian's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Administrative Assistant**
Four Seasons Hotels and Resorts
Mar 1998 - Present · 25 yrs 1 mo

## Education

 **John Jay College (CUNY)**
Criminology, Criminology
1996 - 2003

## Skills

**Microsoft Office**
Olive Rodriguez has given an endorsement for this skill

 1 endorsement



**Microsoft Word**

Olive Rodriguez has given an endorsement for this skill

 1 endorsement

**Microsoft Excel**

 Endorsed by 2 colleagues at Four Seasons Hotels and Resorts

 2 endorsements

Show all 6 skills →

## Interests

**Companies**   Schools

 **Mandarin Oriental Hotel Group**
591,088 followers

**+ Follow**

 **Leadership**
1,419,662 followers

**+ Follow**

Show all 9 companies →

Ad ···

James, unlock your full potential with LinkedIn Premium

See the full list of who's viewed your profile

**Try 1 month free**

**People also viewed**

 **Renee Ward** · 3rd
Four Seasons Hotel Chicago

🔒 **Message**

 **Tanisha Trapp** · 3rd+
Sales and Marketing Coordinator at Four Seasons Hotels and Resorts

🔒 **Message**

 **Olga Davydova** · 3rd