UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57 LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER,

        Defendants.
-----------------------------------------------------------------------X

**DECLARATION OF VIVIAN HOLMES**

22-CV-6781 (JSR)

I, Vivian Holmes, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am one of the named Plaintiffs in this action.

2. Beginning in March of 2020, I went from working 40 hours per week at the Four Seasons Hotel New York to working less than 17 hours per week there.

3. I have not worked more than 17 hours per week at the Four Seasons Hotel New York since my hours were reduced there in March 2020.

4. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 6, 2023

By: _____
Plaintiff Vivian Holmes

EXHIBIT 18

1