MZG 004189 100202 0000190009 1

# Earnings Statement

ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 04/30/2022 |
| Period Ending: | 05/06/2022 |
| Pay Date: | 05/12/2022 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 9,500.00 |
| **Gross Pay** | | | **$500.00** | 9,500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,090.00 |
| | Social Security Tax | -31.00 | 589.00 |
| | Medicare Tax | -7.25 | 137.75 |
| | NY State Income Tax | -58.50 | 1,111.50 |
| | New York Cit Income Tax | -21.25 | 403.75 |
| | NY Paid Family Leave Ins | -2.56 | 48.64 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 5,119.36 |
| | **Net Check** | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000190009 |
| Pay date: | 05/12/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Staley v FSR0171

**Earnings Statement**

MZG    004189   100202            0000280009     1

ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/02/2022 |
| Period Ending: | 07/08/2022 |
| Pay Date: | 07/14/2022 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:           0,$25 Additional Tax
NY:                0,$10 Additional Tax
New York Cit:      0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 1,000.00 | 10,500.00 |
| Gross Pay | | | **$1,000.00** | 10,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -220.00 | 2,310.00 |
| | Social Security Tax | -62.00 | 651.00 |
| | Medicare Tax | -14.50 | 152.25 |
| | NY State Income Tax | -117.00 | 1,228.50 |
| | New York Cit Income Tax | -42.50 | 446.25 |
| | NY Paid Family Leave Ins | -5.11 | 53.75 |
| | Net Pay | **$538.89** | |
| | Savings 1 | -538.89 | 5,658.25 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are
$1,000.00

*CONFIDENTIAL*

© 2000  ADP, LLC

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000280009 |
| Pay date: | 07/14/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▉▉▉▉ | XXXX XXXX | $538.89 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

Staley v FSR0172

MZG  004189  100202          0000290010      1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/09/2022 |
| Period Ending: | 07/15/2022 |
| Pay Date: | 07/21/2022 |

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:     0,$25 Additional Tax
  NY:        0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 11,000.00 |
| Gross Pay | | | $500.00 | 11,000.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,420.00 |
| | Social Security Tax | -31.00 | 682.00 |
| | Medicare Tax | -7.25 | 159.50 |
| | NY State Income Tax | -58.50 | 1,287.00 |
| | New York Cit Income Tax | -21.25 | 467.50 |
| | NY Paid Family Leave Ins | -2.56 | 56.31 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 5,927.69 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000290010 |
| Pay date: | 07/21/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮▮ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0173



# Earnings Statement

MZG 004189 100202 000300010 1 1

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/16/2022 |
| Period Ending: | 07/22/2022 |
| Pay Date: | 07/28/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 11,500.00 |
| **Gross Pay** | | | **$500.00** | 11,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,530.00 |
| | Social Security Tax | -31.00 | 713.00 |
| | Medicare Tax | -7.25 | 166.75 |
| | NY State Income Tax | -58.50 | 1,345.50 |
| | New York Cit Income Tax | -21.25 | 488.75 |
| | NY Paid Family Leave Ins | -2.56 | 58.87 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 6,197.13 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000300010 |
| Pay date: | 07/28/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▉▉▉▉ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE



Staley v FSR0174

MZG  00418  100202        0000310008

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/23/2022 |
| Period Ending: | 07/29/2022 |
| Pay Date: | 08/04/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     0,$25 Additional  Tax
  NY:        0,$10 Additional  Tax
  New York Cit:  0,$5 Additional  Tax

**SELENA  S  STALEY
2474  8TH  AVENUE
APT  #4G
NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 12,000.00 |
| **Gross Pay** | | | **$500.00** | 12,000.00 |

**Important Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,640.00 |
| | Social Security Tax | -31.00 | 744.00 |
| | Medicare Tax | -7.25 | 174.00 |
| | NY State Income Tax | -58.50 | 1,404.00 |
| | New York Cit Income Tax | -21.25 | 510.00 |
| | NY Paid Family Leave Ins | -2.56 | 61.43 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 6,466.57 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

© 2000 ADP, LLC

HOTEL  57  SERVICES,LLC
D/B/A  FOUR SEASONS  HOTEL,  NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| **Advice number:** | **00000310008** |
| Pay date: | 08/04/2022 |

| Deposited  to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | ▆▆▆▆ | XXXX  XXXX | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0175



**Earnings Statement**

MZG 004189 100202  0000320008  1

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/30/2022 |
| Period Ending: | 08/05/2022 |
| Pay Date: | 08/11/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 12,500.00 |
| Gross Pay | | | $500.00 | 12,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,750.00 |
| | Social Security Tax | -31.00 | 775.00 |
| | Medicare Tax | -7.25 | 181.25 |
| | NY State Income Tax | -58.50 | 1,462.50 |
| | New York Cit Income Tax | -21.25 | 531.25 |
| | NY Paid Family Leave Ins | -2.56 | 63.99 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 6,736.01 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000320008 |
| Pay date: | 08/11/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▇▇▇▇ | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0176

MZG   004189  100202          0000330008   1

# Earnings Statement

ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 08/06/2022 |
| Period Ending: | 08/12/2022 |
| Pay Date: | 08/18/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 13,000.00 |
| Gross Pay | | | $500.00 | 13,000.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,860.00 |
| | Social Security Tax | -31.00 | 806.00 |
| | Medicare Tax | -7.25 | 188.50 |
| | NY State Income Tax | -58.50 | 1,521.00 |
| | New York Cit Income Tax | -21.25 | 552.50 |
| | NY Paid Family Leave Ins | -2.56 | 66.55 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 7,005.45 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000330008 |
| Pay date: | 08/18/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮▮ | XXXX XXXX | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0177



MZG   004189  100202          0000340008    1

# Earnings Statement

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 08/13/2022 |
| Period Ending: | 08/19/2022 |
| Pay Date: | 08/25/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 13,500.00 |
| Gross Pay | | | $500.00 | 13,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 2,970.00 |
| | Social Security Tax | -31.00 | 837.00 |
| | Medicare Tax | -7.25 | 195.75 |
| | NY State Income Tax | -58.50 | 1,579.50 |
| | New York Cit Income Tax | -21.25 | 573.75 |
| | NY Paid Family Leave Ins | -2.56 | 69.11 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 7,274.89 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000340008 |
| Pay date: | 08/25/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ███████ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0178

MZG  004189  100202     0000350006    1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 08/20/2022 |
| Period Ending: | 08/26/2022 |
| Pay Date: | 09/01/2022 |

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:     0,$25 Additional Tax
    NY:       0,$10 Additional Tax
    New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 14,000.00 |
| Gross Pay | | | **$500.00** | 14,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,080.00 |
| | Social Security Tax | -31.00 | 868.00 |
| | Medicare Tax | -7.25 | 203.00 |
| | NY State Income Tax | -58.50 | 1,638.00 |
| | New York Cit Income Tax | -21.25 | 595.00 |
| | NY Paid Family Leave Ins | -2.56 | 71.67 |
| | Net Pay | **$269.44** | |
| | Savings 1 | -269.44 | 7,544.33 |
| | Net Check | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

CONFIDENTIAL

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000350008 |
| Pay date: | 09/01/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SELENA S STALEY** | ▬▬▬ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0179

MZG  004189  100202  0000360008  1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 08/27/2022 |
| Period Ending: | 09/02/2022 |
| Pay Date: | 09/08/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:    0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 14,500.00 |
| Gross Pay | | | **$500.00** | 14,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,190.00 |
| | Social Security Tax | -31.00 | 899.00 |
| | Medicare Tax | -7.25 | 210.25 |
| | NY State Income Tax | -58.50 | 1,696.50 |
| | New York Cit Income Tax | -21.25 | 616.25 |
| | NY Paid Family Leave Ins | -2.56 | 74.23 |
| | Net Pay | **$269.44** | |
| | Savings 1 | -269.44 | 7,813.77 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000360008 |
| Pay date: | 09/08/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▉▉▉▉ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0180

CSC   FILE   DEPT.   CLOCK   VCHR. NO.   0/0
MZG   004189   100202        0000370008     1

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:    09/03/2022
Period Ending:       09/09/2022
Pay Date:            09/15/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:        0,$25 Additional Tax
   NY:             0,$10 Additional Tax
   New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 15,000.00 |
| **Gross Pay** | | | **$500.00** | 15,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,300.00 |
| | Social Security Tax | -31.00 | 930.00 |
| | Medicare Tax | -7.25 | 217.50 |
| | NY State Income Tax | -58.50 | 1,755.00 |
| | New York Cit Income Tax | -21.25 | 637.50 |
| | NY Paid Family Leave Ins | -2.56 | 76.79 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 8,083.21 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:    00000370008
Pay date:         09/15/2022

Deposited to the account of           account number   transit ABA        amount
**SELENA S STALEY**                   ▬▬▬▬▬           xxxx xxxx          $269.44

# NON-NEGOTIABLE

Staley v FSR0181

MZG 004189 100202 0000380008 1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 09/10/2022 |
| Period Ending: | 09/16/2022 |
| Pay Date: | 09/22/2022 |

**SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 15,500.00 |
| **Gross Pay** | | | **$500.00** | 15,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,410.00 |
| | Social Security Tax | -31.00 | 961.00 |
| | Medicare Tax | -7.25 | 224.75 |
| | NY State Income Tax | -58.50 | 1,813.50 |
| | New York Cit Income Tax | -21.25 | 658.75 |
| | NY Paid Family Leave Ins | -2.56 | 79.35 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 8,352.65 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000380008 |
| Pay date: | 09/22/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▓▓▓▓▓ | xxxx xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0182

MZG   004189   100202           0000390008     1

# Earnings Statement

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Period Beginning: | 09/17/2022 |
| Period Ending: | 09/23/2022 |
| Pay Date: | 09/29/2022 |

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    0,$25 Additional Tax
  NY:    0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 16,000.00 |
| Gross Pay | | | **$500.00** | 16,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,520.00 |
| | Social Security Tax | -31.00 | 992.00 |
| | Medicare Tax | -7.25 | 232.00 |
| | NY State Income Tax | -58.50 | 1,872.00 |
| | New York Cit Income Tax | -21.25 | 680.00 |
| | NY Paid Family Leave Ins | -2.56 | 81.91 |
| Net Pay | | **$269.44** | |
| | Savings 1 | -269.44 | 8,622.09 |
| Net Check | | **$0.00** | |

Your federal taxable wages this period are $500.00

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Advice number: | 00000390008 |
| Pay date: | 09/29/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮ | xxxx xxxx | $269.44 |

# NON-NEGOTIABLE


Staley v FSR0183

MZG  004189  100202          0000400008

# Earnings Statement

*ADP*

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 09/24/2022 |
| Period Ending: | 09/30/2022 |
| Pay Date: | 10/06/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

**SELENA  S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 16,500.00 |
| **Gross Pay** | | | **$500.00** | 16,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,630.00 |
| | Social Security Tax | -31.00 | 1,023.00 |
| | Medicare Tax | -7.25 | 239.25 |
| | NY State Income Tax | -58.50 | 1,930.50 |
| | New York Cit Income Tax | -21.25 | 701.25 |
| | NY Paid Family Leave Ins | -2.56 | 84.47 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 8,891.53 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000400008 |
| Pay date: | 10/06/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▆▆▆▆ | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0184

MZG  0041  100202         0000410007

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Period Beginning: | 10/01/2022 |
| Period Ending: | 10/07/2022 |
| Pay Date: | 10/13/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:       0,$25 Additional Tax
   NY:          0,$10 Additional Tax
   New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 17,000.00 |
| Gross Pay | | | $500.00 | 17,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,740.00 |
| | Social Security Tax | -31.00 | 1,054.00 |
| | Medicare Tax | -7.25 | 246.50 |
| | NY State Income Tax | -58.50 | 1,989.00 |
| | New York Cit Income Tax | -21.25 | 722.50 |
| | NY Paid Family Leave Ins | -2.56 | 87.03 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 9,160.97 |
| | Net Check | $0.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

© 2000 ADP, Inc.

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Advice number: | 00000410007 |
| Pay date: | 10/13/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮▮ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0185

MZG   004189  100202        0000420008    1

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/08/2022 |
| Period Ending: | 10/14/2022 |
| Pay Date: | 10/20/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 17,500.00 |
| Gross Pay | | | $500.00 | 17,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,850.00 |
| | Social Security Tax | -31.00 | 1,085.00 |
| | Medicare Tax | -7.25 | 253.75 |
| | NY State Income Tax | -58.50 | 2,047.50 |
| | New York Cit Income Tax | -21.25 | 743.75 |
| | NY Paid Family Leave Ins | -2.56 | 89.59 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 9,430.41 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000420008 |
| Pay date: | 10/20/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▆▆▆▆ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0186

MZG   004189   100202          0000430007   1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/15/2022 |
| Period Ending: | 10/21/2022 |
| Pay Date: | 10/27/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      0,$25 Additional Tax
  NY:          0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 18,000.00 |
| Gross Pay | | | **$500.00** | 18,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 3,960.00 |
| | Social Security Tax | -31.00 | 1,116.00 |
| | Medicare Tax | -7.25 | 261.00 |
| | NY State Income Tax | -58.50 | 2,106.00 |
| | New York Cit Income Tax | -21.25 | 765.00 |
| | NY Paid Family Leave Ins | -2.56 | 92.15 |
| | Net Pay | **$269.44** | |
| | Savings 1 | -269.44 | 9,699.85 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000430007 |
| Pay date: | 10/27/2022 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0187

MZG   004189  100202        0000110025    1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 02/29/2020 |
| Period Ending: | 03/06/2020 |
| Pay Date: | 03/12/2020 |

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK, NY 10027**

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      0,$25 Additional Tax
  NY:          0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 34.97 | 1,181.64 | 11,096.64 |
| Holiday Pay | | | | 709.59 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,181.64** | 12,988.88 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -103.16 | 1,134.22 |
| | Social Security Tax | | -73.25 | 805.20 |
| | Medicare Tax | | -17.13 | 188.31 |
| | NY State Income Tax | | -53.12 | 583.91 |
| | New York Cit Income Tax | | -34.87 | 383.29 |
| | NY SUI/SDI Tax | | -0.60 | 6.60 |
| | NY Paid Family Leave Ins | | | 35.08 |
| | **Other** | | | |
| | Ad&D | | -1.85* | 29.35 |
| | N.Y.P F L -Curr | | -3.19 | |
| | Optional Life | | -9.59 | 105.49 |
| | 401K | | -236.33* | 2,897.77 |
| | **Net Pay** | | **$648.55** | |
| | Savings 1 | | -648.55 | 7,128.66 |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 18.59 |
| 401K Eligible | 1,181.64 | |
| Holiday Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000110025 |
| Pay date: | 03/12/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮▮ | xxxx xxxx | $648.55 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

Staley v FSR0188



MZG 004189 100202 0000120024 1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 03/07/2020 |
| Period Ending: | 03/13/2020 |
| Pay Date: | 03/19/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$25 Additional Tax
   NY: 0,$10 Additional Tax
   New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK, NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 34.55 | 1,167.44 | 12,264.08 |
| Holiday Pay | | | | 709.59 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,167.44** | 14,156.32 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 20.28 |
| 401K Eligible | 1,167.44 | |
| Holiday Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -101.79 | 1,236.01 |
| | Social Security Tax | -72.37 | 877.57 |
| | Medicare Tax | -16.93 | 205.24 |
| | NY State Income Tax | -52.43 | 636.34 |
| | New York Cit Income Tax | -34.40 | 417.69 |
| | NY SUI/SDI Tax | -0.60 | 7.20 |
| | NY Paid Family Leave Ins | | 38.2 |
| | **Other** | | |
| | Ad&D | -1.85* | 2.20 |
| | N.Y.P F L -Curr | -3.15 | |
| | Optional Life | -9.59 | 1 5.08 |
| | 401K | -233.49* | ,831.26 |
| | **Net Pay** | **$640.84** | |
| | Savings 1 | -640.84 | 7,769.50 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $932.10



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000120024 |
| Pay date: | 03/19/2020 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| | xxxx xxxx | $640.84 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Staley v FSR0189

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 03/14/2020 |
| Period Ending: | 03/20/2020 |
| Pay Date: | 03/26/2020 |

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:        0,$25 Additional Tax
    NY:             0,$10 Additional Tax
    New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK, NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 14.00 | 473.06 | 12,737.14 |
| Furlou Payment | | | 473.06 | 473.06 |
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 946.12 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,182.65** | 15,338.97 |

Your federal taxable wages this period are
$1,038.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -162.77 | 1,398.78 |
| | Social Security Tax | -73.32 | 950.89 |
| | Medicare Tax | -17.14 | 222.38 |
| | NY State Income Tax | -75.64 | 711.98 |
| | New York Cit Income Tax | -39.35 | 457.04 |
| | NY SUI/SDI Tax | -0.60 | 7.88 |
| | NY Paid Family Leave Ins | | 1.43 |

| Other | | |
|---|---|---|
| Ad&D | -1.85* | 24.95 |
| N.Y.P F L -Curr | -3.20 | |
| Optional Life | -9.59 | 124.67 |
| 401K | -141.92* | 2,973.18 |
| **Net Pay** | **$657.27** | |
| Savings 1 | -657.27 | 8,426.77 |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 21.97 |
| 401K Eligible | 709.59 | |
| Holiday Hrs | | 28.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

CONFIDENTIAL

THIS IS NOT A CHECK

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000130024 |
| Pay date: | 03/26/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▉▉▉▉ | xxxx xxxx | $657.27 |

# NON-NEGOTIABLE

Staley v FSR0190

MZG   004189   100202              0000140025      1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 03/21/2020 |
| Period Ending: | 03/27/2020 |
| Pay Date: | 04/02/2020 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA  S  STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK,  NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 1,182.65 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 15,575.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 23.66 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Vaca Hrs | | 35.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,423.78 |
| | Social Security Tax | -14.65 | 965.54 |
| | Medicare Tax | -3.43 | 225.81 |
| | NY State Income Tax | -11.38 | 723.36 |
| | New York Cit Income Tax | -6.67 | 463.71 |
| | NY SUI/SDI Tax | -0.60 | 8.40 |
| | NY Paid Family Leave Ins | | 2.07 |
| | **Other** | | |
| | Ad&D | -1.85* | 25.90 |
| | N.Y. P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 134.26 |
| | 401K | -47.31* | 3,020.49 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | 115.41 | 8,542.18 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000140025 |
| Pay date: | 04/02/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SELENA  S STALEY** | ▮▮▮▮▮ | xxxx  xxxx | $115.41 |

**NON-NEGOTIABLE**

Staley v FSR0191

MZG   004189   10020.        000015002

# Earnings Statement

ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 03/28/2020 |
| Period Ending: | 04/03/2020 |
| Pay Date: | 04/09/2020 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     0,$25 Additional Tax
  NY:          0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK,  NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 236.53 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 15,812.03 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 25.35 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 7.00 |
| Vaca Hrs | | 35.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,448.78 |
| | Social Security Tax | -14.66 | 980.20 |
| | Medicare Tax | -3.43 | 229.24 |
| | NY State Income Tax | -11.38 | 734.74 |
| | New York Cit Income Tax | -6.67 | 470.38 |
| | NY SUI/SDI Tax | -0.60 | 9.00 |
| | NY Paid Family Leave Ins | | 42.71 |
| | **Other** | | |
| | Ad&D | -1.85* | 37.75 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.99 | 143.85 |
| | 401K | -47.31 | 3,067.80 |
| | **Net Pay** | **$115.40** | |
| | Savings 1 | -115.40 | 8,657.58 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $187.37



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000150021 |
| Pay date: | 04/09/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▬▬▬ | xxxx xxxx | $115.40 |

# NON-NEGOTIABLE

Staley v FSR0192

MZG 0041 10020 000160001

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 04/04/2020 |
| Period Ending: | 04/10/2020 |
| Pay Date: | 04/16/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$25 Additional Tax
   NY: 0,$10 Additional Tax
   New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK, NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 473.06 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 16,048.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,473.78 |
| | Social Security Tax | -14.65 | 994.85 |
| | Medicare Tax | -3.43 | 232.67 |
| | NY State Income Tax | -11.38 | 746.12 |
| | New York Cit Income Tax | -6.67 | 477.0 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | NY Paid Family Leave Ins | | 43.35 |
| | **Other** | | |
| | Ad&D | -1.85* | 9.60 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.9 | 153.44 |
| | 401K | -47.31 | 3,115.11 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | 115.41 | 8,772.99 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 27.04 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 14.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000160018 |
| Pay date: | 04/16/2020 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓ | xxxx xxxx | $115.41 |

**THIS IS NOT A CHECK**

**CONFIDENTIAL**

**NON-NEGOTIABLE**

Staley v FSR0193

MZG   004189   100202                 0000170016    1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 04/11/2020 |
| Period Ending: | 04/17/2020 |
| Pay Date: | 04/23/2020 |

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK, NY 10027**

Taxable Marital Status:   Married
Exemptions/Allowances:
　Federal:　　　　0,$25 Additional Tax
　NY:　　　　　　0,$10 Additional Tax
　New York Cit:　0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 709.59 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 16,285.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 28.73 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,498.78 |
| | Social Security Tax | -14.66 | 1,009.51 |
| | Medicare Tax | -3.42 | 236.09 |
| | NY State Income Tax | -11.38 | 757.50 |
| | New York Cit Income Tax | -6.67 | 483.7 |
| | NY SUI/SDI Tax | -0.60 | 0.20 |
| | NY Paid Family Leave Ins | | 43.99 |
| | **Other** | | |
| | Ad&D | -1.85* | 1.45 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 163.03 |
| | 401K | -47.31 | 3,162.42 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | -115.41 | 8,888.40 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* **Excluded from federal taxable wages**
　Your federal taxable wages this period are $187.37

CONFIDENTIAL

THIS IS NOT A CHECK

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000170016 |
| Pay date: | 04/23/2020 |

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮ | xxxx xxxx | $115.41 |

## NON-NEGOTIABLE

Staley v FSR0194

**Earnings Statement**

**ADP**

MZG  004189  100202  000510010

HOTEL  57 SERVICES,LLC
D/B/A  FOUR SEASONS  HOTEL,  NEW YORK
57 EAST  57TH STREET
NEW YORK,  N.Y.  10022

| | |
|---|---|
| Period Beginning: | 12/05/2020 |
| Period Ending: | 12/11/2020 |
| Pay Date: | 12/17/2020 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:      0,$25 Additional  Tax
  NY:           0,$10 Additional  Tax
  New York Cit:  0,$5 Additional  Tax

**SELENA  S STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK,   NY  10027**

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 35.00 | 1,182.65 | 2,365.30 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,182.65** | 17,467.74 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -103.25 | 1,602.03 |
| Social Security Tax | -73.31 | 1,082.82 |
| Medicare Tax | -17.15 | 253.24 |
| NY State Income Tax | -53.17 | 810.67 |
| New York Cit Income Tax | -34.91 | 518.53 |
| NY SUI/SDI Tax | -0.60 | 0.80 |
| NY Paid Family Leave Ins | | 47.18 |

**Other**

| | | |
|---|---|---|
| Ad&D | -1.85* | 3.30 |
| N.Y.P F L -Curr | -3.19 | |
| Optional Life | -9.59 | 172.62 |
| 401K | -236.53 | 3,398.95 |
| **Net Pay** | **$649.10** | |
| Savings 1 | -649.10 | 9,537.50 |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 30.42 |
| 401K Eligible | 1,182.65 | |
| Holiday Hrs | | 70.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $944.27

© 2000 ADP, LLC.

---

HOTEL 57 SERVICES , LLC
D/B/A FOUR SEASONS HOTEL , NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000510010 |
| Pay date: | 12/17/2020 |

Deposited  to the account  of
**SELENA  S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| | XXXX  XXXX | $649.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0195

MZG  004189  100202  0000520009  1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 12/12/2020 |
| Period Ending: | 12/18/2020 |
| Pay Date: | 12/24/2020 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:    0,$5 Additional Tax

**SELENA  S STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW YORK,  NY  10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 2,601.83 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 17,704.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,627.03 |
| | Social Security Tax | -14.66 | 1,097.48 |
| | Medicare Tax | -3.43 | 256.67 |
| | NY State Income Tax | -11.38 | 822.05 |
| | New York Cit Income Tax | -6.67 | 525.33 |
| | NY SUI/SDI Tax | -0.60 | 11.40 |
| | NY Paid Family Leave Ins | | -47.82 |
| | **Other** | | |
| | Ad&D | -1.85* | 35.15 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 182.21 |
| | 401K | -47.31 | 3,446.26 |
| | **Net Pay** | **$115.40** | |
| | Savings 1 | -115.40 | 9,652.90 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 32.11 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 77.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000520009 |
| Pay date: | 12/24/2020 |

Deposited to the account of
**SELENA  S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓ | xxxx xxxx | $115.40 |

THIS IS NOT A CHECK

CONFIDENTIAL

# NON-NEGOTIABLE

Staley v FSR0196

MZG   004189  100202          0000530019      1

**Earnings Statement**

ADP

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS  HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 12/19/2020 |
| Period Ending: | 12/25/2020 |
| Pay Date: | 12/31/2020 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:          0,$25 Additional Tax
  NY:               0,$10 Additional Tax
  New York Cit:     0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK,  NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sick Pay | 33.7900 | 49.00 | 1,655.71 | 1,655.71 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 2,601.83 |
| Vacation Pay | | | | 1,182.65 |
| | **Gross Pay** | | **$1,655.71** | 19,359.98 |

Your federal taxable wages this period are
$1,324.57

| Other Benefits and Information | this period | | total to date |
|---|---|---|---|
| 401K Eligible | 1,655.71 | | |
| Group Term Life | | | 32.11 |
| Holiday Hrs | | | 77.00 |
| Personal Hrs | | | 21.00 |
| Sick Hrs | | | 49.00 |
| Vaca Hrs | | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -148.89 | 1,775.92 |
| | Social Security Tax | -102.65 | 1,200.13 |
| | Medicare Tax | -24.01 | 280.68 |
| | NY State Income Tax | -76.33 | 898.38 |
| | New York Cit Income Tax | -50.76 | 576.06 |
| | NY SUI/SDI Tax | -0.60 | 12.00 |
| | NY Paid Family Leave Ins | | 57.29 |
| | **Other** | | |
| | N.Y.P F L -Curr | -4.47 | |
| | 401K | -331.14* | 3,777.40 |
| | Ad&D | | 35.15 |
| | Optional Life | | 182.21 |
| | **Net Pay** | **$916.86** | |
| | Savings 1 | -916.86 | 10,569.76 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000530019 |
| Pay date: | 12/31/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮ | xxxx xxxx | $916.86 |

**NON-NEGOTIABLE**

Staley v FSR0197

CONFIDENTIAL

THIS IS NOT A CHECK

FXZZ   MZG   004169  10020   000044000

**Earnings  Statement**

ADP

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 10/22/2022 |
| Period  Ending: | 10/28/2022 |
| Pay  Date: | 11/03/2022 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
  Federal:        0,$25  Additional  Tax
  NY:            0,$10  Additional  Tax
  New  York  Cit:  0,$5  Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Severance  Pay | | | 500.00 | 18,500.00 |
| Gross  Pay | | | $500.00 | 18,500.00 |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS  212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -110.00 | 4,070.00 |
| | Social  Security  Tax | -31.00 | 1,147.00 |
| | Medicare  Tax | -7.25 | 268.25 |
| | NY  State  Income  Tax | -58.50 | 2,164.50 |
| | New  York  Cit  Income  Tax | -21.25 | 786.25 |
| | NY  Paid  Family  Leave  Ins | -2.56 | 94.71 |
| | Net  Pay | $269.44 | |
| | Savings  1 | -269.44 | 9,969.29 |
| | Net  Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Advice  number: | 00000440007 |
| Pay  date: | 11/03/2022 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| SELENA  S  STALEY | ▆▆▆▆ | xxxx  xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0198

MZG 004189 100202 0000450007 1

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/29/2022 |
| Period Ending: | 11/04/2022 |
| Pay Date: | 11/10/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:    0,$25 Additional Tax
  NY:    0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 19,000.00 |
| **Gross Pay** | | | **$500.00** | 19,000.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,180.00 |
| | Social Security Tax | -31.00 | 1,178.00 |
| | Medicare Tax | -7.25 | 275.50 |
| | NY State Income Tax | -58.50 | 2,223.00 |
| | New York Cit Income Tax | -21.25 | 807.50 |
| | NY Paid Family Leave Ins | -2.56 | 97.27 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 10,238.73 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000450007 |
| Pay date: | 11/10/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▇▇▇▇▇ | xxxx xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0199

**MZG** 004189 100202 0000460007 1

# Earnings Statement

**ADP**

*HOTEL 57 SERVICES,LLC*
*D/B/A FOUR SEASONS HOTEL, NEW YORK*
*57 EAST 57TH STREET*
*NEW YORK, N.Y. 10022*

| | |
|---|---|
| Period Beginning: | 11/05/2022 |
| Period Ending: | 11/11/2022 |
| Pay Date: | 11/17/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:     0,$25 Additional Tax
   NY:         0,$10 Additional Tax
   New York Cit:    0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 19,500.00 |
| **Gross Pay** | | | **$500.00** | 19,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,290.00 |
| | Social Security Tax | -31.00 | 1,209.00 |
| | Medicare Tax | -7.25 | 282.75 |
| | NY State Income Tax | -58.50 | 2,281.50 |
| | New York Cit Income Tax | -21.25 | 828.75 |
| | NY Paid Family Leave Ins | -2.56 | 99.83 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 10,508.17 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000460007 |
| Pay date: | 11/17/2022 |

Deposited to the account of      account number    transit ABA      amount

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮ | XXXX XXXX | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0200

MZG 004189 100202 0000470007 1

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 11/12/2022 |
| Period Ending: | 11/18/2022 |
| Pay Date: | 11/23/2022 |

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 　0,$25 Additional Tax
　NY: 　0,$10 Additional Tax
　New York Cit: 　0,$5 Additional Tax

**SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 20,000.00 |
| Gross Pay | | | $500.00 | 20,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,400.00 |
| | Social Security Tax | -31.00 | 1,240.00 |
| | Medicare Tax | -7.25 | 290.00 |
| | NY State Income Tax | -58.50 | 2,340.00 |
| | New York Cit Income Tax | -21.25 | 850.00 |
| | NY Paid Family Leave Ins | -2.56 | 102.39 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 10,777.81 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000470007 |
| Pay date: | 11/23/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▬▬▬▬ | xxxx xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0201



# Earnings Statement

MZG  004189  100202          0000480007    1

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period Beginning: | 11/19/2022 |
| Period Ending: | 11/25/2022 |
| Pay Date: | 12/01/2022 |

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

Taxable  Marital  Status:    Married
Exemptions/Allowances:
 Federal:        0,$25  Additional  Tax
 NY:             0,$10  Additional  Tax
 New York Cit:   0,$5  Additional  Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 20,500.00 |
| **Gross Pay** | | | **$500.00** | 20,500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,510.00 |
| | Social Security Tax | -31.00 | 1,271.00 |
| | Medicare Tax | -7.25 | 297.25 |
| | NY State Income Tax | -58.50 | 2,398.50 |
| | New York Cit Income Tax | -21.25 | 871.25 |
| | NY Paid Family Leave Ins | -2.56 | 104.95 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 11,047.95 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

Your  federal  taxable  wages  this  period  are  $500.00



© 2000 ADP, Inc.

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Advice number: | 00000480007 |
| Pay date: | 12/01/2022 |

| Deposited  to  the  account  of | account number | transit ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | ▬▬▬▬ | xxxx  xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0202



**FOUR SEASONS**
H O T E L
NEW YORK

December 24, 2020

Dear Four Seasons New York Family:

It is with regret that we share the resignation of **Rudy Tauscher, General Manager of Four Seasons Hotel New York**, effective January 23, 2021.

Rudy joined Four Seasons Hotel New York in 2018. An experienced hotelier and native of Germany, his first role as General Manager was back in 1991 when he opened the Park Hotel in Germany. Rudy's career has taken him across the globe, with positions in Germany, Dallas, New Orleans, South Africa, and eventually New York in 1995. Over the past 25 years, Rudy has worked at some of the finest hotels in New York, eventually leading the team at our iconic New York property.

 Amongst many accolades, under Rudy's leadership, the hotel achieved the highest average rate in the city, the AAA 5 Diamond Award, The Forbes 5 Star Award and is nominated to receive the same Forbes Five Star Award in 2021. Thanks to Rudy and his team, the hotel hosted medical staff, doctors and nurses, who stayed at the hotel. This was done to assist the New York medical community as they were dealing with COVID-19 and was initiated by the generosity of our owner. The hotel team worked diligently with our Four Seasons global team to implement *Lead With Care* and provided all our guests and employees a safe and healthy environment.

 Rudy will be leaving the Four Seasons family to pursue another opportunity in New York. Although he will certainly be missed, we are happy for him as he embarks on the next chapter of his career.

Please join me in thanking Rudy for all that he has accomplished with Four Seasons and wishing him and his family all the best in the future.

 Sincerely,

Antoine Chahwan

President Hotel Operations, Americas East



**FOUR SEASONS**

Four Seasons Hotels and Resorts, Americas Dallas Office

Staley v FSR0203



FOUR SEASONS
HOTEL
NEW YORK

April 9, 2020

To All Employees:

Since the inception of the Coronavirus (COVID-19), we have aimed to continue providing you with as much information as possible during these uncertain times. As previously communicated, we are facing this challenge together. Our complete focus is to provide as many resources as possible and to continue to ensure the safety and security of our employees and guests.

Thank you for your patience while we have had conversations with ownership and home office regarding this challenging situation. Please see below for the most recent updates.

## Hotel Operations

On March 20, 2020, in an abundance of caution, we made the difficult decision to temporarily suspend most of the hotel operations. At that time, we had communicated that our hope was to return to a full hotel operation on April 15, 2020.

Shortly thereafter, our owner Ty Warner, responded to the Governor's call-to action and asked us to re-open the hotel to provide housing for the doctors, nurses and other medical staff working on the front lines. In less than a week, we completely transformed the Hotel into comfortable housing for those dedicated to fighting this pandemic. We will continue to provide this complimentary housing, under the new conditions until further notice.

Since then, the COVID-19 pandemic has continued to impact our business and the hospitality industry. The Federal Government has extended social distancing guidelines through April 30, 2020 and New York Governor Andrew Cuomo extended the statewide stay-at-home order until April 29, 2020. For these reasons, it is necessary to extend the suspension of regular hotel operations until **April 30, 2020**. We will advise if this date is to be extended further.

## Benefits Continuation:

Non-Union: We are pleased to announce that ownership has agreed to continue paying their portion of the insurance premiums until June 30, 2020. Covered individuals will continue to be responsible for their portion of the premium. Please contact People and Culture for additional details.

Union: Coverage will also continue for union employees. Since we do not manage the Union plan, please contact the Union Benefits office for questions regarding continuation of your coverage.

## Furlough /Paid Time Off /Unemployment

**Time Off**

- Employees shall be permitted to take any accrued and unused paid time off, including vacation days, personal days or sick time in order to supplement income.
- Employees will also be permitted to use any paid holidays remaining in the calendar year.
- Employees may also take voluntary unpaid time off.

Per Company Policy and Corporate Directive, we ask that you use any available paid time off before going on leave. Please contact P&C directly if you have circumstances that inhibit your use of PTO. In light of the stimulus and extended stay-at-home directives, we will consider alternatives to using PTO.

Staley v FSR0204

Please ensure that you let your manager know if you plan to use any of the above options during this time. It is important that the information is input into Workday so that we can ensure timely payment and complete accuracy of records.

**Unemployment:**

**When to File:**

- File for claim during first week after job loss or partial unemployment (if partial employment, you must disclose information on what days you have worked or have used vacation/personal/holiday)
- One week unpaid waiting period is waived for people out of work due to Coronavirus (COVID-19) closures or quarantines
- Ensure that you file in a timely manner in order sto avoid delay in receiving unemployment benefits

**What You Need:**

- Your Social Security number
- Your driver license or Motor Vehicle ID card number (if you have either one)
- Your complete mailing address and zip code
- A phone number where we can reach you from 8 am - 5 pm, Monday – Friday
- Your Alien Registration card number (if you are not a U.S. Citizen and have a card)
- Names and addresses of all your employers for the last 18 months, including those in other states
- Employer Registration number or Federal Employer Identification Number (FEIN) of your most recent employer (FEIN is on your W-2 forms)
  - **Four Seasons Hotel New York FEIN is 161741079**

**How to File:**

**File Online**

Website: https://applications.labor.ny.gov/IndividualReg/

**File by Phone**

Call Telephone Claims Center (TCC) at 888-209-8124

- Monday through Thursday, 8am – 7:30pm
- Friday, 8am – 6pm
- Saturday 7:30am – 8pm
- Interpreters are available for most languages

The day you should file is based on the first letter of your last name. If your last name starts with:

- A – F : File your claim on Monday
- G – N : File your claim on Tuesday
- O – Z : File your claim on Wednesday
- ***If you missed your filing day, file your claim on Thursday, Friday or Saturday.*** *Filing later in the week will not delay your payments or affect the date of your claim, since all claims are effective on the Monday of the week in which they are filed.*

TTY/TDD Users: Call a relay operator at (800) 662-1220 and ask the operator to call (888) 783-1370

**When to File:**

- **File for claim during first week after job loss or partial unemployment (if partial employment, you must disclose information on what days you have worked or have used vacation/personal/holiday)**

Staley v FSR0205

- One week unpaid waiting period is waived for people out of work due to Coronavirus (COVID-19) closures or quarantines

- Ensure that you file in a timely manner in order sto avoid delay in receiving unemployment benefits

**What You Need:**

- Your Social Security number

- Your driver license or Motor Vehicle ID card number (if you have either one)

- Your complete mailing address and zip code

- A phone number where we can reach you from 8 am - 5 pm, Monday – Friday

- Your Alien Registration card number (if you are not a U.S. Citizen and have a card)

- Names and addresses of all your employers for the last 18 months, including those in other states

- Employer Registration number or Federal Employer Identification Number (FEIN) of your most recent employer (FEIN is on your W-2 forms)

o   Four Seasons Hotel New York FEIN is 161741079

**How to File:**

**File Online**

Website: https://applications.labor.ny.gov/IndividualReg/

**File by Phone**

**Call Telephone Claims Center (TCC) at 888-209-8124**

☐   Monday through Thursday, 8am – 7:30pm

☐   Friday, 8am – 6pm

☐   Saturday 7:30am – 8pm

☐   Interpreters are available for most languages

The day you should file is based on the first letter of your last name. If your last name starts with:

- A – F : File your claim on Monday

- G – N : File your claim on Tuesday

- O – Z : File your claim on Wednesday

- If you missed your filing day, file your claim on Thursday, Friday or Saturday. Filing later in the week will not delay your payments or affect the date of your claim, since all claims are effective on the Monday of the week in which they are filed.

**TTY/TDD Users:** Call a relay operator at (800) 662-1220 and ask the operator to call (888) 783-1370

**Travel Reimbursement:**

Since your health and safety remains our top priority, we are pleased to announce that the hotel will provide a daily travel reimbursement ($10 per day) to supplement parking fees, Uber, Lyft or other travel expenses for those employees physically working at the hotel. Each week you must provide a receipt of such expenses to People and Culture. Payment (up to a maximum of $50 per week) will be made via payroll.

Please see People and Culture for additional information.

**Health and Safety:**

- Your safety and well-being remains at the center of our approach. As a reminder, please continue to focus on the following:

    - Observe good personal hygiene
    - Avoid close contact with people who are unwell or showing symptoms of illness
    - Wash hands frequently with soap and water, or use hand sanitizer
    - Avoid touching eyes, nose, and mouth unless hands have been thoroughly washed
    - Cover coughs and sneezes with a tissue or arm, not the hand and dispose of used tissues immediately
    - Seek medical attention if feeling unwell
    - Stay home if feeling unwell
    - Avoid sharing food, utensils and personal hygiene items
    - Do not initiate handshakes when greeting guests or employees.

These are unprecedented times! Thank you for working together with us to help keep you and everyone else as safe as possible! If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.

Warm Regards,

Elizabeth Ortiz

Director, People and Culture



**FOUR SEASONS**
HOTEL
NEW YORK

April 30, 2020

Dear Four Seasons Family:

It is hard to believe that it has been more than a month since we made the difficult decision to temporarily suspend hotel operations and then shortly after, reopen to provide housing for the Health Care Professionals working on the front lines.  During this time, our complete focus has been to provide you with as much information as possible and to continue to ensure the safety and well-being of our employees and guests.

Thank you for your continued patience as we work through these very challenging times.  Please see below for the most recent updates.

## Hotel Operations

As you are aware, on March 20, 2020, we made the difficult decision to temporarily suspend most of the hotel operations.  Shortly thereafter, our owner Ty Warner asked us to re-open the hotel to provide housing for the medical staff dedicated to fighting this pandemic.  Since our last communication to you, we have been in discussions with ownership regarding the extension of housing medical staff.  Earlier this week it was determined that we would continue to provide complimentary housing for the medical community until **May 31, 2020.**

Additionally, the COVID-19 pandemic has continued to impact our business and the hospitality industry. With the social distancing guidelines and the stay-at-home orders still in place, it is necessary to extend the suspension of regular hotel operations until **June 15, 2020**.  We will advise if this date is to be revised or extended.

Your safety and well-being remains at the center of our approach.

These are unprecedented times!  Thank you for working together with us to help keep you and everyone else as safe as possible!  If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.

Warm Regards,

Elizabeth Ortiz

Director, People and Culture

Staley v FSR0208



FOUR SEASONS
HOTEL
NEW YORK

Dear Team,

At Four Seasons Hotel New York, the health and safety of our employees and guests continues to be our top priority, and as a promise to you, I will continue to keep you updated and informed.

Following Governor Andrew Cuomo's announcement on Wednesday, March 25ᵗʰ, we are proud to open our doors to the medical personnel who are working tirelessly in our city in response to Coronavirus (COVID-19). We are doing so with much assistance from local health authorities and medical experts and making every effort to maintain Four Seasons Hotel New York as a safe environment for our employees and guests. As a result, we have drastically altered our traditional service delivery.

I am writing to address any concerns you may have about the wellbeing of essential service employees during this time, and to share the ways in which we have adapted our daily routines and work environment to prioritize the health and safety of our employees and guests.

If you have questions or concerns that are not addressed in this communication or that you would like to discuss in further detail, we encourage you to connect with your department head or the People & Culture team.

### *What are we doing at Four Seasons Hotel New York to help safeguard onsite essential service employees?*

The policies and procedures that we have implemented and that we will continue to assess, are designed first and foremost to protect employee health and safety, while also allowing us to continue to support the health care practitioners (HCP) that are working on the frontlines in New York City.

In addition to our already stringent practices around food handling, sanitization, disinfection and cleaning of guest rooms and public areas, at Four Seasons Hotel New York we have mandated the following:

- Before entering the building, we will require all employees and medical personnel guests to be individually screened by a registered nurse
- We are training our employees on enhanced social distancing measures to reduce face-to-face interaction, and ensuring the separation of workstations to maintain a minimum distance of 6-feet
- Employees and HCP may be required to wear personal protection equipment (PPE) when outside of the green zone, as provided by management
- We are reducing the number of employees working in the hotel at one time
- We have placed anti-bacterial hand sanitizers throughout the property and face masks are available for all employees and guests
- We have implemented additional cleaning services and daily disinfection of the hotel workstations

As a preventative measure, we do require that **those with symptoms consistent with an upper respiratory tract infection (fever, cough, and malaise) stay at home until they receive approval to return to work by their primary care physician.**

Staley v FSR0209

***What are we asking from you, our employees?***

During this unprecedented time, it is important that we all recognize the ease of transmission of COVID-19. The virus' ability to survive on inanimate surfaces, outside the body, and the possibility of transmission from asymptomatic carriers should remind us all to be vigilant and practice universal precautions both at work and at home, particularly if we live with people who are at higher risk of severe illnesses. Additional information can be found through the World Health Organization here.

As always, when an employee is feeling unwell while on duty, the employee is required to return home and contact their primary care physician immediately. Following this, employees should consult with their manager to determine next steps.

Knowing that it is impossible to eliminate all risk of exposure, if you become aware of anyone in the workplace that has tested positive for COVID-19, or you yourself have tested positive, you are required to notify People and Culture immediately so that we may take the necessary steps to inform colleagues of their potential exposure.

For additional resources to manage stress and anxiety during this difficult and truly unprecedented time, we encourage you to connect with your People and Culture team or visit the website here.

I am constantly amazed by the strength and dedication shown by our team at Four Seasons Hotel New York and thank you for your unconditional support during this challenging time.

Sincerely,

Rudy Tauscher
General Manager
Four Seasons Hotel New York

Staley v FSR0210



**FOUR SEASONS**
HOTEL
NEW YORK

December 3, 2020

Dear Four Seasons New York Family:

We hope you, your families and loved ones remain safe and healthy.

Throughout this pandemic, we have worked hard to ensure we are communicating with you as transparently as possible. We know this time of uncertainty is stressful and we appreciate your continued patience and support.

While the safety of our guests and employees is always our primary concern, the pandemic continues to create challenging market conditions for New York. Most major attractions remain closed while restaurants suffer from several limitations. Travel restrictions are still prohibitive requiring travelers from 45 states to quarantine for at least 4 days. In addition, Coronavirus is now surging in states across the country as well as in several markets abroad, a situation that is expected to continue into the winter months.

As such, we wanted to let you know that given the current situation and difficult market conditions that persist, the Hotel will remain temporarily closed with an anticipated re-opening date of late April 2021.

During this challenging time of an extended closure, we will remain available to support you and will continue to be in touch with updates. With that said, for any questions or concerns, please do not hesitate to contact People & Culture or me directly.

Please know I am truly grateful for your strength and endurance during these unprecedented times. We will emerge from this stronger and better.

Wishing you a safe and healthy Holiday Season! .

With kind regards,

Rudy Tauscher
General Manager



**FOUR SEASONS**
HOTEL
NEW YORK

**March 24, 2020**

Hello Team,

In light of our ever-changing situation with COVID-19 (Coronavirus), and as promised to you, I want to provide you with an update with a guest that was confirmed positive.

On March 19, the New Orleans Saints head coach, Sean Payton, released an official statement confirming that he has tested positive for COVID-19. We have informed the NYC Health Department and will work closely with the local authorities and follow their guidance.

Mr. Payton was a guest at the Hotel that checked in at 2PM on March 4th and checked out at noon on March 12th. We believe we have identified all the employees that have been in close contact with the guest and are reaching out to them to self-quarantine.

If you feel that you were in close contact with this specific guest, please call Elizabeth Ortiz at 347-899-5276 for recommendations on next steps.

I do want to reiterate that there have been no reported cases of COVID-19 directly inside the Hotel, but this situation calls for even more caution. If anyone feels sick, we ask that you seek medical care. If anyone is experiencing COVID-19 symptoms, then we ask that you inform the People & Culture office, get tested and self-quarantine.

Due to the heightened profile of this guest, please be sensitive to any media inquiries. We still do not confirm any guests that have stayed with us as part of our code of confidentiality. Should any member of the media reach out to you, please direct all inquiries to Nicole Spillane (Nicole.spillane@fourseasons.com) or Nieves Alvarez (nieves.alvarez@fourseasons.com). For any media that may come onsite to the hotel, please direct them to security who will collect their information and pass it along.

My thoughts are with all of your during this trying time and I know we will get through it together. If you have any concerns for your health, please do not hesitate to reach out to People & Culture.

Please stay safe and healthy and I will continue to update you as needed.

Sincerely,

Rudy Tauscher
General Manager



**FOUR SEASONS**
HOTEL
NEW YORK

February 8, 2020

Dear Four Seasons New York Family:

We hope you, your families and loved ones remain safe and healthy.

Throughout the pandemic, we have worked hard to ensure that we are communicating with you as transparently as possible. We know this time of uncertainty is very difficult and we appreciate your on-going patience and support.

In December of 2020, we were hopeful that we would be able to reopen at the end of April 2021. Unfortunately, given the current state of the pandemic, local and state restrictions and the continued lack of demand, a reopening in April is just not feasible. While our primary concern has always been the health and safety of our employees and guests, it also needs to be financially viable for us to re-open. The hotels in our competitive set share the same challenges. They will be postponing their re-opening dates as well.

Please know that the decision to delay the re-opening once again, has been very difficult to make. As much as we want to welcome you back, the demand also needs to reach a certain threshold. Unfortunately, demand remains minimal and well below the threshold required to reopen.

Given that this continues to be an evolving situation with several unknowns, we will continue to closely monitor the market and demand situation. We also will continue to monitor developments with the vaccines and overall pandemic. Once the pandemic conditions improve and demand increases, our goal is to confirm a re-opening date with you approximately 60 - 90 days in advance of reopening the hotel.

We will continue to persevere and share as much information with you as we obtain it. We remain available to support you and will continue to be in touch. In the meantime, for any questions or concerns, please do not hesitate to contact the People and Culture team.

We thank you in advance for your patience and your strength! We do look forward to when we are able to reopen and welcome both our employees and guests back.

Stay Safe and Keep Healthy!

Warm Regards,

The Four Seasons New York Leadership Team

Staley v FSR0213



**FOUR SEASONS**
HOTEL
NEW YORK

August 5, 2020

Selena Staley
2474 8th Avenue
Apt #4G
New York, NY 10027

Dear Selena Staley,

This is to inform you that due to unforeseen business circumstances and the continued major economic downturn stemming from the COVID-19 virus pandemic and consequent travel and tourism disruptions outside the employer's control the Four Seasons Hotel New York will continue your temporary layoff which began on 3/21/2020 for an as yet undetermined number of months. The layoffs included approximately 464 employees, including yourself and are still expected to be temporary.

You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

This notice is supplied to you pursuant to the WARN Act as well and has been supplied to the appropriate governmental agencies.

If you have any questions concerning anything contained in this letter, please contact me at 212-350-6604.

Sincerely,

Rudy Tauscher

Rudolf Tauscher
General Manager



**FOUR SEASONS HOTEL**
*New York*

October 5, 2020

Dear Four Seasons Family:

It is with regret that I announce the resignation of Michal Dedera, Hotel Manager for Four Seasons New York. Michal has been an integral member of the Four Seasons family for twenty years. In fact, we celebrated his Twentieth Work Anniversary on Friday, October 2, 2020.

Michal began his career with Four Seasons Prague in January 2000. For over 10 (ten) years, Michal garnered his experience at the Hotel in Prague in the Rooms division through the appointment to various roles. He began his employment as the Reservations Manager and progressed through the division with great success. He first served as the Assistant Front Office Manager, then Assistant Director of Housekeeping, Assistant Director of Rooms and ultimately was promoted into the role of Director of Rooms.

In 2012, Michal moved to the United States and Four Seasons Hotel Chicago to serve as the Director of Rooms. He held that position for two years. In 2014, he was promoted to the position of Resort Manager at Four Seasons Resort in Palm Beach, Florida. After which time, he joined the team in New York as Hotel Manager.

Since his arrival in New York, Michal has been a driving force behind the Evolve program and has been instrumental in developing positive employee relations through his involvement in a multitude of Four Seasons initiatives. In 2016, Michal was appointed the Rooms Operations Co-lead for the Americas and assisted the SVP of Rooms in leading the Americas Region with all Rooms initiatives.

On behalf of the entire Four Seasons New York family, I would like to thank him for his dedication and support. I understand and value his drive to continue to grow. Michal will remain in New York and will be joining an exciting new adventure outside of the industry.

Please join me in wishing Michal all the very best success in all his upcoming adventures! Our doors will always be open to him. His last day will be October 16, 2020.

Kind Regards,

Rudy Tauscher
General Manager

Staley v FSR0215



**FOUR SEASONS**
HOTEL
NEW YORK

June 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy. I want to take this opportunity to thank each one of you for your continued commitment and dedication to Four Seasons New York. This has certainly been a challenging time on so many levels but Four Seasons New York remains strong because of all of you. As we approach the summer season, I remain aware of the various life adjustments that each of you may be experiencing. We continue to remain focused on you and the Four Seasons New York.

With that said, my last communication to you on May 22, 2020 indicated that we would be extending the Health Care Professionals complimentary housing through June 30, 2020. With June 30th right around the corner, I wanted to let you know that all Health Care Professionals will be leaving by **June 30, 2020** and the program will discontinue**.**

Upon departure of the Health Care Professionals, we will temporarily be suspending most of our hotel operations. During this time, the hotel will continue to operate with a reduced staffing to maintain the building's safety and security. The upcoming schedules will reflect these changes.

Unfortunately, we will **NOT** be resuming normal hotel operations on July 15, 2020 as we had hoped. We are now looking at a late summer re-opening date and will share more information as we have it.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic and the aftermath.

I hope that you and your families had a delightful Father's Day weekend! Stay safe and keep healthy!

Warm Regards,

Rudy Tauscher
General Manager



**FOUR SEASONS**
HOTEL
NEW YORK

June 25, 2021

Good Afternoon Four Seasons New York Family:

We hope that you, your family, and loved ones are all staying well!

We know everyone is keen to reopen our Hotel and begin welcoming back guests. At this time, we will continue to remain closed, as the Hotel will be undergoing substantial infrastructure and maintenance work that is expected to last well into 2022. We will reassess our reopening plans in the early Spring of 2022 based upon the progress of this work.

Upon reopening, we are committed to recalling employees, as business levels rebound.

We have scheduled a Virtual Town Hall for this afternoon at 3pm.  A reminder will be sent shortly.

We remain available for any questions you may have!

Warm Regards,

Elizabeth Ortiz
Director, People and Culture



**FOUR SEASONS**
HOTEL
NEW YORK

March 25, 2021

Dear Four Seasons New York Family:

We hope that you, your family, and loved ones are all staying well.

We look forward to connecting with you next week at our Virtual Town Hall scheduled on **Wednesday, March 31st at 3PM**.  Please look for an email inviting you to join the call.  If you can and would like to join via video, we would love to see you.

Although we still have not confirmed a reopening date, we do want to connect and share relevant updates with you regarding the current situation in New York City, the state of travel, as well as the forecasted outlook.

The pandemic has caused difficult times and extraordinary circumstances.   We never imagined that when we temporarily closed on March 20th, 2020 that we would still be closed a year later.  We empathize with you on the hardship and impact this situation has had on all of our team members.

We do hope that the progress made over the last few months in New York and beyond continues and that we will be able to confirm a reopening date soon.  In the meantime, we want to continue to be here for you.

If you have any questions or concerns, please do not hesitate to contact the People & Culture team.

Warm Regards,

Elizabeth Ortiz
Director of People & Culture



**FOUR SEASONS**
HOTEL
NEW YORK

May 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy. As we have continued to provide housing for the Health Care Professionals, we also remain aware of the various life changes that each of you may be going through. Our focus remains on continuing to provide you with as much information as we can.

In the last communication, which came from People and Culture on May 1, 2020, we indicated that we were looking at a potential re-open date of **June 15, 2020**. Since that time, our owner Ty Warner, has agreed to extend the complimentary housing for the Health Care Professionals through **June 30, 2020**.

In addition to that extension the social distancing guidelines and the stay-at-home orders still in place. Therefore, it is necessary to extend the suspension of regular hotel operations until **July 15, 2020**. We will advise if this date is to be revised or extended. We will continue to provide you with follow-up information as we receive it.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic.

I wish you and your families a good Memorial Day weekend! Stay safe and keep healthy!

Warm Regards,

Rudy Tauscher
General Manager



December 24, 2020

Dear Four Seasons New York Family:

Following the announcement of my departure, I would like to clarify the timing of the communication. I had hoped to delay until after the Holiday's however, we needed to issue the communication based on our obligations to Four Seasons and Ownership. While the timing is not ideal, it has always been my goal to communicate as timely and transparently as possible.

During last week's Holiday calls, I spoke of planning to open the hotel in late April and I am doing everything I can to make this happen. We have built forecasts and budgets and have discussed the merits of moving forward. Four Seasons is also going to great lengths to support our re-opening initiatives.

You are all a wonderful group of people and I have enjoyed meeting all of you during the past (almost) three years. Because of you, FSNY is back on firm ground with Forbes and AAA. Together we have been able to get out of jeopardy and continue on our Five Star path.

All of you came together as a team and kept FSNY on top of the NYC and international markets. We worked diligently on bettering employee and community relations. We worked hard to improve the physical product, from the Meeting Room level to guestrooms and suites. We also worked on back-of-house areas and offices. Finally yet importantly, we redesigned our entire employee uniform look for the majority of departments. We corrected kitchen spaces, IRD, and completely redesigned the cafeteria. We also got back on track with all filings of licenses and operating permits. We embraced our Spa culture and put everything together, as one product, under one roof! This would not have been possible without all of you!

My decision to leave was not easy to make but it is solely based on an opportunity I was given to lead an exciting new project. I leave you in great hands and can assure you that Four Seasons is doing everything possible to assist this fantastic property!

I will be here until January 23, 2021 and will be available to each of you answer any questions you may have or simply to talk and catch up. Over the next several days, please enjoy your families and friends! This was a difficult year so take the time to celebrate and appreciate each other.

I wish you and your families all the very best!

With kind regards,

Rudy Tauscher, General Manager



**FOUR SEASONS**
HOTEL
NEW YORK

September 17, 2020

Dear Four Seasons Family:

I hope that this message finds you and your loved ones enjoying these last few days of summer while staying safe and healthy.

With the Coronavirus still active worldwide, the travel and hospitality industry continues to struggle with the way we do business. With multiple Federal, State and City restrictions still in place, travel to New York, continues to remain impacted. As such, we are currently operating with the minimum required staffing simply to secure the building and to ensure that we provide as much support to you as we can.

Whilst we are navigating daily through the business challenges, I assure you my personal commitment to work FSNY through this complex situation.

In my last communication with you on August 11, 2020, I indicated that we would continue to delay our re-opening until October 15, 2020. Unfortunately, we are forced to make the hard decision to extend the re-opening until year-end 2020.

I will send regular announcements regarding any changes and I will provide you with as much notice as possible. Please know I share your concerns during this difficult time and I am grateful for your commitment and dedication. Four Season New York remains strong because of all of you.

For any questions or concerns, please do not hesitate to contact the People & Culture team or me.

Your safety and well-being remains at the center of our thoughts.

Stay safe and keep healthy!

With kind regards,

Rudy Tauscher
General Manager

To: DOL

*RE: Requesting A Hearing*

Date: Friday, September 8, 2021

From: Selena Staley
Social Security Number: ███████
Email: selenahar@msn.com

To Whom It May Concern:

Since, March of 2020 I have been on furlough with the Four Seasons Hotel 57 in NYC, caused by the Covid pandemic.

Four Seasons Hotel 57 has held virtual Town Halls with anticipated reopening dates in both 2020 and 2021 (please review attached documents) that has not yet come to fruition. On one of the virtual Town Hall discussions, it was stated by the Director of People and Culture, if you obtain employment elsewhere and the hotel doesn't reopen you have violated your contract with Four Seasons Hotel 57 and your severance will be forfeited. Now, they anticipate a reopening in Spring of 2022.

I have been a full-time working professional with Four Seasons Hotel for over 11 years. The hotel is still temporarily closed. My unemployment has ended and I have opened another claim. Due to my current situation with the hotel, I am hanging in limbo. Is there any other consideration?

Thank you for your time.

Sincerely,
Selena Staley

Staley v FSR0222

# 2021 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2021**

Employee Reference Copy

Copy B for employee's records.                      OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000212 TER | | RM34 | AC S   32466 |

Employer's name, address, and ZIP code

ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 7,200.81 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 446.46 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.51 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 104.41 |
| STATE INCOME TAX BOX 17 OF W-2 | 160.38 | SUI/SDI BOX 14 OF W-2 | 13.60 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 120.36 | | |

ff Employee's name, address, and ZIP code

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| Employee's FED ID number | a Employee's SSA number |
|---|---|
| Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
| Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other   13.60   NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 5 State   Employer's state ID no. NY   863880327   1 | 16 State wages, tips, etc. 7200.81 |
| 7 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 9 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

To change your employee W-4 profile information file a new W-4 with your payroll department.

SELENA  STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK,  NY  10027

Social Security Number:  XXX-XX-6878

© 2021 ADP, Inc.

PAGE 01 OF 01

---

| Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
|---|---|
| Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| Control number 000000212 TER   Dept.   Corp. RM34   A   Employer use only 32466 | |

Employer's name, address, and ZIP code

ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| Employee's FED ID number | a Employee's SSA number |
|---|---|
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other   13.60   NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

ff Employee's name, address and ZIP code

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 5 State   Employer's state ID no. NY   1 | 16 State wages, tips, etc. 7200.81 |
|---|---|
| 7 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 9 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2021**

---

| 1 Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
|---|---|
| 3 Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| 5 Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| d Control number 000000212 TER   Dept.   Corp. RM34   A   Employer use only 32466 | |

e Employer's name, address, and ZIP code

ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| b Employee's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other   13.60   NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

a/f Employee's name, address and ZIP code

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 15 State   Employer's state ID no. NY   1 | 16 State wages, tips, etc. 7200.81 |
|---|---|
| 17 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 19 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

**NY. State Filing Copy**
**W-2 Wage and Tax Statement 2021**

---

| Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
|---|---|
| 3 Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| 5 Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| d Control number 000000212 TER   Dept.   Corp. RM34   A   Employer use only 3246 | |

e Employer's name, address, and ZIP code

ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| b Employee's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other   13.60   NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick p.   X |

a/f Employee's name, address and ZIP code

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 15 State   Employer's state ID no. NY   1 | 16 State wages, tips, etc. 7200.81 |
|---|---|
| 17 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 19 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

**City or Local Filing Copy**
**W-2 Wage and Tax Statement 2021**

Staley v FSR0223



**Earnings Statement**

MZG  004189  10020

0000420015

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/09/2021 |
| Period Ending: | 10/15/2021 |
| Pay Date: | 10/21/2021 |

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:       0,$25 Additional Tax
  NY:            0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 500.00 |
| **Gross Pay** | | | **$500.00** | 500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 110.00 |
| | Social Security Tax | -31.00 | 31.00 |
| | Medicare Tax | -7.25 | 7.25 |
| | NY State Income Tax | -68.90 | 68.90 |
| | New York Cit Income Tax | -21.25 | 21.25 |
| | NY Paid Family Leave Ins | -2.56 | 2.56 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 259.04 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

CONFIDENTIAL

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000420015 |
| Pay date: | 10/21/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | | xxxx xxxx | $259.04 |

**NON-NEGOTIABLE**

Staley v FSR0224

MZG 004100 100202 000043001

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/16/2021 |
| Period Ending: | 10/22/2021 |
| Pay Date: | 10/28/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0,$25 Additional Tax
NY: 0,$10 Additional Tax
New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 1,000.00 |
| Gross Pay | | | $500.00 | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 220.00 |
| | Social Security Tax | -31.00 | 62.00 |
| | Medicare Tax | -7.25 | 14.50 |
| | NY State Income Tax | -68.90 | 137.80 |
| | New York Cit Income Tax | -21.25 | 42.50 |
| | NY Paid Family Leave Ins | -2.56 | 5.12 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 518.08 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000430010 |
| Pay date: | 10/28/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▮▮▮▮ | xxxx xxxx | $259.04 |

# NON-NEGOTIABLE

Staley v FSR0225

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000440011 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     10/23/2021
Period Ending:        10/29/2021
Pay Date:             11/04/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:         0,$25 Additional Tax
    NY:              0,$10 Additional Tax
    New York Cit:    0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 1,500.00 |
| **Gross Pay** | | | **$500.00** | 1,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 330.00 |
| | Social Security Tax | -31.00 | 93.00 |
| | Medicare Tax | -7.25 | 21.75 |
| | NY State Income Tax | -68.90 | 206.70 |
| | New York Cit Income Tax | -21.25 | 63.75 |
| | NY Paid Family Leave Ins | -2.56 | 7.68 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 777.12 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC.

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:      00000440011
Pay date:           11/04/2021

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | | xxxx xxxx | $259.04 |

# NON-NEGOTIABLE

Staley v FSR0226

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000450009 | 1 |

**Earnings Statement**

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     10/30/2021
Period Ending:         11/05/2021
Pay Date:                 11/10/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:            0,$25 Additional  Tax
  NY:                  0,$10 Additional  Tax
  New York Cit:     0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 2,000.00 |
| **Gross Pay** | | | **$500.00** | 2,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 440.00 |
| | Social Security Tax | -31.00 | 124.00 |
| | Medicare Tax | -7.25 | 29.00 |
| | NY State Income Tax | -68.90 | 275.60 |
| | New York Cit Income Tax | -21.25 | 85.00 |
| | NY Paid Family Leave Ins | -2.56 | 10.24 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,036.16 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL  57  SERVICES , LLC
D/B/A  FOUR SEASONS  HOTEL ,  NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

**Advice number:**          **00000450009**
Pay date:                          11/10/2021

| Deposited  to the account  of | account number | transit  ABA | amount |
|-------------------------------|----------------|--------------|--------|
| **SELENA  S  STALEY** | ▓▓▓▓ | xxxx  xxxx | $259.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0227

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000460010 | 1 |

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:  11/06/2021
Period Ending:  11/12/2021
Pay Date:  11/18/2021

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:  0,$25 Additional Tax
   NY:  0,$10 Additional Tax
   New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 2,500.00 |
| Gross Pay | | | $500.00 | 2,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 550.00 |
| | Social Security Tax | -31.00 | 155.00 |
| | Medicare Tax | -7.25 | 36.25 |
| | NY State Income Tax | -68.90 | 344.50 |
| | New York Cit Income Tax | -21.25 | 106.25 |
| | NY Paid Family Leave Ins | -2.56 | 12.80 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 1,295.20 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

**Advice number:**  00000460010
Pay date:  11/18/2021

Deposited to the account of
**SELENA S STALEY**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | ▬▬▬ | xxxx xxxx | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0228

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000470010 | 1 |

# Earnings Statement

**ADP**

*HOTEL 57 SERVICES,LLC*
*D/B/A FOUR SEASONS HOTEL, NEW YORK*
*57 EAST 57TH STREET*
*NEW YORK, N.Y. 10022*

Period Beginning:   11/13/2021
Period Ending:   11/19/2021
Pay Date:   11/24/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0,$25 Additional  Tax
  NY:   0,$10 Additional  Tax
  New York Cit:   0,$5 Additional  Tax

**SELENA  S STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 3,000.00 |
| **Gross Pay** | | | **$500.00** | 3,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 660.00 |
| | Social Security Tax | -31.00 | 186.00 |
| | Medicare Tax | -7.25 | 43.50 |
| | NY State Income Tax | -68.90 | 413.40 |
| | New York Cit Income Tax | -21.25 | 127.50 |
| | NY Paid Family Leave Ins | -2.56 | 15.36 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,554.24 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   **00000470010**
Pay date:   11/24/2021

Deposited  to the account  of
**SELENA  S STALEY**

| | account  number | transit  ABA | amount |
|--|-----------------|--------------|--------|
| | ▆▆▆▆ | xxxx  xxxx | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0229

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000480010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     11/20/2021
Period Ending:        11/26/2021
Pay Date:             12/02/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
　　Federal:       0,$25 Additional Tax
　　NY:           0,$10 Additional Tax
　　New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 3,500.00 |
| **Gross Pay** | | | **$500.00** | 3,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 770.00 |
| | Social Security Tax | -31.00 | 217.00 |
| | Medicare Tax | -7.25 | 50.75 |
| | NY State Income Tax | -68.90 | 482.30 |
| | New York Cit Income Tax | -21.25 | 148.75 |
| | NY Paid Family Leave Ins | -2.56 | 17.92 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,813.28 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

**Advice number:**     **00000480010**
Pay date:              12/02/2021

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | | xxxx xxxx | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0230

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000490010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 11/27/2021
Period Ending: 12/03/2021
Pay Date: 12/09/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 4,000.00 |
| **Gross Pay** | | | **$500.00** | 4,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -110.00 | 880.00 |
| | Social Security Tax | -31.00 | 248.00 |
| | Medicare Tax | -7.25 | 58.00 |
| | NY State Income Tax | -68.90 | 551.20 |
| | New York Cit Income Tax | -21.25 | 170.00 |
| | NY Paid Family Leave Ins | -2.56 | 20.48 |
| **Net Pay** | | **$259.04** | |
| Savings 1 | | -259.04 | 2,072.32 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:      00000490010
Pay date:           12/09/2021

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| | XXXX XXXX | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0231

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000500010 | 1 |

# Earnings  Statement

**ADP**

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| Period Beginning: | 12/04/2021 |
|---|---|
| Period Ending: | 12/10/2021 |
| Pay Date: | 12/16/2021 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
   Federal:        0,$25  Additional  Tax
   NY:            0,$10  Additional  Tax
   New  York  Cit:   0,$5  Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 4,500.00 |
| **Gross Pay** | | | **$500.00** | 4,500.00 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 990.00 |
| | Social Security Tax | -31.00 | 279.00 |
| | Medicare Tax | -7.25 | 65.25 |
| | NY State Income Tax | -68.90 | 620.10 |
| | New York Cit Income Tax | -21.25 | 191.25 |
| | NY Paid Family Leave Ins | -2.56 | 23.04 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 2,331.36 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| Advice number: | 00000500010 |
|---|---|
| Pay date: | 12/16/2021 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | | XXXX  XXXX | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0232

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000510010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 12/11/2021
Period Ending: 12/17/2021
Pay Date: 12/23/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 5,000.00 |
| Gross Pay | | | $500.00 | 5,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -110.00 | 1,100.00 |
| | Social Security Tax | -31.00 | 310.00 |
| | Medicare Tax | -7.25 | 72.50 |
| | NY State Income Tax | -68.90 | 689.00 |
| | New York Cit Income Tax | -21.25 | 212.50 |
| | NY Paid Family Leave Ins | -2.56 | 25.60 |
| Net Pay | | $259.04 | |
| Savings 1 | | -259.04 | 2,590.40 |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000510010
Pay date: 12/23/2021

Deposited to the account of
**SELENA S STALEY**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | | XXXX XXXX | $259.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0233

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000520010 | 1 |

# Earnings Statement

**ADP**

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 12/18/2021 |
| Period Ending: | 12/24/2021 |
| Pay Date: | 12/30/2021 |

**SELENA  S STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     0,$25 Additional Tax
  NY:        0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 5,500.00 |
| **Gross Pay** | | | **$500.00** | 5,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -110.00 | 1,210.00 |
| | Social Security Tax | -31.00 | 341.00 |
| | Medicare Tax | -7.25 | 79.75 |
| | NY State Income Tax | -68.90 | 757.90 |
| | New York Cit Income Tax | -21.25 | 233.75 |
| | NY Paid Family Leave Ins | -2.56 | 28.16 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 2,849.44 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| **Advice number:** | **00000520010** |
| Pay date: | 12/30/2021 |

Deposited to the account of
**SELENA  S STALEY**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| ▊▊▊▊ | xxxx xxxx | $259.04 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Staley v FSR0234

NEW YORK STATE DEPARTMENT OF LABOR
PAYMENT UNIT, BUILDING 12  1099-G
PO BOX 621
ALBANY, NY 12201-0621

**Do You Qualify For An Earned Income Credit?**
You may be entitled to a Federal tax credit. The amount of the credit is based on your earned income such as wages and self-employment. This credit may be allowed even if you do not owe any Federal income tax. However, you must file a Federal income tax return to obtain the credit. See the instructions on your Federal income tax forms to determine if the amount of your income allows you to claim this credit.

S S STALEY
2474 FREDERICK DOUGLASS B
NEW YORK          NY 10027-7722

## Important Information About Form 1099-G

Because you received unemployment compensation payments of $10 or more in 2021, New York State is required to report those payments to the Internal Revenue Service, and give you Form 1099-G by January 31, 2022. Unemployment compensation includes:

• Unemployment Insurance payments
• Federal Extended Benefits payments
• TAA (Trade Adjustment Act) basic, retroactive, and additional training payments
• PUA (Pandemic Unemployment Assistance) payments
• LWA (Lost Wages Assistance) payments
• DUA (Disaster Unemployment Assistance) payments
• MEUC (Mixed Earner Unemployment Compensation) payments
• FPUC (Federal Pandemic Unemployment Compensation) payments

Please keep Form 1099-G for your records. You will need this information to complete your Federal, State and local income tax returns. If you did not receive any unemployment compensation this year, but repaid an overpayment, this form is being sent in case it will be of help to you.
Note: Unless you have voluntarily authorized Federal or State withholding, Federal, State and local income taxes are not withheld on unemployment compensation   If you expect to receive these benefits in the future, you can ask the Department to withhold Federal and State income tax from each payment. Or, you can make estimated tax payments during the year. For more information regarding how to make estimated tax payments, see instructions on the appropriate tax return, or, contact the Internal Revenue Service or the NYS Department of Taxation and Finance.

BOX 1  Shows the total unemployment compensation paid to you this year. For tax year 2021, combine the box 1 amounts from all Forms 1099-G, and report the amount as income on the unemployment compensation line on your return. Except as explained in the following instructions for the remaining boxes, this is your taxable amount. If you are married filing jointly, each spouse must figure his or her taxable amount separately.

If this 1099-G is for a year other than 2021, see the instructions on the appropriate tax return, or contact the Internal Revenue Service, the NYS Department of Taxation and Finance or your local taxing authority to determine the amount of taxable unemployment insurance.

BOX 2  Shows adjustments credited to you this year. INCLUDES: Your cash payments and income tax refunds used to pay back overpaid benefits. DOES NOT INCLUDE: Your payments to cover penalties, and your unemployment insurance benefits used to pay back overpaid benefits. Adjustment information may be helpful to you in filing your return.

BOX 4  Shows total Federal income tax withheld from unemployment compensation paid to you this year. If you voluntarily authorized withholding, tax has been withheld at a 10% rate. Include this amount on your income tax return as tax withheld.

BOX 5  Shows Reemployment Trade Adjustment Assistance (RTAA) payments you received. The amounts are not included in the Box 1 total. Include on Form 1040 on the "Other income" line. See the Form 1040 instructions.

BOX 10a  Shows the payer's state.

BOX 10b  Shows the payer's Federal Identification Number.

BOX 11  Shows total State income tax withheld from unemployment compensation paid to you this year. If you voluntarily authorized withholding, tax has been withheld at a 2.5% rate. Include tax withheld, if any, on your income tax return.

Future developments For the latest information about developments related to Form 1099-G and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099g.

---

| PAYER'S name, street address, city, state, ZIP code, Federal identification number, and telephone number | | | | OMB No. 1545-0120 | | |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR-UNEMPLOYMENT INSURANCE ALBANY, N.Y. 12240-0001 https://on.ny.gov/1099-G  Phone 888-209-8124  PAYER'S Fed. Id. No. 27-0293117 | | | | Statement for Recipients of Certain Government Payments | | 2021 |
| | | | | Form 1099-G (12/21) | | |
| RECIPIENT'S identification number | 1. Unemployment compensation $27,762.00 | 2. Adjustments $0.00 | 3. | 4. Federal income tax withheld $2,776.20 | | |
| RECIPIENT'S name, street address, city, state and ZIP code | | | 5. RTAA Payments $0.00 | 6. | | |
| | | | 7. | 8. | 9. | |
| S S STALEY 2474 FREDERICK DOUGLASS B NEW YORK          NY 10027-7722 | | | 10 a. State NY | 10 b. State Identification No. | 11. State income tax withheld $694.05 | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

CONFIDENTIAL

Staley v FSRI235

CONFIDENTIAL

Staley v FSR0236

# 2020 W-2 and EARNINGS SUMMARY

**W-2** Employee Reference Copy
Wage and Tax Statement **2020**
Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 603 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #02089

e/f Employee's name, address, and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK,NY 10027

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 15579.54 | 2 Federal income tax withheld 1775.92 |
| 3 Social security wages 19356.94 | 4 Social security tax withheld 1200.13 |
| 5 Medicare wages and tips 19356.94 | 6 Medicare tax withheld 280.68 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 32.11 |
| 14 Other | 12b D 3777.40 |
| 12.00 SDI 52.29 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 15579.54 |
|---|---|
| 17 State income tax 898.38 | 18 Local wages, tips, etc. 15579.54 |
| 19 Local income tax 576.06 | 20 Locality name NYC RES |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 19,359.98 | 19,359.98 | 19,359.98 | 19,359.98 | 19,359.98 |
| Plus GTL (C-Box 12) | 32.11 | 32.11 | 32.11 | 32.11 | 32.11 |
| Less 401(k) (D-Box 12) | 3,777.40 | N/A | N/A | 3,777.40 | 3,777.40 |
| Less Other Cafe 125 | 35.15 | 35.15 | 35.15 | 35.15 | 35.15 |
| Reported W-2 Wages | 15,579.54 | 19,356.94 | 19,356.94 | 15,579.54 | 15,579.54 |

**2. Employee Name and Address.**

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK,NY 10027

© 2020 ADP, Inc.

---

| 1 Wages, tips, other comp. 15579.54 | 2 Federal income tax withheld 1775.92 |
|---|---|
| 3 Social security wages 19356.94 | 4 Social security tax withheld 1200.13 |
| 5 Medicare wages and tips 19356.94 | 6 Medicare tax withheld 280.68 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 603 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 32.11 |
| 14 Other | 12b D 3777.40 |
| 12.00 SDI 52.29 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK,NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 15579.54 |
|---|---|
| 17 State income tax 898.38 | 18 Local wages, tips, etc. 15579.54 |
| 19 Local income tax 576.06 | 20 Locality name NYC RES |

**W-2** Federal Filing Copy
Wage and Tax Statement **2020**
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 15579.54 | 2 Federal income tax withheld 1775.92 |
|---|---|
| 3 Social security wages 19356.94 | 4 Social security tax withheld 1200.13 |
| 5 Medicare wages and tips 19356.94 | 6 Medicare tax withheld 280.68 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 603 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 32.11 |
| 14 Other | 12b D 3777.40 |
| 12.00 SDI 52.29 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK,NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 15579.54 |
|---|---|
| 17 State income tax 898.38 | 18 Local wages, tips, etc. 15579.54 |
| 19 Local income tax 576.06 | 20 Locality name NYC RES |

**W-2** NY State Filing Copy
Wage and Tax Statement **2020**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 15579.54 | 2 Federal income tax withheld 1775.92 |
|---|---|
| 3 Social security wages 19356.94 | 4 Social security tax withheld 1200.13 |
| 5 Medicare wages and tips 19356.94 | 6 Medicare tax withheld 280.68 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 603 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 32.11 |
| 14 Other | 12b D 3777.40 |
| 12.00 SDI 52.29 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK,NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 15579.54 |
|---|---|
| 17 State income tax 898.38 | 18 Local wages, tips, etc. 15579.54 |
| 19 Local income tax 576.06 | 20 Locality name NYC RES |

**W-2** City or Local Filing Copy
Wage and Tax Statement **2020**
Copy 2 to be filed with employee's City or Local Income Tax Return. OMB No. 1545-0008

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 is also included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained

in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 5 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits,** keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury – Internal Revenue Service

---

NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



## Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form

W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

Staley v FSR0238

## 2021 W-2 and EARNINGS SUMMARY **ADP**

**W-2 Wage and Tax Statement 2021**
Copy C for employee's records.
OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #01406

e/f Employee's name, address, and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| 7 Social security tips | 6 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| 28.16 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
|---|---|
| 17 State income tax 757.90 | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | 20 Locality name NYC RES |

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY, State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-4 |
|---|---|---|---|---|---|
| Gross Pay | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.0 |
| Reported W-2 Wages | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.0 |

### 2. Employee Name and Address.

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

© 2021 ADP, Inc.

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| 28.16 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
|---|---|
| 17 State income tax 757.90 | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | 20 Locality name NYC RES |

**W-2 Wage and Tax Statement 2021**
Federal Filing Copy
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 28.16 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
|---|---|
| 17 State income tax 757.90 | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | 20 Locality name NYC RES |

**W-2 Wage and Tax Statement 2021**
NY State Filing Copy
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 28.16 NY PFL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
|---|---|
| 17 State income tax 757.90 | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | 20 Locality name NYC RES |

**W-2 Wage and Tax Statement 2021**
City or Local Filing Copy
OMB No. 1545-0008

Staley v FSR0239

2021

**REISSUED STATEMENT**

| | | |
|---|---|---|
| OMB No. 1545-0008 d Control Number | 1 Wages, tips, other compensation 815.58 | 2 Federal income tax withheld 77.66 |
| b Employer identification number (EIN) | 3 Social security wages 815.58 | 4 Social security tax withheld 50.57 |
| c Employer's social security number | 5 Medicare wages and tips 815.58 | 6 Medicare tax withheld 11.83 |

c Employer's name, address and ZIP code
GEP CENEX, LLC
P O BOX 7836
BURBANK CA  91510-7836

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13b | 12c | 12d |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other NY SDI     4.50 |

X

e Employee's name, address and ZIP code
SELENA S HARRIS
APT.#4-G
2474 FREDERICK DOUGLASS BLVD
NEW YORK NY  10027

| 2021 NY | 15 State Employer's state I.D. no. | 16 State wages, tips, etc. 815.58 |
|---|---|---|
| W-2 | | |

**Wage and Tax Statement**
Copy C - For EMPLOYEE'S
RECORDS (See Notice to
Employee on back of Copy B.)

| 17 State income tax 38.41 | 18 Local wages, tips, etc. 815.58 |
|---|---|
| 19 Local income tax 26.68 | 20 Locality name NEW YORK |

Department of the Treasury –
Internal Revenue Service

---

**REISSUED STATEMENT**

| | | |
|---|---|---|
| OMB No. 1545-0008 d Control Number | 1 Wages, tips, other compensation 815.58 | 2 Federal income tax withheld 77.66 |
| b Employer identification number (EIN) | 3 Social security wages 815.58 | 4 Social security tax withheld 50.57 |
| c Employer's social security number | 5 Medicare wages and tips 815.58 | 6 Medicare tax withheld 11.83 |

c Employee's name, address and ZIP code
GEP CENEX, LLC
P O BOX 7836
BURBANK CA  91510-7836

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13b | 12c | 12d |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other NY SDI     4.50 |

X

e Employee's name, address and ZIP code
SELENA S HARRIS
APT.#4-G
2474 FREDERICK DOUGLASS BLVD
NEW YORK NY  10027

| 2021 NY | 15 State Employer's state I.D. no. | 16 State wages, tips, etc. 815.58 |
|---|---|---|
| W-2 | | |

**Wage and Tax Statement**
Copy B - To Be Filed With
Employee's FEDERAL Tax
Return.

| 17 State income tax 38.41 | 18 Local wages, tips, etc. 815.58 |
|---|---|
| 19 Local income tax 26.68 | 20 Locality name NEW YORK |

Department of the Treasury –
Internal Revenue Service

---

**REISSUED STATEMENT**

| | | |
|---|---|---|
| OMB No. 1545-0008 d Control Number | 1 Wages, tips, other compensation 815.58 | 2 Federal income tax withheld 77.66 |
| b Employer identification number (EIN) | 3 Social security wages 815.58 | 4 Social security tax withheld 50.57 |
| c Employee's social security number | 5 Medicare wages and tips 815.58 | 6 Medicare tax withheld 11.83 |

c Employer's name, address and ZIP code
GEP CENEX, LLC
P O BOX 7836
BURBANK CA  91510-7836

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13b | 12c | 12d |
| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other NY SDI     4.50 |

X

e Employee's name, address and ZIP code
SELENA S HARRIS
APT.#4-G
2474 FREDERICK DOUGLASS BLVD
NEW YORK NY  10027

| 2021 NY | 15 State Employer's state I.D. no. | 16 State wages, tips, etc. 815.58 |
|---|---|---|
| W-2 | | |

**Wage and Tax Statement**
Copy 2 - To Be Filed With
Employee's State, City, or
Local Income Tax Return.

| 17 State income tax 38.41 | 18 Local wages, tips, etc. 815.58 |
|---|---|
| 19 Local income tax 26.68 | 20 Locality name NEW YORK |

Department of the Treasury –
Internal Revenue Service

---

## W-2 Wage and Tax Statement Earnings Summary

| Description | Amount |
|---|---|
| NY NEW YORK EARNINGS | |
| CASTING | $815.58 |
| NY NEW YORK SUBTOTAL | $815.58 |

This right-hand bottom section of the form is information only. Do not submit with your tax return.

CONFIDENTIAL

Staley v FSR0240

# 2021 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2021**
Copy C for employee's records.   OMB No. 1545-0008

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | | |
|---|---|---|---|---|
| GROSS PAY | | 391.00 | SOCIAL SECURITY TAX WITHHELD | 24.24 |
| | | | BOX 04 OF W-2 | |
| FED. INCOME TAX WITHHELD | | 0.00 | MEDICARE TAX WITHHELD | 5.67 |
| BOX 02 OF W-2 | | | BOX 06 OF W-2 | |
| STATE INCOME TAX | | 5.52 | SUI/SDI | 1.10 |
| BOX 17 OF W-2 | | | BOX 14 OF W-2 | |
| LOCAL INCOME TAX | | 4.12 | | |
| BOX 19 OF W-2 | | | | |

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000089 TER | | RL40 | AC S   33924 |

Employee's name, address, and ZIP code
FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY  13753

**7 Employee's name, address, and ZIP code**
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY  10027

| a Employer | |
|---|---|
| Wages, tips, other comp. 391.00 | 2 Federal income tax withheld |
| 3 Social security wages 391.00 | 4 Social security tax withheld 24.24 |
| 5 Medicare wages and tips 391.00 | 6 Medicare tax withheld 5.67 |
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other  1.10 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 5 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 870837559   8 | 391.00 |
| 7 State income tax 5.52 | 18 Local wages, tips, etc. | 391.00 |
| 9 Local income tax 4.12 | 20 Locality name NEW YORK CIT | |

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA   STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK,   NY   10027

Social Security Number:   XXX-XX-8979

© 2021 ADP, Inc.

**PAGE 01 OF 01**

---

| 1 Wages, tips, other comp. 391.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 391.00 | 4 Social security tax withheld 24.24 |
| 5 Medicare wages and tips 391.00 | 6 Medicare tax withheld 5.67 |

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000089 TER | | RL40 | A   33924 |

Employer's name, address, and ZIP code
FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY  13753

| b Employer's FED ID number | a Employ |
|---|---|
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other  1.10 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**7 Employee's name, address and ZIP code**
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY  10027

| 5 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 8 | 391.00 |
| 7 State income tax 5.52 | 18 Local wages, tips, etc. | 391.00 |
| 9 Local income tax 4.12 | 20 Locality name NEW YORK CIT | |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2021**

---

| 1 Wages, tips, other comp. 391.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 391.00 | 4 Social security tax withheld 24.24 |
| 5 Medicare wages and tips 391.00 | 6 Medicare tax withheld 5.67 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000089 TER | | RL40 | A   33924 |

Employer's name, address, and ZIP code
FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY  13753

| b Employer's FED ID number | a Employee |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  1.10 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**a/f Employee's name, address and ZIP code**
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY  10027

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 8 | 391.00 |
| 17 State income tax 5.52 | 18 Local wages, tips, etc. | 391.00 |
| 18 Local income tax 4.12 | 20 Locality name NEW YORK CIT | |

**NY. State Filing Copy**
**W-2 Wage and Tax Statement 2021**

---

| 1 Wages, tips, other comp. 391.00 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 391.00 | 4 Social security tax withheld 24.24 |
| 5 Medicare wages and tips 391.00 | 6 Medicare tax withheld 5.67 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000000089 TER | | RL40 | A   3392 |

Employer's name, address, and ZIP code
FOURTH OF JULY PROJECT LLC .
61 MAIN ST
DELHI, NY  13753

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  1.10 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**a/f Employee's name, address and ZIP code**
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY  10027

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 8 | 391.00 |
| 17 State income tax 5.52 | 18 Local wages, tips, etc. | 391.00 |
| 19 Local income tax 4.12 | 20 Locality name NEW YORK CIT | |

**City or Local Filing Copy**
**W-2 Wage and Tax Statement 2021**

CONFIDENTIAL

# 2021 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | |
|---|---|---|
| GROSS PAY | 257.00 | |
| | | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 15.93 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 3.73 |
| STATE INCOME TAX BOX 17 OF W-2 | 4.16 | SUI/SDI BOX 14 OF W-2 | 0.60 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 3.10 | | |

---

**Control number** 000000871 TER   **Dept.** RJB0   **Corp.** AC S   **Employer use only** 23888

Employer's name, address, and ZIP code
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

Employee's name, address, and ZIP code
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

| Wages, tips, other comp. | 257.00 | 2 Federal income tax withheld | |
|---|---|---|---|
| Social security wages | 257.00 | 4 Social security tax withheld | 15.93 |
| Medicare wages and tips | 257.00 | 6 Medicare tax withheld | 3.73 |
| Social security tips | | 8 Allocated tips | |
| | | 10 Dependent care benefits | |
| Nonqualified plans | | 12a See instructions for box 13 | |
| Other   40 NY SDI | | 12b / 12c / 12d | |
| | | 13 Stat emp Ret. plan 3rd party sick pay | |

5 State Employer's state ID no. NY 853537913 4
16 State wages, tips, etc. 257.00
7 State income tax 4.16
18 Local wages, tips, etc. 257.00
9 Local income tax 3.10
20 Locality name NEW YORK CIT

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

Social Security Number: XXX-XX-8878

© 2021 ADP, Inc.

PAGE 01 OF 01

---

| Wages, tips, other comp. | 257.00 | 2 Federal income tax withheld | |
|---|---|---|---|
| 3 Social security wages | 257.00 | 4 Social security tax withheld | 15.93 |
| 5 Medicare wages and tips | 257.00 | 6 Medicare tax withheld | 3.73 |

**Control number** 000000871 TER   **Dept.** RJB0   **Corp.** A   **Employer use only** 23888

Employer's name, address, and ZIP code
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

| b Employer's ID number | a Employee's number |
|---|---|
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other   40 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp Ret. plan 3rd party sick p X |

e/f Employee's name, address and ZIP code
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

15 State Employer's state ID no. NY 4
16 State wages, tips, etc. 257.00
17 State income tax 4.16
18 Local wages, tips, etc. 257.00
19 Local income tax 3.10
20 Locality name NEW YORK CIT

**Federal Filing Copy**
W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. | 257.00 | 2 Federal income tax withheld | |
|---|---|---|---|
| 3 Social security wages | 257.00 | 4 Social security tax withheld | 15.93 |
| 5 Medicare wages and tips | 257.00 | 6 Medicare tax withheld | 3.73 |

**d Control number** 000000871 TER   **Dept.** RJB0   **Corp.** A   **Employer use only** 23888

Employer's name, address, and ZIP code
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

| b Employer's number | a Employee's number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 8 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other   40 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp Ret. plan 3rd party sick p X |

e/f Employee's name, address and ZIP code
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

15 State Employer's state ID no. NY 4
16 State wages, tips, etc. 257.00
17 State income tax 4.16
18 Local wages, tips, etc. 257.00
19 Local income tax 3.10
20 Locality name NEW YORK CIT

**NY. State Filing Copy**
W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

---

| Wages, tips, other comp. | 257.00 | 2 Federal income tax withheld | |
|---|---|---|---|
| 3 Social security wages | 257.00 | 4 Social security tax withheld | 15.93 |
| 5 Medicare wages and tips | 257.00 | 6 Medicare tax withheld | 3.73 |

**d Control number** 000000871 TER   **Dept.** RJB0   **Corp.** A   **Employer use only** 2388

Employer's name, address, and ZIP code
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

| b Employer's ID number | a Employee's number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 8 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other   40 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp Ret. plan 3rd party sick p X |

e/f Employee's name, address and ZIP code
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

16 State Employer's state ID no. NY 4
16 State wages, tips, etc. 257.00
17 State income tax 4.16
18 Local wages, tips, etc. 257.00
19 Local income tax 3.10
20 Locality name NEW YORK CIT

**City or Local Filing Copy**
W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

CONFIDENTIAL

Department of the Treasury—Internal Revenue Service

| Control number | 1 Wages, tips, other compensation 289.96 | 2 Federal income tax withheld 20.94 |
|---|---|---|
| MB No.1545-0008 | 3 Social security wages 289.96 | 4 Social security tax withheld 17.98 |
| | 5 Medicare wages and tips 289.96 | 6 Medicare tax withheld 4.20 |

Employer's name, address and ZIP code
Entertainment Casting Services, LLC
16200 Ventura Blvd Suite 201
Encino, CA 91436

| Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 0 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 2b | 12c | 12d |

Employer identification number (EIN)    a Employee's social security number

| 3 Statutory employee | Retirement plan | Third-party sick pay | 14 Other FLI-NY: 1.48 | SDI-NY: 0.24 |
|---|---|---|---|---|

Employee's name, address and ZIP code
SELENA STALEY STALEY
2474 Frederick Douglass Blvd 4G
New York, NY 10027

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**2021**

| 15 State NY | Employer's state ID number | 16 State wages, tips, etc. 289.96 |
|---|---|---|

W-2 Wage and Tax Statement
Copy C For
EMPLOYEE'S RECORDS
See Notice to Employee on the back of Copy B.)

| 17 State income tax 11.86 | 18 Local wages, tips, etc. 289.96 |
|---|---|
| 19 Local income tax 8.36 | 20 Locality name NYC |

---

| d Control number | 1 Wages, tips, other compensation 289.96 | 2 Federal income tax withheld 20.94 |
|---|---|---|
| OMB No.1545-0008 This information is being furnished to the Internal Revenue Service. | 3 Social security wages 289.96 | 4 Social security tax withheld 17.98 |
| | 5 Medicare wages and tips 289.96 | 6 Medicare tax withheld 4.20 |

e Employer's name, address and ZIP code
Entertainment Casting Services, LLC
16200 Ventura Blvd Suite 201
Encino, CA 91436

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |

Employer identification number (EIN)    a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other FLI-NY: 1.48 | SDI-NY: 0.24 |
|---|---|---|---|---|

e Employee's name, address and ZIP code
SELENA STALEY STALEY
2474 Frederick Douglass Blvd 4G
New York, NY 10027

**2021**

| 15 State NY | Employer's state ID number | 16 State wages, tips, etc. 289.96 |
|---|---|---|

W-2 Wage and Tax Statement
Copy B-To Be Filed
With Employee's
FEDERAL Tax Return

| 17 State income tax 11.86 | 18 Local wages, tips, etc. 289.96 |
|---|---|
| 19 Local income tax 8.36 | 20 Locality name NYC |

Department of the Treasury—Internal Revenue Service

---

| Control number | 1 Wages, tips, other compensation 289.96 | 2 Federal income tax withheld 20.94 |
|---|---|---|
| MB No.1545-0008 | 3 Social security wages 289.96 | 4 Social security tax withheld 17.98 |
| | 5 Medicare wages and tips 289.96 | 6 Medicare tax withheld 4.20 |

Employer's name, address and ZIP code
Entertainment Casting Services, LLC
16200 Ventura Blvd Suite 201
Encino, CA 91436

| Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 0 Dependent care benefits | 11 Nonqualified plans | 12a |
| 2b | 12c | 12d |

Employer identification number (EIN)    a Employee's social security number

| 3 Statutory employee | Retirement plan | Third-party sick pay | 14 Other FLI-NY: 1.48 | SDI-NY: 0.24 |
|---|---|---|---|---|

Employer's name, address and ZIP code
SELENA STALEY STALEY
2474 Frederick Douglass Blvd 4G
New York, NY 10027

**2021**

| 15 State NY | Employer's state ID number | 16 State wages, tips, etc. 289.96 |
|---|---|---|

W-2 Wage and Tax Statement
Copy 2-To Be Filed With
Employee's State, City, or
Local Income Tax Return

| 17 State income tax 11.86 | 18 Local wages, tips, etc. 289.96 |
|---|---|
| 19 Local income tax 8.36 | 20 Locality name NYC |

Department of the Treasury—Internal Revenue Service

---

| d Control number | 1 Wages, tips, other compensation 289.96 | 2 Federal income tax withheld 20.94 |
|---|---|---|
| OMB No.1545-0008 | 3 Social security wages 289.96 | 4 Social security tax withheld 17.98 |
| | 5 Medicare wages and tips 289.96 | 6 Medicare tax withheld 4.20 |

e Employer's name, address and ZIP code
Entertainment Casting Services, LLC
16200 Ventura Blvd Suite 201
Encino, CA 91436

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |

Employer identification number (EIN)    a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other FLI-NY: 1.48 | SDI-NY: 0.24 |
|---|---|---|---|---|

e Employee's name, address and ZIP code
SELENA STALEY STALEY
2474 Frederick Douglass Blvd 4G
New York, NY 10027

**2021**

| 15 State NY | Employer's state ID number | 16 State wages, tips, etc. 289.96 |
|---|---|---|

W-2 Wage and Tax Statement
Copy 2-To Be Filed With
Employee's State, City, or
Local Income Tax Return

| 17 State income tax 11.86 | 18 Local wages, tips, etc. 289.96 |
|---|---|
| 19 Local income tax 8.36 | 20 Locality name NYC |

Department of the Treasury—Internal Revenue Service

CONFIDENTIAL

# 2021 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2021**

Employee Reference Copy

Copy C for employee's records.    OMB No. 1545-0008

| Control number 000000213 TER | Dept. | Corp. RM34 | Employer use only AC S | 32466 |

Employer's name, address, and ZIP code
ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | |
|---|---|---|
| GROSS PAY | 7,200.81 | |
| | | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 446.46 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.51 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 104.41 |
| STATE INCOME TAX BOX 17 OF W-2 | 160.38 | SUI/SDI BOX 14 OF W-2 | 13.60 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 120.36 | | |

## Employee Copy (left W-2)

/t Employee's name, address, and ZIP code
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| Employer's FED ID number | a Employ... |
| Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
| Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See Instructions for box 12 |
| 6 Other 13.60 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 5 State Employer's state ID no. NY 843890327 1 | 16 State wages, tips, etc. 7200.81 |
| 7 State Income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 9 Local Income tax 120.36 | 20 Locality name NEW YORK CIT |

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

Social Security Number: XXX-XX-8878

D 2021 ADP, Inc.

PAGE 01 OF 01

---

## Federal Filing Copy

| Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
| Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| Control number 000000212 TER | Dept. | Corp. RM34 | Employer use only A | 32466 |

Employer's name, address, and ZIP code
ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| a Employee's SSD ID number | a Employ... |
| Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 1 Nonqualified plans | 12a See instructions for box 12 |
| 4 Other 13.60 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

/t Employee's name, address and ZIP code
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 5 State Employer's state ID no. NY | 16 State wages, tips, etc. 7200.81 |
| 7 State Income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 9 Local Income tax 120.36 | 20 Locality name NEW YORK CIT |

**W-2 Wage and Tax Statement 2021** — Federal Filing Copy

---

## NY State Filing Copy

| 1 Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
| 3 Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| 5 Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| d Control number 000000212 TER | Dept. | Corp. RM34 | Employer use only A | 32466 |

c Employer's name, address, and ZIP code
ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| b Employee's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12b |
| 14 Other 13.60 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

a/f Employee's name, address and ZIP code
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 15 State Employer's state ID no. NY 1 | 16 State wages, tips, etc. 7200.81 |
| 17 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 19 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

**W-2 Wage and Tax Statement 2021** — NY State Filing Copy

---

## City or Local Filing Copy

| 1 Wages, tips, other comp. 7200.81 | 2 Federal income tax withheld .51 |
| 3 Social security wages 7200.81 | 4 Social security tax withheld 446.46 |
| 5 Medicare wages and tips 7200.81 | 6 Medicare tax withheld 104.41 |
| d Control number 000000212 TER | Dept. | Corp. RM34 | Employer use only A | 3246 |

c Employer's name, address, and ZIP code
ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

| b Employer's FED ID number | a Employ... |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 13.60 NY SDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick p. X |

a/f Employee's name, address and ZIP code
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT4G
NEWYORK, NY 10027

| 15 State Employer's state ID no. NY 1 | 16 State wages, tips, etc. 7200.81 |
| 17 State income tax 160.38 | 18 Local wages, tips, etc. 7200.81 |
| 19 Local income tax 120.36 | 20 Locality name NEW YORK CIT |

**W-2 Wage and Tax Statement 2021** — City or Local Filing Copy

CONFIDENTIAL

Staley v FSR0244

# 2020 W-2 and EARNINGS SUMMARY



<table>
<tr><td colspan="2">Employee    Reference    Copy</td></tr>
</table>

**W-2** Wage and Tax Statement **2020**

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002448 | BOST/MZG 100301 | L | 532 |

c Employer's name, address, and ZIP code

HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #02089

e/f Employee's name, address, and ZIP code

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN,NY 11236

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 20634.54 | 1789.83 |
| 3 Social security wages | 4 Social security tax withheld |
| 24644.26 | 1527.94 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 24644.26 | 357.34 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 169.40 |
| 14 Other | 12b D 4009.72 |
| 13 20 SDI | 12c DD 10040.16 |
| 70.25 NY PFL | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 20634.54 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 900.87 | | 20634.54 |
| 19 Local income tax | | 20 Locality name |
| 623.54 | | NYC RES |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 26,488.16 | 26,488.16 | 26,488.16 | 26,488.16 | 26,488.16 |
| Plus GTL (C-Box 12) | 169.40 | 169.40 | 169.40 | 169.40 | 169.40 |
| Less 401(k) (D-Box 12) | 4,009.72 | N/A | N/A | 4,009.72 | 4,009.72 |
| Less Other Cafe 125 | 1,568.80 | 1,568.80 | 1,568.80 | 1,568.80 | 1,568.80 |
| Less ER PD Transportation | 444.50 | 444.50 | 444.50 | 444.50 | 444.50 |
| **Reported W-2 Wages** | **20,634.54** | **24,644.26** | **24,644.26** | **20,634.54** | **20,634.54** |

**2. Employee Name and Address.**

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN,NY 11236

© 2020 ADP, Inc.

CONFIDENTIAL

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 20634.54 | 1789.83 |
| 3 Social security wages | 4 Social security tax withheld |
| 24644.26 | 1527.94 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 24644.26 | 357.34 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002448 | BOST/MZG 100301 | L | 532 |

c Employer's name, address, and ZIP code

HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 169.40 |
| 14 Other | 12b D 4009.72 |
| 13 20 SDI | 12c DD 10040.16 |
| 70.25 NY PFL | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN,NY 11236

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 20634.54 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 900.87 | | 20634.54 |
| 19 Local income tax | | 20 Locality name |
| 623.54 | | NYC RES |

**W-2** Federal Filing Copy Wage and Tax Statement **2020**
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 20634.54 | 1789.83 |
| 3 Social security wages | 4 Social security tax withheld |
| 24644.26 | 1527.94 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 24644.26 | 357.34 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002448 | BOST/MZG 100301 | L | 532 |

c Employer's name, address, and ZIP code

HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 169.40 |
| 14 Other | 12b D 4009.72 |
| 13 20 SDI | 12c DD 10040.16 |
| 70.25 NY PFL | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN,NY 11236

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 20634.54 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 900.87 | | 20634.54 |
| 19 Local income tax | | 20 Locality name |
| 623.54 | | NYC RES |

**W-2** NY.State Filing Copy Wage and Tax Statement **2020**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 20634.54 | 1789.83 |
| 3 Social security wages | 4 Social security tax withheld |
| 24644.26 | 1527.94 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 24644.26 | 357.34 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002448 | BOST/MZG 100301 | L | 532 |

c Employer's name, address, and ZIP code

HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 169.40 |
| 14 Other | 12b D 4009.72 |
| 13 20 SDI | 12c DD 10040.16 |
| 70.25 NY PFL | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN,NY 11236

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 20634.54 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 900.87 | | 20634.54 |
| 19 Local income tax | | 20 Locality name |
| 623.54 | | NYC RES |

City or Local Filing Copy
**W-2** Wage and Tax Statement **2020**
Copy 2 to be filed with employee's City or Local Income Tax Return. OMB No. 1545-0008
Statewide R5R01245

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 is also included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained

in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including noelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box for any other information they want to give you. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury – Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



### Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form

W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.ssa.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

Department of the Treasury - Internal Revenue Service

Department of the Treasury - Internal Revenue Service

Department of the Treasury - Internal Revenue Service

Staley v FSR0246

---------- Forwarded message ---------
From: **Maggie Bennett** <bennett.maggie@principal.com>
Date: Thu, May 12, 2022 at 11:21 AM
Subject: Changes to your retirement account at Principal
To: olivemivey@gmail.com <olivemivey@gmail.com>



Hi Olive,

I tried calling you today about your retirement account with your former employer. I'm sorry I wasn't able to reach you.

I'd like to connect with you soon to see how I might help you with next steps for your account and answer questions you have about the options available to you.

When you have a moment, you can:

- Call me directly at 833.648.2062, ext. 1209
- Reply to this email
- Schedule an appointment for a day and time you'd like me to call you back

You can also access our appointment calendar by typing the following into your browser: **principal.com/schedulecall**.

I look forward to speaking with you soon!

**Maggie Bennett** | Financial Professional
Principal Securities Registered Representative
**833.648.2062, ext. 1209**
**Monday - Thursday, 7 a.m. to 6 p.m. CT**

If you do not wish to receive emails like this in the future, please reply with "Unsubscribe."

Financial professionals are sales representatives for the members of Principal Financial Group®. They do not represent, offer or compare products and services of other financial services organizations.

Insurance products and plan administrative services provided through Principal Life Insurance Co. Securities offered through Principal Securities, Inc., 800.547.7754. Principal Life and Principal Securities are members of Principal Financial Group®, Des Moines, IA 50392.
CN1404B-01 I 1756394 I 082021

Staley v FSR0247



Staley v FSR0248

≡  M Gmail          Q   elizabeth.ortiz@fourseasons.com          ✕  ⚙

Compose

Inbox          1,728
Starred
Snoozed
Important
Sent
Drafts          75
Categories
  Social        955
  Updates       3,574
  Forums        79
  Promotions    20,312
More

Labels

[Imap]/Drafts
Conversation History

Sent: Jul 18, 2022 8:34 AM
To: <elizabeth.ortiz@fourseasons.com>
Cc: <bart.carnahan@fourseasons.com; anna.filipopoulos@foursea
john.davison@fourseasons.com; nan.wilkins@fourseasons.com>
Subject: Four Seasons New York


Good morning Elizabeth,

I hope this e-mail finds you well.

It has come to my attention that union members of FSNY will be rec
buyout offer going forward.   It has also come to my attention that N
members, still full-time employees of FSNY, classed as "non-admin
positions, are going to start to receive the additional $ 500 per weel

Staley v FSR0249

 Gmail

**Olive Ivey <olivemivey@gmail.com>**

## Completed: New Hire Paperwork 2022
1 message

**Alexandra Erbiti via DocuSign** <dse_NA4@docusign.net>
Reply-To: Alexandra Erbiti <alexandra.erbiti@fourseasons.com>
To: Olive Rodriguez <olivemivey@gmail.com>

Wed, Mar 16, 2022 at 11:06 AM





**Alexandra Erbiti**
alexandra.erbiti@fourseasons.com

All parties have completed New Hire Paperwork 2022 .

Hello!

Welcome to the team, we are so excited to have you!

Please take the time to review the new hire paperwork and sign. All new hire paperwork
will be uploaded into your WorkDay profile to retrieve.

If you have any questions, please feel free to contact us AskPC.NewYorkDowntown@
fourseasons.com.

Thank you,

Staley v FSR0250



Gmail elizabeth.ortiz@fourseasons.com

Compose

**Inbox** 3,728
Starred
Snoozed
Important
Sent
**Drafts** 75
Categories
**Social** 955
**Updates** 3,574
**Forums** 79
**Promotions** 21,312
More

Labels

[Imap]/Drafts
Conversation History

# Fwd: Top 21 of 2021 Challenge

**Olive Ivey** <olivemivey@gmail.com>
to Vivian

———— Forwarded message ————
From: **Alexandra Erbitl** <alexandra.erbiti@fourseasons.com>
Date: Wed, Mar 17, 2021 at 5:54 PM
Subject: Top 21 of 2021 Challenge
To: Alexandra Erbitl <alexandra.erbiti@fourseasons.com>, Antonia Robertson <toni.robertson@fourseasons.com>, Barbara Brown <bar
Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>, Eric Ko <eric.ko@fourseasons.com>, Frank Galasso <frank.galasso@fourseasons.
<jeff.scypinski@fourseasons.com>, Lisa Lajes <lisa.lajes@fourseasons.com>, Nicole Spillane <nicole.spillane@fourseasons.com>, Niev
<nieves.alvarez@fourseasons.com>, Richard Kaminskas <rick.kaminskas@fourseasons.com>, Sebastian Knutelski <sebastian.knutelsi
Brambrut <sharon.brambrut@fourseasons.com>, Simon Mitchell <simon.mitchell@fourseasons.com>, Stephen Taplin <stephen.taplin@

Good Evening Four Seasons leaders,

In our 2021 FSNY Connectivity and Engagement Plan, we shared that we would be participating in the Top 21 of 2021
Four Seasons Corporate has compiled a list of of 21 courses to be completed in 2021. We encourage each of you to comple
progress on who has completed them!

**How do I access the courses?**

≡ M Gmail    🔍 elizabeth.ortiz@fourseasons.com    ✕ ⊞

Compose

Inbox        3,728
Starred
Snoozed
Important
Sent
Drafts       75
Categories
  Social     955
  Updates    3,574
  Forums     79
  Promotions 21,310
More

Labels

  [Imap]/Drafts
  Conversation History

As you know, the Hotel had graciously extended benefits cost sharing until June 30, 2020 even though we suspended normal
June 25, 2020 we had communicated that effective July 1 , 2020, the cost sharing for covered, furloughed employees was d
offered you the opportunity to either continue your coverage by temporarily paying 100% of your premium or temporarily dis
also had indicated that you could use your PTO (vacation, personal, etc.) to continue payment of your portion of the payme

Due to the continuing effects of the coronavirus and the impact these effects have had on business, effective August 1, 2020
continue the cost sharing  for your benefits through the use of your PTO time. You will still be able to suspend benefits tempor
through invoice or use your PTO time to supplement your pay. Please see below examples:

  •**Suspend Coverage:** Simply let us know that you would like to temporarily suspend your coverage. You will have the
  coverage (without a waiting period) when you return to work.
  •**Continue Coverage:** Let us know that you will continue coverage. We will adjust the system accordingly and you w
  monthly basis from "Business Solver" our third party benefits management company.
  •**Request Pay Out of PTO time to supplement your income:** Similarly to what you have done previously, you would en
  However, the difference would be that your portion of the insurance premium will NOT be deducted (deductions get
  will receive full pay minus federal and state mandated deductions . You will then be able to use this as supplemental
  report any supplemental income to New York State Unemployment. If continuing benefit coverage, you will receive c
  basis from "Business Solver", our third party benefits management company, and will be asked to pay them for your i

Please contact us directly so that we can make your selected adjustments . Of course, we will be available to answer any qu
this transition. Please don't hesitate to contact me directly for any further assistance.

Thank you,
Alexandra Erbiti
Assistant Director of People and Culture
Four Seasons Hotel New York

Staley v FSR0252

Assistant Director of People and Culture

Powered by **DocuSign**

**Do Not Share This Email**

This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**

Visit DocuSign.com, click 'Access Documents', and enter the security code:
C351E926F28C415B9E5185B5F7CBFE477

**About DocuSign**

Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**

If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**

Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

⬇ Download the DocuSign App

This message was sent to you by Alexandra Erbiti who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Staley v FSR0253

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 002448 | 100301 | | 0000300011 | 1 |

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal:　　3
　NY:　　　　3
　New York Cit:　3

# Earnings Statement



| | |
|---|---|
| Period Beginning: | 07/16/2022 |
| Period Ending: | 07/22/2022 |
| Pay Date: | 07/28/2022 |

OLIVE  RODRIGUEZ
655  EAST  81  STREET
1ST  FL
BROOKLYN  NY  11236

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Vacation Pay | 24.00 | | 913.38 | 9,871.05 |
| Retro | | | | 176.16 |
| Gross Pay | | | $913.38 | 10,047.21 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -65.85 | 759.67 |
| | Social Security Tax | -56.63 | 622.93 |
| | Medicare Tax | -13.24 | 145.68 |
| | NY State Income Tax | -37.64 | 377.80 |
| | New York Cit Income Tax | -26.63 | 267.52 |
| | NY SDI Tax | -0.60 | 4.20 |
| | NY Paid Family Leave Ins | -4.67 | 51.35 |
| | **Other** | | |
| | 401K | | 1,552.75 |
| | Net Pay | $708.12 | |
| | Checking 1 | -708.12 | 6,265.31 |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Eligible | 913.38 | |
| Vaca Hrs | | 264.00 |

**Important Notes**
YOUR COMPANY  PHONE  NUMBER  IS 212-758-5700

Your federal taxable wages this period are $913.38

© 2000 ADP, LLC

HOTEL 57 SERVICES , LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:　00000300011
Pay date:　　　07/28/2022

Deposited  to the account of

OLIVE  RODRIGUEZ

| | account number | transit ABA | amount |
|---|---|---|---|
| | | XXXX XXXX | $708.12 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

    **Olive Ivey <olivemivey@gmail.com>**

## FW: Great News! Wells Fargo / Principal migration is now complete...

1 message

**Elizabeth Ortiz** <elizabeth.ortiz@fourseasons.com>                    Thu, May 27, 2021 at 11:48 AM
To: Alexandra Erbiti <alexandra.erbiti@fourseasons.com>
Cc: Sharon Brambrut <sharon.brambrut@fourseasons.com>, Nicole Spillane <nicole.spillane@fourseasons.com>, Richard
Kaminskas <rick.kaminskas@fourseasons.com>, Frank Galasso <frank.galasso@fourseasons.com>, Stephen Taplin
<stephen.taplin@fourseasons.com>


Dear Four Seasons 401K Participants,


Great News!  The move of Four Seasons 401 (k) retirement plan services from Wells Fargo to **Principal®** is now
complete.


You will receive a Welcome email or letter from Principal this week which will provide further information.  I have also
attached an access card  which contains important contact information for participants.


You do not need to wait to receive the welcome letter/email from Principal,  you can simply go to:  principal.com/welcome
and select **Get Started**.  You will need to enter their First name, Last name, Date of birth, Phone number and Zip code.
SSN (ID number) is optional.  Please see below for a view of the login page.


Staley v FSR0255

**image004.png**
1K

**image002.png**
1K

Staley v FSR0256

 Gmail

**Olive Ivey <olivemivey@gmail.com>**

## Re: Letter of Recommendation
1 message

**Olive Ivey** <olivemivey@gmail.com>                                        Mon, Dec 28, 2020 at 4:43 PM
To: Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>
Cc: Alexandra Erbiti <alexandra.erbiti@fourseasons.com>

Hi Elizabeth,
Thank you for offering to do this for me.
I have sent you both a link from the school for the letter.  They have not given me a format so I am really clueless as to
what they are looking for. The application did not say.
I am not sure the link that you will receive from the school will shed some light.
I also do not have a time-frame but I assume the sooner the better as that will advance me in the application process.
Again this is much appreciated. Have yourself a great week and happy new year when it comes!

Staley v FSR0257

Voice: 212-350-6503
lisa.lajes@fourseasons.com
https://fourseasons.com/newyork



Four Seasons Mobile App
Facebook   Twitter   Instagram

[Quoted text hidden]

**8 attachments**

Download The Four Seasons App      **image001.png**
Our signature service in the palm of your hand      9K

**image002.png**
1K

**image003.png**
1K

**image004.png**
1K

Download The Four Seasons App      **image001.png**
Our signature service in the palm of your hand      9K

**image002.png**
1K

**image004.png**
1K

**image003.png**
1K

Staley v FSR0258

 Gmail

Olive Ivey <olivemivey@gmail.com>

**Re: Olive- Message in CHAT**
1 message

**Olive Ivey** <olivemivey@gmail.com>                                                        Tue, May 25, 2021 at 6:13 PM
To: Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>
Cc: Olive Rodriguez <olive.rodriguez@fourseasons.com>, Alexandra Erbiti <alexandra.erbiti@fourseasons.com>, Sharon Brambrut
<sharon.brambrut@fourseasons.com>

Hi Elizabeth,
Thank you for your assistance. I truly appreciate it.
Philadelphia was indeed a wonderful experience for me. I look forward to more opportunities in the near  future.

Best regards,
Olive

On Tue, May 25, 2021, 5:20 PM Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com> wrote:

> Hello Olive,
>
>
> I hope you are doing well!  My understanding is that you were a great representation of Four Seasons New York while you
> were in Philadelphia.  Thank you for that!
>
>
> I have checked on the status of your file and have found that the Return to Leave is awaiting approval at the Regional level.  It
> should be adjusted shortly and you should be able to enroll when that is complete.  Please try again the morning and if you
> have any further questions or additional challenges, please don't hesitate to reach out directly!
>
>
> Thanks much!
>
>
> Warm Regards,
>
> Elizabeth
>
>
>
>
> **From:** AskPC NewYork <AskPC.NewYork@fourseasons.com>
> **Sent:** Tuesday, May 25, 2021 4:12 PM
> **To:** Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>
> **Subject:** Fwd: Olive- Message in CHAT
>
>
> FYI
>
>
> Get Outlook for iOS
>
> ────────────────────
>
> **From:** Sharon Brambrut <sharon.brambrut@fourseasons.com>
> **Sent:** Monday, May 24, 2021 5:40:22 PM

Staley v FSR0259

 Gmail

**Olive Ivey <olivernivey@gmail.com>**

## Fwd: Continuation of Benefits starting August 1, 2020
4 messages

**Olive Rodriguez** <olivernivey@gmail.com>
To: Vivian.holmes@fourseasons.com

Tue, Jul 21, 2020 at 12:48 PM

---------- Forwarded message ---------
From: **Alexandra Erbiti** <alexandra.erbiti@fourseasons.com>
Date: Tue, Jul 21, 2020, 11:52 AM
Subject: Continuation of Benefits starting August 1, 2020
To: olivernivey@gmail.com <olivernivey@gmail.com>, Olive Rodriguez <olive.rodriguez@fourseasons.com>
Cc: Lisa Lajes <lisa.lajes@fourseasons.com>, Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>


Dear Olive:


Thank you for taking the time to speak with Lisa yesterday regarding your continuation of benefits starting on August 1, 2020. I wanted to send a follow up email regarding your phone conversation with Lisa. Please see the details of your conversation below.


As you know, the Hotel had graciously extended benefits cost sharing until June 30, 2020 even though we suspended normal hotel operations in March. On June 25, 2020 we had communicated that effective July 1, 2020, the cost sharing for covered, furloughed employees was discontinued. At the time, we had offered you the opportunity to either continue your coverage by temporarily paying 100% of your premium or temporarily discontinuing your coverage. We also had indicated that you could use your PTO (vacation, personal, etc.) to continue payment of your portion of the payment.


Due to the continuing effects of the coronavirus and the impact these effects have had on business, effective August 1, 2020, we will no longer be able to continue the cost sharing for your benefits through the use of your PTO time. You will still be able to suspend benefits temporarily, pay your premium directly through invoice or use your PTO time to supplement your pay. Please see below examples:


•**Suspend Coverage:** Simply let us know that you would like to temporarily suspend your coverage.
You will have the option to immediately continue coverage (without a waiting period) when you return to work.

•**Continue Coverage:** Let us know that you will continue coverage. We will adjust the system accordingly and you will receive a direct invoice on a monthly basis from "Business Solver" our third party benefits management company.

•**Request Pay Out of PTO time to supplement your income:** Similarly to what you have done previously, you would enter PTO time into WORKDAY. However, the difference would be that your portion of the insurance premium will NOT be deducted (deductions get "zeroed" out), and instead you will receive full pay minus federal and state mandated deductions.. You will then be able to use this as supplemental income. It is your responsibility to report any supplemental income to New York State Unemployment. If continuing benefit coverage, you will receive a direct invoice on a monthly basis from "Business Solver", our third party benefits management company, and will be asked to pay them for your 100% premium directly. Staley v FSR0260

 **Gmail**

Olive Ivey <olivemivey@gmail.com>

## Re: Taskforce Housekeeping
1 message

**Olive Ivey** <olivemivey@gmail.com>                                       Mon, Mar 14, 2022 at 4:08 PM
To: Alexandra Erbiti <alexandra.erbiti@fourseasons.com>
Cc: Cindy Mui <cindy.k.mui@fourseasons.com>, Karen Campbell <Karen.Campbell@fourseasons.com>

Hi Alexandra,
As I mentioned to Karen, I will be more than happy to task force in Housekeeping.
I have spoken to Zack and given him my availability based on my school schedule and a couple appointments that I have
scheduled.
Looking forward to assisting.

Best,
Olive

On Mon, Mar 14, 2022 at 12:14 PM Alexandra Erbiti <alexandra.erbiti@fourseasons.com> wrote:

Hello Olive,


I hope you are doing well! A little birdie shared you might be interested in helping us for Task Force while one
of our managers is on a last minute medical leave. I left you a voicemail but when you have a moment if you
could return my call at 646-880-1952 or email me back!


Thank you,
Alexandra Erbiti
Assistant Director of People and Culture
Four Seasons Hotel New York Downtown
27 Barclay Street, New York, NY 10007
Voice: +1 (646) 8801952
alexandra.erbiti@fourseasons.com




Download The Four Seasons App
Our signature service in the palm of your hand



Staley v FSR0261