UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
....................................................................... x
SELENA STALEY, VIVIAN HOLMES, and OLIVE
IVEY, on behalf of themselves and all others
similarly situated,

         Plaintiffs,         **PLAINTIFFS' FIRST**
                                    **SUPPLEMENTAL**
      -against-            **DISCLOSURES**

FSR INTERNATIONAL HOTEL INC. d/b/a
FOUR SEASONS HOTELS AND RESORTS,
 HOTEL 57 SERVICES, LLC, HOTELS, 57, LLC, TY
WARNER HOTELS & RESORTS, LLC, and H. TY
WARNER

                                  Defendants.
....................................................................... X

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey, by their attorneys, BRUSTEIN LAW PLLC and RISMAN & RISMAN, P.C, pursuant to Federal Rules of Civil Procedure 26(a)(1)(A), upon information and belief, hereby supplements their initial disclosures to include the following documents:

1. Audio recording on the June 25, 2021 Zoom Meeting      Staley v FSR 0262

Dated: December 29, 2022

                                  **BRUSTEIN LAW PLLC**

                                      /s/ Evan Brustein

                                        Evan Brustein
                               299 Broadway, 17th Floor



EXHIBIT 21

New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (212) 385-0531
Email: evan@brusteinlaw.com
*Attorneys for Plaintiffs*

Maya Risman, Esq.
Attorney for Plaintiffs`
Risman & Risman, P.C.
299 Broadway, 17th Floor New York, NY 10007
(212) 233-6400
*Attorneys for Plaintiffs*

*To:*

Kathryn Lundy, Esq.
Marc Zimmerman, Esq.
Freeborn & Peters LLP
1155 Avenue of the Americas
26th Floor
New York, New York 10036
(646) 993-4434
klundy@freeborn.com
mzimmerman@freeborn.com
*Attorneys for the Warner Defendants*

Paul Wagner, Esq.
John Hunt, Esq.
Stokes Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com
*Attorneys for FSR International Hotels Inc.*
(via email)