

299 Broadway
17th Floor
New York, New York
10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

March 29, 2023

Kathryn Lundy
Freeborn & Peters LLP
1155 Avenue of the Americas
26th Floor
New York, New York 10036
(via email: klundy@freeborn.com)

       RE:  Staley, et al. v. FSR International Hotel Inc., et al.
          22-CV-6781(JSR)

Dear Ms. Lundy:

I write this Supplemental Disclosure Letter on behalf of the Plaintiffs to supplement their Initial Disclosures and Discovery Responses as follows:

  a. August 27, 2021 Settlement Agreement between the Four Seasons Hotel New York and the Motel Trades Council, AFL-CIO, bearing Bates Stamp Number Staley v FSR 0304.

  Very truly yours,

  /s/

  Evan Brustein

cc: (all counsel of record via Email)

