EXHIBIT 64

## 2021 W-2 and EARNINGS SUMMARY

**Employer:** HOTEL 57 SERVICES LLC, 57 E 57TH STREET, NEW YORK NY 10022

**Employee:** OLIVE RODRIGUEZ, 655 EAST 81 STREET, 1ST FL, BROOKLYN NY 11236

Employer ID: 16-1741079

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY State Wages Tips, Etc. Box 16 of W-2 | NYC RES Local Wages Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 6,463.65 | 6,453.65 | 6,453.65 | 6,463.65 | 6,463.65 |
| Plus... | 35.25 | 35.25 | 35.25 | 35.25 | 35.25 |
| Less... | 1,088.63 | N/A | N/A | 1,088.63 | 1,088.63 |
| Reported W-2 Wages | 5,345.27 | 6,433.90 | 6,433.90 | 5,345.27 | 5,345.27 |

Box 1 Wages: 5345.27  Federal income tax withheld: 452.37
Box 3 Social security wages: 6433.90  Social security tax withheld: 398.90
Box 5 Medicare wages: 6433.90  Medicare tax withheld: 93.29
Control number: 002448 B027/M2C 100201
Employer ID: 16-1741079
Box 12 D: 1088.63
Box 14: S&I ACA 32.74 NY PFL
State: NY  16-1741079  State wages: 5345.27
Local wages: 5345.27  Local income tax: 159.39  NYC RES

(Federal Filing Copy, NY State Filing Copy, City or Local Filing Copy - W-2 Wage and Tax Statement 2021)

WARNERDEF 000152