6:50

**2 People**

iMessage
Tue, May 17 at 3:02 PM

**EXHIBIT 66**

Olive Rodriguez

Hi Liz, I was informed by Principal that My status with the Four Seasons has changed and I am no longer with the company since March 23rd. Can you all shed some light on that?

> Hi. Who is this?

Olive Rodriguez

This is Olive.

> Oh. Sorry. Hi Olive. Your 401K? There is no status change.

> Did you get a communication or something?

Olive Rodriguez

WARNERDEF_000651

6:50

2 People

**Olive Rodriguez**

I was called to make a decision on my 401K

That's odd.

What decision?

**Olive Rodriguez**

They said my status with the company has changed so I have options with my 401k. I now have the option to roll over to a new company, cash out or place it in a Roth IRA account

Very odd. I'll reach out to them.

Nothing has changed.

And anyway - you can leave money with a provider indefinitely. Did





iMessage

WARNERDEF_000652



WARNERDEF_000653