May I have her number pls?

Thank you Sharon! 

Tue, May 10 at 1:41 PM

Hi Sharon! I would like to apply for vacation to be paid weekly but I am unable to access WD. Are you able to assist me with resetting or applying?

Hi Olive- how have you been feeling?  Elizabeth has to help you with Workday.  I have let her know your question about workday access

Delivered



Tue, May 10 at 4:07 PM

Thank you Sharon, I messaged 

WARNERDEF_000150