

**FOUR SEASONS**
HOTEL
NEW YORK

July 10, 2020

Dear Four Seasons Family,

On June 30, 2020, the medical staff staying at the Four Seasons Hotel New York departed and we are now transitioning to a temporary shutdown of the hotel. During this time frame, we will be modifying our procedures to ensure the safety and wellbeing of all employees. As of July 11, 2020 we will only allow employees who are working at the hotel to be on property. Any exceptions need to be made through People and Culture. Upon entering the hotel, all employees will now enter through the employee entrance. Every employee will continue to go through the temperature screening process. Face coverings must continue to be worn in all public areas.

In addition, all uniformed employees will now launder their own uniforms and will be paid a weekly employee uniform maintenance fee of $18.65 per the NYS Hospitality Wage Order. The $18.65 will be added to your paycheck on a weekly basis. We remind all employees to ensure they are always maintaining their clothing so that it is clean, crisp, and well pressed.

During this temporary shutdown of the hotel you could reach out to the hotel by email: contactus.newyork@fourseasons.com or text Message: 1-646-760-6780.

Lastly, a representative of the People and Culture team will always remain available to assist you with Workday, Benefits, or Employment Questions. You could reach out to the People and Culture Team by calling:

- Alexandra Erbiti at: 212-350-6604 (Direct Line) or 305-495-7910 (Cell Phone)
- Elizabeth Ortiz at: 212-350-6610 (Direct Line) or 347-899-5276 (Cell Phone)

We hope you and your families continue to stay safe and healthy!

Warm Regards,

*[signature]*

Alexandra Erbiti
Assistant Director of People and Culture



EXHIBIT 70

WARNERDEF_000008