



## Selena Staley
Reservations Agent at Four Seasons Hotel

- Four Seasons Hotel
- City University of New York City College

New York, New York, United States · **Contact info**

46 connections



### About

Experienced Reservations Agent with a demonstrated history of working in the hospitality industry. Skilled in Food & Beverage, MICROS, Front Office, Hospitality Management, and Hotel Booking. Strong operations professional with a Bachelor of Fine Arts (BFA) focused in Dance from City University of New York City

### Activity
45 followers

**Selena hasn't posted lately**
Selena's recent posts and comments will be displayed here.

Show all activity →

### Experience


**Reservations Agent**
Four Seasons Hotel
Jan 2008 - Present · 15 yrs 4 mos

### Education


**The City College of New York**
Bachelor of Fine Arts (BFA), Dance
1983 - 1987



EXHIBIT 72