## VERIFICATION

SELENA STALEY, declares under the penalties of perjury:

I am one of the named Plaintiffs in the within action. I have read the foregoing Plaintiffs' Responses and Objections to Warner Defendants First Set of Interrogatories and know the contents thereof. The contents are true to the best of my knowledge, information and belief.

*Selena Staley*
SELENA STALEY

Dated: December 29, 2022



EXHIBIT
89