

**From:** Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>
**Sent:** Thursday, November 19, 2020 1:09 PM
**To:** NYF All Staff DST <all.staff.nyf.dst@fourseasons.com>; NYF Covid Leadership DST <covid.leadership.nyf.dst@FSHR.onmicrosoft.com>
**Subject:** Reminder - We Hear You! - Mini-Survey ends on Sunday, November 22 at midnight!

Good Afternoon Four Seasons Family!

I hope this email finds you and your families doing well!  This is just a reminder that we have been running a mini-survey this week and it will conclude on **November 22, 2020.**  For those of you who have already responded, we want to thank you for your feedback and for the time you took to respond.  Your responses have already provided us with some clear insight into how proud you are to work for the Four Seasons and also what we can do to better support you.  I am especially thankful for those of you who have taken the time to express your concerns and provide us with a snapshot of things we can do to make the Four Seasons experience better for everyone.

If you have not yet done so, please take a few moments and complete the mini-survey you will find in the link below.  The process is quick and anonymous and will allow us the opportunity to respond to you just as quickly and take action where we can.

Thank you in advance for your feedback!  We are listening and we do want to continue to be the BEST place to work!

https://forms.office.com/Pages/ResponsePage.aspx?id=fRDAONGBn0GLcopJHcIgPHtvHmSKpO ZCiQefBGAgC8VUMlczSDNGSTJDR1NVRIJZUE5SUUJZRU5FMy4u

Warmest Regards,

Elizabeth Ortiz
Director of People & Culture,
Four Seasons Hotel New York
57 East 57th Street, New York, NY 10022
Voice: 212-350-6610
Mobile: 347-899-5276
elizabeth.ortiz@fourseasons.com
https://fourseasons.com/newyork

Need Anything? Click HERE to Chat with us.


Download The Four Seasons App
Our signature service in the palm of your hand.

 



EXHIBIT
29

Staley v FSR0001



FOUR SEASONS
HOTEL
NEW YORK

August 5, 2020

Vivian Holmes
42 Wildwood Ave.
Mt. Vernon, NY 10550

Dear Vivian Holmes,

This is to inform you that due to unforeseen business circumstances and the continued major economic downturn stemming from the COVID-19 virus pandemic and consequent travel and tourism disruptions outside the employer's control the Four Seasons Hotel New York will continue your temporary layoff which began on 7/14/2020 for an as yet undetermined number of months. The layoffs included approximately 464 employees, including yourself and are still expected to be temporary.

You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

This notice is supplied to you pursuant to the WARN Act as well and has been supplied to the appropriate governmental agencies.

If you have any questions concerning anything contained in this letter, please contact me at 212-350-6604.

Sincerely,

Rudolf Tauscher

General Manager

**CareCredit Rewards**

## CONGRATULATIONS!
You've earned enough points to start redeeming!

**1,000 points** is enough to redeem a reward. Check the Rewards Summary below to view your points.

carecredit.com/mastercard

Choose Your Reward



Statement Credit    Gift Card

Merchandise    Travel

Rewards: [illegible]

CARECREDIT REWARDS MASTERCARD

CareCredit Rewards Mastercard

VIVIAN E HOLMS
Account Number : XXXX XXXX XXXX 2495
Statement Closing Date: 07/16/2022

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $0.00 |
| + New Purchases | $1,000.00 |
| + Cash Advance | $0.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $0.00 |
| New Balance | $1,000.00 |
| | |
| Credit Limit | $7,200.00 |
| Available Credit | $6,200.00 |
| Cash Limit | $1,440.00 |
| Available Cash | $1,440.00 |
| Days In Billing Period | |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-748-1585).

Best times to call are Wednesday - Friday.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services
1-800-342-3736  http://www.dfs.ny.gov

**Payment Information**

| | |
|---|---|
| New Balance | $1,000.00 |
| Total Minimum Payment Due | $33.00 |
| Payment Due Date | 08/08/2022 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $41.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,634.00 |
| $42.00 | 3 years | $1,604.00 (Savings = $430.00) |

If you would like information about credit counseling services, call 1-877-302-8797.

**Promotional Expiration Notice**

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 01/1923.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

9302    DEN    1    7   13  220715    PAGE 1 of 3    1365  0000  CD04  01292302

Pay online at mysynchrony.com or enclose this coupon with your check. Please see blue or black ink.

**CareCredit Rewards**

| | | | |
|---|---|---|---|
| $33.00 | 08/08/2022 | $1,000.00 | XXXX XXXX XXXX 2495 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail? Check the box at left and print changes on back.    If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

VIVIAN E HOLMS
42 WILDWOOD AVE
MOUNT VERNON NY 10550-4936

Make Payment to: SYNCHRONY BANK
PO BOX 660061
ORLANDO, FL 32896-0061



## Cut the clutter.

**Enroll in eBill** to receive your
monthly statement via email.

Log in to your account to enroll:
**carecredit.com/mastercard**

CareCredit Rewards Mastercard is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated.

### Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 01/16/2023 | $1,000.00 | $23.18 | 08/16/2022 | Deferred Interest/No Interest if Paid in Full | $1,000.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on those promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 08/15/2022 | 08/16/2022 | 8634813HPLJ4DKVBH | WILMA'S ANTUNES DOS EASTCHESTER NY | $1,000.00 |
| | | | DEFERRED INTEREST/NO INTEREST IF PAID IN FULL | |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/16/2022 | 07/16/2022 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 07/15/2022 | 07/15/2022 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| Year-to-Date Totals | |
|---|---|
| Total Fees Charged in 2022 | $0.00 |
| Total Interest Charged in 2022 | $0.00 |
| Total Interest Paid in 2022 | $0.00 |

### Rewards Summary

| | |
|---|---|
| Previous Balance | 1,830 |
| Earned this Period | 2,000 |
| Total Points Available | 3,830 |

### Rewards News

You have earned 2,000 points this period.

Visit carecredit.com/mastercard
or call 866-748-1695 for information about
the CareCredit Rewards Mastercard
and to manage your rewards.

### Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |
| Cash Advances | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest if Paid in Full | 01/16/2023 | 26.99% | $1,011.17 | $0.00 |

### Non-Promotional Financing Plans

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. At times, we may offer you other promotional financing plans for certain purchases. Details of available promotions will be provided to you at the time of your transactions. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your **Purchase Annual Percentage Rate ("APR")** is 26.99%. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.
Continued on next page

5282     D2X     1     7  13  220715          PAGE 2 of 3          1366  0008  CDC4  01D45702

Staley v FSR0004

## Promotional Financing Terms (Continued)

**No Interest If Paid Within Promotional Period**
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the **Purchase APR** stated above. Minimum or fixed monthly payments are required. This promotion may be offered for periods of **6, 12, 18, or 24 months.**

**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

## Cardholder Benefit Information

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: www.mastercard.com/corecredit-GTB.

If you need assistance with an accommodation for your statements and/or account letters, please call 800-292-7508.

If you need to contact Synchrony about the loss of a Synchrony cardholder, you can submit a deceased notification form located at www.syf.com under the 'Contact Us' page.

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

**CareCredit Network**See carecredit.com/mastercard for enrolled Provider and select retail locations.

## Special Message

Looking for a different due date? Call customer service at the phone number on your statement to determine if eligible and discuss available options.

1302     03B     1     7 13  220715         PAGE 3 of 3         1366  0052  CDC4  01243382

Staley v FSR0005

**CareCredit Rewards**

**CONGRATULATIONS!**
You've earned enough points to start redeeming!

**1,000 points** is enough to redeem a reward. Check the Rewards Summary below to view your points.

carecredit.com/mastercard

Choose Your Rewards

Statement Credit     Gift Card

Merchandise     Travel

Rewards: See Your Rewards Program Terms at carecredit.com/rewardsterms for details.

**CARECREDIT REWARDS MASTERCARD**

CareCredit Rewards
Mastercard

VIVIAN E HOLMES
Account Number:
Statement Closing Date   07/16/2022

| Summary of Account Activity | |
|---|---|
| Previous Balance | $0.00 |
| + New Purchases | $1,000.00 |
| + Cash Advance | $0.00 |
| – Payments | $0.00 |
| +/– Credits, Fees & Adjustments (net) | $0.00 |
| +/– Interest Charge (net) | $0.00 |
| **New Balance** | **$1,000.00** |
| Credit Limit | $7,200.00 |
| Available Credit | $6,200.00 |
| Cash Limit | $1,440.00 |
| Available Cash | $1,440.00 |
| Days in Billing Period | 31 |

**Pay online for free at: mysynchrony.com**
For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-746-1938).

Best times to call are Wednesday - Friday.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services
1-800-342-3736  http://www.dfs.ny.gov

| Payment Information | |
|---|---|
| New Balance | $1,000.00 |
| Total Minimum Payment Due | $33.00 |
| Payment Due Date | 08/08/2022 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $41.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| | Only the minimum payment | 5 years | $1,934.00 |
|---|---|---|---|
| | $42.00 | 3 years | $1,504.00 (Savings = $430.00) |

If you would like information about credit counseling services, call 1-877-302-6707.

**Promotional Purchase Notification**
YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 01/16/23.

*NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5362    D28    1   7 13  220715        PAGE 1 of 3        1365 0000 C0C4 01065302

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

**CareCredit Rewards**

| | | |
|---|---|---|
| $33.00 | 08/08/2022 | $1,000.00 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail? Check the box at left and print change on back

If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

VIVIAN E HOLMES
42 WILDWOOD AVE
MOUNT VERNON NY 10550-4936

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061



## Cut the clutter.

**Enroll in eBill** to receive your monthly statement via email.

Log in to your account to enroll:
**carecredit.com/mastercard**

CareCredit Rewards Mastercard is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated.

### Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 01/18/2023 | $1,000.00 | $23.18 | 08/15/2022 | Deferred Interest/No Interest If Paid In Full | $1,000.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment: see Make Payment to address or pay online at mysynchrony.com.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 08/15/2022 | 08/15/2022 | | WILMA F ANTONIO DDS EASTCHESTER NY | $1,000.00 |
| | | | DEFERRED INTEREST/NO INTEREST IF PAID IN FULL | |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/15/2022 | 07/15/2022 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 07/15/2022 | 07/15/2022 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

### Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2022 | $0.00 |
| Total Interest Charged in 2022 | $0.00 |
| Total Interest Paid in 2022 | $0.00 |

### Rewards Summary

| | |
|---|---|
| Previous Balance | 1,630 |
| Earned this Period | 2,000 |
| Total Points Available | 3,630 |

### Rewards News

You have earned 2,000 points this period.
Visit carecredit.com/mastercard
or call 966-748-1585 for information about
the CareCredit Rewards Mastercard
and to manage your rewards.

### Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | | |
| Cash Advances | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid in Full | 01/18/2023 | 26.99% | $0.00 | $0.00 |
| | | | $1,011.17 | $0.00 |

### New Promotional Financing Plans

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. At times, we may offer you other promotional financing plans for certain purchases. Details of available promotions will be provided to you at the time of your transactions. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your **Purchase Annual Percentage Rate ("APR")** is **26.99%**. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.
Continued on next page

Staley v FSR0007

## Multi-Product Financing Plan (Continued)

**No Interest If Paid Within Promotional Period**
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, Interest will be imposed from the date of purchase at the **Purchase APR** stated above. Minimum or fixed monthly payments are required. This promotion may be offered for periods of **6, 12, 18, or 24 months.**

**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

## Other Important Account Information

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: www.mastercard.com/carecredit-GTB.

If you need assistance with an accommodation for your statement and/or account letters, please call 800-292-7508.

If you need to contact Synchrony about the loss of a Synchrony cardholder, you can submit a deceased notification form located at www.syf.com under the "Contact Us" page.

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

**CareCredit Network:** See carecredit.com/mastercard for enrolled Provider and select retail locations.

## Payment Due Date

Looking for a different due date? Call customer service at the phone number on your statement to determine if eligible and discuss available options.

5302     DJB     1     7  13  220715          PAGE 3 of 3          1.365  0000  C5C4  013G5302

Staley v FSR0008



**CareCredit Rewards**

## CONGRATULATIONS
on redeeming points for
a statement credit!

Your statement credit is reflected below.

carecredit.com/mastercard

---

CARECREDIT REWARDS MASTERCARD

**CareCredit Rewards Mastercard**

VIVIAN E HOLMIS
Account Number: XXXX XXXX XXXX 2495
Statement Closing Date: 12/18/2021

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | |
| + New Purchases | $4,965.00 |
| + Cash Advance | $0.00 |
| − Payments | $0.00 |
| +/− Credits, Fees & Adjustments (net) | $800.00 |
| +/− Interest Charge (net) | ($60.00) |
| | $0.00 |
| New Balance | $4,705.00 |

| | |
|---|---|
| Credit Limit | $7,200.00 |
| Available Credit | $2,495.00 |
| Cash Limit | $1,440.00 |
| Available Cash | $1,440.00 |
| Days in Billing Period | 31 |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-748-1655).

Best time to call are Wednesday - Friday.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services
1-800-342-3736 / http://www.dfs.ny.gov

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $4,705.00 |
| Total Minimum Payment Due | $153.00 |
| Payment Due Date | 01/08/2022 |

Promotion(s) expiring shortly - see promotional boxes below for details

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $16,540.00 |
| $250.00 | 3 years | $8,986.00 (Savings = $9,554.00) |

If you would like information about credit counseling services, call 1-877-302-8707.

### PROMOTIONAL EXPIRATION NOTIFICATION
YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 01/16/22, 04/16/22 AND 05/16/22.

*NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5362    2JB    1    7 13 211216    PAGE 1 of 3    1366 0000 CDC4 01DG5302

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

**CareCredit Rewards**

| Total Minimum Payment Due | Payment Due Date | | Account Number XXXX XXXX XXXX 2495 |
|---|---|---|---|
| $153.00 | 01/08/2022 | Promotion(s) expiring shortly–see above | $4,705.00 |

Payment Enclosed : $ ☐ ☐ ☐ ☐ ☐ . ☐ ☐

☐ New address or e-mail? Check the box at left and print changes on back

NOTE: You have a Promotional Purchase Expiring. See Promotional Purchase Summary For Details.
If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

VIVIAN E HOLMIS
48 WILDWOOD AVE
MOUNT VERNON NY 10550-4936

Make Payment to: SYNCHRONY BANK
PO BOX 960081
ORLANDO, FL 32896-0081

**Promotional Purchases**

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 01/16/2022 | $2,595.00 | $1,063.81 | 01/14/2021 | Deferred Interest/No Interest If Paid In Full | $4,250.00 |
| 04/16/2022 | $1,000.00 | $213.69 | 03/30/2021 | Deferred Interest/No Interest If Paid In Full | $1,000.00 |
| 05/16/2022 | $1,110.00 | $132.91 | 04/14/2021 | Deferred Interest/No Interest If Paid In Full | $1,110.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

**Transaction Summary**

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 12/01/2021 | 12/01/2021 | 8534812AF015TL9DN | PAYMENT – THANK YOU | ($200.00) |
| 12/16/2021 | 12/16/2021 | | REWARDS STATEMENT CREDIT | ($50.00) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 12/16/2021 | 12/16/2021 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 12/16/2021 | 12/16/2021 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

**Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged In 2021 | $0.00 |
| Total Interest Charged in 2021 | $0.00 |
| Total Interest Paid in 2021 | $0.00 |

**Rewards Summary**

| | |
|---|---|
| Previous Balance | 6,500 |
| Earned this Period | 0 |
| Points Redeemed | 5,000 |
| Total Points Available | 1,630 |

**Rewards Info**

Visit carecredit.com/mastercard
or call 866-748-1585 for information about
the CareCredit Rewards Mastercard
and to manage your rewards.

**Interest Charge Calculation**

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |
| Cash Advances | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 01/16/2022 | 26.99% | $3,761.48 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 04/16/2022 | 26.99% | $1,169.44 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 05/16/2022 | 26.99% | $1,299.32 | $0.00 |

**Key Information About Promotional Financing Plans**

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. At times, we may offer you other promotional financing plans for certain purchases. Details of available promotions will be provided to you at the time of your transactions. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your **Purchase Annual Percentage Rate ("APR") is 26.99%**. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a variable APR is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

**No Interest If Paid Within Promotional Period**
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within this promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, Interest will be imposed from the date of purchase at the **Purchase APR** stated above. Minimum or fixed monthly payments are required. This promotion may be offered for periods of **6, 12, 18, or 24 months.**

**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

Staley v FSR0010

**CARDHOLDER NEWS & INFORMATION**

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: www.mastercard.com/corecredit-GTB.

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

**CareCredit Network:** See carecredit.com/mastercard for enrolled Provider and select retail locations.

**SPECIAL OFFERS**

Looking for a different due date? Call customer service at the phone number on your statement to determine if eligible and discuss available options.

8302    DJE    1    7 13 211316    PAGE 2 of 2    1366 0000 0004 01083302

CONFIDENTIAL

Staley v FSR0011

**CareCredit Rewards™**



Choose Your Reward

## CONGRATULATIONS!
You've earned enough points to start redeeming!

**1,000 points** is enough to redeem a reward. Check the Rewards Summary below to view your points.

**carecredit.com/mastercard**

Rewards: See your Rewards Program Terms at carecredit.com/rewardsterms for details.

---

**CARECREDIT REWARDS MASTERCARD**

VIVIAN E HOLMS
Account Number:  XXXX XXXX XXXX 2495
Statement Closing Date:  01/16/2022

**CareCredit Rewards™ Mastercard**

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,705.00 |
| + New Purchases | $0.00 |
| + Cash Advance | $0.00 |
| – Payments | $0.00 |
| +/– Credits, Fees & Adjustments (net) | $2,600.00 |
| +/– Interest Charge (net) | $0.00 |
| **New Balance** | **$2,105.00** |

| | |
|---|---|
| Credit Limit | $7,600.00 |
| Available Credit | $5,095.00 |
| Cash Limit | $1,440.00 |
| Available Cash | $1,440.00 |
| Days in Billing Period | 31 |

Pay online for free at: myaynchrony.com
For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-745-1535).

Best times to call are Wednesday - Friday.

New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees and grace periods.
NY State Dept of Financial Services:
1-800-342-3736  http://www.dfs.ny.gov

### Payment Information

| | |
|---|---|
| New Balance | $2,105.00 |
| Total Minimum Payment Due | $69.00 |
| Payment Due Date | 02/08/2022 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $6,816.00 |
| $102.00 | 3 years | $3,686.00 (Savings = $3,129.00) |

If you would like information about credit counseling services, call 1-877-302-6797.

### Promotional Purchase Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 04/18/22 AND 05/18/22.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5352      DJB      1    7   13  220116        PAGE 1 of 3        1366  0040  CDCK  01D95302

Pay online at mysynchrony.com or enclose this coupon with your payment. Please use blue or black ink.

**CareCredit Rewards™**

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $69.00 | 02/08/2022 | $2,105.00 | XXXX XXXX XXXX 2495 |

Payment Enclosed :  $ ☐☐☐☐☐ . ☐☐

☐ New address or e-mail? Check the box at left and print changes on back

If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

VIVIAN E HOLMS
42 WILDWOOD AVE
MOUNT VERNON NY 10550-4936

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

CONFIDENTIAL

**Additional Purchase Summary**

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 04/16/2022 | $995.00 | $241.78 | 03/30/2021 | Deferred Interest/No Interest If Paid In Full | $1,000.00 |
| 06/16/2022 | $1,110.00 | $161.72 | 04/14/2021 | Deferred Interest/No Interest If Paid In Full | $1,110.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

**Transaction Summary**

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 01/07/2022 | 01/07/2022 | 8534312QT0105V2GW | PAYMENT - THANK YOU | ($2,600.00) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 01/16/2022 | 01/16/2022 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 01/16/2022 | 01/16/2022 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2022 | $0.00 |
| Total Interest Charged in 2022 | $0.00 |
| Total Interest Paid in 2022 | $0.00 |

**Rewards Summary**

| Previous Balance | 1,030 |
|---|---|
| Earned this Period | 0 |
| Total Points Available | 1,030 |

**Rewards Info**

Visit carecredit.com/mastercard or call 855-748-1865 for information about the CareCredit Rewards Mastercard and to manage your rewards.

**Interest Charge Calculation**

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |
| Cash Advances | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 04/16/2022 | 26.99% | $1,236.61 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 06/16/2022 | 26.99% | $1,260.79 | $0.00 |

**New Promotional Financing Plans**

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. At times, we may offer you other promotional financing plans for certain purchases. Details of available promotions will be provided to you at the time of your transactions. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your **Purchase Annual Percentage Rate ("APR") is 26.99%.** See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

**No Interest If Paid Within Promotional Period**
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charge will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the **Purchase APR** stated above. Minimum or fixed monthly payments are required. This promotion may be offered for periods of **6, 12, 18, or 24 months.**

**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

**Cardholder's Notification Information**

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: www.mastercard.com/carecredit-GTB.

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

**CareCredit Network:** See carecredit.com/mastercard for enrolled Provider and select retail locations.

Staley v FSR0013

Looking for a different due date? Call customer service at the phone number on your statement to determine if eligible and discuss available options.

CONFIDENTIAL

Staley v FSR0014



FOUR SEASONS HOTEL
*New York*

# Direct Deposit

> ** Note for Human Resources **
> Submit this form in the Workday Folder labeled Direct Deposit for New Hires. If this is a change to an existing employee please send via email to your payroll team.

**Benefits to You**

- **Convenient** – Your money is deposited automatically for you, even when you are on leave, vacation or too busy to get to the bank. Your check is deposited electronically into your bank account
- **Fast** – You have immediate access to your money the day of deposit
- **Safe** – Never worry about checks getting lost, delayed or stolen.

## 3 Easy Steps to Set up Direct Deposit

**Step 1. Gather Account Information**

You must provide your information about the account where the money will be deposited.

Use information found on your checks

SAMPLE CHECK                                          0101

PAY TO THE ORDER OF                DATE
                                                    $
                                                         DOLLARS

MEMO

⑆1234567890⑆ ⑉0123456789⑉ 0101

Routing Number    Account Number    Check Number

Note: You can also find your Account Number on your statement or on the account documents provided at account opening.

**New Hire**          **Change**

**Cancel**

**Step 2 List all accounts and amounts to each account**

You may have your paycheck split into a maximum of 3 accounts.   Two will be a fixed $, the other will be the remainder

- **1 - Primary Account -** All money not deposited into Additional Accounts listed below will go into this account

**Circle One:**      Checking      Savings

Name of your Bank _____

Routing Number _____      **Bank Account Number** _____

- **2 - Additional Account –** choose a fixed $

Amount to be deposited $_____      **Circle One:**   Checking      Savings

Name of your Bank _____

Routing Number _____      **Bank Account Number** _____

- **3- Additional Account –** choose a fixed $

Amount to be deposited $_____      **Circle One:**   Checking      Savings

Name of your Bank _____

Routing Number _____      **Bank Account Number** _____

**Step 3 Turn in this form to Human Resources & Monitor your pay slip and bank account**

After this form is submitted to payroll it will take 2 pay cycles to become active.

**Employee Signature** _____

I hereby authorize Four Seasons, to initiate credit and debit entries to my (our) account indicated above and the depository names above. I understand that this authority is to remain in effect until I provide written notification of its termination in such time and manner as to afford the Four Seasons and Depository a reasonable opportunity to act on it.

Staley v FSR0015



FOUR SEASONS
HOTEL
NEW YORK

August 5, 2020

Vivian Holmes
42 Wildwood Ave.
Mt. Vernon, NY 10550

Dear Vivian Holmes,

This is to inform you that due to unforeseen business circumstances and the continued major economic downturn stemming from the COVID-19 virus pandemic and consequent travel and tourism disruptions outside the employer's control the Four Seasons Hotel New York will continue your temporary layoff which began on 7/14/2020 for an as yet undetermined number of months. The layoffs included approximately 464 employees, including yourself and are still expected to be temporary.

You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

This notice is supplied to you pursuant to the WARN Act as well and has been supplied to the appropriate governmental agencies.

If you have any questions concerning anything contained in this letter, please contact me at 212-350-6604.

Sincerely,

Rudolf Tauscher

General Manager



# FOUR SEASONS
#### HOTELS AND RESORTS

## I N T E R N A L    M E M O

**Date:**  July 15, 2020

**To:**  Vivian Holmes  **From:**  People and Culture

**Location:**  Four Seasons New York

**Subject:**  Benefits Coverage During Furlough

During these unprecedented times, we know that there are uncertainties around many things, and healthcare is one area that you may have many questions. We hope to provide you with some clarity on what is offered to you while on furlough.

You will receive a monthly invoice from Businessolver for the continuation of your benefits. If you wish to continue with your current benefits, you will be required to submit payment directly to Businessolver. If payment is not received by the required due date, your benefits will be terminated, and you can reinstate your benefits once you return to work. You will have 31 days from the date you return to work to contact the My Four Seasons Benefits Center at 1.866.672.0435 or log on to the My Four Seasons Benefits website at fsbenefits.fourseaons.com to reinstate your benefits.

Your first invoice will reflect your medical, dental and vision at 100% of the premium (both employee and employer share) while on furlough.

Benefits continuation during furlough:

**Medical, Dental and Vision**

- You will pay 100% of monthly premium.
- Your coverage can be continued during furlough period if applicable premiums are paid.
- You may change your coverage (i.e. drop dental coverage) at any time by contacting "My Four Seasons Benefits Center" as noted above.

**Health Savings Account (HSA)**

- HSA contributions through your employer will cease.
- You can continue to use any HSA balance for reimbursements / payments.

Staley v FSR0017

**Basic Life, Basic Dependent Life and Optional Life**

- You can request for conversion option by contacting the My Four Seasons Benefits Center at 1.866.672.0435.
- Optional Life Insurance is an employee paid benefit and will continue for the same period as Basic Life Insurance provided you continue to pay your employee premium cost.
- For basic and optional life insurance conversion, you have 60 days from the date of the notice letter to mail or fax the form back.

**Basic AD&D, and Optional AD&D**

- You can request for conversion option by contacting the My Four Seasons Benefits Center at 1.866.672.0435.
- Our plan does not allow for continuation of AD&D beyond 30 days.

**Long Term Disability (LTD)**

- Our plan does not allow for continuation of LTD beyond 30 days.
- If you were disabled prior to the effective date of your furlough, LTD benefits will continue until you recover, with some exceptions.  Please refer to the LTD policy for more details.

**Employee Assistance Program (EAP)**

- Coverage continues during furlough at no employee cost.  Paid for by Four Seasons.
- Call the Magellan EAP toll-free number at 1.800.424.1748 or log on to magellanascend.com.

**Short Term Disability (STD)**

- **Contact your P&C team for STD questions during your furlough.**

**Retirement Benefit Plan**

- Your employee 401 (k) contributions will end once you receive your last paycheck for base pay, vacation and PTO.
- Your loan payments must be made timely and you can ask your People & Culture team how to make those payments to keep your loan current.

Our team is working closely with transit and parking providers to monitor the situation. Please visit [unreadable] for the most up to date information and policies from our provider partners.

Program Sponsor / Plan Administrator:    Four Seasons Hotel

Third Party Administrator:    HealthEquity

For More Information

Log into your account. If you log in using the link below (click on it or copy and paste it into your browser),

you will be directed to a page that contains more information about this account.

[unreadable URL]
[unreadable URL]

Due to security and privacy concerns, we are unable to include benefit details in email communications. To update your communication preferences, log into your account. Select Profile and then Preferences.

## 2021 W-2 and EARNINGS SUMMARY 

| Employee | Reference | Copy |
| --- | --- | --- |

**W-2** Wage and Tax Statement **2021**
OMB No. 1545-0008
Copy C for employee's records

| d Control number | Dept. | Corp. | Employer use only |
| --- | --- | --- | --- |
| 002506 | BOST/MZG | 100302 | L 260 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
67 E 57TH STREET
NEW YORK NY 10022

Batch #01406

e/f Employee's name, address, and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

| b Employer's FED ID number | a Employer's SSA number |
| --- | --- |
| 16-1741079 | |
| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 28.16 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| --- | --- | --- |
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
| --- | --- | --- | --- | --- | --- |
| Gross Pay | | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Reported W-2 Wages | | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |

2. Employee Name and Address.

VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

c0 2021 ADP, Inc.

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| --- | --- |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
| --- | --- | --- | --- |
| 002506 | BOST/MZG | 100302 | L 260 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employer's SSA number |
| --- | --- |
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 28.16 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| --- | --- | --- |
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Federal Filing Copy Wage and Tax Statement **2021**
Copy B to be filed with employee's Federal Income Tax Return.
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| --- | --- |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
| --- | --- | --- | --- |
| 002506 | BOST/MZG | 100302 | L 260 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employer's SSA number |
| --- | --- |
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 28.16 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| --- | --- | --- |
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Reference Copy Wage and Tax Statement **2021**
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| --- | --- |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |

| d Control number | Dept. | Corp. | Employer use only |
| --- | --- | --- | --- |
| 002506 | BOST/MZG | 100302 | L 260 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number | a Employer's SSA number |
| --- | --- |
| 16-1741079 | |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 28.16 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| --- | --- | --- |
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Filing Copy Wage and Tax Statement **2021**
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

CONFIDENTIAL

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury – Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**
In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



TAX RETURN

THIS FORM W-2 | OTHER W-2'S

### Notice to Employee

**Do you have to file?** Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

---

Department of the Treasury – Internal Revenue Service

Department of the Treasury – Internal Revenue Service

Department of the Treasury – Internal Revenue Service

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZ0 | 002506 | 100302 | | 0000530078 | 1 |

## Earnings Statement

ADP

**HOTEL 57 SERVICES,LLC**
**D/B/A FOUR SEASONS HOTEL, NEW YORK**
**57 EAST 57TH STREET**
**NEW YORK, N.Y. 10022**

Period Beginning:   12/19/2020
Period Ending:      12/25/2020
Pay Date:           12/31/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   3
NY:        3

**VIVIAN HOLMES**
**42 WILDWOOD AVE.**
**MT. VERNON, NY 10550**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Sick Pay | 30.8700 | 16.00 | 493.92 | 1,728.72 |
| Regular | | | | 17,029.45 |
| Birthday Pay | | | | 740.88 |
| Furlou Payment | | | | 493.92 |
| Holiday Pay | | | | 3,210.48 |
| Hoursspread | | | | 45.00 |
| Tfb | | | | 20.00 |
| Vacation Pay | | | | 740.88 |
| Weighted Ot | | | | 148.03 |
| **Gross Pay** | | | **$493.92** | 24,157.36 |

| Deductions | Statutory | | |
|------------|-----------|-----|------|
| | Social Security Tax | -30.63 | 1,280.41 |
| | Medicare Tax | -7.16 | 299.45 |
| | NY State Income Tax | -9.27 | 593.80 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Federal Income Tax | | 694.92 |
| | NY Paid Family Leave Ins | | 63.65 |
| | **Other** | | |
| | N.Y.P F L -Curr | -1.33 | |
| | 401K | -59.27* | 2,837.33 |
| | Ad&D | | 27.60 |
| | Child Life | | 3.90 |
| | Dental | | 54.00 |
| | Pre-Tax Medical | | 2,848.80 |
| | Transportation | | 600.00 |
| | **Net Pay** | | **$335.66** |

| Other | this period | year to date |
|-------|-------------|--------------|
| Checking 1 | -335.66 | 12,830.15 |
| Checking 2 | -50.00 | 2,000.00 |
| **Net Check** | | **$0.00** |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $434.65

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Eligible | 493.92 | |
| Group Term Life | | 24.78 |
| Holiday Hrs | | 104.00 |
| Personal Hrs | | 24.00 |
| Sick Hrs | | 56.00 |
| Vaca Hrs | | 24.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

© 2008 ADP, LLC

**HOTEL 57 SERVICES,LLC**
**D/B/A FOUR SEASONS HOTEL, NEW YORK**
**57 EAST 57TH STREET**
**NEW YORK, N.Y. 10022**

**Advice number:**   00000530078
Pay date:            12/31/2020

Deposited to the account of
**VIVIAN HOLMES**

| | account number | transit ABA | amount |
|---|---------------|-------------|--------|
| | | xxxx  xxxx | $335.66 |
| | | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

CONFIDENTIAL



Staley v FSR0023



## 2021 BENEFIT SUMMARY
Your approved elections for next year, as of December 11, 2020





FOUR SEASONS
NEW YORK

# INTERNAL MEMO

To:      All Employees

From:    Human Resources

Location:  Four Seasons Hotel New York

**NEW YORK CITY EARNED SAFE AND SICK TIME ACT (ESSTA) – ADDENDUM TO IMPACT**

[text illegible due to image quality]

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 002506 | 100902 | | 0000260030 | |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A  FOUR SEASONS  HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 06/18/2022 |
| Period Ending: | 06/24/2022 |
| Pay Date: | 06/30/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:      3
    NY:         3

**VIVIAN  HOLMES
42  WILDWOOD  AVE.
MT.  VERNON  NY 10550**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Vacation Pay | 30.8700 | 40.00 | 1,234.80 | 7,408.80 |
| Severance Pay | | | | 9,500.00 |
| **Gross Pay** | | | **$1,234.80** | 16,908.80 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -62.72 | 2,466.32 |
| | Social Security Tax | -76.56 | 1,048.35 |
| | Medicare Tax | -17.91 | 245.16 |
| | NY State Income Tax | -47.15 | 1,394.40 |
| | NY SDI Tax | -0.60 | 3.60 |
| | NY Paid Family Leave Ins | -6.31 | 86.50 |

| | Other | | |
|---|-------|---|---|
| | 401K | -148.18* | 669.08 |
| | **Net Pay** | **$875.37** | |
| | Checking 1 | -825.37 | 9,525.37 |
| | Checking 2 | -50.00 | 1,250.00 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Eligible | 1,234.80 | |
| Vaca Hrs | | 240.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,086.62

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A  FOUR SEASONS  HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000260030 |
| Pay date: | 06/30/2022 |

Deposited  to the account of
**VIVIAN HOLMES**

| | account number | transit  ABA | amount |
|---|---|---|---|
| | | XXXX  XXXX | $825.37 |
| | | XXXX  XXXX | $50.00 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

CONFIDENTIAL

Staley v FSR0027



**FOUR SEASONS HOTEL**
*New York*

March 20, 2020

To whom it may concern:

Vivian Holmes

Please note this is to confirm that _Vivian Douyon_, employee of the Four Seasons Hotel New York, located at 57 East 57th street (employee entrance 58th East 58th street), is an essential employee and must be at work due to his/her job responsibilities.

Should you have any questions, please contact our Hotel Manager, Michal Dedera at (312)613-4702 or Director of People & Culture, Elizabeth Ortiz at (347)899-5276.

Sincerely,

Rudy Tauscher
General Manager

57 EAST 57TH STREET • NEW YORK, NEW YORK 10022 U.S.A.
TELEPHONE 212.758.5700 • FAX 212.758.5711 • www.fourseasons.com

Staley v FSR0028

Staley v FSR0029



ALL COUNTY ENDODONTICS | Online Receipt

# ALL COUNTY ENDODONTICS

172 WESTMINSTER RD
SCARSDALE NY 10583
PH 914 7689017

Subtotal                    $415.00
Total Taxes                 $0.00

**Total      $ 415.00**

PAYMENT ID
Cashier:

CONFIDENTIAL



Staley v FSR0031



Staley v FSR0032



New York State Department of Labor Division of Labor Standards
Notice and Acknowledgement of Pay and Payday for Hourly Rate Employees

Employer Information
Name:
Four Seasons Hotel NY

Doing business as (DBA) name(s):
Hotel of Services LLC

FEIN:
XX-XXXXXXX

Physical Address:
57 East 57th Street
New York, NY 10022

Mailing Address:
57 East 57th Street
New York, NY 10022

Employee Acknowledgement:
On the day I received notice of my pay rate, overtime rate (if eligible), allowances and designated payday. I told my employer that my true primary language is _____.

Check one:
☐ I have been given this pay notice in English because it is my primary language.
☐ My primary language is _____. I received this pay notice in English because the Department of Labor does not yet offer a pay notice form in this language on its web site.

Employee Signature

Date

CONFIDENTIAL









Your payment would be about
**$1,712 a month**
at full retirement age

August 29, 2016

VIVIANE HOLMES
42 WILDWOOD AVE
MOUNT VERNON NY 10552-4936

# Your Social Security Statement

To view your *Social Security Statement* online anytime create a *my Social Security* account today!

**my Social Security**
socialsecurity.gov/myaccount

# Your Earnings Record

CONFIDENTIAL





Cigna.

Notice of Health Insurance Premium Rebate

September 19, 2022

VIVIAN HOLMES
42 WILDWOOD AVE
MOUNT VERNON NY 10552-4935

Re Health Insurance Premium Rebate for Year 2021 Policy
    Policy Name FOUR SEASONS DBA VEBA

Dear VIVIAN HOLMES

This letter is to inform you that Cigna Health and Life Insurance Company will be rebating a portion of your health insurance premiums through your employer or group policy holder. This rebate is required by the Affordable Care Act – the health reform law.

The Affordable Care Act requires Cigna Health and Life Insurance Company to rebate part of the premiums it receives if it does not spend at least 85 percent of the premiums Cigna Health and Life Insurance Company receives on health care services, such as doctors and hospital bills, and activities to improve health care quality, such as efforts to improve patient safety. No more than 15 percent of premiums may be spent on administrative costs such as salaries, sales, and advertising. This is referred to as the Medical Loss Ratio standard or the 85/15 rule. The 85/15 rule in the Affordable Care Act is intended to ensure that consumers get value for their health care dollars. You can learn more about the 85/15 rule and other provisions of the health reform law at



## Frequently Asked Questions about 2022 MLR Rebates

**What is the Medical Loss Ratio?**

Medical Loss Ratio (MLR) is the percent of premiums an insurance company spends on claims and expenses that improve health care quality. The Health Care Reform law requires insurance companies to pay annual rebates if the MLR for a group of policies issued in a state is less than 85% for large employer group policies and 80% for most small employer group policies and individual policies.

**What is the purpose of the minimum MLR provision?**

The MLR provision is intended to ensure that a minimum percent of premiums are used to pay claims. This limits the amount insurance companies can spend on administrative expenses and profits.

**How are rebates determined?**

Rebates are determined on a state-by-state basis. 2022 rebates are based on all the premiums and claims for a group of policies issued by an insurance company in a state in 2021. Rebates are not based only on the claims for your own policy.

- If claims for all policies similar to yours in your state in 2021 were *lower* than the required MLR percent, the policyholder *will* receive a rebate.
- If claims for all policies similar to yours in your state in 2021 were *higher* than the required MLR percent, the policyholder *will not* receive a rebate.

[remainder of page illegible]



Elsevier Interactive Patient Education - VIVIAN HOLMES -

6 Guion Place
New Rochelle, NY 10801

**Montefiore New
Rochelle Hospital**

914.632.5000



Elsevier Interactive Patient Education - VIVIAN HOLMES - ID#



Elsevier Interactive Patient Education - VIVIAN HOLMES - ID [redacted]   MR [redacted]

| 16 Guion Place<br>New Rochelle, NY 10802 | Montefiore New<br>Rochelle Hospital | 914.632.5000 |

PATIENT EDUCATION SUMMARY



Vivian,

I want to thank you for all
you do each day to ensure our
department is paid properly. We could
not do it without you!

A million Thanks,
Megan



FOUR SEASONS HOTEL
*New York*

February 18, 2015

Vivian Holmes
Housekeeping
Four Seasons Hotel New York

Dear Vivian,

Congratulations on being nominated as an Employee of the Month for February 2015!

Below please find your nomination written by Mark Krishan, Assistant Housekeeping Manager:

We would like to nominate Vivian Holmes



FOUR SEASONS HOTEL
*New York*

December 13, 2016

Vivian Douyon
Housekeeping
Four Seasons Hotel New York

Dear Vivian,

Congratulations on being nominated as an Employee of the Month for December 2016!

Below is one of many nominations written by the Housekeeping Team.

"The Housekeeping Department is proud to nominate Vivian Douyon for Employee of the Month. Vivian ... takes on responsibility for the Housekeeping department including assisting with the schedule ... without requests being met.

She is always available and supportive for the Housekeeping team and they all look up to her for guidance ... anything that is asked of her. She completes all the questions asked. She plays such a vital role in holding the ... of department and we cannot think her enough for all that she does.

Four Seasons recognizes your dedication, outstanding contribution in accomplishing your goals and positive attitude ... please join the Planning Committee on Tuesday, December 20, 2016 at 11:45 AM in the Training Room ...

... presentation ... ceremony will take place on this Monday, ... December ...

We Congratulate you on this!

## 2021 W-2 and EARNINGS SUMMARY 

| W-2 | Employee Reference Copy Wage and Tax Statement | 2021 |
|---|---|---|

OMB No. 1545-0008
Copy C for employee's records

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002508  BOST/MZG 100302 | | L | 260 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #01406

e/f Employee's name, address, and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | 12b |
| 14 Other 26.16 NY PPL | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
| 17 State income tax 757.90 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Reported W-2 Wages | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |

**2. Employee Name and Address.**

VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550

c© 2021 ADP, Inc.

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| d Control number Dept. Corp. Employer use only 002506  BOST/MZG 100302     L    290 | |
| c Employer's name, address, and ZIP code HOTEL 57 SERVICES LLC 57 E 57TH STREET NEW YORK NY 10022 | |
| b Employer's FED ID number 16-1741079 | a Employee's |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 26.16 NY PPL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay   X |
| e/f Employee's name, address, and ZIP code VIVIAN HOLMES 42 WILDWOOD AVE. MT. VERNON NY 10550 | |
| 16 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
| 17 State income tax 757.90 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

| W-2 | Federal Filing Copy Wage and Tax Statement | 2021 |
|---|---|---|
Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| d Control number Dept. Corp. Employer use only 002506  BOST/MZG 100302     L    260 | |
| c Employer's name, address, and ZIP code HOTEL 57 SERVICES LLC 57 E 57TH STREET NEW YORK NY 10022 | |
| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 26.16 NY PPL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay   X |
| e/f Employee's name, address, and ZIP code VIVIAN HOLMES 42 WILDWOOD AVE. MT. VERNON NY 10550 | |
| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 5500.00 |
| 17 State income tax 757.90 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

| W-2 | NY.State Filing Copy Wage and Tax Statement | 2021 |
|---|---|---|
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

Staley v FSR0048

## Instructions for Employee

**Box 1.** Enter the amount on the wages line of your tax return.

**Box 2.** Enter the amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report this on your tax return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter the amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2021, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

Note: If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury – Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach the W-2 to your tax return like this (following agency instructions):



## Notice to Employee

Do you have to file? Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2021 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2021 or if income is earned for services provided while you were an inmate at a penal institution. For 2021 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and SSA.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage** (if such cost is provided by the employer). The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2021 and more than $8,853.60 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,203.80 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

Department of the Treasury – Internal Revenue Service

Department of the Treasury – Internal Revenue Service

Department of the Treasury – Internal Revenue Service

COPY CONFIDENTIAL

## 2020 W-2 and EARNINGS SUMMARY 

**W-2**  Wage and Tax Statement  **2020**  OMB No. 1545-0008

| Employee | Reference | Copy |

Copy C for employee's records
| d Control number | Dept. | Corp. | Employer use only |
| 002606  BOST/MZG | 100302 | L | 265 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #02089

e/f Employee's name, address, and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON, NY 10550

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
| 1 Wages, tips, other comp. 17814.41 | 2 Federal income tax withheld 694.92 |
| 3 Social security wages 20651.74 | 4 Social security tax withheld 1280.41 |
| 5 Medicare wages and tips 20651.74 | 6 Medicare tax withheld 299.45 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  24.78 |
| 14 Other  24.00 SDI  63.65 NY PFL | 12b D 2837.33 |
| | 12c DD 15882.03 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 17814.41 |
| 17 State income tax 593.30 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 24,157.36 | 24,157.36 | 24,157.36 | 24,157.36 |
| Plus GTL (C-Box 12) | 24.78 | 24.78 | 24.78 | 24.78 |
| Less 401(k) (D-Box 12) | 2,837.33 | N/A | N/A | 2,837.33 |
| Less Other Cafe 125 | 2,930.40 | 2,930.40 | 2,930.40 | 2,930.40 |
| Less ER PD Transportation | 600.00 | 600.00 | 600.00 | 600.00 |
| Reported W-2 Wages | 17,814.41 | 20,651.74 | 20,651.74 | 17,814.41 |

2. Employee Name and Address.

VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON, NY 10550

ab 2020 ADP, Inc.

---

| 1 Wages, tips, other comp. 17814.41 | 2 Federal income tax withheld 694.92 |
| 3 Social security wages 20651.74 | 4 Social security tax withheld 1280.41 |
| 5 Medicare wages and tips 20651.74 | 6 Medicare tax withheld 299.45 |
| d Control number  Dept. 002506  BOST/MZG  100302 | Corp.  Employer use only L  265 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  C  24.78 |
| 14 Other  24.00 SDI  63.65 NY PFL | 12b D 2837.33 |
| | 12c DD 15882.03 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON, NY 10550

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 17814.41 |
| 17 State income tax 593.30 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2**  Federal Filing Copy  Wage and Tax Statement  **2020**  OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 17814.41 | 2 Federal income tax withheld 694.92 |
| 3 Social security wages 20651.74 | 4 Social security tax withheld 1280.41 |
| 5 Medicare wages and the 20651.74 | 6 Medicare tax withheld 299.45 |
| d Control number  Dept. 002506  BOST/MZG  100302 | Corp.  Employer use only L  265 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  C  24.78 |
| 14 Other  24.00 SDI  63.65 NY PFL | 12b D 2837.33 |
| | 12c DD 15882.03 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON, NY 10550

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 17814.41 |
| 17 State income tax 593.30 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2**  NY.State Filing Reference Copy  Wage and Tax Statement  **2020**  OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 17814.41 | 2 Federal income tax withheld 694.92 |
| 3 Social security wages 20651.74 | 4 Social security tax withheld 1280.41 |
| 5 Medicare wages and tips 20651.74 | 6 Medicare tax withheld 299.45 |
| d Control number  Dept. 002506  BOST/MZG  100302 | Corp.  Employe use only L  265 |

e Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  C  24.78 |
| 14 Other  24.00 SDI  63.65 NY PFL | 12b D 2837.33 |
| | 12c DD 15882.03 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON, NY 10550

| 15 State Employer's state ID no. NY 16-1741079 | 16 State wages, tips, etc. 17814.41 |
| 17 State income tax 593.30 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2**  NY.State Filing Reference Copy  Wage and Tax Statement  **2020**  OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

CONFIDENTIAL

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Instructions for Forms 1040 and 1040-SR to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Instructions for Forms 1040 and 1040-SR.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 is also included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,500 ($13,500 if you only have SIMPLE plans; $22,500 for section 403(b) plans if you qualify for the 15-year rule explained

in Pub. 571). Deferrals under code G are limited to $19,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2020, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Forms 1040 and 1040-SR.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Schedule 2 (Form 1040). See the Instructions for Forms 1040 and 1040-SR.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Instructions for Forms 1040 and 1040-SR.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Instructions for Forms 1040 and 1040-SR for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Instructions for Forms 1040 and 1040-SR.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Instructions for Forms 1040 and 1040-SR.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Instructions for Forms 1040 and 1040-SR for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Instructions for Forms 1040 and 1040-SR.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 408(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury - Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



### Notice to Employee

Do you have to file? Refer to the Instructions for Forms 1040 and 1040-SR to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2020 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2020 or if income is earned for services provided while you were an inmate at a penal institution. For 2020 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form

W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2020 and more than $8,537.40 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $5,012.70 in Tier 2 RRTA tax was withheld, you may also be able to claim a credit. See the Instructions for Forms 1040 and 1040-SR and Pub. 505, Tax Withholding and Estimated Tax.

Department of the Treasury - Internal Revenue Service          Department of the Treasury - Internal Revenue Service          Department of the Treasury - Internal Revenue Service

Staley v FSR0051

| CO. | FILE | DEPT. | CLOCK. | VCHR. NO. | 019 |
|-----|------|-------|--------|-----------|-----|
| MZQ | 002606 | 100302 | | 0000520042 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 12/18/2021 |
| Period Ending: | 12/24/2021 |
| Pay Date: | 12/30/2021 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:                          3
NY:                               3

**VIVIAN HOLMES**
**42 WILDWOOD AVE.**
**MT. VERNON NY 10550**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 5,500.00 |
| Gross Pay | | | $500.00 | 5,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 1,210.00 |
| | Social Security Tax | -31.00 | 341.00 |
| | Medicare Tax | -7.25 | 79.75 |
| | NY State Income Tax | -68.90 | 757.90 |
| | NY Paid Family Leave Ins | -2.56 | 28.16 |
| | Net Pay | $280.29 | |
| | Checking 1 | -230.29 | 2,533.19 |
| | Checking 2 | -50.00 | 550.00 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000520042 |
| Pay date: | 12/30/2021 |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| VIVIAN HOLMES | | XXXX XXXX | $230.29 |
| | | XXXX XXXX | $50.00 |

**NON-NEGOTIABLE**

CONFIDENTIAL

THIS IS NOT A CHECK



Staley v FSR0053



April 30, 2020

Dear Four Seasons Family:

It is hard to believe that it has been more than a month since we made the difficult decision to temporarily suspend hotel operations and then shortly after, reopen to provide housing for the Health Care Professionals working on the front lines.  During this time, our complete focus has been to provide you with as much information as possible and to continue to ensure the safety and well-being of our employees and guests.

Thank you for your continued patience as we work through these very challenging times.  Please see below for the most recent updates.

<u>**Hotel Operations**</u>

As you are aware, on March 20, 2020, we made the difficult decision to temporarily suspend most of the hotel operations. Shortly thereafter, our owner Ty Warner asked us to re-open the hotel to provide housing for the medical staff dedicated to fighting this pandemic.  Since our last communication to you, we have been in discussions with ownership regarding the extension of housing medical staff. Earlier this week it was determined that we would continue to provide complimentary housing for the medical community until **May 31, 2020.**

Additionally, the COVID-19 pandemic has continued to impact our business and the hospitality industry. With the social distancing guidelines and the stay-at-home orders still in place, it is necessary to extend the suspension of regular hotel operations until **June 15, 2020.**  We will advise if this date is to be revised or extended.

Your safety and well-being remains at the center of our approach.

These are unprecedented times!  Thank you for working together with us to help keep you and everyone else as safe as possible!  If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.

Warm Regards,

Elizabeth Ortiz

Director, People and Culture

Staley v FSR0054



FOUR SEASONS
HOTEL
NEW YORK

May 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy. As we have continued to provide housing for the Health Care Professionals, we also remain aware of the various life changes that each of you may be going through. Our focus remains on continuing to provide you with as much information as we can.

In the last communication, which came from People and Culture on May 1, 2020, we indicated that we were looking at a potential re-open date of **June 15, 2020**. Since that time, our owner Ty Warner, has agreed to extend the complimentary housing for the Health Care Professionals through **June 30, 2020**.

In addition to that extension the social distancing guidelines and the stay-at-home orders still in place. Therefore, it is necessary to extend the suspension of regular hotel operations until **July 15, 2020**. We will advise if this date is to be revised or extended. We will continue to provide you with follow-up information as we receive it.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic.

I wish you and your families a good Memorial Day weekend! Stay safe and keep healthy!

Warm Regards,

Rudy Tauscher
General Manager

Staley v FSR0055



June 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy.  I want to take this opportunity to thank each one of you for your continued commitment and dedication to Four Seasons New York.   This has certainly been a challenging time on so many levels but Four Seasons New York remains strong because of all of you.  As we approach the summer season, I remain aware of the various life adjustments that each of you may be experiencing.  We continue to remain focused on you and the Four Seasons New York.

With that said, my last communication to you on May 22, 2020 indicated that we would be extending the Health Care Professionals complimentary housing through June 30, 2020.  With June 30th right around the corner, I wanted to let you know that all Health Care Professionals will be leaving by **June 30, 2020** and the program will discontinue.

Upon departure of the Health Care Professionals, we will temporarily be suspending most of our hotel operations.  During this time, the hotel will continue to operate with a reduced staffing to maintain the building's safety and security. The upcoming schedules will reflect these changes.

Unfortunately, we will **NOT** be resuming normal hotel operations on July 15, 2020 as we had hoped.  We are now looking at a late summer re-opening date and will share more information as we have it.

 If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.  Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic and the aftermath.

I hope that you and your families had a delightful Father's Day weekend!  Stay safe and keep healthy!

Warm Regards,

Rudy Tauscher
General Manager



FOUR SEASONS
HOTEL
NEW YORK

August 11. 2020

Dear Four Seasons Family:

I hope that this message finds you and your loved ones keeping safe and healthy. As you are aware, the Coronavirus is still active worldwide and specifically in New York. The global COVID-19 pandemic has forever changed our experiences—as guests, employees, citizens, humans— and our attitudes and behaviors are changing as a result.

In my last communication to you on June 22, 2020, I indicated that we would continue to delay our re-opening of the Hotel until late summer. As much as I want to provide you with clarity on a re-opening date, we are still navigating through a myriad of business challenges. As Governor Cuomo announced at the end of June, there are also new travel restrictions for all individuals traveling from states with high COVID-19 infection rates. As of today, 33 states meet the metrics for the travel advisory requiring individuals who have traveled to New York from those states to quarantine for 14 days. Additionally, key New York City events and attractions have been cancelled or there are extensive delays in re-opening.

At this juncture, we will need to adjust our re-opening date to **October 15, 2020**. We will continue to evaluate the landscape and will adjust the re-opening date based on federal, state and local regulations. I will send out regular announcements regarding any changes and I will provide you with as much notice as possible regarding a re-opening date.

I am grateful to each of you for your continued commitment and dedication. Four Seasons New York remains strong because of all of you.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Stay safe and keep healthy!

Warm Regards,

Rudy Tauscher
General Manager



**FOUR SEASONS HOTEL**
*New York*

October 5, 2020

Dear Four Seasons Family:

It is with regret that I announce the resignation of Michal Dedera, Hotel Manager for Four Seasons New York. Michal has been an integral member of the Four Seasons family for twenty years. In fact, we celebrated his Twentieth Work Anniversary on Friday, October 2, 2020.

Michal began his career with Four Seasons Prague in January 2000. For over 10 (ten) years, Michal garnered his experience at the Hotel in Prague in the Rooms division through the appointment to various roles. He began his employment as the Reservations Manager and progressed through the division with great success. He first served as the Assistant Front Office Manager, then Assistant Director of Housekeeping, Assistant Director of Rooms and ultimately was promoted into the role of Director of Rooms.

In 2012, Michal moved to the United States and Four Seasons Hotel Chicago to serve as the Director of Rooms. He held that position for two years. In 2014, he was promoted to the position of Resort Manager at Four Seasons Resort in Palm Beach, Florida. After which time, he joined the team in New York as Hotel Manager.

Since his arrival in New York, Michal has been a driving force behind the Evolve program and has been instrumental in developing positive employee relations through his involvement in a multitude of Four Seasons initiatives. In 2016, Michal was appointed the Rooms Operations Co-lead for the Americas and assisted the SVP of Rooms in leading the Americas Region with all Rooms initiatives.

On behalf of the entire Four Seasons New York family, I would like to thank him for his dedication and support. I understand and value his drive to continue to grow. Michal will remain in New York and will be joining an exciting new adventure outside of the industry.

Please join me in wishing Michal all the very best success in all his upcoming adventures! Our doors will always be open to him. His last day will be October 16, 2020.

Kind Regards,

Rudy Tauscher
General Manager

Staley v FSR0058



December 3, 2020

Dear Four Seasons New York Family:

We hope you, your families and loved ones remain safe and healthy.

Throughout this pandemic, we have worked hard to ensure we are communicating with you as transparently as possible. We know this time of uncertainty is stressful and we appreciate your continued patience and support.

While the safety of our guests and employees is always our primary concern, the pandemic continues to create challenging market conditions for New York. Most major attractions remain closed while restaurants suffer from several limitations. Travel restrictions are still prohibitive requiring travelers from 45 states to quarantine for at least 4 days. In addition, Coronavirus is now surging in states across the country as well as in several markets abroad, a situation that is expected to continue into the winter months.

As such, we wanted to let you know that given the current situation and difficult market conditions that persist, the Hotel will remain temporarily closed with an anticipated re-opening date of late April 2021.

During this challenging time of an extended closure, we will remain available to support you and will continue to be in touch with updates. With that said, for any questions or concerns, please do not hesitate to contact People & Culture or me directly.

Please know I am truly grateful for your strength and endurance during these unprecedented times. We will emerge from this stronger and better.

Wishing you a safe and healthy Holiday Season! .

With kind regards,

Rudy Tauscher
General Manager

Staley v FSR0059



FOUR SEASONS
HOTEL
NEW YORK

March 25, 2021

Dear Four Seasons New York Family:

We hope that you, your family, and loved ones are all staying well.

We look forward to connecting with you next week at our Virtual Town Hall scheduled on **Wednesday, March 31st at 3PM**. Please look for an email inviting you to join the call. If you can and would like to join via video, we would love to see you.

Although we still have not confirmed a reopening date, we do want to connect and share relevant updates with you regarding the current situation in New York City, the state of travel, as well as the forecasted outlook.

The pandemic has caused difficult times and extraordinary circumstances. We never imagined that when we temporarily closed on March 20th, 2020 that we would still be closed a year later. We empathize with you on the hardship and impact this situation has had on all of our team members.

We do hope that the progress made over the last few months in New York and beyond continues and that we will be able to confirm a reopening date soon. In the meantime, we want to continue to be here for you.

If you have any questions or concerns, please do not hesitate to contact the People & Culture team.

Warm Regards,

Elizabeth Ortiz
Director of People & Culture



FOUR SEASONS
HOTEL
NEW YORK

June 25, 2021

Good Afternoon Four Seasons New York Family:

We hope that you, your family, and loved ones are all staying well!

We know everyone is keen to reopen our Hotel and begin welcoming back guests. At this time, we will continue to remain closed, as the Hotel will be undergoing substantial infrastructure and maintenance work that is expected to last well into 2022. We will reassess our reopening plans in the early Spring of 2022 based upon the progress of this work.

Upon reopening, we are committed to recalling employees, as business levels rebound.

We have scheduled a Virtual Town Hall for this afternoon at 3pm. A reminder will be sent shortly.

We remain available for any questions you may have!

Warm Regards,

Elizabeth Ortiz
Director, People and Culture



Effective November 1, 2021, Alexandra Erbiti will permanently be located at Four Seasons Downtown. During her transition to Assistant Director of People and Culture for the Four Seasons Downtown, Alex has continued to support the Midtown property on a consistent and regular basis. She has been a tremendous support to this property since she was hired on June 5, 2017. In her role first as Learning and Development Manager and then as the Assistant Director of People and Culture, Alex played a paramount role in connecting with employees and working to develop our culture. Her support to the midtown property and employees during the last 18 months has been remarkable. I am truly grateful to the support she has shown me in my transition as well over the last two years. Please join me in wishing her the very best in her role at the Four Seasons Downtown.

Moving forward, please direct all People and Culture inquiries directly to me at Elizabeth.Ortiz@fourseasons.com or you can reach me on my cell phone at 347.899.5276.

Thank you!

Warmest Regards, Elizabeth Ortiz

We hope this Monthly Communication finds everyone continuing to be safe and well! Many of you have been reaching out recently inquiring if there is any update or information on the hotel. The information which was shared during the Virtual Town Hall and in subsequent communication in June of 2021 remains consistent. At this time, we will continue to remain closed as the Hotel will be undergoing substantial infrastructure and maintenance work that is expected to last well into 2022. We will reassess our reopening plans in the early spring of 2022 based upon the progress of this work.

We really appreciate staying connected with you and have loved hearing from you and seeing some of you. We are grateful to those of you who have joined some of our Community Outreach events! We are planning to return to the New York Harm Reduction Educators & Washington Heights Corner Project. 104-106 East 126th Street New York New York 10035. We are looking for volunteers to join us as we assemble a variety of Harm Reduction Kits on **December 1st from 10AM-12PM.** Please reach out to Sharon directly if you are interested in joining us or learning more about this Outreach Opportunity. Email sharon.brambrut@fourseasons.com or send a text message 347-835-2822.

Please find the November 2021 Birthdays and Anniversaries. As always please reach out to let us know if you have any feedback and if there is any other information you would like to have included in our communication!

Wishing you and your families a Happy & Safe Halloween Weekend!

NOVEMBER MONTHLY COMMUNICATION

Contributors: Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut

Staley v FSR0062



# NOVEMBER BIRTHDAYS

| NAME | DEPARTMENT | DATE |
|------|-----------|------|
| Zadkiel Ammah-Tagoe | Stewarding | 11/1/2021 |
| Elizabeth Opoku-Yeboah | Housekeeping | 11/1/2021 |
| Shahid Ahmed | Laundry | 11/2/2021 |
| Frank Thompson | Valet | 11/2/2021 |
| Angel Tarrats | Security | 11/3/2021 |
| Mustapha Lakbiri | Concierge | 11/4/2021 |
| Aneisha George | Culinary | 11/6/2021 |
| Yvonne Maldonado | Housekeeping | 11/6/2021 |
| Barbara Paru | Sales | 11/8/2021 |
| Antonio Ramos | Room Service | 11/12/2021 |
| Milton Ahmed | The Garden | 11/14/2021 |
| Leslie Howard | Stewarding | 11/16/2021 |
| Alex Zagreb | Guest Services | 11/16/2021 |
| Claudette Alliance | Housekeeping | 11/18/2021 |
| Jimmy Tong | Ty Bar | 11/19/2021 |
| Johannes Schaafsma | Concierge | 11/20/2021 |
| Nana Kusi-Minkah | Valet | 11/21/2021 |
| Roberto Collado | Ty Bar | 11/22/2021 |
| Caridad Hernandez | Housekeeping | 11/23/2021 |
| Hua Chen | Housekeeping | 11/23/2021 |
| Owen Norman | Culinary | 11/23/2021 |
| Min Jiang | Finance | 11/26/2021 |
| Phuntsok Tsomo | Housekeeping | 11/27/2021 |
| Mei Zhong | Laundry | 11/27/2021 |
| Wai Kan Lo | Housekeeping | 11/27/2021 |
| Awura Ama Gyekye | Housekeeping | 11/27/2021 |
| Petruta Muset | Banquet | 11/28/2021 |

Staley v FSR0063



November Anniversaries

Staley v FSR0064



FOUR SEASONS
HOTEL
NEW YORK

Re: The American Rescue Plan Act of 2021 – Important COBRA Subsidy Information

April 29, 2021

Dear Four Seasons Team Member,

I want to inform you of an upcoming change to the status of your benefits that allows you to receive health benefits coverage at no cost to you until September 30, 2021. This "COBRA Subsidy" is a result of the recently signed American Rescue Plan Act of 2021 (ARPA), which provides no-cost benefits coverage to individuals until September 30, 2021, and provides employers with corresponding tax credits for making coverage available.

COBRA (Consolidated Omnibus Budget Reconciliation Act) is a health insurance program that provides eligible employees and their dependents with the continued benefits of health insurance coverage when an employee loses their job or experiences a reduction of work hours (in this specific case it does not include domestic partners – please see below on steps to take).

To be able to take advantage of the COBRA subsidy the status of your benefits will change through administration with the Four Seasons Benefits Center effective May 1. Your People & Culture team will communicate with you during the week of May 3rd to let you know the system is open for enrollment. Until then, please stand by and await this communication.

Your current benefits will not be affected but you will need to take action to ensure your insurance continuation. Although you will have 60 days from May 1 to elect COBRA, if you do not complete your enrollment by May 13th your coverage may temporarily lapse until your enrollment is complete. During this time you can continue to use your current insurance with your current insurance cards. The change in status to your benefits will trigger a "COBRA" qualifying event and our third-party administrator Businessolver (known as the My Four Seasons Benefits Center) will send you a letter explaining the change. Later, you will also receive a letter from the Four Seasons Benefits Center which will explain the COBRA enrollment process, deadlines of when you must make your election and instructions on how to sign up for COBRA coverage. Please do not wait for this letter to enroll in coverage. The plans offered will be the exact same coverage that you currently have and your annual deductibles will carry over into the COBRA coverage.

Once you have enrolled in coverage, you will not be billed or asked to provide payment based on this temporary subsidy provided by the ARPA through September 30, 2021.

Below please find answers to some frequently asked questions, but please also connect directly with the People & Culture team at AskPC.NewYork@fourseasons.com if you have any follow-up questions.

We hope that this will bring you some financial relief over the next few months.

Thank you for your continued commitment during these challenging times.

Sincerely,

Elizabeth Ortiz

Director of People & Culture

Staley v FSR0065

## Frequently Asked Questions (FAQ's)

**What is the COBRA subsidy?**

It is a part of the recently approved American Rescue Plan Act of 2021 that was passed in March 2021.  It provides eligible employees with fully covered COBRA health benefits through September 30, 2021.

**What COBRA Subsidy benefits are available to eligible Four Seasons employees?**

Five months of fully covered benefits from May 1 to September 30, 2021 at no cost to the employee.

**What will happen after September 30 when the COBRA subsidy ends?**

At the end of the subsidy period, if business has not fully returned and you have not been recalled to work, you may continue coverage through COBRA.  You will be responsible for all COBRA payments after September 30, 2021.

**What do I need to do right now to enroll in the COBRA Subsidy?**

As soon as you receive an email from your People & Culture Team (Week of May 3rd) with a link to the My Four Seasons Benefits Center, go to the site and enroll before May 13.

**For eligible employees currently on furlough who elect COBRA now for the 1ˢᵗ time, when will COBRA benefits end?**

COBRA benefits generally last up to 18 months.  In this situation COBRA would end no later than October 31, 2022 as long as timely monthly payments are made (at this time the no-cost coverage ends on September 30, 2021).

**How do I sign up for COBRA?**

You will receive a letter in the mail from the My Four Seasons Benefits Center.  If you do not receive it by the end of May, please contact 1-866-672-0435.  You can enroll by completing the COBRA election form and subsidy attestation form and returning it to the Benefits Center directly or by logging onto the My Four Seasons Benefits Center website at fsbenefits.fourseasons.com.

**How long do I have to elect COBRA coverage?**

You have up to 60 days to decide if you want this no-cost benefit.  Should you elect coverage, your effective date of the COBRA subsidy will be retroactive to May 1, 2021.

**What if I decide not to elect COBRA coverage can I change my mind later?**

In order to participate in the COBRA subsidy, you must elect COBRA continuation within 60 days of receipt of the relevant notice.  Otherwise you forfeit your right to COBRA continuation coverage and the subsidy.  Due to the COVID-19 National Emergency, you can still elect COBRA continuation at a later date but you will not be eligible for the COBRA subsidy.

Staley v FSR0066

**How do I pay for COBRA?**

If you sign up for COBRA you do not pay anything up to September 30, 2021. Starting October 1, 2021 (if you have not been recalled by September 30, 2021) you will pay 102% of the cost of the insurance plans for which you are enrolled. The 2% is an administrative fee retained by our third-party benefits administrator, Businessolver.

**Does my insurance coverage change in any way?**

No, under COBRA you maintain your current insurance plans.

**What should I do if I have an emergency need to see a medical provider or fill a prescription during the period when I am enrolling for COBRA?**

Above all, please ensure you can still seek medical care should you be in an emergency situation.

During the temporary, interim period while you are electing COBRA and coverage is being activated, you may need to temporarily pay for office visits or prescriptions up front and submit for reimbursement. Should you have urgent medical needs, please contact your People & Culture Team who can assist you with expediting coverage under COBRA.

**Is there an alternative to COBRA?**

Yes, you can source insurance through other providers including the Healthcare Marketplace, however you will need to pay for it.

**Will I be fully responsible for the cost of COBRA (102% of the cost of the insurance) after October 1 if I have not been recalled to work?**

Yes, you will have the option to continue on COBRA or you can seek less expensive insurance through the Health Insurance Marketplace or other available options. Note: COBRA is available for a maximum of 18 consecutive months based on timely monthly payments submitted to the Four Seasons Benefits Center. Once COBRA has been waived or a payment has been missed, it cannot be restarted.

**Who is eligible for the 5 months of no-cost benefits coverage?**

Employees who are currently on Four Seasons benefits and remain on furlough. Unfortunately, Domestic Partners are not covered by the COBRA subsidy (see below).

**What will happen to the domestic partner coverage?**

Under the ARPA COBRA subsidy rules, Domestic Partners are not eligible for the subsidy. Therefore, COBRA participants with Domestic Partner coverage will be enrolled in a separate individual plan during the subsidy period from April 1 – September 30, 2021. For example, if someone is currently enrolled in the COBRA Employee + Domestic Partner coverage, the Business Center will enroll the employee in a separate single COBRA plan (the employee is subsidy eligible), and the Domestic Partner will be enrolled in their separate individual plan and the Domestic Partner will have to pay the Single COBRA premium during the subsidy period. At the end of the COBRA subsidy period, the coverage will revert back to Employee + Domestic Partner.

Staley v FSR0067

**Does this mean that my employment has been terminated from Four Seasons?**

No, your employment status does not change based upon this COBRA event.

**Will the Employee Assistance Program (EAP) still be available to me?**

Since you remain an active employee, on furlough, you are still eligible to take advantage of our Employee Assistance Program (EAP) benefits.

Staley v FSR0068

**Four Seasons (c/o Businessolver, Inc.)**
ATTN: COBRA Administration
1025 Ashworth Road, Suite 101
West Des Moines IA 50265



FOUR SEASONS

**Notice Date: May 07, 2021**

**To the Family of:**
Vivian Holmes
42 Wildwood Ave.
Mt. Vernon, NY 10550

**IMPORTANT – COBRA CONTINUATION COVERAGE & OTHER HEALTH COVERAGE ALTERNATIVES**
You're getting this notice because you recently lost coverage under Four Seasons group health plan ("the Plan"). This notice has important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. Please read the information in this notice very carefully before you make your decision.

Some individuals are eligible for temporary premium assistance under the American Rescue Plan Act of 2021 (ARP). To determine if you are eligible for COBRA premium assistance under the ARP, carefully review this notice and the attached document titled Summary of the COBRA Premium Assistance Provisions under the American Rescue Plan Act of 2021. If you are eligible, login to **fsbenefits.fourseasons.com** to request premium assistance and enroll following the steps outlined below.

If you are not eligible for premium assistance, and would still like to elect COBRA, complete the following steps below.

**IT TAKES JUST THREE EASY STEPS TO REVIEW AND ENROLL IN YOUR COBRA COVERAGE OPTIONS ONLINE:**

1. **Go to fsbenefits.fourseasons.com** and log in with your username and password. If you don't know them, select **Register** then provide your company key (**fourseasons**), your Social Security Number and your Date of Birth.

2. **Review and make your COBRA elections.** The online enrollment process makes it easy to select the coverage you're eligible for and request premium assistance under ARP. Please note, if you are a dependent electing coverage for yourself only, you will need to complete and return the attached enrollment form. Once enrolled, you will be able to login to **fsbenefits.fourseasons.com** and create your online account.

3. **Choose the payment method you want.** Please note, if you are an Assistance Eligible Individual under ARP, you will not be required to make a payment for assistance-eligible plans until your premium assistance ends.
   a. **Pay Online** - Provide your preferred payment method and account information. You can set up automatic monthly payments and avoid the usual $2.00 monthly convenience fee.
   b. **Pay by Check** - Make your check payable to **Four Seasons**

Coverage provided by Four Seasons to you and/or your covered dependent(s) ends on 04/30/2021 due to the qualifying event marked below:

| QUALIFYING EVENT | COBRA EFFECTIVE DATE | DURATION OF COVERAGE |
|---|---|---|
| Involuntary Reduction of Work Hours | 05/01/2021 | 18 months |

Only members covered at the time of Qualifying Event are eligible for continuation. The following Qualified Beneficiaries are eligible to continue coverage under COBRA:

Vivian Holmes

**¿TIENE PREGUNTAS SOBRE ESTA INFORMACIÓN O DESEA RECIBIR ESTE AVISO EN ESPAÑOL?**
Por favor, póngase en contacto con Businessolver, Inc. en 866-672-0435. Los representantes están disponibles de lunes a viernes durante el horario comercial normal.

161684382

This notice has important information about your right to continue your health care coverage under the Plan, as well as other health coverage options that may be available to you, including coverage through Medicaid or the Health Insurance Marketplace. To sign up for Marketplace coverage, visit **www.HealthCare.gov** or call 1-800-318-2596 (TTY: 1-855-889-4325). People in most states use **www.HealthCare.gov** to apply for and enroll in health coverage; if your state has its own Marketplace platform, you can find contact information here: **www.HealthCare.gov/marketplace-in-your-state/**.

Please read the information in this notice very carefully before you make your decision. If you choose to elect COBRA continuation coverage, you should enroll online at **febenefits.fourseasons.com** or use the Election Form provided later in this notice.

**THE AMERICAN RESCUE PLAN ACT OF 2021**
The American Rescue Plan Act of 2021 (ARP) provides temporary premium assistance for COBRA continuation coverage. Premium assistance is available to certain individuals who are eligible for COBRA continuation coverage due to a qualifying event that is a reduction in hours or an involuntary termination of employment. If you qualify for the premium assistance, you may not need to pay any of the COBRA premium otherwise due to the Plan for the months when you are eligible for premium assistance. Some coverages are not eligible for premium assistance, such as a health flexible spending arrangement (FSA). **This premium assistance is available from April 1, 2021, through September 30, 2021.** If you choose to continue your COBRA continuation coverage beyond that date, you may have to pay the full COBRA premium amount due. However, when your premium assistance ends, you may qualify for a special enrollment period to enroll in coverage through the Health Insurance Marketplace (see section on "other coverage options" below).

To determine whether you are eligible for COBRA premium assistance under the ARP, carefully review this notice and the attached document titled "Summary of the COBRA Premium Assistance Provisions under the American Rescue Plan Act of 2021". **If you believe you are an eligible individual and want to elect COBRA continuation coverage with temporary premium assistance, login to febenefits.fourseasons.com to complete the "Request for Treatment as an Assistance Eligible Individual" online or complete the enclosed form and mail it to the COBRA Administrator with your completed Election Form, or separately, if you are currently enrolled in COBRA continuation coverage.**

**GENERAL COBRA INFORMATION**
Federal Law requires that most group health plans (including this Plan) give employees and their families the opportunity to continue their health care coverage through COBRA continuation coverage when there is a "qualifying event" that would result in a loss of coverage under the Plan. Depending on the type of qualifying event, "qualified beneficiaries" can include the employee covered under the group health plan, the covered employee's spouse, and/or dependent children of the covered employee. Continuation coverage is the same coverage the Plan gives to active employees. Each qualified beneficiary who elects continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

**WHAT'S COBRA CONTINUATION COVERAGE?**
COBRA continuation coverage is the same coverage that the Plan gives to other participants or beneficiaries who aren't getting continuation coverage. Each "qualified beneficiary" (described below) who elects COBRA continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

**WHO ARE THE QUALIFIED BENEFICIARIES?**
Each person ("qualified beneficiary") listed on the Election Form below may be able to elect COBRA continuation coverage. COBRA continuation coverage is available to all qualified beneficiaries from 05/01/2021 to 10/31/2022 (the end of the maximum period). Dependents not covered at the time of the qualifying event may be added only during Open Enrollment, if HIPAA special enrollment applies, or a status change event occurs to establish a right to enroll.

Only one of you needs to elect COBRA continuation coverage for your spouse and dependent child(ren), if any, who wish to continue coverage. (Please note, a parent or legal guardian (regardless of whether they are a qualified beneficiary) may elect COBRA continuation coverage on behalf of a minor child, as applicable.) Furthermore, because COBRA gives you the right to elect coverage independently, you, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage. However, you may not decline coverage on behalf of your spouse or non-minor child.



Continuation coverage for a qualified beneficiary will be terminated before the end of the maximum period, if:

1. the required premium is not paid in full, on time;
2. after electing continuation coverage, the qualifying beneficiary becomes covered under another group health plan;
3. after electing continuation coverage, the qualified beneficiary becomes entitled to Medicare (under Plan A, Plan B, or both); or
4. the employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

Staley v FSR0070

**ARE THERE OTHER COVERAGE OPTIONS BESIDES COBRA CONTINUATION COVERAGE?**

Yes. Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicare, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Additionally, you may apply for and, if eligible, enroll in Medicaid at any time. If you are not eligible for premium assistance under the ARP, some of these options may cost less than COBRA continuation coverage. If you are eligible for other group health coverage, such as through a new employer's plan or a spouse's plan (not including excepted benefits, a qualified small employer health reimbursement arrangement (QSEHRA), or a health flexible spending arrangement (FSA)), or if you are eligible for Medicare, you are not eligible for ARP premium assistance. However, if you have individual health insurance coverage, like a plan through the Marketplace, or if you have Medicaid, you may be eligible for ARP premium assistance if you elect COBRA continuation coverage. Note, however, that you will not be eligible for a premium tax credit, or advance payments of the premium tax credit, for your Marketplace coverage for months you are enrolled in COBRA continuation coverage and you may not be eligible for months during which you remain an employee but are eligible for COBRA continuation coverage with premium assistance because of a reduction of hours. If you're eligible for Medicare, consider signing up during its special enrollment period to avoid a coverage gap when your COBRA coverage ends and a late enrollment penalty.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible. Also, you may qualify for a special enrollment period to enroll in Marketplace coverage when your premium assistance ends. You may use the special enrollment period to enroll in Marketplace coverage with a tax credit if you end your COBRA continuation coverage when your premium assistance ends and you are otherwise eligible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option until the next available open enrollment period.

**IF I ELECT COBRA CONTINUATION COVERAGE, WHEN WILL MY COVERAGE BEGIN AND HOW LONG WILL COVERAGE LAST?**

If elected, COBRA continuation coverage will begin on 05/01/2021 and can last until 10/31/2022. If your COBRA qualifying event was the employee's reduction in hours or involuntary termination of employment, you may be eligible for ARP premium assistance from the later of April 1 or your COBRA continuation coverage begin date through September 30, 2021. You may elect any of the options for COBRA continuation coverage listed within the Election Form below.

Continuation coverage may end before the date noted above in certain circumstances, like failure to pay premiums, fraud, or if you become covered under another group health plan.

Note, due to the COVID-19 National Emergency, the Department of Labor, the Department of the Treasury, and the Internal Revenue Service issued a Notice of Extension of Certain Timeframes for Employee Benefit Plans, Participants, and Beneficiaries Affected by the COVID-19 Outbreak ("Joint Notice"). This notice provided relief for certain actions related to employee benefit plans required or permitted under Title I of ERISA and the Code, including the 60-day initial election period for COBRA continuation coverage. The Department of Labor's Employee Benefits Security Administration (EBSA) provided further guidance on this relief in EBSA Disaster Relief Notice 2021-01. The extended deadline relief provided in the Joint Notice and Notice 2021-01 does not apply, however, to the 60-day election period related to COBRA premium assistance under the ARP. Potential Assistance Eligible Individuals therefore must elect COBRA continuation coverage within 60 days of receipt of the relevant notice or forfeit their right to elect COBRA continuation coverage with premium assistance.

However, a potential Assistance Eligible Individual has the choice of electing COBRA continuation coverage beginning April 1, 2021, or after (or beginning prospectively from the date of your qualifying event if your qualifying event is after April 1, 2021), or electing COBRA continuation coverage commencing from an earlier qualifying event if you are eligible to make that election, including under the extended time frames provided by the Joint Notice. The election period for COBRA continuation coverage with premium assistance does not cut off an individual's preexisting right to elect COBRA continuation coverage, including under the extended timeframes provided by the Joint Notice and EBSA Disaster Relief Notice 2021-01.

**CAN I EXTEND THE LENGTH OF COBRA CONTINUATION COVERAGE?**

If you elect continuation coverage, you may be able to extend the length of continuation coverage if a qualified beneficiary is disabled, or if a second qualifying event occurs. You must notify Businessolver, Inc. of a disability or a second qualifying event within a certain time period to extend the period of continuation coverage. If you don't provide notice of a disability or second qualifying event within the required time period, you will lose your right to extend the period of continuation coverage.

For more information about extending the length of COBRA Continuation coverage visit https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/publications/an-employees-guide-to-health-benefits-under-cobra.pdf.

*Disability*

An 11-month extension of coverage may be available if any of the qualifying beneficiaries are determined by the Social Security Administration (SSA) to be disabled. The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last until the end of the 18-month period of continuation coverage.

161684382

Staley v FSR0071

This notice must be mailed to the COBRA Administrator at the address provided in this notice. The notice must be received within 60 days after the latest of:

1. the date of the SSA disability determination;
2. the date on which the qualifying event occurred;
3. the date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the covered employee's termination or reduction of work hours; or
4. the date on which the qualified beneficiary is informed of the obligation to provide the disability notice.

Regardless of the 60-day deadline described above, your notice must be provided no later than 18 months after your COBRA coverage began or you will not be eligible for a disability extension.

Each qualified beneficiary who has elected continuation coverage will be entitled to the 11-month disability extension. If the qualified beneficiary is determined by SSA to no longer be disabled, you must notify Businessolver, Inc. of that fact at the address below within 30 days after SSA's determination. COBRA coverage will terminate (retroactively, if applicable) on the first day of the first month that begins at least 30 days after the date of the SSA determination that the qualified beneficiary is no longer disabled or the end of the maximum coverage period that applies to the qualified beneficiary without regard to the disability extension.

*Second Qualifying Event*
An 18-month extension of coverage may be available to spouses and dependent children who maintain continuation coverage if a second qualifying event occurs within the first 18-months of continuation coverage. The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months. Second qualifying events may include the death of a covered employee, divorce or separation from the covered employee, the covered employee's becoming entitled to Medicare benefits under Part A, Part B, or both, or a dependent child's ceasing to be eligible for coverage as a dependent under the Plan. These events *may* be second qualifying events *only* if they would have caused the qualified beneficiary to lose coverage under the Plan if the first qualifying event had not occurred. If you want to extend your continuation coverage you must notify Businessolver, Inc. at the address below of the event within 60 days starting from the latest of: (1) the date on which SSA issues the disability determination; (2) the date on which the qualifying event occurs; (3) the date on which the qualified beneficiary loses (or would lose) coverage under the Plan as a result of the qualifying event; or (4) the date on which the qualified beneficiary is informed, through the furnishing of the SPD or the COBRA general notice, of the responsibility to notify the Plan and the procedures for doing so.

Second Qualifying Event documentation must be mailed to the Businessolver, Inc. at the address provided in this notice.

**HOW MUCH DOES COBRA CONTINUATION COVERAGE COST?**
**Please review the Election Form for details of COBRA continuation cost.**

The ARP reduces the COBRA premium to zero in some cases. If you qualify as an "Assistance Eligible Individual" under the ARP, the monthly premium cost will be zero through September 30, 2021.

Other coverage options may cost less. If you choose to elect continuation coverage, you don't have to send any payment with the Election Form. Additional information about payment will be provided to you after the Election Form is received by the Plan. Important information about paying your premium can be found in this notice. Please note, premiums are subject to change.

You may qualify for a special enrollment period to enroll in Marketplace coverage when your COBRA continuation coverage and/or your premium assistance ends. You may be able to get coverage through Medicaid or the Health Insurance Marketplace®. You can learn more about the Marketplace below.

**WHAT IS THE HEALTH INSURANCE MARKETPLACE?**
The Marketplace offers "one-stop shopping" to find and compare private health insurance options. In the Marketplace, you could be eligible for a subsidy that lowers your monthly premiums and for cost-sharing reductions (that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your subsidized premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Under the ARP, individuals and families may be eligible for a temporary increase in their premium tax credit, and advance payments of the premium tax credit, for this year, with no one who is eligible paying more than 8.5% of their household income towards the cost of the benchmark plan or a less expensive plan for plan years 2021 and 2022. Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP). People in most states use HealthCare.gov to apply for and enroll in Marketplace coverage; if your state has its own Marketplace platform you can find contact information for your State Marketplace at the web address below.

| | |
|---|---|
| Health Insurance Marketplace: | **https://www.healthcare.gov** |
| State-based Marketplace: | **https://www.healthcare.gov/marketplace-in-your-state/** |
| Medicaid: | **https://www.healthcare.gov/do-i-qualify-for-medicaid** |
| Children's Health Insurance Program (CHIP): | **https://www.healthcare.gov/are-my-children-eligible-for-chip** |

Being offered COBRA continuation coverage won't limit your eligibility for Medicaid. It also won't limit your eligibility for Marketplace coverage or for a subsidy through the Marketplace, if you are a former employee of the employer offering the coverage. But you won't be eligible for a subsidy or a tax credit during any month that you're enrolled in COBRA continuation coverage. Therefore, if you want to use a special enrollment period to enroll in Marketplace coverage with a subsidy or a tax credit, you must end your COBRA continuation coverage before your Marketplace coverage starts. Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage.

161684382

If you are currently employed by the employer offering the COBRA continuation coverage with premium assistance, you may enroll in Marketplace coverage but you may be ineligible for a subsidy or a premium tax credit for the Marketplace coverage for the period you are offered the COBRA continuation coverage with premium assistance.

**WHEN CAN I ENROLL IN MARKETPLACE COVERAGE?**
Marketplace-eligible consumers can enroll in Marketplace coverage if they qualify for a special enrollment period. For example, Marketplace-eligible consumers always have 60 days from the time they lose their job-based coverage to enroll in the Marketplace, or they can apply up to 60 days beforehand if they know they'll lose coverage ahead of time. **After 60 days your special enrollment period will end and you may not be able to enroll, so you should take action right away.** In addition, during what is called an "open enrollment" period, Marketplace-eligible consumers can enroll from November 1 – December 15 in Marketplace coverage that starts on January 1. Finally, they may apply for and, if eligible, enroll in Medicaid coverage at any time.

Note that due to COVID-19, for Marketplaces that use HealthCare.gov, all Marketplace-eligible consumers who are submitting a new application or updating an existing application can access a special enrollment period available through the HealthCare.gov platform from February 15 through August 15 of 2021. For more information, please see: **www.HealthCare.gov/sep-list/**. Marketplace-eligible consumers in states with Marketplaces that do not use the HealthCare.gov platform should consult their Marketplace to find out whether they have a special enrollment period available to them. If your state has its own Marketplace platform you can find contact information for your State Marketplace here: **www.HealthCare.gov/marketplace-in-your-state/**.

Additionally, under the ARP, individuals and families may be eligible for a temporary increase in their premium tax credit and advance payment of the premium tax credit for 2021 and 2022, with no one who is eligible paying more than 8.5% of their household income towards the cost of the benchmark plan or a less expensive plan.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit **www.HealthCare.gov/coverage-outside-open-enrollment/special-enrollment-period/**. If your state has its own Marketplace platform, you can find contact information for your State Marketplace here: **https://www.HealthCare.gov/marketplace-in-your-state/**. Note, you may apply for and, if eligible, enroll in Medicaid coverage at any time.

**IF I SIGN UP FOR COBRA CONTINUATION COVERAGE, CAN I SWITCH TO COVERAGE IN THE MARKETPLACE? WHAT ABOUT IF I CHOOSE MARKETPLACE COVERAGE AND WANT TO SWITCH BACK TO COBRA CONTINUATION COVERAGE?**
If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period. You can also choose to end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period." You may use the special enrollment period to enroll in Marketplace coverage with a tax credit if you end your COBRA continuation coverage when your premium assistance ends and you are otherwise eligible. But be careful though - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has endedand no other qualifying events apply. For more information on COBRA continuation coverage and the Marketplace, see **www.HealthCare.gov/unemployed/cobra-coverage/**.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**CAN I ENROLL IN ANOTHER GROUP HEALTH PLAN?**
You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

**CAN I ENROLL IN MEDICARE INSTEAD OF COBRA CONTINUATION COVERAGE AFTER MY GROUP HEALTH PLAN COVERAGE ENDS?**
In general, if you don't enroll in Medicare Part A or B when you are first eligible because you are still employed, after the Medicare initial enrollment period, you have an 8-month special enrollment period to sign up for Medicare Part A or B, beginning on the earlier of:

1. The month after your employment ends; or
2. The month after group health plan coverage based on current employment ends.

If you don't enroll in Medicare Part B and elect COBRA continuation coverage instead, you may have to pay a Part B late enrollment penalty and you may have a gap in coverage if you decide you want Part B later. If you elect COBRA continuation coverage and later enroll in Medicare Part A or B before the COBRA continuation coverage ends, the Plan may terminate your continuation coverage. However, if Medicare Part A or B is effective on or before the date of the COBRA election, COBRA coverage may not be discontinued on account of Medicare entitlement, even if you enroll in the other part of Medicare after the date of the election of COBRA coverage.

161684382

Staley v FSR0073

You must notify Businessolver, Inc. in writing within 30 days if, after electing COBRA, a qualified beneficiary becomes entitled to Medicare (Part A, Part B, or both) or becomes covered under other group health plan coverage. Correspondence can be mailed to your COBRA Administrator at the address noted in this notice.

COBRA coverage is subject to termination retroactive to the date (after your COBRA election date) when the qualified beneficiary becomes entitled to Medicare or becomes covered under other group health coverage, regardless of when notice of other coverage is provided.

If you are enrolled in both COBRA continuation coverage and Medicare, Medicare will generally pay first (primary payer) and COBRA continuation coverage will pay second. Certain plans may pay as if secondary to Medicare, even if you are not enrolled in Medicare. For more information visit **https://www.medicare.gov/medicare-and-you**, or, for more specific information regarding the Plan, contact your Plan Administrator.

## WHAT FACTORS SHOULD I CONSIDER WHEN CHOOSING COVERAGE OPTIONS?
When considering your options for health coverage, you may want to think about:

- **Premiums:** Your previous plan can charge up to 102% of total plan premiums for COBRA coverage (or up to 150% of total plan premiums after 18 months if you choose to extend the COBRA continuation coverage period beyond 18 months due to the disability of a qualified beneficiary) if you are not eligible for premium assistance under the ARP. If you are eligible for premium assistance under the ARP, your plan can charge this amount if you continue your COBRA continuation coverage beyond September 30, 2021. Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.
- **Provider Networks:** If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network as you consider options for health coverage.
- **Drug Formularies:** If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage.
- **Severance payments:** If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.
- **Service Areas:** Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.
- **Other Cost-Sharing:** In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments. You may also want to consider whether you have met your deductible or maximum out-of-pocket limit under your COBRA continuation coverage.

## FOR MORE INFORMATION
This notice does not fully describe continuation coverage or other rights under the Plan. More information about continuation coverage and your rights under the Plan is available in the summary plan description or from Four Seasons (the "Plan Administrator").

If you have any questions about the information in this notice or your rights to COBRA continuation coverage, you should contact the COBRA Administrator:

Four Seasons (c/o Businessolver, Inc.)
P.O. Box 310512
Des Moines, IA  50331-0512
866-672-0435

If you have questions about the Plan or would like to request a copy of the Plan's summary plan description, you should contact your Plan Administrator:

Four Seasons
1165 Leslie St
Toronto, Ontario M3C 2K8
866-672-0435

For more information about your rights under the Employment Retirement Income Security Act (ERISA), including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at **https://www.dol.gov/agencies/ebsa** or call their toll-free number at 1-866-444-3272 For more information about health insurance options available through the Health Insurance Marketplace, and to locate an assistor in your area who you can talk to about the different options, visit **www.healthcare.gov.**

## KEEP YOUR PLAN INFORMED OF ADDRESS CHANGES
In order to protect you and your family's rights, you should keep the COBRA Administrator informed of any changes in your address and the addresses of family members. You should also keep a copy, for your records, of any notices you send to the COBRA Administrator or Plan Administrator.

161684382

**IMPORTANT INFORMATION ABOUT PAYMENT**
The following payment information is relevant for individuals who are not eligible for the premium assistance under the ARP:

*First Payment for Continuation Coverage*
If you elect COBRA you should pay the total premium due at the time you send in the Election Form in order to complete your enrollment and continue your coverage. Although you are not required to send any payment with the Election Form, you must make your first payment for continuation coverage no later than 45 days after the date of your election (this is the date the Election Notice is postmarked if sent by mail or the date you complete your online enrollment). **If you do not make your first payment in full within 45 days after the date of your election, you will lose all continuation coverage rights under the Plan.** You're responsible for making sure that the amount of your first payment is correct. You may contact the COBRA Administrator to confirm the correct amount of your first payment using the contact information provided within this notice.

**IMPORTANT: Your first payment must cover the cost of COBRA coverage from the time your coverage under the Plan would have otherwise terminated up through the end of the month before the month in which you make your first payment.**

*For example, Employee A's employment terminates on September 30th, and they lose coverage on September 30th. Employee A then elects COBRA coverage on November 15th. The initial premium payment Employee A sends in must include the premium amount for October and November and is due on or before December 30th, (the 45th day after the postmarked date on the COBRA Election Form.) Also, please note that Employee A's December premium is due December 1st and that premium must be postmarked by December 31st for it to be considered timely.*

*Periodic Payments for Continuation Coverage*
After your first payment for COBRA continuation coverage, subsequent payments for continuation coverage are due on the first day of each month of coverage. The date your payment is made is determined by the postmark on the envelope (e.g. May premiums must be postmarked on or before May 31, *see grace period described below*). The amount due is listed on the enclosed Election Form. Please make a copy of this for your records. The COBRA administrator provides billing periodic notices of payments due, but, **as a COBRA participant, it is your responsibility to remit payments on a timely basis.** If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Plan will continue for that coverage period without any break.

**Checks returned for insufficient funds or checks that otherwise cannot be cashed are considered non-payment of premium and a replacement premium payment must be received by the end of the 30-day grace period (see the next paragraph) or coverage will terminate back to the end of the last fully paid period** and you will lose all rights to COBRA coverage under the Plan. You may not be notified that a payment was returned due to insufficient funds until after the end of your grace period and after your COBRA coverage terminates. Once your COBRA coverage terminates, it will not be reinstated. Therefore, it is your responsibility to ensure funds are available to cover the required premium and, if a check is returned by the bank, to ensure a replacement check is submitted within the appropriate timeframe.

*Grace Periods for Periodic Payments*
Although periodic payments are due on the first of the month, you will be given a grace period of 30 days from the payment due date, except as previously described regarding your initial payment. You'll get continuation coverage for each coverage period as long as payment for that coverage period is made before the end of the grace period. **If you pay a periodic payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage will be suspended as of the first day of the coverage period and then retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.**

If you fail to make a periodic payment before the end of the grace period for the coverage period, you will lose all rights to continuation coverage under the Plan.

Your first payment and all periodic payments for continuation coverage should be made payable to **Four Seasons**.

Please mail payments to:

Four Seasons (c/o Businessolver, Inc.)
ATTN: COBRA Administration
P.O. Box 310512
Des Moines, IA  50331-0512

**TO CHECK ON PAYMENT AND ACCOUNT STATUS**
Go to **fsbenefits.fourseasons.com** using your previous log in information. If you previously used a company intranet to log in; please register using the company key of: fourseasons. If you have questions, please contact your COBRA Administrator at 866-672-0435.

161684382

## SUMMARY OF THE COBRA PREMIUM ASSISTANCE PROVISIONS UNDER THE AMERICAN RESCUE PLAN ACT OF 2021

President Biden signed H.R. 1319, the American Rescue Plan Act of 2021 (ARP), on March 11, 2021. This law subsidizes the full COBRA premium for "Assistance Eligible Individuals" for periods of coverage from April 1, 2021, through September 30, 2021.

To be eligible for the premium assistance, you:
- **MUST** have a COBRA qualifying event that is a reduction in hours or an involuntary termination of a covered employee's employment;
- **MUST** elect COBRA continuation coverage;
- **MUST NOT** be eligible for Medicare; AND
- **MUST NOT** be eligible for coverage under any other group health plan, such as a plan sponsored by a new employer or a spouse's employer.*

*This restriction does not include coverage under a plan that provides only excepted benefits, a qualified small employer health reimbursement arrangement, or coverage under a health flexible spending arrangement.

### IMPORTANT
- If you do not elect to receive the premium assistance within 60 days of receipt of this form, you may be ineligible for the premium assistance.
- If you elect COBRA continuation coverage with premium assistance, and then become eligible for other group health plan coverage (not including coverage that is only excepted benefits (such as dental or vision coverage), a Qualified Small Employer Health Reimbursement Arrangement, or a health flexible spending arrangement)), or if you become eligible for Medicare, you MUST notify the plan in writing. **If you fail to provide this notice, you may be subject to a penalty of $250 (or if the failure is fraudulent, the greater of $250 or 110% of the premium assistance provided after termination of eligibility). You won't be subject to the penalty if your failure to notify the plan is due to reasonable cause and not due to willful neglect.**
- Employers that don't satisfy COBRA continuation coverage requirements may be investigated by the Department of Labor and may be subject to an excise tax under the Internal Revenue Code.
- If you elect COBRA continuation coverage and are eligible for the premium assistance, you cannot claim the Health Coverage Tax Credit. You also cannot qualify for a premium tax credit to help pay for coverage through a Health Insurance Marketplace™, such as on HealthCare.gov, for any months that you are enrolled in COBRA continuation coverage with or without the premium assistance.

For general information on your plan's COBRA continuation coverage, contact the COBRA Administrator:

Four Seasons (c/o Businessolver, Inc.)
P.O. Box 310512
Des Moines, IA  50331-0512
866-672-0435

For specific information on your plan's administration of the ARP premium assistance or to notify the plan of your ineligibility to receive premium assistance, contact the Plan Administrator:

Four Seasons
1165 Leslie St
Toronto, Ontario M3C 2K8
866-672-0435

For more information regarding ARP premium assistance and eligibility questions, visit **https://www.dol.gov/cobra-subsidy** or contact the Department of Labor at askebsa.dol.gov or 1-866-444-EBSA (3272).

161684382

## COBRA CONTINUATION COVERAGE ELECTION AND
## REQUEST FOR PREMIUM ASSISTANCE INSTRUCTIONS

Under federal law, you have 60 days from the date of original notice or the coverage termination date, whichever is later, to elect COBRA continuation coverage under the Plan, unless you are entitled to additional time under a federal policy or program. For example, you may be entitled to more time because of a national emergency. However, if you fail to elect COBRA continuation coverage and the premium assistance within 60 days of receipt of this form, you may be ineligible for the premium assistance under the ARP.

---

**IT TAKES JUST THREE EASY STEPS TO REVIEW AND ENROLL IN YOUR COBRA COVERAGE OPTIONS ONLINE:**

1.  Go to **fsbenefits.fourseasons.com** and log in with your username and password. If you don't know them, select **Register**, then provide your company key (**fourseasons**), your Social Security Number and your Date of Birth.

2.  **Review and make your COBRA elections.** The online enrollment process makes it easy to select the coverage you're eligible for and request premium assistance under ARP. Please note, if you are a dependent electing coverage for yourself only, you will need to complete and return the attached enrollment form. Once enrolled, you will be able to login to **fsbenefits.fourseasons.com** and create your online account.

3.  **Choose the payment method you want.** Please note, if you are an Assistance Eligible Individual under ARP, you will not be required to make a payment for assistance-eligible plans until your premium assistance ends.
    a.  **Pay Online** – Provide your preferred payment method and account information. You can set up automatic monthly payments and avoid the usual $2.00 monthly convenience fee.
    b.  **Pay by Check** – Make your check payable to **Four Seasons**.

---

If you are an Assistance Eligible Individual under the American Rescue Plan Act of 2021 (ARP), you may also apply for ARP Premium assistance online at **fsbenefits.fourseasons.com** during your online enrollment.

If you choose to submit your completed Election Form by mail, it must be postmarked no later than **07/05/2021**. To apply for ARP Premium Assistance, complete the Request for Treatment as an Assistance Eligible Individual and send this form along with your Election Form. If you do not complete these forms and return within 60 days of receipt, you may be unable to receive the premium assistance.

Completing your enrollment online at **fsbenefits.fourseasons.com** is the fastest and most secure way to ensure continuation coverage for you and your family. **Requests received by mail can take up to 7-10 days from receipt to complete processing.** For elections and requests for premium assistance submitted by mail, send the completed forms to:

Four Seasons (c/o Businessolver, Inc.)
ATTN: COBRA Administration
P.O. Box 310512
Des Moines, IA 50331-0512

If you do not submit a completed Election Form and Request for Treatment as an Assistance Eligible Individual, if applicable, or complete **your online enrollment** by the due date shown above, you will lose your right to elect COBRA continuation coverage. If you reject/waive COBRA continuation coverage before the due date, you may change your mind and revoke your rejection/waiver as long as you complete your enrollment online at **fsbenefits.fourseasons.com** or submit a completed Election Form before the due date. However, if you change your mind after first rejecting COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed Election Form.

Your decision whether to elect COBRA continuation coverage will affect your future right to portability of group health coverage, guaranteed access to individual health coverage and special enrollment. Additional information about such rights is included in your Plan's summary plan description. You may also want to read the important information about the rules for premium assistance included in the Summary of the COBRA Premium Assistance Provisions Under the American Rescue Plan Act of 2021 attached.

If you elect to continue coverage, and if you meet all other requirements explained in the enclosed document, your COBRA continuation coverage will begin on **05/01/2021**.

**IF YOU ARE NOT ELIGIBLE FOR PREMIUM ASSISANCE:**
You must make your first payment for COBRA coverage no later than 45 days after the postmark date of your election (this is the date your Election Form is mailed) or completion of **your online enrollment**. If you do not make your first payment for COBRA coverage in full within 45 days after the date of your election, you will lose all COBRA rights under the Plan.

**IMPORTANT: Your first payment must cover the cost of COBRA coverage from the time your coverage under the Plan would have otherwise terminated up through the end of the month before the month in which you make your first payment.**

Subscquent payments are due on the 1st of the month. If you do not remit the full premium on a timely basis, your coverage may be terminated. Refer to the PREMIUM PAYMENT INFORMATION section for more information.



161684382

## COBRA CONTINUATION COVERAGE ELECTION FORM
*(FOR BSC USE ONLY: Four Seasons – mm_num:357073647)*

Read the important information about your rights included in this packet before completing your Election Form below.

**Your COBRA Continuation elections must be completed and/or postmarked no later than 07/05/2021.**

Completing your enrollment online at **fsbenefits.fourseasons.com** is the fastest and most secure way to ensure continuation coverage for you and your family. **Elections received by mail can take up to 7-10 days from receipt to complete processing.** To enroll by mail, complete this form and return to the COBRA Administrator at the address provided in the COBRA Continuation Coverage Election and Request For Premium Assistance Instructions.

Only members covered at the time of Qualifying Event are eligible for continuation. The following Qualified Beneficiaries are eligible to continue coverage under COBRA:

| PLACE AN "X" BY QUALIFIED BENEFICIARY TO BE COVERED: [] | QUALIFIED BENEFICIARY Vivian Holmes | SOCIAL SECURITY NUMBER XXX-XX-7168 |
|---|---|---|

The Company may pay a portion of your COBRA costs for the period of time outlined in your severance agreement. Refer to that agreement for detailed information. You have the right to COBRA regardless of whether you sign your agreement or not, however the Company will only be obligated to pay its portion following your execution of the agreement. Following the severance period, you will be responsible for payment of the full COBRA premium stated on the Election Form.

*You may be eligible for a Vision premium reduction of 100% for the period of 05/01/2021 to 09/30/2021. If you believe you meet the criteria for the premium reduction, complete the "Application for Treatment as an Assistance Eligible Individual" and return it with your completed Election Form. The premium reduction will not be applied until the form is received and approved. You may be eligible for a premium reduction of 100% for the period of 05/01/2021 to 09/30/2021. If you believe you meet the criteria for the premium reduction, complete the "Application for Treatment as an Assistance Eligible Individual" and return it with your completed Election Form. The premium reduction will not be applied until the form is received and approved. You may be eligible for a EAP premium reduction of 100% for the period of 05/01/2021 to 09/30/2021. If you believe you meet the criteria for the premium reduction, complete the "Application for Treatment as an Assistance Eligible Individual" and return it with your completed Election Form. The premium reduction will not be applied until the form is received and approved. You may be eligible for a premium reduction of 100% for the period of 05/01/2021 to 09/30/2021. If you believe you meet the criteria for the premium reduction, complete the "Application for Treatment as an Assistance Eligible Individual" and return it with your completed Election Form. The premium reduction will not be applied until the form is received and approved. You may be eligible for a Medical premium reduction of 100% for the period of 05/01/2021 to 09/30/2021. If you believe you meet the criteria for the premium reduction, complete the "Application for Treatment as an Assistance Eligible Individual" and return it with your completed Election Form. The premium reduction will not be applied until the form is received and approved.*

I/We elect COBRA continuation coverage as indicated below:

**PLACE AN "X" BY COVERAGE SELECTION:**          **MONTHLY COST**

As a COBRA Qualified Beneficiary you are being given the opportunity to continue the EAP program through COBRA. If you elect to take this coverage, you will be charged $ 0.87 /Monthly MO until your COBRA end date, or, until you explicitly terminate this coverage, whichever is earlier.
[ ] Yes, I wish to elect the EAP program.
[ ] No, I do not wish to elect this plan.

### COBRA PREMIUMS ARE SUBJECT TO CHANGE.

*California residents, please examine your options carefully before declining this coverage. You should be aware that companies selling individual health insurance typically require a review of your medical history that could result in higher premium or you could be denied coverage entirely.*

_____          _____
**Signature**                    **Date**

_____          _____
**Print Name**                   **Email Address**
                                 *(Recommended to receive future reminders and notifications regarding your account and payments due)*

161684382

_____                    _____
**Telephone Number**                        **Mailing Address**

**Questions?** For faster service, we recommend first reviewing the information provided within your account via fsbenefits.fourseasons.com. This information is available at your convenience, with no wait times.

161604382

Staley v FSR0079

## REQUEST FOR TREATMENT AS AN ASSISTANCE ELIGIBLE INDIVIDUAL
### *(FOR BSC USE ONLY: Four Seasons – rmn_num:357073647)*

Completing your enrollment and request for ARP Premium Assistance online at **fsbenefits.fourseasons.com** is the fastest and most secure way to ensure continuation coverage for you and your family. **Requests received by mail can take up to 7-10 days from receipt to complete processing.** To apply for ARP Premium Assistance by mail, complete this form and return to the COBRA Administrator at the address provided in the COBRA Continuation Coverage Election and Request For Premium Assistance Instructions.

If you have not yet elected COBRA continuation coverage, you may send this form along with your completed Election Form. If you do not complete this form and return it within 60 days of receipt, you may be unable to receive the premium assistance. If you are already enrolled in COBRA, you may send this form in separately.

You may also want to read the important information about the rules for premium assistance included in the Summary of the COBRA Premium Assistance Provisions Under the American Rescue Plan Act of 2021.

**TO QUALIFY, YOU MUST BE ABLE TO CHECK "YES" FOR ALL STATEMENTS BELOW FOR EACH QUALIFIED BENEFICIARY:**

1. The qualifying event was a loss of employment that was involuntary or a reduction in hours.
2. I elected (or am electing) COBRA continuation coverage.
3. I am NOT eligible for other group health plan coverage (or I was not eligible for other group health plan coverage during the period for which I am claiming premium assistance).
4. I am NOT eligible for Medicare (or I was not eligible for Medicare during the period for which I am claiming premium assistance).

| PLACE AN "X" BY QUALIFIED BENEFICIARY IF ALL STATEMENTS ABOVE ARE TRUE: | QUALIFIED BENEFICIARY | SOCIAL SECURITY NUMBER |
|---|---|---|
| [ ] | Vivian Holmes | XXX-XX-7168 |

*Any Qualified Beneficiaries that do not meet the requirements for treatment as an Assistance Eligible Individual will be enrolled in coverage separately and will be responsible for paying all premiums as billed.*

**I make an election to exercise my right to ARP premium assistance and attest that I meet the requirements for treatment as an Assistance Eligible Individual. To the best of my knowledge and believe all of the answers I have provided on this form are true and correct.**

**Signature**

**Date**

**Print Name**

**Email Address**
*(Recommended to receive future reminders and notifications regarding your account and payments due)*

**Telephone Number**

**Mailing Address**

**Questions?** For faster service, we recommend first reviewing the information provided within your account via **fsbenefits.fourseasons.com**. This information is available at your convenience, with no wait times.

**For Further Assistance, you may contact the Department of Labor's Employee Benefits Administration at 1-866-444-3272, or online at https://www.askebsa.dol.gov/WebIntake.**

161684382

Staley v FSR0080



March 19, 2020

Dear Four Seasons Family,

Since the inception of the Coronavirus (COVID-19), we have aimed to continue providing you with as much information as possible during these uncertain times. As a hotel, we are facing this challenge together, our complete focus is to provide as many resources as possible. The safety and security of our employees and guests remains our top priority.

Thank you for your patience while we had conversations with ownership and home office on how to handle the challenging situation in the City and the industry.

In an abundance of caution, we have made the difficult decision to temporarily suspend hotel operations at of March 20, 2020 at 5 PM and hope to return to a full operation with a scheduled return date of April 15, 2020. Our intended return date is subject to change based on the evolving circumstances regarding the Coronavirus (COVID-19).



Dear Four Seasons New York Family,

It is with a heavy but a grateful heart that I share that I will be transferring to the Four Seasons New York Downtown as the Assistant Director of People and Culture at our sister property here in New York. I will continue to support the Four Seasons New York once a week and will always be available to chat, connect, listen, or laugh with any of you at any time. After all, I am not going very far, just a much closer walk home. The last 4 years at the Four Seasons New York have been some of the most amazing, memorable, and educational years of my career. I have learned so much from each of you and feel so lucky to have joined a brand that values its people. The people are truly what make Four Seasons magical and I feel lucky to be growing my career within our Four Seasons family. I could confidently say that I will treasure the relationships and friendships we have built over the years and will reflect back on them with fondness and affection. I look forward to remaining a friend over the years and will always be available to chat with each of you at any time!

Best Wishes, Alexandra Erbiti



ISSUE 65
July 9, 2021

Contributors:
Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut

Staley v FSR0082



# IDEAS TO FOSTER HEALTHY HABITS THIS SUMMER:

Enjoy Meals with Loved ones

Get organized

Patience and Perseverance

Foster Gratitude

Staley v FSR0083

# UNCONSCIOUS BIAS CHECK IN

**Lead with curiosity:**
- What do I know about this person?
- What do I expect to happen?
- How would I respond if this person was a different gender / race / ethnicity etc.?
- What could I ask to find out more?

**Pause:**
If you have a thought about someone you do not know, stop and reflect on that thought.



**Be willing to change your mind:**
- Is this an opportunity to do something different?
- Listen with empathy, listen to understand.

**Check your assumptions:**
- What knowledge am I basing this thought or judgment on?
- What assumptions am I making about this person, event or situation?
- Is this a FEELING I have or is it a FACT, and where did I obtain this information?
- How do I reframe it so I can lead with curiosity?

Staley v FSR0084



# FOUR SEASONS NEW YORK NEWSLETTER

## July 3-15 Anniversaries:

- Maribel Rodriguez- 13 years on 7/5
- Miguel Torres- 18 years on 7/7
- Tara Nahal- 7 years on 7/7
- Lyneate Agyeman- 25 years on 7/8
- Edward Nieves- 15 years on 7/10
- Aziz Boye- 15 years on 7/10
- Syed Shueb- 21 years on 7/10
- Li Hong- 16 years on 7/11
- Idean Brooks- 3 years on 7/11
- Pamela Mapp- 28 years on 7/12
- Winnie Chan- 28 years on 7/12
- Nkosi Philbert- 6 years on 7/13
- Md Uddin- 14 years on 7/15
- Martin Munoz- 25 years on 7/15
- Yi-Mei Huang- 25 years on 7/15
- Timothy Belaus- 2 years on 7/15

## July 3-15 Birthdays:

- Alfredo Corona- 7/3
- Raul Montesdeoca- 7/6
- Raquel Perez- 7/6
- Frank Driscoll- 7/7
- Regina Love- 7/7
- Louis Mercado- 7/8
- Rafael Espaillat- 7/8
- Clara De Leon- 7/9
- Kwame Osei- 7/10
- Gladys Asamoah- 7/10
- Antonia McVicker- 7/10
- Sampson Afriyie-7/11
- Jonathan Alfonso- 7/11
- Andrew Gonci- 7/11
- Wayne Morgan- 7/12
- Jon Pascal- 7/14
- Julia Bennefeld- 7/14
- Mohammad Gulzar- 7/15
- Linda Feng- 7/15

As a reminder we are volunteering in providing dinner service with the Bowery Mission on Thursday July 22nd from 4:45-7PM.

If you are interested in joining us please reach out to Sharon Brambrut at Sharon.Brambrut@fourseasons.com

ISSUE 65
July 9, 2021

Contributors:
Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut,



# WHAT IS HAPPENING AT FSNY THIS WEEK? #WEAREFOURSEASONS

*Leadership Message from **Frank Galasso, Director of Engineering***

Dear Four Seasons Family,

During these uncertain times the Engineering Department has taken the opportunity to work on Guest and Employee projects while we house nurses and doctors from around the US. Over the last two months we have fast tracked our Building Management Upgrade which left the Hotel without Heat or Air Conditioning for one week which resulted in no glitches and will ensure our future guests are comfortable with the temperatures in their room! We have also continued the Elevator Modernization and have brought back Elevator 1, Elevator 4 will be completed this month and Elevator 8 will be completed by end of summer and this leaves us with four more to go. We are almost at the finish line with the Elevator project. We have also recently been able to continue with our Local Law 11 work (scaffolding outside the building) and continuing our upgrade of the C3 Kitchen by replacing the ceiling and adding wall paneling for the Hot Line and IRD areas. To me this project was important to complete now as it alleviates stress to the operation and when everyone returns it will be an even better place to work. In addition, we have resumed the wallpaper replacement project and hope to have all rooms completed by the beginning of summer and ready to welcome our guests back. The Engineering Department's goal during these tough times is to make sure we welcome you back to a comfortable and relaxed environment.

Thank you from Frank Galasso and the Engineering Team





## MESSAGE FROM OUR GUESTS:

Two of our in house nurses that love to chat with Danielle after their shift at the hospital, surprised her last night with this beautiful orchid. The ladies wanted to show their appreciation to Danielle!



### MAY 15-21 ANNIVERSARIES:

- David Singh- 2 Years on 5/15
- Winnie Chan- 15 Years on 5/16
- Vicky Li- 15 Years on 5/16
- Saleh N. Haque- 9 Years on 5/16
- Allen Slade- 27 Years on 5/17
- Chris Mylonas- 27 Years on 5/17
- James Kirkland- 27 Years on 5/17
- Sam Dadzie- 27 Years on 5/17
- Keeschon Drummond- 8 Years on 5/18
- Pauline Liu- 24 Years on 5/20
- Wayne Morgan- 20 Years on 5/20
- Khalisha Cuffy- 1 Year on 5/20
- Kimberly Mueses- 8 Years on 5/21

### MAY 15-21 BIRTHDAYS:

- Evelyn Sarkodee Pennue- 5/15
- Lisa Lajes- 5/15
- Gary Miller- 5/16
- James Cooney- 5/18
- Thomas Hills- 5/19
- Seth Hanebutt- 5/19
- Salisu Ninche- 5/20
- Coleen Gonzalez- 5/21

**ISSUE 6**
**MAY 15, 2020**

**Contributors:**
Frank Galasso, People & Culture Team- Elizabeth Ortiz, Alexandra Erbili, Lisa Lajes, Julia Shin, and Kelly Katsiras

Staley v FSR0086

# FOUR SEASONS
# NEW YORK NEWSLETTER





*SELF CARE AND BASIC NEEDS*

## CONNECTION

### SHARE A SKILL

Whether you know how to dance, cook or have expertise in a specific area, schedule a video call and share your skills with your colleagues this week.

## CRAFTSMANSHIP

### SPRING CLEANING

We shared some tips on how to spring clean every year in our May Wellness Newsletter.

- Clean out Medicine Cabinet
- Change Filters
- Check Electrical System
- Declutter and Disinfect
- Restock Cleaning supplies
- Test smoke, fire, and carbon monoxide alarms

## CHARACTER

### FEELING UNMOTIVATED

During these times of uncertainty, below are some ideas on how to get things done when you feel down or unmotivated.

- Plan things to look forward to in your day
- Break down big tasks into small and manageable tasks and reward yourself after each
- Check in on your basic needs
- Prioritize self care and look after yourself
- Set 5 small goals each day and list them in order of urgency

## UPDATES ON COVID-19:
## ONLY GO OUT FOR ESSENTIALS




Protect yourself and your community by limiting your time out of the home. It is recommended that you only go out once per week for groceries and other essentials.



## BENEFITS & SUPPORT

General questions? Contact People and Culture at

people.&.culture.nyf.dst @fourseasons.com

212-758-5700 ext. 5330

### Union Benefits- Medical, 401K, Pension:

Call the Union Benefits Center at: 212-586-6400

### Employee Assistance Program:
1-800-424-1758
Or visit
MagellanAscend.com

### Unemployment Information:

File Online:
https://applications.labor.ny.gov/IndividualReg/
File by Phone:
888-209-8124
File based on your last name:
- A – F: File your claim on Monday
- G – N: File your claim on Tuesday
- O – Z: File your claim on Wednesday
- If you missed your day, file your claim on Thursday, Friday or Saturday.

### Retirement Plan 401k- Wellsfargo:
1-800-728-3123
Or visit
wellsfargo.com

### Medical Plan- (FS Benefits)
- Amwell – medical virtual care only – 855.667.9722
- MDLIVE – medical, behavioral/ mental health virtual care - 888.726.3171
- Cigna Behavioral Health by visiting: myCigna.com or call the number on the back of your Cigna ID card 24/7

### ADP iPay
Visit: https://ipay.adp.com2



## QUESTIONS FOLLOW UP FROM All Employee Town Hall Call:

Following the two Town Hall calls hosted by General Manager, Rudy Tauscher, we communicated that we would send out information responding to any questions we received. Listed below are responses to the various questions we received. Certainly, at any time, if there are additional questions, we remain available to assist you.

**Q: What is happening with unemployment?**
A: Unemployment Insurance (UI) is usually 26 weeks; however, it was originally extended by 13 weeks for a total of 39 weeks in New York and New Jersey. Beginning the week of July 5, 2020, UI benefits were extended by New York for up to an additional 20 weeks for workers who have exhausted both their 26 weeks and their 13 week extension. This now allows you to collect UI benefits for up to 59 weeks in New York.

**Q: What about the additional unemployment under the "CARES Act?"**
A: The CARES Act provided additional $600/week in emergency supplemental benefits. This provision expired at the end of July. With that said, a grant was approved on August 23 through the federal Lost Wages Assistance program that will allow New Yorkers to collect an additional $300/week on top of your regular benefits. While payment processing is still pending, according to the Department of Labor, the program will be retroactive to the beginning of August, for the week ending August 2, 2020.

**Q: During the temporary closure, may I visit the Hotel?**
A: Yes. However, for safety and security purposes, we ask that you first clear your arrival with People and Culture. Please call Elizabeth or Alex at 212-350-6604 or 212-350-6610. They will then schedule your visit for you. Right now, employees who are not working should only be on property to collect personal items or meet with People and Culture. Please note that you will need your employee ID and be prepared to be screened at the entrance. You will also need to wear a protective face covering upon arrival and while in the building. Anyone with a fever of 100.4 degrees or more, will not be allowed entry for their own protection and the protection of others.

**Q: When the Hotel re-opens will we be provided with any new Training?**
A: Yes. Due to the Pandemic, Hotel operations have changed drastically. The way we do things has changed drastically. When we re-open, all employees will be required to go through the new Health and Safety training as well Re-orientation on how Hotel operations have changed. You can expect many new safety measures that will change the way we work and that will provide you with the safest work environment as possible.

**Q: Why is Four Seasons still closed if other Hotels around us are opening?**
A: New York City's hotel industry has been negatively impacted more so than any other U.S. lodging market with Luxury being the hardest hit segment.
Given the situation, demand for New York City remains minimal. While some hotels have chosen to re-open, many hotels remain temporarily closed. Each hotel needs to determine when it makes sense to re-open based on their individual circumstances. Four Seasons Hotel New York will reopen when demand returns to a certain level. At this time, demand is negatively impacted by the current international and domestic travel restrictions, the reduction of corporate and group travel, cancellation of meetings and events, indoor dining/event restrictions and the on-going closure of so many beloved attractions and restaurants. These are difficult decisions to make. For the property, it means managing the short and long-term business impact, while honoring our people-centric values.

**ISSUE 21**
**August 28, 2020**

**Contributors:**
People & Culture Team- Elizabeth Ortiz, Alexandra Erbiti, Lisa Lajes

Staley v FSR0088

# FOUR SEASONS
# NEW YORK NEWSLETTER

## AUGUST 28- SEPTEMBER 3 BIRTHDAYS:

- Idean Brooks- 8/29
- Khalisha Cuffy- 8/29
- Pamela Constantine- 8/30
- Imke Rohde- 8/30
- Stephanie Nesmith- 8/31
- Audrey Cole- 9/1
- Mohammad Chowdhury- 9/1
- Charles Gonzalez- 9/1
- Julia Shin- 9/1
- Li Hong- 9/2
- Vicky Song- 9/2
- Rasha Sokkar- 9/2

## AUGUST 28- SEPTEMBER 3 ANNIVERSARIES:

- Mohammad Rahman- 14 years on 8/28
- Carolyn Innocenzi- 1 year on 8/28
- Cecelia Doyle- 26 years on 8/29
- Daisy Judan- 26 years on 8/29
- Bronilda Jaime- 15 years on 8/29
- Gerardo Rodriguez- 15 years on 8/29
- Abigail Kokofu- 10 years on 8/30
- Carlos Rivera- 23 years on 9/2
- Gabriel Hudson- 24 years on 9/3



## BENEFITS & SUPPORT
General questions? Contact People and Culture at

people.&.culture.nyf.d st @fourseasons.com

**212- 350-6604**

### Union Benefits- Medical, 401K, Pension:
Call the Union Benefits Center at: 212-586-6400

### Employee Assistance Program:
1-800-424-1758
Or visit MagellanAscend.com

### Unemployment Information:
File Online https://applications.labor.ny.gov/IndividualReg/
File by Phone: 888-209-8124
File based on your last name:
A – F : File your claim on Monday
G – N : File your claim on Tuesday
O – Z : File your claim on Wednesday
If you missed your day, file your claim on Thursday, Friday or Saturday.

### Retirement Plan 401k- Wellsfargo:
1-800-728-3123
Or visit wellsfargo.com

### Medical Plan- (FS Benefits)
- Amwell – medical virtual care only – 855.667.9722
- MDLIVE – medical, behavioral/ mental health virtual care. – 888.726.3171
- Cigna Behavioral Health by visiting: myCigna.com or call the number on the back of your Cigna ID card 24/7

### ADP IPay
Visit: https://ipay.adp.com2

Staley v FSR0089