

FOUR SEASONS HOTEL
New York

December 13th, 2016

Vivian Douyon
Housekeeping
Four Seasons Hotel New York

Dear Vivian,

Congratulations on being nominated as an Employee of the Month for December 2016!

Below, please find your nomination written by the Housekeeping Team:

The Housekeeping Department is proud to nominate Vivian Douyon for Employee of the Month. Vivian handles a huge responsibility for the Housekeeping department including assisting with the schedule, vacation requests, and payroll.

She is always available and supportive for the Housekeeping team and they all look up to her for guidance. Anything that is asked of her is completed with no questions asked. She plays such a vital role behind the scenes of the department and we cannot thank her enough for all that she does.

Four Seasons recognizes your dedication, outstanding contribution in accomplishing your goals, and positive attitude. Please meet the Planning Committee on Tuesday, December 20th, 2016 at 11:45 AM in the Training Room!

Winner announcement & festivities will take place during Monthly Happening Celebration on Tuesday, December 20th, 2016 at 12:15 PM in Three-Below.

I look forward to seeing you there!

Sincerely,

Joanne F. Badge
Senior Director of Human Resources



Staley v FSR0281