

Vivian,

I want to thank you for all you do each day to ensure our department is paid properly. We could not do it without you!

A million thanks,

Megan

EXHIBIT 31



Vivian,

I want to thank you for all you do each day to ensure our department is paid properly. We could not do it without you.

A million Thanks,
Leigh