

### FOUR SEASONS HOTEL
*New York*

March 20, 2020

To whom it may concern:

Please note this is to confirm that __Vivian Douyon__ *Vivian Holmes*, employee of the Four Seasons Hotel New York, located at 57 East 57th street (employee entrance 58th East 58th street), is an essential employee and must be at work due to his/her job responsibilities.

Should you have any questions, please contact our Hotel Manager, Michal Dedera at (312)613-4702 or Director of People & Culture, Elizabeth Ortiz at (347)899-5276.

Sincerely,

*Rudy Tauscher*
Rudy Tauscher
General Manager

57 EAST 57TH STREET · NEW YORK, NEW YORK 10022 U.S.A.
TELEPHONE 212.758.5700 · FAX 212.758.5711 · www.fourseasons.com



EXHIBIT 32

Staley v FSR0028