

# WHAT IS HAPPENING AT FSNY THIS WEEK?
#WEAREFOURSEASONS

### Leadership Message from Frank Galasso, Director of Engineering

Dear Four Seasons Family,

During these uncertain times the Engineering Department has taken the opportunity to work on Guest and Employee projects while we house nurses and doctors from around the US. Over the last two months we have fast tracked our Building Management Upgrade which left the Hotel without Heat or Air Conditioning for one week which resulted in no glitches and will ensure our future guests are comfortable with the temperatures in their room! We have also continued the Elevator Modernization and have brought back Elevator 1, Elevator 4 will be completed this month and Elevator 8 will be completed by end of summer and this leaves us with four more to go. We are almost at the finish line with the Elevator project. We have also recently been able to continue with our Local Law 11 work (scaffolding outside the building) and continuing our upgrade of the C3 Kitchen by replacing the ceiling and adding wall paneling for the Hot Line and IRD areas. To me this project was important to complete now as it alleviates stress to the operation and when everyone returns it will be an even better place to work. In addition, we have resumed the wallpaper replacement project and hope to have all rooms completed by the beginning of summer and ready to welcome our guests back. The Engineering Department's goal during these tough times is to make sure we welcome you back to a comfortable and relaxed environment.

Thank you from Frank Galasso and the Engineering Team




### MESSAGE FROM OUR GUESTS:

Two of our in house nurses that love to chat with Danielle after their shift at the hospital, surprised her last night with this beautiful orchid. The ladies wanted to show their appreciation to Danielle!



### MAY 15-21 ANNIVERSARIES:
- David Singh- 2 Years on 5/15
- Winnie Chan- 15 Years on 5/16
- Vicky Li- 15 Years on 5/16
- Saleh N. Haque- 9 Years on 5/16
- Allen Slade- 27 Years on 5/17
- Chris Mylonas- 27 Years on 5/17
- James Kirkland- 27 Years on 5/17
- Sam Dadzie- 27 Years on 5/17
- Keeschon Drummond- 8 Years on 5/18
- Pauline Liu- 24 Years on 5/20
- Wayne Morgan- 20 Years on 5/20
- Khalisha Cuffy- 1 Year on 5/20
- Kimberly Mueses- 8 Years on 5/21

### MAY 15-21 BIRTHDAYS:
- Evelyn Sarkodee Pennue- 5/15
- Lisa Lajes- 5/15
- Gary Miller- 5/16
- James Cooney- 5/18
- Thomas Hills- 5/19
- Seth Hanebutt- 5/19
- Salisu Ninche- 5/20
- Coleen Gonzalez- 5/21

**ISSUE 6**
**MAY 15, 2020**

Contributors:
Frank Galasso, People & Culture Team- Elizabeth Ortiz, Alexandra Erbiti, Lisa Lajes, Julia Shin, and Kally Katsiras



EXHIBIT 35

Staley v FSR0086

# FOUR SEASONS NEW YORK NEWSLETTER

  

## CONNECTION

### SHARE A SKILL

Whether you know how to dance, cook or have expertise in a specific area, schedule a video call and share your skills with your colleagues this week.

## CRAFTSMANSHIP

### SPRING CLEANING

We shared some tips on how to spring clean every year in our May Wellness Newsletter.

- Clean out Medicine Cabinet
- Change Filters
- Check Electrical System
- Declutter and Disinfect
- Restock Cleaning supplies
- Test smoke, fire, and carbon monoxide alarms

## CHARACTER

### FEELING UNMOTIVATED

During these times of uncertainty, below are some ideas on how to get things done when you feel down or unmotivated.

- Plan things to look forward to in your day
- Break down big tasks into small and manageable tasks and reward yourself after each
- Check in on your basic needs
- Prioritize self care and look after yourself
- Set 5 small goals each day and list them in order of urgency

 **UPDATES ON COVID-19: ONLY GO OUT FOR ESSENTIALS** 

Protect yourself and your community by limiting your time out of the home. It is recommended that you only go out once per week for groceries and other essentials.



**BENEFITS & SUPPORT**

General questions? Contact People and Culture at

people.&.culture.nyf.dst@fourseasons.com

212-758-5700 ext. 5330

**Union Benefits - Medical, 401K, Pension:**

Call the Union Benefits Center at: 212-586-6400

**Employee Assistance Program:**
1-800-424-1758
Or visit
MagellanAscend.com

**Unemployment Information:**

File Online: https://applications.labor.ny.gov/IndividualReg/

File by Phone: 888-209-8124

File based on your last name:
- A – F : File your claim on Monday
- G – N : File your claim on Tuesday
- O – Z : File your claim on Wednesday
- If you missed your day, file your claim on Thursday, Friday or Saturday

**Retirement Plan 401k - Wellsfargo:**
1-800-728-3123
Or visit
wellsfargo.com

**Medical Plan - (FS Benefits)**

- Amwell – medical virtual care only – 855.667.9722
- MDLIVE – medical behavioral/ mental health virtual care. 888.726.3171
- Cigna Behavioral Health by visiting: myCigna.com or call the number on the back of your Cigna ID card 24/7

**ADP iPay**

Visit: https://ipay.adp.com2

Staley v FSR0087