

## QUESTIONS FOLLOW UP FROM All Employee Town Hall Call:

Following the two Town Hall calls hosted by General Manager, Rudy Tauscher, we communicated that we would send out information responding to any questions we received. Listed below are responses to the various questions we received. Certainly, at any time, if there are additional questions, we remain available to assist you.

**Q: What is happening with unemployment?**
A: Unemployment Insurance (UI) is usually 26 weeks; however, it was originally extended by 13 weeks for a total of 39 weeks in New York and New Jersey. Beginning the week of July 5, 2020, UI benefits were extended by New York for up to an additional 20 weeks for workers who have exhausted both their 26 weeks and their 13 week extension. This now allows you to collect UI benefits for up to 59 weeks in New York.

**Q: What about the additional unemployment under the "CARES Act?"**
A: The CARES Act provided additional $600/week in emergency supplemental benefits. This provision expired at the end of July. With that said, a grant was approved on August 23 through the federal Lost Wages Assistance program that will allow New Yorkers to collect an additional $300/week on top of your regular benefits. While payment processing is still pending, according to the Department of Labor, the program will be retroactive to the beginning of August, for the week ending August 2, 2020.

**Q: During the temporary closure, may I visit the Hotel?**
A: Yes. However, for safety and security purposes, we ask that you first clear your arrival with People and Culture. Please call Elizabeth or Alex at 212-350-6604 or 212-350-6610. They will then schedule your visit for you. Right now, employees who are not working should only be on property to collect personal items or meet with People and Culture. Please note that you will need your employee ID and be prepared to be screened at the entrance. You will also need to wear a protective face covering upon arrival and while in the building. Anyone with a fever of 100.4 degrees or more, will not be allowed entry for their own protection and the protection of others.

**Q: When the Hotel re-opens will we be provided with any new Training?**
A: Yes. Due to the Pandemic, Hotel operations have changed drastically. The way we do things has changed drastically. When we re-open, all employees will be required to go through the new Health and Safety training as well Re-orientation on how Hotel operations have changed. You can expect many new safety measures that will change the way we work and that will provide you with the safest work environment as possible.

**Q: Why is Four Seasons still closed if other Hotels around us are opening?**
A: New York City's hotel industry has been negatively impacted more so than any other U.S. lodging market with Luxury being the hardest hit segment.
Given the situation, demand for New York City remains minimal. While some hotels have chosen to re-open, many hotels remain temporarily closed. Each hotel needs to determine when it makes sense to re-open based on their individual circumstances. Four Seasons Hotel New York will reopen when demand returns to a certain level. At this time, demand is negatively impacted by the current international and domestic travel restrictions, the reduction of corporate and group travel, cancellation of meetings and events, indoor dining/event restrictions and the on-going closure of so many beloved attractions and restaurants. These are difficult decisions to make. For the property, it means managing the short and long-term business impact, while honoring our people-centric values.

**ISSUE 21**
**August 28, 2020**

Contributors:
People & Culture Team- Elizabeth Ortiz, Alexandra Erbiti, Lisa Lajes


EXHIBIT 42

Staley v FSR0088

# FOUR SEASONS NEW YORK NEWSLETTER

## AUGUST 28- SEPTEMBER 3 BIRTHDAYS:

- Idean Brooks- 8/29
- Khalisha Cuffy- 8/29
- Pamela Constantine- 8/30
- Imke Rohde- 8/30
- Stephanie Nesmith- 8/31
- Audrey Cole- 9/1
- Mohammad Chowdhury- 9/1
- Charles Gonzalez- 9/1
- Julia Shin- 9/1
- Li Hong- 9/2
- Vicky Song- 9/2
- Rasha Sokkar- 9/2

## AUGUST 28- SEPTEMBER 3 ANNIVERSARIES:

- Mohammad Rahman- 14 years on 8/28
- Carolyn Innocenzi- 1 year on 8/28
- Cecelia Doyle- 26 years on 8/29
- Daisy Judan- 26 years on 8/29
- Bronilda Jaime- 15 years on 8/29
- Gerardo Rodriguez- 15 years on 8/29
- Abigail Kokofu- 10 years on 8/30
- Carlos Rivera- 23 years on 9/2
- Gabriel Hudson- 24 years on 9/3



## BENEFITS & SUPPORT

General questions? Contact People and Culture at

people.&.culture.nyf.dst@fourseasons.com

212-350-6604

### Union Benefits- Medical, 401K, Pension:

Call the Union Benefits Center at: 212-586-6400

### Employee Assistance Program:

1-800-424-1758
Or visit MagellanAscend.com

### Unemployment Information:

File Online
https://applications.labor.ny.gov/individualReg/
File by Phone: 888-209-8124
File based on your last name
- A – F : File your claim on Monday
- G – N : File your claim on Tuesday
- O – Z : File your claim on Wednesday
- If you missed your day, file your claim on Thursday, Friday or Saturday.

### Retirement Plan 401k- Wellsfargo:

1-800-728-3123
Or visit wellsfargo.com

### Medical Plan- (FS Benefits)

- Amwell – medical virtual care only - 855.667.9722
- MDLIVE – medical behavioral/ mental health virtual care. 888.726.3171
- Cigna Behavioral Health by visiting: myCigna.com or call the number on the back of your Cigna ID card 24/7

### ADP iPay

Visit https://ipay.adp.com2

Staley v FSR0089