

FOUR SEASONS
HOTEL
NEW YORK

September 17, 2020

Dear Four Seasons Family:

I hope that this message finds you and your loved ones enjoying these last few days of summer while staying safe and healthy.

With the Coronavirus still active worldwide, the travel and hospitality industry continues to struggle with the way we do business. With multiple Federal, State and City restrictions still in place, travel to New York, continues to remain impacted. As such, we are currently operating with the minimum required staffing simply to secure the building and to ensure that we provide as much support to you as we can.

Whilst we are navigating daily through the business challenges, I assure you my personal commitment to work FSNY through this complex situation.

In my last communication with you on August 11, 2020, I indicated that we would continue to delay our re-opening until October 15, 2020. Unfortunately, we are forced to make the hard decision to extend the re-opening until year-end 2020.

I will send regular announcements regarding any changes and I will provide you with as much notice as possible. Please know I share your concerns during this difficult time and I am grateful for your commitment and dedication. Four Season New York remains strong because of all of you.

For any questions or concerns, please do not hesitate to contact the People & Culture team or me.

Your safety and well-being remains at the center of our thoughts.

Stay safe and keep healthy!

With kind regards,

*Rudy Tauscher*

Rudy Tauscher
General Manager

EXHIBIT
43

Staley v FSR0221