

**FOUR SEASONS HOTEL**
*New York*

October 5, 2020

Dear Four Seasons Family:

It is with regret that I announce the resignation of Michal Dedera, Hotel Manager for Four Seasons New York. Michal has been an integral member of the Four Seasons family for twenty years. In fact, we celebrated his Twentieth Work Anniversary on Friday, October 2, 2020.

Michal began his career with Four Seasons Prague in January 2000. For over 10 (ten) years, Michal garnered his experience at the Hotel in Prague in the Rooms division through the appointment to various roles. He began his employment as the Reservations Manager and progressed through the division with great success. He first served as the Assistant Front Office Manager, then Assistant Director of Housekeeping, Assistant Director of Rooms and ultimately was promoted into the role of Director of Rooms.

In 2012, Michal moved to the United States and Four Seasons Hotel Chicago to serve as the Director of Rooms. He held that position for two years. In 2014, he was promoted to the position of Resort Manager at Four Seasons Resort in Palm Beach, Florida. After which time, he joined the team in New York as Hotel Manager.

Since his arrival in New York, Michal has been a driving force behind the Evolve program and has been instrumental in developing positive employee relations through his involvement in a multitude of Four Seasons initiatives. In 2016, Michal was appointed the Rooms Operations Co-lead for the Americas and assisted the SVP of Rooms in leading the Americas Region with all Rooms initiatives.

On behalf of the entire Four Seasons New York family, I would like to thank him for his dedication and support. I understand and value his drive to continue to grow. Michal will remain in New York and will be joining an exciting new adventure outside of the industry.

Please join me in wishing Michal all the very best success in all his upcoming adventures! Our doors will always be open to him. His last day will be October 16, 2020.

Kind Regards,

Rudy Tauscher
General Manager

EXHIBIT 44

Staley v FSR0058