

**From:** Elizabeth Ortiz <elizabeth.ortiz@fourseasons.com>
**Sent:** Thursday, November 19, 2020 1:09 PM
**To:** NYF All Staff DST <all.staff.nyf.dst@fourseasons.com>; NYF Covid Leadership DST <covid.leadership.nyf.dst@FSHR.onmicrosoft.com>
**Subject:** Reminder - We Hear You! - Mini-Survey ends on Sunday, November 22 at midnight!

Good Afternoon Four Seasons Family!

I hope this email finds you and your families doing well! This is just a reminder that we have been running a mini-survey this week and it will conclude on **November 22, 2020.** For those of you who have already responded, we want to thank you for your feedback and for the time you took to respond. Your responses have already provided us with some clear insight into how proud you are to work for the Four Seasons and also what we can do to better support you. I am especially thankful for those of you who have taken the time to express your concerns and provide us with a snapshot of things we can do to make the Four Seasons experience better for everyone.

If you have not yet done so, please take a few moments and complete the mini-survey you will find in the link below. The process is quick and anonymous and will allow us the opportunity to respond to you just as quickly and take action where we can.

Thank you in advance for your feedback! We are listening and we do want to continue to be the BEST place to work!

**https://forms.office.com/Pages/ResponsePage.aspx?id=fRDAONGBn0GLcopJHcIgPHtvHmSKpO ZCiQefBGAgC8VUMlczSDNGSTJDR1NVRIJZUE5SUUJZRU5FMy4u**

Warmest Regards,

Elizabeth Ortiz
Director of People & Culture,
Four Seasons Hotel New York
57 East 57th Street, New York, NY 10022
Voice: 212-350-6610
Mobile: 347-899-5276
elizabeth.ortiz@fourseasons.com
https://fourseasons.com/newyork

Need Anything? Click HERE to Chat with us.


Download The Four Seasons App
Our signature service in the palm of your hand.

 


EXHIBIT 46

Staley v FSR0001