

**FOUR SEASONS**
HOTEL
NEW YORK

June 25, 2021

Good Afternoon Four Seasons New York Family:

We hope that you, your family, and loved ones are all staying well!

We know everyone is keen to reopen our Hotel and begin welcoming back guests. At this time, we will continue to remain closed, as the Hotel will be undergoing substantial infrastructure and maintenance work that is expected to last well into 2022. We will reassess our reopening plans in the early Spring of 2022 based upon the progress of this work.

Upon reopening, we are committed to recalling employees, as business levels rebound.

We have scheduled a Virtual Town Hall for this afternoon at 3pm.  A reminder will be sent shortly.

We remain available for any questions you may have!

Warm Regards,

Elizabeth Ortiz
Director, People and Culture



EXHIBIT
50

Staley v FSR0061