

FOUR SEASONS
HOTEL
NEW YORK

Dear Four Seasons New York Family,

It is with a heavy but a grateful heart that I share that I will be transferring to the Four Seasons New York Downtown as the Assistant Director of People and Culture at our sister property here in New York. I will continue to support the Four Seasons New York once a week and will always be available to chat, connect, listen, or laugh with any of you at any time. After all, I am not going very far, just a much closer walk home. The last 4 years at the Four Seasons New York have been some of the most amazing, memorable, and educational years of my career. I have learned so much from each of you and feel so lucky to have joined a brand that values its people. The people are truly what make Four Seasons magical and I feel lucky to be growing my career within our Four Seasons family. I could confidently say that I will treasure the relationships and friendships we have built over the years and will reflect back on them with fondness and affection. I look forward to remaining a friend over the years and will always be available to chat with each of you at any time!

Best Wishes, Alexandra Erbiti



ISSUE 65
July 9, 2021

**EXHIBIT**
51

Contributors:
Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut

Staley v FSR0082





Keep a Consistent Schedule

Stick to Screen Time Limits

Get Outside and Get Active

Nutrition

# IDEAS TO FOSTER HEALTHY HABITS THIS SUMMER:

Enjoy Meals with Loved ones

Get organized

Patience and Perseverance

Foster Gratitude

Staley v FSR0083

# UNCONSCIOUS BIAS CHECK IN

**Lead with curiosity:**
- *What do I know about this person?*
- *What do I expect to happen?*
- *How would I respond if this person was a different gender / race / ethnicity etc.?*
- *What could I ask to find out more?*

**Pause:**
If you have a thought about someone you do not know, stop and reflect on that thought.



**Be willing to change your mind:**
- Is this an opportunity to do something different?
- Listen with empathy, listen to understand.

**Check your assumptions:**
- *What knowledge am I basing this thought or judgment on?*
- *What assumptions am I making about this person, event or situation?*
- *Is this a FEELING I have or is it a FACT, and where did I obtain this information?*
- *How do I reframe it so I can lead with curiosity?*

Staley v FSR0084

# FOUR SEASONS NEW YORK NEWSLETTER

## July 3-15 Anniversaries:

- Maribel Rodriguez- 13 years on 7/5
- Miguel Torres- 18 years on 7/7
- Tara Nahal- 7 years on 7/7
- Lyneate Agyeman- 25 years on 7/8
- Edward Nieves- 15 years on 7/10
- Aziz Boye- 15 years on 7/10
- Syed Shueb- 21 years on 7/10
- Li Hong- 16 years on 7/11
- Idean Brooks- 3 years on 7/11
- Pamela Mapp- 28 years on 7/12
- Winnie Chan- 28 years on 7/12
- Nkosi Philbert- 6 years on 7/13
- Md Uddin- 14 years on 7/15
- Martin Munoz- 25 years on 7/15
- Yi-Mei Huang- 25 years on 7/15
- Timothy Belaus- 2 years on 7/15

## July 3-15 Birthdays:

- Alfredo Corona- 7/3
- Raul Montesdeoca- 7/6
- Raquel Perez- 7/6
- Frank Driscoll- 7/7
- Regina Love- 7/7
- Louis Mercado- 7/8
- Rafael Espaillat- 7/8
- Clara De Leon- 7/9
- Kwame Osei- 7/10
- Gladys Asamoah- 7/10
- Antonia McVicker- 7/10
- Sampson Afriyie- 7/11
- Jonathan Alfonso- 7/11
- Andrew Gonci- 7/11
- Wayne Morgan- 7/12
- Jon Pascal- 7/14
- Julia Bennefeld- 7/14
- Mohammad Gulzar- 7/15
- Linda Feng- 7/15

As a reminder we are volunteering in providing dinner service with the Bowery Mission on Thursday July 22nd from 4:45-7PM.
If you are interested in joining us please reach out to Sharon Brambrut at Sharon.Brambrut@fourseasons.com

ISSUE 65
July 9, 2021

Contributors:
Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut.

Staley v FSR0085