

Effective November 1, 2021, Alexandra Erbiti will permanently be located at Four Seasons Downtown. During her transition to Assistant Director of People and Culture for the Four Seasons Downtown, Alex has continued to support the Midtown property on a consistent and regular basis. She has been a tremendous support to this property since she was hired on June 5, 2017. In her role first as Learning and Development Manager and then as the Assistant Director of People and Culture, Alex played a paramount role in connecting with employees and working to develop our culture. Her support to the midtown property and employees during the last 18 months has been remarkable. I am truly grateful to the support she has shown me in my transition as well over the last two years. Please join me in wishing her the very best in her role at the Four Seasons Downtown.

Moving forward, please direct all People and Culture inquiries directly to me at Elizabeth.Ortiz@fourseasons.com or you can reach me on my cell phone at 347.899.5276.

Thank you!

Warmest Regards, Elizabeth Ortiz

---

We hope this Monthly Communication finds everyone continuing to be safe and well! Many of you have been reaching out recently inquiring if there is any update or information on the hotel. The information which was shared during the Virtual Town Hall and in subsequent communication in June of 2021 remains consistent. At this time, we will continue to remain closed as the Hotel will be undergoing substantial infrastructure and maintenance work that is expected to last well into 2022. We will reassess our reopening plans in the early spring of 2022 based upon the progress of this work.

We really appreciate staying connected with you and have loved hearing from you and seeing some of you. We are grateful to those of you who have joined some of our Community Outreach events! We are planning to return to the New York Harm Reduction Educators & Washington Heights Corner Project. 104-106 East 126th Street New York New York 10035. We are looking for volunteers to join us as we assemble a variety of Harm Reduction Kits on **December 1st from 10AM-12PM**. Please reach out to Sharon directly if you are interested in joining us or learning more about this Outreach Opportunity. Email sharon.brambrut@fourseasons.com or send a text message 347-835-2822.

Please find the November 2021 Birthdays and Anniversaries. As always please reach out to let us know if you have any feedback and if there is any other information you would like to have included in our communication!

Wishing you and your families a Happy & Safe Halloween Weekend!

**NOVEMBER MONTHLY COMMUNICATION**

Contributors: Elizabeth Ortiz, Alexandra Erbiti, and Sharon Brambrut



Staley v FSR0062

# NOVEMBER BIRTHDAYS

| NAME | DEPARTMENT | DATE |
|---|---|---|
| Zadkiel Amnah-Tagoe | Stewarding | 11/1/2021 |
| Elizabeth Opoku-Yeboah | Housekeeping | 11/1/2021 |
| Shahid Ahmed | Laundry | 11/2/2021 |
| Frank Thompson | Valet | 11/2/2021 |
| Angel Tarrats | Security | 11/3/2021 |
| Mustapha Lakbiri | Concierge | 11/4/2021 |
| Aneisha George | Culinary | 11/6/2021 |
| Yvonne Maldonado | Housekeeping | 11/6/2021 |
| Barbara Paru | Sales | 11/8/2021 |
| Antonio Ramos | Room Service | 11/12/2021 |
| Milton Ahmed | The Garden | 11/14/2021 |
| Leslie Howard | Stewarding | 11/16/2021 |
| Alex Zagreb | Guest Services | 11/16/2021 |
| Claudette Alliance | Housekeeping | 11/18/2021 |
| Jimmy Tong | Ty Bar | 11/19/2021 |
| Johannes Schaafsma | Concierge | 11/20/2021 |
| Nana Kusi-Minkah | Valet | 11/21/2021 |
| Roberto Collado | Ty Bar | 11/22/2021 |
| Caridad Hernandez | Housekeeping | 11/23/2021 |
| Hua Chen | Housekeeping | 11/23/2021 |
| Owen Norman | Culinary | 11/23/2021 |
| Min Jiang | Finance | 11/26/2021 |
| Phuntsok Tsomo | Housekeeping | 11/27/2021 |
| Mei Zhong | Laundry | 11/27/2021 |
| Wai Kan Lo | Housekeeping | 11/27/2021 |
| Awura Ama Gyekye | Housekeeping | 11/27/2021 |
| Petruta Muset | Banquet | 11/28/2021 |

Staley v FSR0063

# November Anniversaries

| NAME | DEPARTMENT | DATE | SERVICE YEARS |
|---|---|---|---|
| | TY BAR | 11/1/2021 | 27 YEARS |
| | HOUSEKEEPING | 11/1/2021 | 7 YEARS |
| PEDRO ANIVERSARY | HOUSEKEEPING | 11/3/2021 | 28 YEARS |
| TATIANA ZABOLOTSKY | HOUSEKEEPING | 11/3/2021 | 27 YEARS |
| | HOUSEKEEPING | 11/4/2021 | 10 YEARS |
| | ROOM SERVICE | 11/5/2021 | 28 YEARS |
| | RESERVATIONS | 11/5/2021 | 14 YEARS |
| OLENA STALEY | HOUSEKEEPING | 11/5/2021 | 8 YEARS |
| | HOUSEKEEPING | 11/5/2021 | 28 YEARS |
| | VALET | 11/6/2021 | 20 YEARS |
| | CONCIERGE | 11/6/2021 | 12 YEARS |
| | HOUSEKEEPING | 11/6/2021 | 22 YEARS |
| | STEWARDING | 11/10/2021 | 7 YEARS |
| ELIZABETH CAREY | RESERVATIONS | 11/10/2021 | 28 YEARS |
| | VALET | 11/11/2021 | IN YEARS |
| | HOUSEKEEPING | 11/11/2021 | 10 YEARS |
| | HOUSEKEEPING | 11/11/2021 | 8 YEARS |
| CRAIG JOSEPH | TY BAR | 11/17/2021 | 8 YEARS |
| SYLVIA | FINANCE | 11/18/2021 | 10 YEARS |
| | COAT CHECK | 11/19/2021 | 10 YEARS |
| | COAT CHECK | 11/19/2021 | 10 YEARS |
| THOMAS LANTON | PBX | 11/19/2021 | 18 YEARS |
| MIGUEL ALFONSO | CONCIERGE | 11/19/2021 | 17 YEARS |
| ADRIAN GARCIA | STEWARDING | 11/22/2021 | 12 YEARS |
| MOHAMMAD GILZAR | THE GARDEN | 11/22/2021 | 11 YEARS |
| | HOUSEKEEPING | 11/22/2021 | 22 YEARS |
| | THE GARDEN | 11/23/2021 | 22 YEARS |
| TATIANA | HOUSEKEEPING | 11/23/2021 | 12 YEARS |
| | RESERVATIONS | 11/23/2021 | 3 YEARS |
| WINFRED PERRY | GUEST SERVICES | 11/26/2021 | 10 YEARS |
| MOHAMMAD CHOWDHURY | THE GARDEN | 11/29/2021 | 12 YEARS |
| | HOUSEKEEPING | 11/30/2021 | |

Staley v FSR0064