| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 002606 | 100302 | | 0000260030 | 1 |

**Earnings Statement**



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Period Beginning: | 06/18/2022 |
|---|---|
| Period Ending: | 06/24/2022 |
| Pay Date: | 06/30/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        3
  NY:              3

**VIVIAN HOLMES
42 WILDWOOD AVE.
MT. VERNON NY 10550**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation Pay | 30.8700 | 40.00 | 1,234.80 | 7,408.80 |
| Severance Pay | | | | 9,500.00 |
| **Gross Pay** | | | **$1,234.80** | 16,908.80 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Eligible | 1,234.80 | |
| Vaca Hrs | | 240.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-6700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.72 | 2,466.32 |
| | Social Security Tax | -76.56 | 1,048.35 |
| | Medicare Tax | -17.91 | 245.18 |
| | NY State Income Tax | -47.15 | 1,394.40 |
| | NY SDI Tax | -0.60 | 3.60 |
| | NY Paid Family Leave Ins | -6.31 | 86.50 |
| | **Other** | | |
| | 401K | -148.18* | 889.08 |
| | **Net Pay** | **$875.37** | |
| | Checking 1 | -825.37 | 9,525.37 |
| | Checking 2 | -50.00 | 1,250.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,086.62

© 2000 ADP, LLC

CONFIDENTIAL

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Advice number: | 00000260030 |
|---|---|
| Pay date: | 06/30/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| VIVIAN HOLMES | | XXXX  XXXX | $825.37 |
| | | XXXX  XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



EXHIBIT
55

Staley v FSR0027