



Staley v FSR0032