| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 002448 | 10030 | | 0000300011 | 1 |

HOTEL 57 SERVICES LLC
D/B/A FOUR SEASONS HOTEL NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

## Earnings Statement

ADP

Period Beginning: 07/16/2022
Period Ending: 07/22/2022
Pay Date: 07/28/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NY: 3
  New York Cit: 3

OLIVE RODRIGUEZ
655 EAST 81 STREET
1ST FL
BROOKLYN NY 11236

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation Pay | | 24.00 | 913.38 | 9,871.05 |
| Retro | | | | 176.16 |
| **Gross Pay** | | | **$913.38** | 10,047.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.85 | 759.67 |
| | Social Security Tax | -56.63 | 622.93 |
| | Medicare Tax | -13.24 | 145.68 |
| | NY State Income Tax | -37.64 | 377.80 |
| | New York Cit Income Tax | -26.63 | 267.52 |
| | NY SDI Tax | -0.60 | 4.20 |
| | NY Paid Family Leave Ins | -4.67 | 51.35 |

| Other | | | |
|---|---|---|---|
| 401K | | | 1,552.75 |
| **Net Pay** | | **$708.12** | |
| Checking 1 | | -708.12 | 6,235.31 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $913.38

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Eligible | 913.38 | |
| Vaca Hrs | | 264.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

EXHIBIT 65

CONFIDENTIAL

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL. NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000300011
Pay date: 07/28/2022

Deposited to the account of
OLIVE RODRIGUEZ

| account number | transit | ABA | amount |
|---|---|---|---|
| | xxxx | xxxx | $708.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**


Staley v FSR0254