

**March 24, 2020**

Hello Team,

In light of our ever-changing situation with COVID-19 (Coronavirus), and as promised to you, I want to provide you with an update with a guest that was confirmed positive.

On March 19, the New Orleans Saints head coach, Sean Payton, released an official statement confirming that he has tested positive for COVID-19. We have informed the NYC Health Department and will work closely with the local authorities and follow their guidance.

Mr. Payton was a guest at the Hotel that checked in at 2PM on March 4th and checked out at noon on March 12th. We believe we have identified all the employees that have been in close contact with the guest and are reaching out to them to self-quarantine.

If you feel that you were in close contact with this specific guest, please call Elizabeth Ortiz at 347-899-5276 for recommendations on next steps.

I do want to reiterate that there have been no reported cases of COVID-19 directly inside the Hotel, but this situation calls for even more caution. If anyone feels sick, we ask that you seek medical care. If anyone is experiencing COVID-19 symptoms, then we ask that you inform the People & Culture office, get tested and self-quarantine.

Due to the heightened profile of this guest, please be sensitive to any media inquiries. We still do not confirm any guests that have stayed with us as part of our code of confidentiality. Should any member of the media reach out to you, please direct all inquiries to Nicole Spillane (Nicole.spillane@fourseasons.com) or Nieves Alvarez (nieves.alvarez@fourseasons.com). For any media that may come onsite to the hotel, please direct them to security who will collect their information and pass it along.

My thoughts are with all of your during this trying time and I know we will get through it together. If you have any concerns for your health, please do not hesitate to reach out to People & Culture.

Please stay safe and healthy and I will continue to update you as needed.

Sincerely,

Rudy Tauscher
General Manager



Staley v FSR0212