


EXHIBIT 74

April 9, 2020

To All Employees:

Since the inception of the Coronavirus (COVID-19), we have aimed to continue providing you with as much information as possible during these uncertain times. As previously communicated, we are facing this challenge together. Our complete focus is to provide as many resources as possible and to continue to ensure the safety and security of our employees and guests.

Thank you for your patience while we have had conversations with ownership and home office regarding this challenging situation. Please see below for the most recent updates.

## Hotel Operations

On March 20, 2020, in an abundance of caution, we made the difficult decision to temporarily suspend most of the hotel operations. At that time, we had communicated that our hope was to return to a full hotel operation on April 15, 2020.

Shortly thereafter, our owner Ty Warner, responded to the Governor's call-to action and asked us to re-open the hotel to provide housing for the doctors, nurses and other medical staff working on the front lines. In less than a week, we completely transformed the Hotel into comfortable housing for those dedicated to fighting this pandemic. We will continue to provide this complimentary housing, under the new conditions until further notice.

Since then, the COVID-19 pandemic has continued to impact our business and the hospitality industry. The Federal Government has extended social distancing guidelines through April 30, 2020 and New York Governor Andrew Cuomo extended the statewide stay-at-home order until April 29, 2020. For these reasons, it is necessary to extend the suspension of regular hotel operations until **April 30, 2020**. We will advise if this date is to be extended further.

## Benefits Continuation:

Non-Union: We are pleased to announce that ownership has agreed to continue paying their portion of the insurance premiums until June 30, 2020. Covered individuals will continue to be responsible for their portion of the premium. Please contact People and Culture for additional details.

Union: Coverage will also continue for union employees. Since we do not manage the Union plan, please contact the Union Benefits office for questions regarding continuation of your coverage.

## Furlough /Paid Time Off /Unemployment

**Time Off**

- Employees shall be permitted to take any accrued and unused paid time off, including vacation days, personal days or sick time in order to supplement income.
- Employees will also be permitted to use any paid holidays remaining in the calendar year.
- Employees may also take voluntary unpaid time off.

Per Company Policy and Corporate Directive, we ask that you use any available paid time off before going on leave. Please contact P&C directly if you have circumstances that inhibit your use of PTO. In light of the stimulus and extended stay-at-home directives, we will consider alternatives to using PTO.

Staley v FSR0204

Please ensure that you let your manager know if you plan to use any of the above options during this time. It is important that the information is input into Workday so that we can ensure timely payment and complete accuracy of records.

**Unemployment:**

**When to File:**

- File for claim during first week after job loss or partial unemployment (if partial employment, you must disclose information on what days you have worked or have used vacation/personal/holiday)
- One week unpaid waiting period is waived for people out of work due to Coronavirus (COVID-19) closures or quarantines
- Ensure that you file in a timely manner in order sto avoid delay in receiving unemployment benefits

**What You Need:**

- Your Social Security number
- Your driver license or Motor Vehicle ID card number (if you have either one)
- Your complete mailing address and zip code
- A phone number where we can reach you from 8 am - 5 pm, Monday – Friday
- Your Alien Registration card number (if you are not a U.S. Citizen and have a card)
- Names and addresses of all your employers for the last 18 months, including those in other states
- Employer Registration number or Federal Employer Identification Number (FEIN) of your most recent employer (FEIN is on your W-2 forms)
    - **Four Seasons Hotel New York FEIN is 161741079**

**How to File:**

**File Online**

Website: https://applications.labor.ny.gov/IndividualReg/

**File by Phone**

Call Telephone Claims Center (TCC) at 888-209-8124

- Monday through Thursday, 8am – 7:30pm
- Friday, 8am – 6pm
- Saturday 7:30am – 8pm
- Interpreters are available for most languages

The day you should file is based on the first letter of your last name. If your last name starts with:

- A – F : File your claim on Monday
- G – N : File your claim on Tuesday
- O – Z : File your claim on Wednesday
- ***If you missed your filing day, file your claim on Thursday, Friday or Saturday.*** *Filing later in the week will not delay your payments or affect the date of your claim, since all claims are effective on the Monday of the week in which they are filed.*

TTY/TDD Users: Call a relay operator at (800) 662-1220 and ask the operator to call (888) 783-1370

**When to File:**

- **File for claim during first week after job loss or partial unemployment (if partial employment, you must disclose information on what days you have worked or have used vacation/personal/holiday)**

Staley v FSR0205

- One week unpaid waiting period is waived for people out of work due to Coronavirus (COVID-19) closures or quarantines
- Ensure that you file in a timely manner in order sto avoid delay in receiving unemployment benefits

What You Need:

- Your Social Security number
- Your driver license or Motor Vehicle ID card number (if you have either one)
- Your complete mailing address and zip code
- A phone number where we can reach you from 8 am - 5 pm, Monday – Friday
- Your Alien Registration card number (if you are not a U.S. Citizen and have a card)
- Names and addresses of all your employers for the last 18 months, including those in other states
- Employer Registration number or Federal Employer Identification Number (FEIN) of your most recent employer (FEIN is on your W-2 forms)
  o Four Seasons Hotel New York FEIN is 161741079

How to File:

File Online

Website: https://applications.labor.ny.gov/IndividualReg/

File by Phone

Call Telephone Claims Center (TCC) at 888-209-8124

- Monday through Thursday, 8am – 7:30pm
- Friday, 8am – 6pm
- Saturday 7:30am – 8pm
- Interpreters are available for most languages

The day you should file is based on the first letter of your last name. If your last name starts with:

- A – F : File your claim on Monday
- G – N : File your claim on Tuesday
- O – Z : File your claim on Wednesday
- If you missed your filing day, file your claim on Thursday, Friday or Saturday. Filing later in the week will not delay your payments or affect the date of your claim, since all claims are effective on the Monday of the week in which they are filed.

TTY/TDD Users: Call a relay operator at (800) 662-1220 and ask the operator to call (888) 783-1370

Staley v FSR0206

**Travel Reimbursement:**

Since your health and safety remains our top priority, we are pleased to announce that the hotel will provide a daily travel reimbursement ($10 per day) to supplement parking fees, Uber, Lyft or other travel expenses for those employees physically working at the hotel. Each week you must provide a receipt of such expenses to People and Culture. Payment (up to a maximum of $50 per week) will be made via payroll.

Please see People and Culture for additional information.

**Health and Safety:**

- Your safety and well-being remains at the center of our approach. As a reminder, please continue to focus on the following:

    - Observe good personal hygiene
    - Avoid close contact with people who are unwell or showing symptoms of illness
    - Wash hands frequently with soap and water, or use hand sanitizer
    - Avoid touching eyes, nose, and mouth unless hands have been thoroughly washed
    - Cover coughs and sneezes with a tissue or arm, not the hand and dispose of used tissues immediately
    - Seek medical attention if feeling unwell
    - Stay home if feeling unwell
    - Avoid sharing food, utensils and personal hygiene items
    - Do not initiate handshakes when greeting guests or employees.

These are unprecedented times! Thank you for working together with us to help keep you and everyone else as safe as possible! If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team.

Warm Regards,

Elizabeth Ortiz

Director, People and Culture