

**FOUR SEASONS**
HOTEL
NEW YORK

May 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy. As we have continued to provide housing for the Health Care Professionals, we also remain aware of the various life changes that each of you may be going through. Our focus remains on continuing to provide you with as much information as we can.

In the last communication, which came from People and Culture on May 1, 2020, we indicated that we were looking at a potential re-open date of **June 15, 2020**. Since that time, our owner Ty Warner, has agreed to extend the complimentary housing for the Health Care Professionals through **June 30, 2020**.

In addition to that extension the social distancing guidelines and the stay-at-home orders still in place. Therefore, it is necessary to extend the suspension of regular hotel operations until **July 15, 2020**. We will advise if this date is to be revised or extended. We will continue to provide you with follow-up information as we receive it.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic.

I wish you and your families a good Memorial Day weekend! Stay safe and keep healthy!

Warm Regards,

*Rudy Tauscher*

Rudy Tauscher
General Manager

**EXHIBIT 76**

Staley v FSR0219