

**FOUR SEASONS**
HOTEL
NEW YORK

June 22, 2020

Dear Four Seasons Family:

I hope that this brief message finds you and your loved ones safe and healthy. I want to take this opportunity to thank each one of you for your continued commitment and dedication to Four Seasons New York. This has certainly been a challenging time on so many levels but Four Seasons New York remains strong because of all of you. As we approach the summer season, I remain aware of the various life adjustments that each of you may be experiencing. We continue to remain focused on you and the Four Seasons New York.

With that said, my last communication to you on May 22, 2020 indicated that we would be extending the Health Care Professionals complimentary housing through June 30, 2020. With June 30th right around the corner, I wanted to let you know that all Health Care Professionals will be leaving by **June 30, 2020** and the program will discontinue.

Upon departure of the Health Care Professionals, we will temporarily be suspending most of our hotel operations. During this time, the hotel will continue to operate with a reduced staffing to maintain the building's safety and security. The upcoming schedules will reflect these changes.

Unfortunately, we will **NOT** be resuming normal hotel operations on July 15, 2020 as we had hoped. We are now looking at a late summer re-opening date and will share more information as we have it.

If you have any questions or concerns do not hesitate to contact the Executive Committee, your Manager or the People & Culture team. Your safety and well-being remains at the center of our approach.

Please know that our focus is to continue managing the business as best we can during this COVID-19 Pandemic and the aftermath.

I hope that you and your families had a delightful Father's Day weekend! Stay safe and keep healthy!

Warm Regards,

*Rudy Tauscher*

Rudy Tauscher
General Manager



EXHIBIT 77

Staley v FSR0216