

**FOUR SEASONS**
HOTEL
NEW YORK

December 3, 2020

Dear Four Seasons New York Family:

We hope you, your families and loved ones remain safe and healthy.

Throughout this pandemic, we have worked hard to ensure we are communicating with you as transparently as possible. We know this time of uncertainty is stressful and we appreciate your continued patience and support.

While the safety of our guests and employees is always our primary concern, the pandemic continues to create challenging market conditions for New York. Most major attractions remain closed while restaurants suffer from several limitations. Travel restrictions are still prohibitive requiring travelers from 45 states to quarantine for at least 4 days. In addition, Coronavirus is now surging in states across the country as well as in several markets abroad, a situation that is expected to continue into the winter months.

As such, we wanted to let you know that given the current situation and difficult market conditions that persist, the Hotel will remain temporarily closed with an anticipated re-opening date of late April 2021.

During this challenging time of an extended closure, we will remain available to support you and will continue to be in touch with updates. With that said, for any questions or concerns, please do not hesitate to contact People & Culture or me directly.

Please know I am truly grateful for your strength and endurance during these unprecedented times. We will emerge from this stronger and better.

Wishing you a safe and healthy Holiday Season! .

With kind regards,

*Rudy Tauscher*

Rudy Tauscher
General Manager



EXHIBIT 80

Staley v FSR0211