To: DOL

**RE: Requesting A Hearing**

Date: Friday, September 8, 2021

From: Selena Staley
Social Security Number: ███████
Email: selenahar@msn.com

To Whom It May Concern:

Since, March of 2020 I have been on furlough with the Four Seasons Hotel 57 in NYC, caused by the Covid pandemic.

Four Seasons Hotel 57 has held virtual Town Halls with anticipated reopening dates in both 2020 and 2021 (please review attached documents) that has not yet come to fruition. On one of the virtual Town Hall discussions, it was stated by the Director of People and Culture, if you obtain employment elsewhere and the hotel doesn't reopen you have violated your contract with Four Seasons Hotel 57 and your severance will be forfeited. Now, they anticipate a reopening in Spring of 2022.

I have been a full-time working professional with Four Seasons Hotel for over 11 years. The hotel is still temporarily closed. My unemployment has ended and I have opened another claim. Due to my current situation with the hotel, I am hanging in limbo. Is there any other consideration?

Thank you for your time.

Sincerely,
Selena Staley

