| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000110025 | 1 |

# Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   02/29/2020
Period Ending:      03/06/2020
Pay Date:           03/12/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:    0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 34.97 | 1,181.64 | 11,096.64 |
| Holiday Pay | | | | 709.59 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,181.64** | 12,988.88 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -103.16 | 1,134.22 |
| | Social Security Tax | -73.25 | 805.20 |
| | Medicare Tax | -17.13 | 188.31 |
| | NY State Income Tax | -53.12 | 583.91 |
| | New York Cit Income Tax | -34.87 | 383.29 |
| | NY SUI/SDI Tax | -0.60 | 6.60 |
| | NY Paid Family Leave Ins | | 35.00 |
| | **Other** | | |
| | Ad&D | -1.85* | 29.35 |
| | N.Y.P F L -Curr | -3.19 | |
| | Optional Life | -9.59 | 105.49 |
| | 401K | -236.33 | 2,597.77 |
| | **Net Pay** | **$648.55** | |
| | Savings 1 | -648.55 | 7,128.66 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 18.59 |
| 401K Eligible | 1,181.64 | |
| Holiday Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

CONFIDENTIAL

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000110025
Pay date:        03/12/2020

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| | XXXX XXXX | $648.55 |

THIS IS NOT A CHECK


EXHIBIT 83

# NON-NEGOTIABLE

Staley v FSR0188

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000120024 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:  03/07/2020
Period Ending:     03/13/2020
Pay Date:          03/19/2020

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:          0,$25 Additional Tax
  NY:               0,$10 Additional Tax
  New York Cit:     0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 34.55 | 1,167.44 | 12,264.08 |
| Holiday Pay | | | | 709.59 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,167.44** | 14,156.32 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -101.79 | 1,236.01 |
| Social Security Tax | -72.37 | 877.57 |
| Medicare Tax | -16.93 | 205.24 |
| NY State Income Tax | -52.43 | 636.34 |
| New York Cit Income Tax | -34.40 | 417.69 |
| NY SUI/SDI Tax | -0.60 | 7.20 |
| NY Paid Family Leave Ins | | 38.23 |

**Other**

| | | |
|---|---|---|
| Ad&D | -1.85* | 22.20 |
| N.Y.P F L -Curr | -3.15 | |
| Optional Life | -9.59 | 115.08 |
| 401K | -233.49* | 2,831.26 |
| **Net Pay** | **$640.84** | |
| Savings 1 | -640.84 | 7,769.50 |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 20.28 |
| 401K Eligible | 1,167.44 | |
| Holiday Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

* Excluded from federal taxable wages
  Your federal taxable wages this period are $932.10

© 2000 ADP, LLC

---



HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000120024
Pay date:       03/19/2020

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | XXXX XXXX | $640.84 |

## NON-NEGOTIABLE

Staley v FSR0189

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000130024 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 03/14/2020
Period Ending:   03/20/2020
Pay Date:        03/26/2020

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.7900 | 14.00 | 473.06 | 12,737.14 |
| Furlou Payment | | | 473.06 | 473.06 |
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 946.12 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,182.65** | 15,338.97 |

Your federal taxable wages this period are $1,038.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -162.77 | 1,398.78 |
| | Social Security Tax | -73.32 | 950.89 |
| | Medicare Tax | -17.14 | 222.38 |
| | NY State Income Tax | -75.64 | 711.98 |
| | New York Cit Income Tax | -39.35 | 457.04 |
| | NY SUI/SDI Tax | -0.60 | 7.80 |
| | NY Paid Family Leave Ins | | 41.43 |
| **Other** | | | |
| | Ad&D | -1.85* | 24.05 |
| | N.Y.P F L -Curr | -3.20 | |
| | Optional Life | -9.59 | 124.67 |
| | 401K | -141.92* | 2,973.18 |
| **Net Pay** | | **$657.27** | |
| | Savings 1 | -657.27 | 8,426.77 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 21.97 |
| 401K Eligible | 709.59 | |
| Holiday Hrs | | 28.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

* Excluded from federal taxable wages

© 2000 ADP LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000130024
Pay date:       03/26/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮ | XXXX XXXX | $657.27 |



# NON-NEGOTIABLE

Staley v FSR0190

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000140025 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 03/21/2020
Period Ending:   03/27/2020
Pay Date:        04/02/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:      0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 1,182.65 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 15,575.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 23.66 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,423.78 |
| | Social Security Tax | -14.65 | 965.54 |
| | Medicare Tax | -3.43 | 225.81 |
| | NY State Income Tax | -11.38 | 723.36 |
| | New York Cit Income Tax | -6.67 | 463.71 |
| | NY SUI/SDI Tax | -0.60 | 8.40 |
| | NY Paid Family Leave Ins | | 42.07 |
| | **Other** | | |
| | Ad&D | -1.85* | 25.90 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 134.26 |
| | 401K | -47.31* | 3,020.49 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | -115.41 | 8,542.18 |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $187.37

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000140025
Pay date:       04/02/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓▓▓ | XXXX XXXX | $115.41 |

**NON-NEGOTIABLE**

Staley v FSR0191

Case 1:22-cv-06781-JSR  Document 108-43  Filed 05/31/24  Page 5 of 10

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000150021 | 1 |

# Earnings Statement  

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 03/28/2020
Period Ending: 04/03/2020
Pay Date: 04/09/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:       0,$25 Additional Tax
  NY:           0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 236.53 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 15,812.03 |

## Deductions

| | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,448.78 |
| | Social Security Tax | -14.66 | 980.20 |
| | Medicare Tax | -3.43 | 229.24 |
| | NY State Income Tax | -11.38 | 734.74 |
| | New York Cit Income Tax | -6.67 | 470.38 |
| | NY SUI/SDI Tax | -0.60 | 9.00 |
| | NY Paid Family Leave Ins | | 42.71 |
| | **Other** | | |
| | Ad&D | -1.85* | 27.75 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 143.85 |
| | 401K | -47.31 | 3,067.80 |
| | **Net Pay** | **$115.40** | |
| | Savings 1 | -115.40 | 8,657.58 |
| | **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 25.35 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 7.00 |
| Vaca Hrs | | 35.00 |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---



HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000150021
Pay date: 04/09/2020

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▬▬▬▬▬▬ | XXXX XXXX | $115.40 |

## NON-NEGOTIABLE

Staley v FSR0192

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000160018 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 04/04/2020
Period Ending: 04/10/2020
Pay Date: 04/16/2020

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 473.06 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 16,048.56 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,473.78 |
| | Social Security Tax | -14.65 | 994.85 |
| | Medicare Tax | -3.43 | 232.67 |
| | NY State Income Tax | -11.38 | 746.12 |
| | New York Cit Income Tax | -6.67 | 477.05 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | NY Paid Family Leave Ins | | 43.35 |
| | **Other** | | |
| | Ad&D | -1.85* | 9.60 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 153.44 |
| | 401K | -47.31 | 3,115.11 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | -115.41 | 8,772.99 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 27.04 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 14.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

CONFIDENTIAL

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000160018
Pay date:        04/16/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | XXXX XXXX | $115.41 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Staley v FSR0193

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000170016 | 1 |

# Earnings Statement 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 04/11/2020
Period Ending: 04/17/2020
Pay Date: 04/23/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Birthday Pay | 33.7900 | 7.00 | 236.53 | 709.59 |
| Regular | | | | 12,737.14 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 1,182.65 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 16,285.09 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,498.78 |
| | Social Security Tax | -14.66 | 1,009.51 |
| | Medicare Tax | -3.42 | 236.09 |
| | NY State Income Tax | -11.38 | 757.50 |
| | New York Cit Income Tax | -6.67 | 483.72 |
| | NY SUI/SDI Tax | -0.60 | 10.20 |
| | NY Paid Family Leave Ins | | 43.99 |
| | **Other** | | |
| | Ad&D | -1.85* | 31.45 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 163.03 |
| | 401K | -47.31* | 3,162.42 |
| | **Net Pay** | **$115.41** | |
| | Savings 1 | -115.41 | 8,888.40 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 28.73 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 35.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* Excluded from federal taxable wages
Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000170016
Pay date:        04/23/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮▮ | XXXX XXXX | $115.41 |



# NON-NEGOTIABLE

Staley v FSR0194

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000510010 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 12/05/2020
Period Ending:  12/11/2020
Pay Date:       12/17/2020

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:       0,$25 Additional Tax
  NY:            0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 35.00 | 1,182.65 | 2,365.30 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,182.65** | 17,467.74 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -103.25 | 1,602.03 |
| Social Security Tax | -73.31 | 1,082.82 |
| Medicare Tax | -17.15 | 253.24 |
| NY State Income Tax | -53.17 | 810.67 |
| New York Cit Income Tax | -34.91 | 518.63 |
| NY SUI/SDI Tax | -0.60 | 10.80 |
| NY Paid Family Leave Ins | | 47.18 |

**Other**

| | | |
|---|---|---|
| Ad&D | -1.85* | 33.30 |
| N.Y.P F L -Curr | -3.19 | |
| Optional Life | -9.59 | 172.62 |
| 401K | -236.53* | 3,398.95 |
| **Net Pay** | **$649.10** | |
| Savings 1 | -649.10 | 9,537.50 |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 30.42 |
| 401K Eligible | 1,182.65 | |
| Holiday Hrs | | 70.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

\* Excluded from federal taxable wages
Your federal taxable wages this period are $944.27

© 2000 ADP LLC

---



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000510010
Pay date:       12/17/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | XXXX XXXX | $649.10 |

## NON-NEGOTIABLE

Staley v FSR0195

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000520009 | 1 |

# Earnings Statement 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 12/12/2020
Period Ending: 12/18/2020
Pay Date: 12/24/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:           0,$25 Additional Tax
  NY:                0,$10 Additional Tax
  New York Cit:      0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Pay | 33.7900 | 7.00 | 236.53 | 2,601.83 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$236.53** | 17,704.27 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.69 | 32.11 |
| 401K Eligible | 236.53 | |
| Holiday Hrs | | 77.00 |
| Personal Hrs | | 21.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 1,627.03 |
| | Social Security Tax | -14.66 | 1,097.48 |
| | Medicare Tax | -3.43 | 256.67 |
| | NY State Income Tax | -11.38 | 822.05 |
| | New York Cit Income Tax | -6.67 | 525.30 |
| | NY SUI/SDI Tax | -0.60 | 11.40 |
| | NY Paid Family Leave Ins | | 47.82 |
| | **Other** | | |
| | Ad&D | -1.85* | 35.15 |
| | N.Y.P F L -Curr | -0.64 | |
| | Optional Life | -9.59 | 182.21 |
| | 401K | -47.31 | 3,446.26 |
| | **Net Pay** | **$115.40** | |
| | Savings 1 | -115.40 | 9,652.90 |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $187.37

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000520009
Pay date: 12/24/2020

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | ▉▉▉▉▉ | XXXX XXXX | $115.40 |



# NON-NEGOTIABLE

Staley v FSR0196

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000530019 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   12/19/2020
Period Ending:      12/25/2020
Pay Date:           12/31/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:           0,$25 Additional Tax
  NY:                0,$10 Additional Tax
  New York Cit:      0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK, NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sick Pay | 33.7900 | 49.00 | 1,655.71 | 1,655.71 |
| Regular | | | | 12,737.14 |
| Birthday Pay | | | | 709.59 |
| Furlou Payment | | | | 473.06 |
| Holiday Pay | | | | 2,601.83 |
| Vacation Pay | | | | 1,182.65 |
| **Gross Pay** | | | **$1,655.71** | 19,359.98 |

Your federal taxable wages this period are
$1,324.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Eligible | 1,655.71 | |
| Group Term Life | | 32.11 |
| Holiday Hrs | | 77.00 |
| Personal Hrs | | 21.00 |
| Sick Hrs | | 49.00 |
| Vaca Hrs | | 35.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -148.89 | 1,775.92 |
| | Social Security Tax | -102.65 | 1,200.13 |
| | Medicare Tax | -24.01 | 280.68 |
| | NY State Income Tax | -76.33 | 898.38 |
| | New York Cit Income Tax | -50.76 | 576.06 |
| | NY SUI/SDI Tax | -0.60 | 12.00 |
| | NY Paid Family Leave Ins | | 52.29 |
| | **Other** | | |
| | N.Y.P F L -Curr | -4.47 | |
| | 401K | -331.14* | 3,777.40 |
| | Ad&D | | 35.15 |
| | Optional Life | | 182.21 |
| | **Net Pay** | **$916.86** | |
| | Savings 1 | -916.86 | 10,569.76 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000530019
Pay date:        12/31/2020

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓▓▓ | XXXX XXXX | $916.86 |

## NON-NEGOTIABLE

Staley v FSR0197