| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000420015 | 1 |

**Earnings Statement** 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 10/09/2021
Period Ending: 10/15/2021
Pay Date: 10/21/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 500.00 |
| **Gross Pay** | | | **$500.00** | 500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 110.00 |
| | Social Security Tax | -31.00 | 31.00 |
| | Medicare Tax | -7.25 | 7.25 |
| | NY State Income Tax | -68.90 | 68.90 |
| | New York Cit Income Tax | -21.25 | 21.25 |
| | NY Paid Family Leave Ins | -2.56 | 2.56 |
| **Net Pay** | | **$259.04** | |
| | Savings 1 | -259.04 | 259.04 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $500.00



HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000420015
Pay date: 10/21/2021

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| | XXXX  XXXX | $259.04 |

EXHIBIT 84

**NON-NEGOTIABLE**

Staley v FSR0224

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000430010 | 1 |

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

## Earnings Statement 

Period Beginning: 10/16/2021
Period Ending: 10/22/2021
Pay Date: 10/28/2021

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0,$25 Additional Tax
 NY: 0,$10 Additional Tax
 New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 1,000.00 |
| **Gross Pay** | | | **$500.00** | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 220.00 |
| | Social Security Tax | -31.00 | 62.00 |
| | Medicare Tax | -7.25 | 14.50 |
| | NY State Income Tax | -68.90 | 137.80 |
| | New York Cit Income Tax | -21.25 | 42.50 |
| | NY Paid Family Leave Ins | -2.56 | 5.12 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 518.08 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

*CONFIDENTIAL*

© 2000 ADP, LLC

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000430010
Pay date: 10/28/2021

Deposited to the account of
SELENA S STALEY

| | account number | transit ABA | amount |
|---|---|---|---|
| | ▬▬▬▬ | XXXX XXXX | $259.04 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE

Staley v FSR0225

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000440011 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 10/23/2021
Period Ending: 10/29/2021
Pay Date: 11/04/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 1,500.00 |
| Gross Pay | | | $500.00 | 1,500.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 330.00 |
| | Social Security Tax | -31.00 | 93.00 |
| | Medicare Tax | -7.25 | 21.75 |
| | NY State Income Tax | -68.90 | 206.70 |
| | New York Cit Income Tax | -21.25 | 63.75 |
| | NY Paid Family Leave Ins | -2.56 | 7.68 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 777.12 |
| | Net Check | $0.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000440011
Pay date: 11/04/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | | XXXX XXXX | $259.04 |

**NON-NEGOTIABLE**

Staley v FSR0226

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000450009 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   10/30/2021
Period Ending:      11/05/2021
Pay Date:           11/10/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 2,000.00 |
| **Gross Pay** | | | **$500.00** | 2,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 440.00 |
| | Social Security Tax | -31.00 | 124.00 |
| | Medicare Tax | -7.25 | 29.00 |
| | NY State Income Tax | -68.90 | 275.60 |
| | New York Cit Income Tax | -21.25 | 85.00 |
| | NY Paid Family Leave Ins | -2.56 | 10.24 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,036.16 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

© 2000 ADP LLC

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000450009
Pay date:        11/10/2021

Deposited to the account of
**SELENA S STALEY**

| account number | transit | ABA | amount |
|---|---|---|---|
| | XXXX | XXXX | $259.04 |



## NON-NEGOTIABLE

Staley v FSR0227

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000460010 | 1 |

**Earnings Statement** 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 11/06/2021
Period Ending: 11/12/2021
Pay Date: 11/18/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 2,500.00 |
| **Gross Pay** | | | **$500.00** | 2,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 550.00 |
| | Social Security Tax | -31.00 | 155.00 |
| | Medicare Tax | -7.25 | 36.25 |
| | NY State Income Tax | -68.90 | 344.50 |
| | New York Cit Income Tax | -21.25 | 106.25 |
| | NY Paid Family Leave Ins | -2.56 | 12.80 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,295.20 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000460010
Pay date:        11/18/2021

Deposited to the account of
SELENA S STALEY

| account number | transit ABA | amount |
|---|---|---|
| ▓▓▓▓▓ | XXXX XXXX | $259.04 |

**NON-NEGOTIABLE**

Staley v FSR0228

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000470010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 11/13/2021
Period Ending: 11/19/2021
Pay Date: 11/24/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:    0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 3,000.00 |
| **Gross Pay** | | | **$500.00** | 3,000.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 660.00 |
| | Social Security Tax | -31.00 | 186.00 |
| | Medicare Tax | -7.25 | 43.50 |
| | NY State Income Tax | -68.90 | 413.40 |
| | New York Cit Income Tax | -21.25 | 127.50 |
| | NY Paid Family Leave Ins | -2.56 | 15.36 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 1,554.24 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000470010
Pay date:       11/24/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | | XXXX XXXX | $259.04 |

# NON-NEGOTIABLE

Staley v FSR0229

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000480010 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 11/20/2021
Period Ending: 11/26/2021
Pay Date: 12/02/2021

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0,$25 Additional Tax
 NY: 0,$10 Additional Tax
 New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 3,500.00 |
| Gross Pay | | | $500.00 | 3,500.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 770.00 |
| | Social Security Tax | -31.00 | 217.00 |
| | Medicare Tax | -7.25 | 50.75 |
| | NY State Income Tax | -68.90 | 482.30 |
| | New York Cit Income Tax | -21.25 | 148.75 |
| | NY Paid Family Leave Ins | -2.56 | 17.92 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 1,813.28 |
| | Net Check | $0.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000480010
Pay date: 12/02/2021

Deposited to the account of
SELENA S STALEY

| account number | transit | ABA | amount |
|---|---|---|---|
| ▬▬▬ | XXXX | XXXX | $259.04 |



**NON-NEGOTIABLE**

Staley v FSR0230

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000490010 | 1 |

**Earnings Statement** 

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 11/27/2021
Period Ending:   12/03/2021
Pay Date:        12/09/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:       0,$25 Additional Tax
  NY:            0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 4,000.00 |
| Gross Pay | | | $500.00 | 4,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 880.00 |
| | Social Security Tax | -31.00 | 248.00 |
| | Medicare Tax | -7.25 | 58.00 |
| | NY State Income Tax | -68.90 | 551.20 |
| | New York Cit Income Tax | -21.25 | 170.00 |
| | NY Paid Family Leave Ins | -2.56 | 20.48 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 2,072.32 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000490010
Pay date:        12/09/2021

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮ | XXXX XXXX | $259.04 |

# NON-NEGOTIABLE

Staley v FSR0231

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000500010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   12/04/2021
Period Ending:      12/10/2021
Pay Date:           12/16/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:              0,$10 Additional Tax
  New York Cit:    0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 4,500.00 |
| **Gross Pay** | | | **$500.00** | 4,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 990.00 |
| | Social Security Tax | -31.00 | 279.00 |
| | Medicare Tax | -7.25 | 65.25 |
| | NY State Income Tax | -68.90 | 620.10 |
| | New York Cit Income Tax | -21.25 | 191.25 |
| | NY Paid Family Leave Ins | -2.56 | 23.04 |
| | **Net Pay** | **$259.04** | |
| | Savings 1 | -259.04 | 2,331.36 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:   00000500010
Pay date:        12/16/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | | XXXX XXXX | $259.04 |

**NON-NEGOTIABLE**

Staley v FSR0232



# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000510010 | 1 |

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 12/11/2021
Period Ending: 12/17/2021
Pay Date: 12/23/2021

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 5,000.00 |
| Gross Pay | | | $500.00 | 5,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 1,100.00 |
| | Social Security Tax | -31.00 | 310.00 |
| | Medicare Tax | -7.25 | 72.50 |
| | NY State Income Tax | -68.90 | 689.00 |
| | New York Cit Income Tax | -21.25 | 212.50 |
| | NY Paid Family Leave Ins | -2.56 | 25.60 |
| | Net Pay | $259.04 | |
| | Savings 1 | -259.04 | 2,590.40 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

---

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:  00000510010
Pay date:       12/23/2021

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | XXXX XXXX | $259.04 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0233

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000520010 | 1 |

## Earnings Statement 

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 12/18/2021
Period Ending: 12/24/2021
Pay Date: 12/30/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$25 Additional Tax
  NY: 0,$10 Additional Tax
  New York Cit: 0,$5 Additional Tax

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 5,500.00 |
| Gross Pay | | | $500.00 | 5,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 1,210.00 |
| | Social Security Tax | -31.00 | 341.00 |
| | Medicare Tax | -7.25 | 79.75 |
| | NY State Income Tax | -68.90 | 757.90 |
| | New York Cit Income Tax | -21.25 | 233.75 |
| | NY Paid Family Leave Ins | -2.56 | 28.16 |
| Net Pay | | $259.04 | |
| | Savings 1 | -259.04 | 2,849.44 |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $500.00

© 2000 ADP, LLC

---

HOTEL 57 SERVICES, LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000520010
Pay date: 12/30/2021

Deposited to the account of
**SELENA S STALEY**

| account number | transit | ABA | amount |
|---|---|---|---|
| | XXXX | XXXX | $259.04 |

## NON-NEGOTIABLE

Staley v FSR0234