| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000160010 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 04/09/2022 |
| Period Ending: | 04/15/2022 |
| Pay Date: | 04/21/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:              0,$25 Additional Tax
NY:                   0,$10 Additional Tax
New York Cit:         0,$5 Additional Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 8,000.00 |
| **Gross Pay** | | | **$500.00** | 8,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| Federal Income Tax | -110.00 | | 1,760.00 |
| Social Security Tax | -31.00 | | 496.00 |
| Medicare Tax | -7.25 | | 116.00 |
| NY State Income Tax | -58.50 | | 936.00 |
| New York Cit Income Tax | -21.25 | | 340.00 |
| NY Paid Family Leave Ins | -2.56 | | 40.96 |
| **Net Pay** | **$269.44** | | |
| Savings 1 | -269.44 | | 4,311.04 |
| **Net Check** | **$0.00** | | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP  LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Advice number: | 00000160010 |
|---|---|
| Pay date: | 04/21/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA  S  STALEY | �\_\_\_\_▊ | xxxx  xxxx | $269.44 |





**NON-NEGOTIABLE**

Staley v FSR0168

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000170009 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 04/16/2022 |
| Period  Ending: | 04/22/2022 |
| Pay  Date: | 04/28/2022 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:                0,$25  Additional   Tax
NY:                      0,$10  Additional   Tax
New  York  Cit:     0,$5  Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance  Pay | | | 500.00 | 8,500.00 |
| Gross Pay | | | $500.00 | 8,500.00 |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS  212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal  Income  Tax | -110.00 | 1,870.00 |
| | Social  Security  Tax | -31.00 | 527.00 |
| | Medicare  Tax | -7.25 | 123.25 |
| | NY  State  Income  Tax | -58.50 | 994.50 |
| | New  York  Cit  Income  Tax | -21.25 | 361.25 |
| | NY  Paid  Family  Leave  Ins | -2.56 | 43.52 |
| | Net Pay | $269.44 | |
| | Savings  1 | -269.44 | 4,580.48 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000 ADP, LLC

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Advice  number: | 00000170009 |
| Pay  date: | 04/28/2022 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | | xxxx  xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0169

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000180009 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     04/23/2022
Period Ending:        04/29/2022
Pay Date:             05/05/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional  Tax
  NY:             0,$10 Additional  Tax
  New York Cit:   0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 9,000.00 |
| **Gross Pay** | | | **$500.00** | 9,000.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 1,980.00 |
| | Social Security Tax | -31.00 | 558.00 |
| | Medicare Tax | -7.25 | 130.50 |
| | NY State Income Tax | -58.50 | 1,053.00 |
| | New York Cit Income Tax | -21.25 | 382.50 |
| | NY Paid Family Leave Ins | -2.56 | 46.08 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 4,849.92 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:        00000180009
Pay date:             05/05/2022

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0170

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000190009 | 1 |

**Earnings Statement**  

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     04/30/2022
Period Ending:        05/06/2022
Pay Date:             05/12/2022

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:       0,$25 Additional Tax
  NY:            0,$10 Additional Tax
  New York Cit:  0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 9,500.00 |
| Gross Pay | | | $500.00 | 9,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 2,090.00 |
| | Social Security Tax | -31.00 | 589.00 |
| | Medicare Tax | -7.25 | 137.75 |
| | NY State Income Tax | -58.50 | 1,111.50 |
| | New York Cit Income Tax | -21.25 | 403.75 |
| | NY Paid Family Leave Ins | -2.56 | 48.64 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 5,119.36 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00



© 2000 ADP LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:     00000190009
Pay date:          05/12/2022

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | ▮▮▮▮ | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0171

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000280009 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/02/2022 |
| Period Ending: | 07/08/2022 |
| Pay Date: | 07/14/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:            0,$25 Additional  Tax
NY:                 0,$10 Additional  Tax
New York Cit:       0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 1,000.00 | 10,500.00 |
| Gross Pay | | | **$1,000.00** | 10,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -220.00 | 2,310.00 |
| | Social Security Tax | -62.00 | 651.00 |
| | Medicare Tax | -14.50 | 152.25 |
| | NY State Income Tax | -117.00 | 1,228.50 |
| | New York Cit Income Tax | -42.50 | 446.25 |
| | NY Paid Family Leave Ins | -5.11 | 53.75 |
| | Net Pay | **$538.89** | |
| | Savings 1 | -538.89 | 5,658.25 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are
$1,000.00

© 2000 A.D.P., LLC



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | | |
|---|---|---|
| Advice number: | | 00000280009 |
| Pay date: | | 07/14/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| SELENA S STALEY | ▇▇▇▇ | xxxx xxxx | $538.89 |

**NON-NEGOTIABLE**

Staley v FSR0172

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000290010 | 1 |

# Earnings Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 07/09/2022 |
| Period  Ending: | 07/15/2022 |
| Pay  Date: | 07/21/2022 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:            0,$25  Additional  Tax
NY:                 0,$10  Additional  Tax
New York Cit:    0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance  Pay | | | 500.00 | 11,000.00 |
| Gross Pay | | | $500.00 | 11,000.00 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110 .00 | 2,420.00 |
| | Social  Security  Tax | -31 .00 | 682.00 |
| | Medicare  Tax | -7 .25 | 159.50 |
| | NY  State  Income  Tax | -58 .50 | 1,287.00 |
| | New  York  Cit Income Tax | -21 .25 | 467.50 |
| | NY  Paid  Family  Leave  Ins | -2 .56 | 56.31 |
| | Net Pay | $269.44 | |
| | Savings  1 | -269 .44 | 5,927.69 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00



© 2000  ADP, LLC

HOTEL  57  SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| Advice number: | 00000290010 |
|----------------|-------------|
| Pay  date: | 07/21/2022 |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| **SELENA  S  STALEY** | ▓▓▓▓▓ | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0173

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000300010 | 1 |

**Earnings Statement**



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 07/16/2022 |
| Period Ending: | 07/22/2022 |
| Pay Date: | 07/28/2022 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:           0,$25 Additional Tax
NY:                0,$10 Additional Tax
New York Cit:      0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 11,500.00 |
| **Gross Pay** | | | **$500.00** | 11,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 2,530.00 |
| | Social Security Tax | -31.00 | 713.00 |
| | Medicare Tax | -7.25 | 166.75 |
| | NY State Income Tax | -58.50 | 1,345.50 |
| | New York Cit Income Tax | -21.25 | 488.75 |
| | NY Paid Family Leave Ins | -2.56 | 58.87 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 6,197.13 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP LLC

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Advice number: | 00000300010 |
| Pay date: | 07/28/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0174

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000310008 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 07/23/2022 |
| Period  Ending: | 07/29/2022 |
| Pay  Date: | 08/04/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:                    0,$25  Additional   Tax
NY:                         0,$10  Additional   Tax
New York Cit:          0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Severance  Pay | | | 500.00 | 12,000.00 |
| **Gross Pay** | | | **$500.00** | 12,000.00 |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110 .00 | 2,640.00 |
| | Social Security Tax | -31 .00 | 744.00 |
| | Medicare Tax | -7 .25 | 174.00 |
| | NY State Income Tax | -58 .50 | 1,404.00 |
| | New York Cit Income Tax | -21 .25 | 510.00 |
| | NY Paid Family Leave Ins | -2 .56 | 61.43 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269 .44 | 6,466.57 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

THIS IS NOT A CHECK

© 2000  ADP,  LLC

HOTEL 57 SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | | |
|---|---|---|
| **Advice number:** | | 00000310008 |
| Pay  date: | | 08/04/2022 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0175



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000320008 | 1 |

## Earnings Statement

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     07/30/2022
Period Ending:        08/05/2022
Pay Date:             08/11/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:         0,$25 Additional Tax
NY:              0,$10 Additional Tax
New York Cit:    0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 12,500.00 |
| Gross Pay | | | $500.00 | 12,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| Federal Income Tax | -110.00 | 2,750.00 |
| Social Security Tax | -31.00 | 775.00 |
| Medicare Tax | -7.25 | 181.25 |
| NY State Income Tax | -58.50 | 1,462.50 |
| New York Cit Income Tax | -21.25 | 531.25 |
| NY Paid Family Leave Ins | -2.56 | 63.99 |
| Net Pay | $269.44 | |
| Savings 1 | -269.44 | 6,736.01 |
| Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:      00000320008
Pay date:           08/11/2022

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| SELENA S STALEY | | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0176

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000330008 | 1 |

# Earnings Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

Period  Beginning:      08/06/2022
Period  Ending:          08/12/2022
Pay  Date:                  08/18/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:                0,$25  Additional  Tax
  NY:                        0,$10  Additional  Tax
  New  York  Cit:     0,$5  Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance  Pay | | | 500.00 | 13,000.00 |
| Gross Pay | | | $500.00 | 13,000.00 |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS  212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 2,860.00 |
| | Social Security Tax | -31.00 | 806.00 |
| | Medicare Tax | -7.25 | 188.50 |
| | NY State Income Tax | -58.50 | 1,521.00 |
| | New York Cit Income Tax | -21.25 | 552.50 |
| | NY Paid Family Leave Ins | -2.56 | 66.55 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 7,005.45 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000  ADP,  Inc

HOTEL  57  SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

Advice  number:         00000330008
Pay  date:                   08/18/2022

Deposited  to  the  account  of
**SELENA  S  STALEY**

| | account  number | transit  ABA | amount |
|--|-----------------|--------------|--------|
| | ▮▮▮▮▮ | xxxx  xxxx | $269.44 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0177

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000340008 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 08/13/2022 |
| Period Ending: | 08/19/2022 |
| Pay Date: | 08/25/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0,$25 Additional Tax
  NY:             0,$10 Additional Tax
  New York Cit:   0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 13,500.00 |
| **Gross Pay** | | | **$500.00** | 13,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 2,970.00 |
| | Social Security Tax | -31.00 | 837.00 |
| | Medicare Tax | -7.25 | 195.75 |
| | NY State Income Tax | -58.50 | 1,579.50 |
| | New York Cit Income Tax | -21.25 | 573.75 |
| | NY Paid Family Leave Ins | -2.56 | 69.11 |
| **Net Pay** | | **$269.44** | |
| Savings 1 | | -269.44 | 7,274.89 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $500.00



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| **Advice number:** | 00000340008 |
| Pay date: | 08/25/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | ▮▮▮▮▮ | xxxx xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0178

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000350008 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 08/20/2022 |
| Period  Ending: | 08/26/2022 |
| Pay  Date: | 09/01/2022 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
Federal:                0,$25  Additional   Tax
NY:                       0,$10  Additional   Tax
New  York  Cit:        0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Severance Pay | | | 500.00 | 14,000.00 |
| Gross Pay | | | $500.00 | 14,000.00 |

**Important  Notes**

YOUR  COMPANY   PHONE  NUMBER  IS  212-758-5700

| Deductions | Statutory | |
|------------|-----------|--|
| | Federal  Income  Tax | -110.00 | 3,080.00 |
| | Social  Security  Tax | -31.00 | 868.00 |
| | Medicare  Tax | -7.25 | 203.00 |
| | NY  State  Income  Tax | -58.50 | 1,638.00 |
| | New  York  Cit  Income  Tax | -21.25 | 595.00 |
| | NY  Paid  Family  Leave  Ins | -2.56 | 71.67 |
| | Net Pay | $269.44 | |
| | Savings  1 | -269.44 | 7,544.33 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000  ADP,  Inc

HOTEL  57  SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| **Advice  number:** | 00000350008 |
| Pay  date: | 09/01/2022 |

THIS IS NOT A CHECK

| Deposited   to  the  account  of | account  number | transit  ABA | amount |
|----------------------------------|-----------------|--------------|--------|
| SELENA  S  STALEY | | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0179

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MZG** | 004189 | 100202 | | 0000360008 | 1 |

# Earnings Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57 EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

Period  Beginning:     08/27/2022
Period  Ending:        09/02/2022
Pay  Date:             09/08/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:           0,$25  Additional   Tax
NY:                0,$10  Additional   Tax
New York Cit:      0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 14,500.00 |
| **Gross Pay** | | | **$500.00** | 14,500.00 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 3,190.00 |
| | Social Security Tax | -31.00 | 899.00 |
| | Medicare Tax | -7.25 | 210.25 |
| | NY State Income Tax | -58.50 | 1,696.50 |
| | New York Cit Income Tax | -21.25 | 616.25 |
| | NY Paid Family Leave Ins | -2.56 | 74.23 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 7,813.77 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are $500.00

© 2000 ADP, Inc



HOTEL 57 SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57 EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

Advice  number:        00000360008
Pay  date:             09/08/2022

| Deposited  to the account  of | account number | transit ABA | amount |
|-------------------------------|----------------|-------------|--------|
| **SELENA  S  STALEY** | ▮▮▮▮ | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0180

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000370008 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 09/03/2022 |
| Period  Ending: | 09/09/2022 |
| Pay  Date: | 09/15/2022 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
Federal:          0,$25  Additional   Tax
NY:              0,$10  Additional   Tax
New  York  Cit:   0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Severance  Pay | | | 500.00 | 15,000.00 |
| **Gross  Pay** | | | **$500.00** | 15,000.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal  Income  Tax | -110 .00 | 3,300.00 |
| | Social  Security  Tax | -31 .00 | 930.00 |
| | Medicare  Tax | -7 .25 | 217.50 |
| | NY  State  Income  Tax | -58 .50 | 1,755.00 |
| | New  York  Cit  Income  Tax | -21 .25 | 637.50 |
| | NY  Paid  Family  Leave  Ins | -2 .56 | 76.79 |
| | **Net  Pay** | **$269.44** | |
| | Savings  1 | -269 .44 | 8,083.21 |
| | **Net  Check** | **$0.00** | |

**Important  Notes**
YOUR  COMPANY   PHONE   NUMBER   IS  212-758-5700

Your  federal  taxable  wages  this  period  are  $500.00

© 2000  ADP,  Inc.

CONFIDENTIAL

---

HOTEL  57  SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| Advice  number: | 00000370008 |
|-----------------|-------------|
| Pay  date: | 09/15/2022 |

| Deposited   to  the  account  of | account  number | transit  ABA | amount |
|----------------------------------|-----------------|--------------|--------|
| **SELENA  S  STALEY** | | xxxx  xxxx | $269.44 |

THIS  IS  NOT  A  CHECK

**NON-NEGOTIABLE**

Staley v FSR0181

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000380008 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 09/10/2022
Period Ending: 09/16/2022
Pay Date: 09/22/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:          0,$25 Additional  Tax
  NY:               0,$10 Additional  Tax
  New York Cit:  0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 15,500.00 |
| **Gross Pay** | | | **$500.00** | 15,500.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 3,410.00 |
| | Social Security Tax | -31.00 | 961.00 |
| | Medicare Tax | -7.25 | 224.75 |
| | NY State Income Tax | -58.50 | 1,813.50 |
| | New York Cit Income Tax | -21.25 | 658.75 |
| | NY Paid Family Leave Ins | -2.56 | 79.35 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 8,352.65 |
| | **Net Check** | **$0.00** | |

## Important Notes
YOUR COMPANY PHONE NUMBER IS 212-758-5700

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:        00000380008
Pay date:             09/22/2022

THIS IS NOT A CHECK

| Deposited  to the account  of | account number | transit ABA | amount |
|-------------------------------|----------------|-------------|--------|
| **SELENA  S  STALEY** | ▆▆▆▆ | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0182



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000390008 | 1 |

# Earnings  Statement

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period  Beginning:        09/17/2022
Period  Ending:           09/23/2022
Pay  Date:                09/29/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:            0,$25 Additional  Tax
NY:                 0,$10 Additional  Tax
New York Cit:       0,$5 Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to date |
|----------|------|-------|--------------|---------------|
| Severance  Pay | | | 500.00 | 16,000.00 |
| Gross  Pay | | | $500.00 | 16,000.00 |

**Important  Notes**
YOUR  COMPANY   PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| Federal Income Tax | -110.00 | 3,520.00 |
| Social Security Tax | -31.00 | 992.00 |
| Medicare Tax | -7.25 | 232.00 |
| NY State Income Tax | -58.50 | 1,872.00 |
| New York Cit Income Tax | -21.25 | 680.00 |
| NY Paid Family Leave Ins | -2.56 | 81.91 |
| Net  Pay | $269.44 | |
| Savings 1 | -269.44 | 8,622.09 |
| Net  Check | $0.00 | |

Your  federal  taxable  wages  this  period  are $500.00

© 2000  ADP,  Inc

HOTEL 57 SERVICES ,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

**Advice number:**        00000390008
Pay  date:                09/29/2022

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| **SELENA  S  STALEY** | | xxxx  xxxx | $269.44 |



# NON-NEGOTIABLE

Staley v FSR0183

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000400008 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:      09/24/2022
Period Ending:        09/30/2022
Pay Date:             10/06/2022

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:              0,$25 Additional Tax
NY:                   0,$10 Additional Tax
New York Cit:         0,$5 Additional Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 16,500.00 |
| **Gross Pay** | | | **$500.00** | 16,500.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 3,630.00 |
| | Social Security Tax | -31.00 | 1,023.00 |
| | Medicare Tax | -7.25 | 239.25 |
| | NY State Income Tax | -58.50 | 1,930.50 |
| | New York Cit Income Tax | -21.25 | 701.25 |
| | NY Paid Family Leave Ins | -2.56 | 84.47 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 8,891.53 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:        00000400008
Pay date:            10/06/2022

Deposited  to the account  of
**SELENA  S  STALEY**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | ▆▆▆▆ | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Staley v FSR0184



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000410007 | 1 |

## Earnings Statement

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning: 10/01/2022
Period Ending: 10/07/2022
Pay Date: 10/13/2022

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0,$25 Additional Tax
NY: 0,$10 Additional Tax
New York Cit: 0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 17,000.00 |
| Gross Pay | | | $500.00 | 17,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|-----|-----|
| | Federal Income Tax | -110.00 | 3,740.00 |
| | Social Security Tax | -31.00 | 1,054.00 |
| | Medicare Tax | -7.25 | 246.50 |
| | NY State Income Tax | -58.50 | 1,989.00 |
| | New York Cit Income Tax | -21.25 | 722.50 |
| | NY Paid Family Leave Ins | -2.56 | 87.03 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 9,160.97 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number: 00000410007
Pay date: 10/13/2022

Deposited to the account of
**SELENA S STALEY**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| ▆▆▆▆ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0185

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000420008 | 1 |

# Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     10/08/2022
Period Ending:        10/14/2022
Pay Date:             10/20/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        0,$25 Additional  Tax
  NY:             0,$10 Additional  Tax
  New York Cit:   0,$5 Additional  Tax

**SELENA  S STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 17,500.00 |
| Gross Pay | | | $500.00 | 17,500.00 |

**Important Notes**

YOUR COMPANY  PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 3,850.00 |
| | Social Security Tax | -31.00 | 1,085.00 |
| | Medicare Tax | -7.25 | 253.75 |
| | NY State Income Tax | -58.50 | 2,047.50 |
| | New York Cit Income Tax | -21.25 | 743.75 |
| | NY Paid Family Leave Ins | -2.56 | 89.59 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 9,430.41 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:     00000420008
Pay date:          10/20/2022

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| SELENA  S STALEY | | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0186

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000430007 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| | |
|---|---|
| Period Beginning: | 10/15/2022 |
| Period Ending: | 10/21/2022 |
| Pay Date: | 10/27/2022 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:              0,$25 Additional  Tax
NY:                    0,$10 Additional  Tax
New York Cit:      0,$5 Additional  Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 18,000.00 |
| Gross Pay | | | **$500.00** | 18,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -110.00 | 3,960.00 |
| | Social Security Tax | -31.00 | 1,116.00 |
| | Medicare Tax | -7.25 | 261.00 |
| | NY State Income Tax | -58.50 | 2,106.00 |
| | New York Cit Income Tax | -21.25 | 765.00 |
| | NY Paid Family Leave Ins | -2.56 | 92.15 |
| | Net Pay | **$269.44** | |
| | Savings 1 | -269.44 | 9,699.85 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2000 ADP, Inc.

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

| Advice number: | 00000430007 |
|----------------|-------------|
| Pay date: | 10/27/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **SELENA S STALEY** | ▮▮▮▮▮ | xxxx xxxx | $269.44 |

## NON-NEGOTIABLE

Staley v FSR0187

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000440007 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:     10/22/2022
Period Ending:        10/28/2022
Pay Date:             11/03/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:              0,$25 Additional  Tax
NY:                   0,$10 Additional  Tax
New York Cit:         0,$5 Additional  Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Severance Pay | | | 500.00 | 18,500.00 |
| Gross Pay | | | $500.00 | 18,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 4,070.00 |
| | Social Security Tax | -31.00 | 1,147.00 |
| | Medicare Tax | -7.25 | 268.25 |
| | NY State Income Tax | -58.50 | 2,164.50 |
| | New York Cit Income Tax | -21.25 | 786.25 |
| | NY Paid Family Leave Ins | -2.56 | 94.71 |
| | Net Pay | $269.44 | |
| | Savings 1 | -269.44 | 9,969.29 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $500.00

CONFIDENTIAL

© 2020 ADP, Inc

HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:      00000440007
Pay date:           11/03/2022

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| SELENA S STALEY | | xxxx xxxx | $269.44 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Staley v FSR0198

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000450007 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 10/29/2022 |
| Period  Ending: | 11/04/2022 |
| Pay  Date: | 11/10/2022 |

Taxable  Marital  Status:     Married
Exemptions/Allowances:
Federal:              0,$25  Additional   Tax
NY:                   0,$10  Additional   Tax
New  York  Cit:       0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Severance Pay | | | 500.00 | 19,000.00 |
| **Gross Pay** | | | **$500.00** | 19,000.00 |

**Important  Notes**
YOUR  COMPANY   PHONE   NUMBER   IS  212-758-5700

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -110.00 | 4,180.00 |
| | Social Security Tax | -31.00 | 1,178.00 |
| | Medicare Tax | -7.25 | 275.50 |
| | NY State Income Tax | -58.50 | 2,223.00 |
| | New York Cit Income Tax | -21.25 | 807.50 |
| | NY Paid Family Leave Ins | -2.56 | 97.27 |
| | **Net Pay** | **$269.44** | |
| | Savings 1 | -269.44 | 10,238.73 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

© 2000  ADP,  Inc

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| **Advice  number:** | 00000450007 |
| Pay  date: | 11/10/2022 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **SELENA  S  STALEY** | ▬▬▬ | xxxx  xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0199

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000460007 | 1 |

**Earnings  Statement**



*HOTEL  57  SERVICES,LLC*
*D/B/A  FOUR  SEASONS   HOTEL,  NEW  YORK*
*57  EAST  57TH  STREET*
*NEW  YORK,  N.Y.  10022*

Period  Beginning:          11/05/2022
Period  Ending:               11/11/2022
Pay  Date:                        11/17/2022

Taxable  Marital  Status:    Married
Exemptions/Allowances:
  Federal:                    0,$25  Additional   Tax
  NY:                            0,$10  Additional   Tax
  New  York  Cit:          0,$5  Additional   Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|-------------|----------------|
| Severance  Pay | | | 500.00 | 19,500.00 |
| **Gross  Pay** | | | **$500.00** | 19,500.00 |

**Important  Notes**

YOUR  COMPANY   PHONE  NUMBER  IS 212-758-5700

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal  Income  Tax | -110 .00 | 4,290.00 |
| | Social  Security  Tax | -31 .00 | 1,209.00 |
| | Medicare  Tax | -7 .25 | 282.75 |
| | NY  State  Income  Tax | -58 .50 | 2,281.50 |
| | New  York  Cit  Income  Tax | -21 .25 | 828.75 |
| | NY  Paid  Family  Leave  Ins | -2 .56 | 99.83 |
| | **Net  Pay** | **$269.44** | |
| | Savings  1 | -269 .44 | 10,508.17 |
| | **Net  Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000  ADP,  Inc.

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

**Advice  number:**          00000460007
Pay  date:                         11/17/2022

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---------------------------------|-----------------|--------------|--------|
| SELENA  S  STALEY | | xxxx  xxxx | $269.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Staley v FSR0200

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MZG | 004189 | 100202 | | 0000470007 | 1 |

# Earnings  Statement



HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| Period  Beginning: | 11/12/2022 |
| Period  Ending: | 11/18/2022 |
| Pay  Date: | 11/23/2022 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:              0,$25  Additional  Tax
NY:                   0,$10  Additional  Tax
New  York  Cit:     0,$5  Additional  Tax

**SELENA  S  STALEY**
**2474  8TH  AVENUE**
**APT  #4G**
**NEW  YORK  NY  10027**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Severance  Pay | | | 500.00 | 20,000.00 |
| Gross Pay | | | $500.00 | 20,000.00 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS  212-758-5700

| Deductions | Statutory | |
|------------|-----------|--|
| | Federal  Income  Tax | -110.00 | 4,400.00 |
| | Social  Security  Tax | -31.00 | 1,240.00 |
| | Medicare  Tax | -7.25 | 290.00 |
| | NY  State  Income  Tax | -58.50 | 2,340.00 |
| | New  York  Cit  Income  Tax | -21.25 | 850.00 |
| | NY  Paid  Family  Leave  Ins | -2.56 | 102.39 |
| | Net Pay | $269.44 | |
| | Savings  1 | -269.44 | 10,777.61 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $500.00

CONFIDENTIAL

© 2000  ADP  Inc

HOTEL  57  SERVICES,LLC
D/B/A  FOUR  SEASONS  HOTEL,  NEW  YORK
57  EAST  57TH  STREET
NEW  YORK,  N.Y.  10022

| | |
|---|---|
| **Advice  number:** | 00000470007 |
| Pay  date: | 11/23/2022 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---------------------------------|-----------------|--------------|--------|
| **SELENA  S  STALEY** | | xxxx  xxxx | $269.44 |

# NON-NEGOTIABLE

Staley v FSR0201

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| MZG | 004189 | 100202 | | 0000480007 | 1 |

## Earnings Statement



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Period Beginning:   11/19/2022
Period Ending:    11/25/2022
Pay Date:       12/01/2022

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:       0,$25 Additional Tax
NY:         0,$10 Additional Tax
New York Cit:    0,$5 Additional Tax

**SELENA S STALEY**
**2474 8TH AVENUE**
**APT #4G**
**NEW YORK NY 10027**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance Pay | | | 500.00 | 20,500.00 |
| Gross Pay | | | $500.00 | 20,500.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-758-5700

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 4,510.00 |
| | Social Security Tax | -31.00 | 1,271.00 |
| | Medicare Tax | -7.25 | 297.25 |
| | NY State Income Tax | -58.50 | 2,398.50 |
| | New York Cit Income Tax | -21.25 | 871.25 |
| | NY Paid Family Leave Ins | -2.56 | 104.95 |
| Net Pay | | $269.44 | |
| | Savings 1 | -269.44 | 11,047.05 |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $500.00



HOTEL 57 SERVICES,LLC
D/B/A FOUR SEASONS HOTEL, NEW YORK
57 EAST 57TH STREET
NEW YORK, N.Y. 10022

Advice number:    00000480007
Pay date:       12/01/2022

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SELENA S STALEY | | xxxx xxxx | $269.44 |

**NON-NEGOTIABLE**

Staley v FSR0202