## 2021 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**
OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 004189 BOST/MZG | 100202 | L | 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

Batch #01406

e/f Employee's name, address, and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 16-1741079 | |
| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 28.16 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | | 20 Locality name NYC RES |

---

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY, State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Reported W-2 Wages | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |

2. Employee Name and Address.

SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

© 2021 ADP, Inc.

**EXHIBIT 87**

CONFIDENTIAL

---

### Federal Filing Copy — W-2 Wage and Tax Statement 2021

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| d Control number 004189 BOST/MZG 100202 Dept. | Corp. L Employer use only 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See Instructions for box 12 |
| 14 Other 28.16 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | | 20 Locality name NYC RES |

---

### NY State Filing Copy — W-2 Wage and Tax Statement 2021

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| d Control number 004189 BOST/MZG 100202 | Corp. L Employer use only 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 28.16 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | | 20 Locality name NYC RES |

---

### City or Local Filing Copy — W-2 Wage and Tax Statement 2021

| 1 Wages, tips, other comp. 5500.00 | 2 Federal income tax withheld 1210.00 |
|---|---|
| 3 Social security wages 5500.00 | 4 Social security tax withheld 341.00 |
| 5 Medicare wages and tips 5500.00 | 6 Medicare tax withheld 79.75 |
| d Control number 004189 BOST/MZG 100202 | Corp. L Employer use only 592 |

c Employer's name, address, and ZIP code
HOTEL 57 SERVICES LLC
57 E 57TH STREET
NEW YORK NY 10022

| b Employer's FED ID number 16-1741079 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 28.16 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code
SELENA S STALEY
2474 8TH AVENUE
APT #4G
NEW YORK NY 10027

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 16-1741079 | 5500.00 |
| 17 State income tax 757.90 | | 18 Local wages, tips, etc. 5500.00 |
| 19 Local income tax 233.75 | | 20 Locality name NYC RES |

**2021**

### W-2 (Copy C — For Employee's Records) — 2021

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 815.58 |
| 2 | Federal income tax withheld | 77.66 |
| 3 | Social security wages | 815.58 |
| 4 | Social security tax withheld | 50.57 |
| 5 | Medicare wages and tips | 815.58 |
| 6 | Medicare tax withheld | 11.83 |
| 13 | Statutory employee | X |
| 14 | Other — NY SDI | 4.50 |
| 15 | State | NY |
| 16 | State wages, tips, etc. | 815.58 |
| 17 | State income tax | 38.41 |
| 18 | Local wages, tips, etc. | 815.58 |
| 19 | Local income tax | 26.68 |
| 20 | Locality name | NEW YORK |

Employer:
GEP CENEX, LLC
P O BOX 7836
BURBANK CA 91510-7836

Employee:
SELENA S HARRIS
APT. #4-G
2474 FREDERICK DOUGLASS BLVD
NEW YORK NY 10027

REISSUED STATEMENT

### W-2 (Copy B — To Be Filed With Employee's FEDERAL Tax Return) — 2021

Same amounts as above.

### W-2 Wage and Tax Statement Earnings Summary

| Description | Amount |
|---|---|
| NY NEW YORK EARNINGS | |
| CASTING | $815.58 |
| NY NEW YORK SUBTOTAL | $815.58 |

This right-hand bottom section of the form is information only. Do not submit with your tax return.

### W-2 (Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return) — 2021

Same amounts as above.

CONFIDENTIAL

Staley v FSR0240