## 2021 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | | |
|---|---|---|---|---|
| GROSS PAY | 391.00 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 24.24 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 5.67 |
| STATE INCOME TAX BOX 17 OF W-2 | 5.52 | SUI/SDI BOX 14 OF W-2 | 1.10 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 4.12 | | |


EXHIBIT 88

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA STALEY
2474 FREDERICKDOUGLASSBOULEVARD
APT 4G
NEWYORK, NY 10027

Social Security Number: XXX-XX-8878

© 2021 ADP, Inc.    PAGE 01 OF 01

---

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**

Control number: 0000000089 TER
Corp: RL40   AC: S   33924

Employer's name, address, and ZIP code:
FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY 13753

Employee's name, address, and ZIP code:
SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT 4G
NEWYORK, NY 10027

- 1 Wages, tips, other comp.: 391.00
- 2 Federal income tax withheld: (blank)
- 3 Social security wages: 391.00
- 4 Social security tax withheld: 24.24
- 5 Medicare wages and tips: 391.00
- 6 Medicare tax withheld: 5.67
- 4 Other: 1.10 NY SDI
- 5 State: NY   Employer's state ID no. 670827559 8
- 16 State wages, tips, etc.: 391.00
- 17 State income tax: 5.52
- 18 Local wages, tips, etc.: 391.00
- 19 Local income tax: 4.12
- 20 Locality name: NEW YORK CIT

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2021**

Wages, tips, other comp. 391.00   Federal income tax withheld
Social security wages 391.00   Social security tax withheld 24.24
Medicare wages and tips 391.00   Medicare tax withheld 5.67
Control number 0000000089 TER   Corp RL40 A 33924

FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY 13753

4 Other 1.10 NY SDI

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT 4G
NEWYORK, NY 10027

15 State NY   16 State wages, tips, etc. 391.00
17 State income tax 5.52   18 Local wages, tips, etc. 391.00
19 Local income tax 4.12   20 Locality name NEW YORK CIT

---

**NY. State Filing Copy — W-2 Wage and Tax Statement 2021**

Wages, tips, other comp. 391.00   Federal income tax withheld
Social security wages 391.00   Social security tax withheld 24.24
Medicare wages and tips 391.00   Medicare tax withheld 5.67
Control number 0000000089 TER   Corp RL40 A 33924

FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY 13753

14 Other 1.10 NY SDI

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT 4G
NEWYORK, NY 10027

15 State NY   16 State wages, tips, etc. 391.00
17 State income tax 5.52   18 Local wages, tips, etc. 391.00
19 Local income tax 4.12   20 Locality name NEW YORK CIT

---

**City or Local Filing Copy — W-2 Wage and Tax Statement 2021**

Wages, tips, other comp. 391.00   Federal income tax withheld
Social security wages 391.00   Social security tax withheld 24.24
Medicare wages and tips 391.00   Medicare tax withheld 5.67
Control number 0000000089 TER   Corp RL40 A 3392

FOURTH OF JULY PROJECT LLC
61 MAIN ST
DELHI, NY 13753

14 Other 1.10 NY SDI

SELENA STALEY
2474FREDERICKDOUGLASSBOULEVARD
APT 4G
NEWYORK, NY 10027

15 State NY   16 State wages, tips, etc. 391.00
17 State income tax 5.52   18 Local wages, tips, etc. 391.00
19 Local income tax 4.12   20 Locality name NEW YORK CIT

CONFIDENTIAL

## 2021 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 257.00 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 15.93 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 3.73 |
| STATE INCOME TAX BOX 17 OF W-2 | 4.16 | SUI/SDI BOX 14 OF W-2 | 0.60 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 3.10 | | |

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**

Control number: 0000000871 TER
Dept. RJ80  Corp. AC  Employer use only: S  23888

Employer's name, address, and ZIP code:
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

Employee's name, address, and ZIP code:
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEW YORK, NY 10027

1 Wages, tips, other comp. 257.00
2 Federal income tax withheld
3 Social security wages 257.00
4 Social security tax withheld 15.93
5 Medicare wages and tips 257.00
6 Medicare tax withheld 3.73
7 Social security tips
8 Allocated tips
10 Dependent care benefits
11 Nonqualified plans
12a See instructions for box 12
14 Other .60 NY SDI
15 State: NY   Employer's state ID no. 852527813
16 State wages, tips, etc. 257.00
17 State income tax 4.16
18 Local wages, tips, etc. 257.00
19 Local income tax 3.10
20 Locality name: NEW YORK CIT

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEW YORK, NY 10027

Social Security Number: XXX-XX-6678

© 2021 ADP, Inc.

PAGE 01 OF 01

CONFIDENTIAL

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2021**
**NY State Filing Copy — W-2 Wage and Tax Statement 2021**
**City or Local Filing Copy — W-2 Wage and Tax Statement 2021**

(Three copies, each showing:)
1 Wages, tips, other comp. 257.00
2 Federal income tax withheld
3 Social security wages 257.00
4 Social security tax withheld 15.93
5 Medicare wages and tips 257.00
6 Medicare tax withheld 3.73
Control number 0000000871 TER  Dept.  Corp. RJ80  Employer use only: A  23888

Employer's name, address, and ZIP code:
COMMUNITY SERVICE PRODUCTIONS
61 MAIN ST
DELHI, NY 13753

Employee's name, address, and ZIP code:
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEW YORK, NY 10027

15 State: NY   16 State wages, tips, etc. 257.00
17 State income tax 4.16   18 Local wages, tips, etc. 257.00
19 Local income tax 3.10   20 Locality name: NEW YORK CIT

Staley v FSR0242

## W-2 Wage and Tax Statement — 2021 (Copy C — For EMPLOYEE'S RECORDS)

**Department of the Treasury—Internal Revenue Service**

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer identification number (EIN) | [redacted] |
| c | Employer's name, address, and ZIP code | Entertainment Casting Services, LLC<br>16200 Ventura Blvd Suite 201<br>Encino, CA 91436 |
| d | Control number | |
| e | Employee's name and address | SELENA STALEY STALEY<br>2474 Frederick Douglass Blvd 4G<br>New York, NY 10027 |
| 1 | Wages, tips, other compensation | 289.96 |
| 2 | Federal income tax withheld | 20.94 |
| 3 | Social security wages | 289.96 |
| 4 | Social security tax withheld | 17.98 |
| 5 | Medicare wages and tips | 289.96 |
| 6 | Medicare tax withheld | 4.20 |
| 14 | Other | FLI-NY: 1.48 ; SDI-NY: 0.24 |
| 15 | State | NY |
| 16 | State wages, tips, etc. | 289.96 |
| 17 | State income tax | 11.86 |
| 18 | Local wages, tips, etc. | 289.96 |
| 19 | Local income tax | 8.36 |
| 20 | Locality name | NYC |

See Notice to Employee on the back of Copy B.

(Copy B — To Be Filed With Employee's FEDERAL Tax Return; Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return; and an additional Copy 2 appear on the same page with identical figures.)

CONFIDENTIAL

Staley v FSR0243

## 2021 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 7,200.81 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 446.46 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.51 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 104.41 |
| STATE INCOME TAX BOX 17 OF W-2 | 160.38 | SUI/SDI BOX 14 OF W-2 | 13.60 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 120.36 | | |

To change your employee W-4 profile information file a new W-4 with your payroll department

SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

Social Security Number: XXX-XX-6878

© 2021 ADP, Inc.   PAGE 01 OF 01

---

### W-2 Wage and Tax Statement 2021 — Employee Reference Copy

Control number: 000000212 TER
Dept: RM34   Corp: AC S   Employer use only: 32466

Employer's name, address, and ZIP code:
ANGELINA MOVIE LLC
61 MAIN STREET
DELHI, NY 13753

Employee's name, address, and ZIP code:
SELENA STALEY
2474 FREDERICK DOUGLASS BOULEVARD
APT 4G
NEWYORK, NY 10027

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 7200.81 |
| 2 | Federal income tax withheld | .51 |
| 3 | Social security wages | 7200.81 |
| 4 | Social security tax withheld | 446.46 |
| 5 | Medicare wages and tips | 7200.81 |
| 6 | Medicare tax withheld | 104.41 |
| 14 | Other: 13.60 NY SDI | |
| 5 | State: NY   Employer's state ID no. 853890327 1 | |
| 16 | State wages, tips, etc. | 7200.81 |
| 17 | State income tax | 160.38 |
| 18 | Local wages, tips, etc. | 7200.81 |
| 19 | Local income tax | 120.36 |
| 20 | Locality name | NEW YORK CIT |

13 Stat emp / Ret. plan / 3rd party sick pay: X (Ret. plan)

Federal Filing Copy — W-2 Wage and Tax Statement 2021
(Duplicate copies shown: NY State Filing Copy; City or Local Filing Copy — same figures as above.)

Staley v FSR0244

CONFIDENTIAL