UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,

       Plaintiffs,

-against-

FSR INTERNATIONAL HOTEL INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS, LLC, and H. TY WARNER,

       Defendants.

22-cv-6781 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On the specific issue of whether there is a genuine factual dispute as to whether the delay in the Four Seasons New York's reopening is due to factors materially unrelated to the COVID-19 pandemic, plaintiffs' counsel is hereby directed to supply the Court with any and all record citations from the discovery record that they believe bear on this issue. No additional affidavits or declarations are permitted. Counsel for plaintiffs must supply these citations in letter form by no later than October 15, 2024. If counsel for defendants have any evidentiary objections to the citations offered in plaintiffs' submission, those objections should be specified in writing in a follow-up letter submitted by defendants' counsel by no later than October 22, 2024.

    SO ORDERED.

1

New York, NY
*10/4*, 2024

_____
JED S. RAKOFF, U.S.D.J.