# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　　　352 Rutland Road, #1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11225
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

October 15, 2024

Via ECF
Honorable Jed S. Rakoff, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　Re:　*Staley et al v. Four Seasons Hotels and Resorts, et al.*
　　　　　　SDNY Case No. 22-CV-6781 (JSR)

Dear Judge Rakoff:

Together with Evan Brustein, Esq., and Maya Risman, Esq., I represent the plaintiffs, Selena Staley, Vivian Holmes, and Olive Ivey, and the certified classes in the above-referenced case. I am writing, in accordance with Your Honor's Order (ECF#141), dated October 4, 2024, to provide the Court with citations to the discovery record that Plaintiffs believe bear on the issue of whether there is a genuine factual dispute as to whether the delay in the Four Seasons New York's reopening is due to factors materially unrelated to the COVID-19 pandemic. Here are relevant citations:[1]

- Antoine Chahwan Tr (ECF#123-1; Bromberg Decl, Ex. A) at 31:6-32:18; 33:12-34:16; 35:7-22; 41:17-23; 56:16-24; 57:16-19; 63:5-8; 69:3-71:5; 71:16-78:4; 78:22-89:25; 91:21-92:13; 93:7-94:19; 98:5-99:1; 103:13-106:12; 107:3-112:21; 142:22-146:4; 189:2-19; 201:12-209:5; 212:10-218:9; 221:6-19; 252:21-255:16; 277:11-20; 279:7-9; 289:12-14;

- Cathy Hwang 30(b)(1) Tr (ECF#96-5) at 31:17-32:18; 54:4-56:10; 88:22-89:3; 91:18-92:3; 137:18-144:23; 145:22-153:19; 164:12-165:1; 167:1-170:20; 171:10-22; 173:18-175:11; 177:12-179:11; 183:2-185:24; 197:22-199:13; 201:24-202:11; 204:11-206:20; 208:2-8; 229:21-230:24; 233:22-234:15; 263:4-265:19; 267:21-276:5; 309:6-314:13;

- Cathy Hwang 30(b)(6) Tr (ECF#112-2) at 210:2-211:6; 245:24-246:22; 257:3-259:9; 261:4-262:23; 287:6-291:16; 293:13-24; 308:7-309:13; 310:12-22; 312:14-20;

- Elizabeth Ortiz Tr (ECF#96-4) at 71:9-16; 72:1-74:3; 89:1-92:17; 101:6-101:11; 145:7-10; 184:14-23; 226:3-11; 235:16-258:2; 259:5-260:20;

- H. Ty Warner Tr (ECF#112-1) at 58:3-8; 63:21-24; 79:15-22; 201:18-204:8; 229:4-232:23; 254:13-256:25; 258:4-267:17; 269:13-272:2;

---

[1] Rather than providing multiple short citations on the same page or consecutive pages, some of the transcript citations are longer to provide more complete context. The citations referenced below are either to establish alternative reasons that the Hotel remained closed or to impeach the reasons that Defendants claimed that the Hotel remained closed.

- Holmes Declaration (ECF#124), ¶¶ 2, 4, and 5, and <u>Exhibit A</u> (ECF#124-1), <u>Exhibit B</u> (ECF#124-2), and <u>Exhibit C</u> (ECF#124-3);

- Vivian Holmes Tr (ECF#96-8) at 140:14-25; 142:12-143:11;

- WarnerDEF_002111 (ECF#123-18; Bromberg Decl, Ex. R);

- WarnerDEF_004338 (ECF#123-23; Bromberg Decl, Ex. W);

- WarnerDEF_006339-42 (ECF#123-24; Bromberg Decl, Ex. X);

- WarnerDEF_8977-82 (ECF#123-26; Bromberg Decl, Ex. Z);

- WarnerDEF_009094 (ECF#123-27; Bromberg Decl, Ex. AA);

- WarnerDEF_9108 (ECF#123-29; Bromberg Decl, Ex. CC);

- WarnerDEF_009110 (ECF#129-30; Bromberg Decl, Ex. DD);

- WarnerDEF_009122 (ECF#123-35; Bromberg Decl, Ex. II);

- WarnerDEF_9427 (ECF#123-37; Bromberg Decl, Ex. KK);

- Staley v FSR0061 (ECF#123-40; Bromberg Decl, Ex. NN);

- *Hotel 57 L.L.C. v. FSR Int'l Hotels, Inc.*, SDNY Case No. 22-CV-9331 (LLS) (available on PACER) at Document Nos. 1 & 20-3;

- *Hotel 57 L.L.C. v. FSR Int'l Hotels, Inc.*, SDNY Case No. 22-CV-9331 (LLS) (ECF#123-49; Bromberg Decl, <u>Exhibit WW</u>), at Document No. 4;

- Marc B. Zimmerman, Esq. Declaration (ECF#93) at ¶¶ 12, 13, and <u>Exhibit H</u> (ECF#93-8); and

- Cathy Hwang Decl. (ECF#98) at ¶ 28.

Plaintiffs thank the Court for its consideration of these references.

Respectfully Submitted,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)