

# STOKES WAGNER
ATTORNEYS AT LAW

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO • SAN FRANCISCO

January 31, 2025

**Via ECF**

The Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Staley et al v. FSR International Hotels, Inc., et al.*
             SDNY Case No. 22-CV-6781 (JSR)

Dear Judge Rakoff:

    Defendant FSR International Hotels, Inc. ("FSR"), has been represented in the above action by Paul Wagner, John Hunt, and Hayden Pace of the law firm of Stokes Wagner. On behalf of FSR, we request that the Court grant leave for Paul Wagner to withdraw as counsel of record for FSR. Mr. Pace and I will continue to represent FSR. Neither the plaintiffs nor FSR's co-defendants oppose this request.

    Thank you for your consideration and please contact us should you have any questions or require more information.

                                                    Respectfully submitted,

                                                    **STOKES WAGNER, ALC.**

                                                    John R. Hunt
                                                    Stokes Wagner, ALC
                                                    One Atlantic Center, Suite 2615
                                                    1201 W. Peachtree Street, NW
                                                    Atlanta, GA 30309

cc:    ALL COUNSEL OF RECORD VIA ECF

SO ORDERED
*/s/ Jed S. Rakoff, USDJ*
2-3-25