UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>HOTEL 57 SERVICES, LLC,<br><br>Defendant. | 22-cv-6781 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On June 6, 2025, this Court held an in-person conference, at which both parties consented on the record to proceed by jury trial on plaintiffs' claims under the federal and New York State Worker Adjustment and Retraining Notification ("WARN") Acts. Pursuant to Federal Rule of Civil Procedure 39, even in "an action not triable of right by a jury," a district court "may, with the parties' consent, try an issue by a jury whose verdict has the same effect as if a jury trial had been a matter of right, unless the action is against the United States and a federal statute provides for a nonjury trial." Fed. R. Civ. P. 39(c)(2). This case is not an action against the United States and the WARN Acts do not explicitly provide for nonjury trials. Accordingly, given the parties' consent, this case is set for a jury trial, which will begin on Monday, August 11, 2025, at 9:30 AM.

1

SO ORDERED.

New York, NY
6/10/2025

_____
JED S. RAKOFF, U.S.D.J