UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY,
on behalf of themselves and all others similarly situated,

                                                          No. 22-CV-6781 (JSR)

                            Plaintiffs,

- against-

HOTEL 57 SERVICES, LLC,

                            Defendant.

----------------------------------------------------------------x

### Order Granting Motion for Substituted Service of a Trial Subpoena on Rudolf Tauscher

On this day, the Court considered Plaintiffs' oral application for leave to make substituted service of a trial subpoena on non-party witness, Rudolf Tauscher. Plaintiffs' process server has related to Plaintiffs' counsel that on July 22, 2025, he attempted to make service by personal delivery on Mr. Tauscher at his residence, 400 East 56th Street, Apt 30G, New York, NY 10022, but was denied access to the apartment by the doorman and was told that without permission from Mr. Tauscher, he would not be allowed up to the apartment. Plaintiffs have requested permission to make service by leaving the subpoena and witness fee with the building's doorman and mailing a copy of the subpoena to Mr. Tauscher. Plaintiffs' request to make such "leave and mail" service is hereby granted.

Dated: July 24, 2025

                                                         SO ORDERED:

                                                         Honorable Jed S. Rakoff
                                                         United States District Judge