# Exhibit W

*Four Seasons New York*

## Conditions Report - 4/8/2021

**Overview:** A review of the FSNY was conducted on 4/6 thru 4/8. The Director of Engineering and the Director of Security provided access to the various areas.

**Exterior:**



The renovation work to the exterior, as required by Local Law 11, has been completed. All scaffolding around the building has been removed. The exterior shows areas of staining, especially around items attached to the building. A thorough cleaning the exterior is needed. It is recommended to have the lower portion of the exterior (fourth floor down) cleaned. The cost to clean the entire building will cost approximately $1.4M. The cost for the lower section will be approximately $35,000.

Access into the hotel is limited to one entrance, which is located next to the main entrance of the hotel. Access into the hotel is granted after visitors press a call button to the security department, which verifies identity and 'buzzes' the visitor in. A health check is conducted by the security guard.

DEFENDANT'S EXHIBIT
DX057

Confidential                                                                                                    WARNERDEF_009825

*Four Seasons New York*

2 | P a g e

**Lobby:**





The lobby, restaurant and bar were generally clean, free of clutter, most lights off, AC set to 70 degrees. All F&B items have been relocated to storage.

2 | P a g e

Confidential

WARNERDEF_009826

*Four Seasons New York*

**Guest Rooms:**



Guest Room conditions:

- Doors closed & locked
- Lights off
- AC set to 70 degrees
- All linen, terry & robes removed
- Mini bars empty
- Bath amenities removed
- All books and paperwork removed
- Drapes closed

Approximately 245 rooms are in this condition.

The Penthouse (52nd Floor) has bedsheets covering all furniture. The floor was generally clean. The drapes were closed, lights off, AC set at 70 degrees.

The Presidential (51st Floor) has bedsheets covering all furniture. The AC was not functioning and was being repaired. The drapes were closed and lights were off.

The Suites on the 50th floor were not in the same condition. The furniture was piled up in the center of the room with artwork, lampshades and drapery removed (this was due to vinyl replacement as discussed further below). There were sheets of Masonite on the floors from the elevator into the rooms. These rooms were used to access the exterior for the Local Law 11 repairs. The Masonite was installed to protect the flooring.

Confidential                                                                                                                          WARNERDEF_009827

*Four Seasons New York*

**Wall Vinyl:**

 

The wall vinyl in the bedroom side of the guest rooms has been replaced throughout the hotel. The hotel staff had prepared the room for the vinyl install and would reset the room when complete. With the onset of COVID, staff reductions resulted in some rooms not being returned to normal. Drapes are piled on the bed, furniture is piled in the room and bathroom, lamp shades are removed. There are approximately 98 rooms in this condition.

4 | P a g e

*Four Seasons New York*

**Water Leaks:**

 

There have been water leaks in some guest rooms over the past several months. Most often this is caused by the AC condensate pan overflowing. The cause of this issue needs to be investigated further. Multiple failures need to occur for this to happen:

1. The AC unit is not functioning properly and produces excessive condensation.
2. The condensation pan drain lines are clogged
3. The safety float switch is not functioning properly. (There is usually a float switch in the condensation pan. If the water lever gets too high, it shuts off the AC to prevent flooding.)

These issues were discussed with the Chief Engineer. He claims that the reduction in staff due to COVID has made it impossible for his staff to do routine checks and PM on the AC units. (There are chemical tablets placed in the condensate pans which assist in keeping the drains free of clogs.) He also stated that there is no safety float switch in the pans.

The other issue causing damage to the guest room carpet is failure of the ice machines on the floors. Further investigation is needed to determine what needs to occur to prevent further damage.

There are twelve rooms in this condition.

*Four Seasons New York*

**Storage:**



There are 14 rooms being used for storage. Three rooms contain guest items. The additional rooms held items that were removed from the guest rooms, such as books, ice buckets, robes, roll-a-way beds, and pillows.

**Vinyl:**




There are six rooms that did not have the room vinyl replaced. According to hotel management, these have been off market for a few years are involved in a lawsuit with the installer (Paramont). This situation should be reviewed with legal counsel to determine if it is permissible to replace the vinyl at this time.

6 | P a g e

*Four Seasons New York*

**Technology:**

  

Upgraded technology was incorporated into the guest rooms during the last renovation, approximately 8 years ago. A computer processor was added that is interfaced with the Property Management System, the HVAC system, the electric Window Coverings, and the Doorbell/Service button. The processor communicates with a software program that notifies the maintenance department if any of the items are not working properly. The original installer went out of business four years ago. Four Seasons corporate office has contracted with a local vendor, Mode Green, to maintain these systems at a cost of $45,000 per year. (This is for 8 hours of labor per week. Parts are not included.) This service agreement was put on hold due to the hotel not being open. There have been ongoing issues with the processor since inception. The Chief Engineer and the Mode Green technician have stated that the processor was defective. It is also suggested that 8-year-old computer technology is outdated and needs to be replaced. The processor often does not communicate properly with the equipment. An example of this issue is that the switch controlling the drapes stops working. According to the technician, the problem is not the switch, it is the processor. The processor also has stopped notifying the Engineering department of problems. It is not known until a guest is in the room and logs a complaint. The solution is to replace the processor. The hotel has sent Ownership a proposal to replace the processor with a new model from the same manufacturer. Since the current processor has always been an issue, it would be logical to change to a different manufacturer. I had this discussion with Mode Green. They claim that they have upgraded several other NY hotels to the new processor over the past few years and have no issues with the processor. They agreed to get proposals from competitive manufacturers, but claim that the cost will be at least double, since all the related software and interfaces would need to change.

7 | P a g e

*Four Seasons New York*

**Carpets:**





Most guest room carpets throughout the building are dirty. The hotel claims that they have tried to clean inhouse without success and have engaged multiple vendors to attempt to clean the carpets without success. It is difficult to see from the photo, but in many rooms, there are white spots and faded areas on the carpet. This is the results of attempting to clean the stains in the carpet. It made the area worse. It is not known if the problem was caused by defective carpet, or if the chemical used to attempt to clean the carpet was inappropriate. Between the existing stains and the problem caused by the cleaning attempts, the guest room carpet is in extremely poor condition and is not acceptable in a luxury hotel. It is estimated that at least 65% of the rooms have dirty and/or stained carpets. It is recommended to replace all guest room carpets to preserve a unified look.

Confidential

*Four Seasons New York*

**Wall Repair, Switch, & Shower Valve:**





There are signs of deferred maintenance in the guest rooms. The corner wall just inside the guest room is damaged in a large portion of the hotel. The Hotel management is requesting to use corner guards. There are stain and nicks in many pieces of furniture. Hotel management claims they are not able to repair due to lack of staff. Several rooms had signs of repairs being started and not completed. The wall vinyl at the entry is different from the wall vinyl in the guest rooms. The entry wall vinyl was not replaced with the current program. There are seams failing in this area in a significant portion of the hotel.

Confidential  WARNERDEF_009833

*Four Seasons New York*

**Showers:**





The shower pans in the guest baths have been failing for several years.. The failure starts as a small leak and grows over time. It is first noticeable in the corridor outside of the guest room when the base molding starts to discolor. As the leak continues, it is noticeable in the ceiling of the shower in the room below. Stains start to show and the paint starts to peel. The hotel has records showing that 130 shower pans have been replaced. They do not have any records going back more that 8 years. The concern is potentially replacing shower pans that have already been replaced. As the rooms were being inspected, all showers were reviewed and checked against the known list of replaced pans. It became apparent that it is possible to determine which have been replaced. The original shower floors were constructed using one solid piece. (This may have been part of the issue. The drain is in the center of the floor.)  All replaced floors were installed using tile sized pieces to facilitate pitching the floor to the drain.  This information allows Ownership to create an accurate list of the shower floors that have been replaced after the initial construction. There is 13 rooms of shower pans starting to fail.

10 | P a g e

*Four Seasons New York*

## Major Mechanical Items

**Overview:** The Southport Engineering report along with the FS Capital list was reviewed with the Chief Engineer to create a very short priority list.



- The Chief Engineer has selected replacement of Switchgear 'C' and a top priority. This specific Switchgear in The Southport Engineering report has several options recommending the replacement or relocation of the Switchgears, however, replacing just C is not listed. Switchgear C has been noted as 'hot' on the Thermal Scans, and an internal visual inspection revealed discoloration. Further evaluation with the Engineer from Southport is needed to determine if replacing this one Switchgear is recommended. There is a significant cost savings from replacing the Switchgear while the hotel is closed. It would not be necessary to install temporary power. None of the recommended upgrades to the electrical components are possible without first completing an 'as built' survey of the electrical components. The current drawings are incomplete and not up to date. It is recommended that this survey be completed this year to prepare the hotel for any future electric needs.

Confidential                                                                                                         WARNERDEF_009835

DX057-0011

*Four Seasons New York*

**Fire Panel:**



- The Fire Panel is functioning and conforms with current code. It will most likely be usable for a few more years. The concern is that the manufacturer has discontinued this model and no longer makes parts needed for repairs. The service vendor has been installing used parts in the system for about two years. To replace the panel will take several months of planning and permitting, and a year for installation. There is a cost saving to installing when the hotel is closed, and this project would benefit from the Covid related tax savings.

**Cooling Tower:**

- The Cooling Tower needs repairs to the Actuators and valves. The seasonal PM service needs to be performed. This should be completed prior to summer.

Confidential  WARNERDEF_009836

DX057-0012

**Four Seasons New York**

## Summary

**Capital Recommendations:**

There are significant tax credits available from the Cares Act on eligible improvements if the work is completed by the end of 2022. It is our opinion that the switch gear and fire alarm system fall into this category. The estimated tax savings for these two items is $250,000. (A tax professional would need to verify the eligibility and savings.) There is an additional savings of approximately $200,000 if the switch gear work is completed while the hotel is closed and approximately $100,000 additional saving if the Fire Alarm is replaced while the hotel is closed.

| Item | Estimated Cost |
| --- | --- |
| 1. Power wash Lower Building | $35,000 |
| 2. Cooling Tower Repair | $56,000 |
| 3. Electric Plans | $55,000 |
| 4. Replace Shower Pans | $2,025,000 |
| 5. Fire Panel | $2,800,000 |
| 6. Guest Room Carpets | TBD |
| 7. Replace Switch Gear | $350,000 |
| 8. Install Float Switch in all guestrooms | $120,000 |

**Pre-Opening Recommendations:**

There is a significant amount of work that is needed to put the rooms into a rentable condition. Most of the items should be done utilizing hotel staff. It would normally be our recommendation to rectify these items immediately, to prevent damage to FF&E that are haphazardly piled up in the guest rooms. However, Four Seasons has repeatedly proven that they lack productivity and this process would most likely be unnecessarily expensive if done at this time. Due to this fact, it is recommended that the process to complete the work after negotiations with Four Seasons have been completed. This will allow us to better direct and monitor the process to keep costs low. In order for all rooms to be in a presentable condition, the items noted below should start four months prior to the reopening of the hotel with a partial staff.

| Item | Estimated Cost |
| --- | --- |
| 1. Repair Damaged Drywall | In House |
| 2. Guest Room Processors | $115,000 |
| 3. Replace Vinyl in Six Rooms | TBD |
| 4. Miscellaneous Repairs | In House |
| 5. Reset Rooms, Remove Stored Items, Hang drapes, Repair Vinyl at Guest Entrances, Replace Defective Switches | In House |
| 6. Corner Guards for Guest Room Entry | $28,000 |

13 | Page

Confidential                                                                                                    WARNERDEF_009837