UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | Case No.: 22-CV-6781 (JSR) |
| v. | **DEFENDANT HOTEL 57 SERVICES, LLC'S PROPOSED JURY CHARGES** |
| HOTEL 57 SERVICES, LLC | |
| Defendant. | |

---

Defendant Hotel 57 Services, LLC respectfully submits its proposed jury charges attached hereto as <u>Exhibit A</u>.

Dated:  New York, New York
           August 4, 2025

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ James J. Boland*
Marc B. Zimmerman
Kathryn T. Lundy
James J. Boland
Carly M. Allen
1301 Avenue of the Americas, 15th Floor
New York, NY 10019
(212) 907-9700
*Attorneys for Defendant Hotel 57 Services, LLC*