UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,

      Plaintiffs,

  -against-

HOTEL 57 SERVICES, LLC,

      Defendant.

22-cv-6781 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    For the reasons stated on the record in the deposition held on August 15, 2025, defendant's counsel James J. Boland, Esq., is hereby fined $1,000, which must be paid to the Clerk of Court by close of business on Tuesday, August 19, 2025.

    SO ORDERED.

New York, NY
August __15__, 2025

_____
JED S. RAKOFF, U.S.D.J.