UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SELENA STALEY, VIVIAN HOLMES,
and OLIVE IVEY, on behalf of
themselves and all others           22-cv-6781 (JSR)
similarly situated,
                                    ORDER
            Plaintiffs,

      -against-

HOTEL 57 SERVICES, LLC,

            Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On August 7, 2025, the Court resolved Plaintiffs' motion *in limine* seeking to preclude the testimony of three witnesses identified by Defendant by permitting Plaintiffs to depose those individuals. After Defendant withdrew one of those witnesses, Plaintiffs deposed the remaining two, Mr. Greg Rice and Dr. Joseph Krock, Ph.D. Those depositions created a discovery dispute over documents that the witnesses referred to, but the Plaintiffs claimed they did not have. On August 18, 2025, the Court directed the parties to submit a two-page letter explaining their basis for demanding and opposing limited discovery. The parties have since submitted their arguments.

Upon full review, the Court grants in part and denies in part Plaintiffs' request for limited document production. As to the requests for documents arising out of the deposition of Mr. Rice, the Court hereby grants Plaintiffs' requests for (1) an e-mailed

timeline between Mr. Rice and Defendant's Counsel regarding the reopening of the Four Seasons Hotel New York, (2) the 2020 budget analysis that Mr. Rice referenced during his deposition, and (3) addenda and letter agreements related to the Hotel Management Agreement since the hotel's closure in 2020. The Court denies, however, the Plaintiffs' request for six default letters about the Hotel Management Agreement sent by Ty Warner Corporate entities. As to the requests for documents arising from the deposition of Dr. Krock, the Court grants Plaintiffs' request for production of Dr. Krock's invoices and total compensation.

    Production should occur by the end of business on August 25, 2025.

    SO ORDERED.

New York, NY
August 20, 2025

_____
JED S. RAKOFF, U.S.D.J.