# EXHIBIT 1

*\*\* Hotel 57 Services, LLC's Objections Are Subject To The Pending Motions In Limine*

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 001 | Table: Class Damages - Full Chart | | 403; 602; 802; 901 | X | |
| 002 | June 25, 2021 Town Hall Recording | Staley 262 | 401; 402; 403; 802; 901 | X | |
| 003 | March 19, 2020 letter from Rudy Tauscher to staff | WD1 | | X | |
| 004 | April 9, 2020 letter from Elizabeth Ortiz to staff | WD2 -5 (same as WD_002729-2732) | | X | |
| 005 | April 30, 2020 letter from Elizabeth Ortiz to staff | WD6 | | X | |
| 006 | May 22, 2020 from Rudy Tauscher to staff | WD7 | | X | |
| 007 | June 26, 2020 staff newsletter; Including update from Rudy Tauscher, dated June 22, 2020 | WD15 | | X | |
| 008 | July 10, 2020 staff newsletter | WD16 | | X | |
| 009 | July 10, 2020 staff letter From Alexandra Erbiti | WD8 | | X | |
| 010 | August 11, 2020 staff letter From Rudy Tauscher | WD9 | | X | |
| 011 | August 14, 2020 staff newsletter Including letter from Rudy Tauscher, | WD881-882 | | X | |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
|  | Dated August 11, 2020 |  |  |  |  |
| 012 | August 21, 2020 staff newsletter | WD883-884 |  | X |  |
| 013 | August 28, 2020 staff newsletter | WD885-886 |  | X |  |
| 014 | September 17, 2020 staff letter From Rudy Tauscher | WD10 |  | X |  |
| 015 | October 16, 2020 staff newsletter | WD20 |  | X |  |
| 016 | November 19, 2020 staff email From Elizabeth Ortiz | Staley1 |  |  | X |
| 017 | December 3, 2020 staff letter From Rudy Tauscher | WD11 |  | X |  |
| 018 | December 11, 2020 staff newsle | WD893-894 |  |  | X |
| 019 | February 8, 2021 staff letter From Four Seasons New York Leadership Team | WD12 |  | X |  |
| 020 | March 19, 2021 staff newsletter | WD895-898 |  |  | X |
| 021 | March 25, 2021 staff letter From Elizabeth Ortiz | WD13 |  | X |  |
| 022 | June 25, 2021 staff letter From Elizabeth Ortiz | WF14 |  | X |  |
| 023 | July 9, 2021 staff newsletter | Staley82-85 |  |  | X |
| 024 | November 2021 staff newsletter | Staley 94-95 |  | X |  |
| 025 | Rudy Tauscher Email, dated 2/27/20 | WD902 | 401, 402 |  | X |
| 026 | Rudy Tauscher Email, dated 3/16/20 | WD9121 | 401, 402 |  | X |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 027 | February 8, 2020 staff letter From Four Seasons New York Leadership Team | Staley 213 | | X | |
| 028 | Rudy Tauscher Email dated 3/19/20 | WD8174 | 106; 401, 402; 403 | X | |
| 029 | FSNY March 28, 2020 Communications | WD2198-2201 | 106; 401, 402; 802; 901 | X | |
| 030 | Elizabeth Ortiz 5/12/20 NY Forward Email | WD2111-2162 | 401, 402; 802; 901 | X | |
| 031 | Michal Dedera Email, dated 5/26/20 | WD6339-6342 | 401, 402; 802; 901 | X | |
| 032 | Todd Swaggerty Email, dated 4/17/20 | WD4367-4368 | 106; 401, 402; 802; 901 | X | |
| 033 | Bethania Gonzalez Email, dated 5/5/20 | WD7568-7569 | 106; 401, 402; 802; 901 | X | |
| 034 | Michal Dedera Email, dated 5/6/ | WD7650 | 106; 401, 402; 802; 901 | X | |
| 035 | Thomas Rosati Email, dated 5/26/20 | WD6291-WD6292 | 106; 401, 402; 802; 901 | X | |
| 036 | Rudy Tauscher Email, dated 6/1 | WD899 | 106; 401, 402; 802; 901 | X | |
| 037 | Cathy Hwang Email, dated 6/1/2 | WD6549-6550 | 106; 401, 402; 802; 901 | | X |
| 038 | [Intentionally Omitted] | | | X | |
| 039 | Cathy Hwang Email, dated 7/7/2 | WD5932 | 106; 401, 402; 802; 901 | X | |
| 040 | Alexandra Erbiti Email, dated 8/7/20 | WD935 | 106; 401, 402; 802; 901 | | X |
| 041 | [Intentionally Omitted] | | | X | |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 042 | Cathy Hwang Email, dated 8/18/20 | WD1720 | 106; 401, 402; 802; 901 | X | |
| 043 | Cathy Hwang Invite, dated 8/26/20 | WD9100 | 106; 401, 402; 802; 901 | | X |
| 044 | Antoine Chahwan Email, dated 8/26/20 | WD9097 | 106; 401, 402; 403; 802; 901 | X | |
| 045 | Antoine Chahwan Invite, dated 8/26/20 | WD9101 | 106; 401, 402 | X | |
| 046 | Antoine Chahwan Email, dated 8/28/20 | WD9094 | 401, 402; 802; 901 | X | |
| 047 | FSNY Staffing Closure | WD9095-9096 | 401, 402; 802; 901 | | X |
| 048 | Steve Thompson Email, dated 1 | WD1641-1643 | 401, 402; 802; 901 | X | |
| 049 | Sharon Brambru Invite, dated 4/26/21 | WD9079 | 106; 401, 402; 802; 901 | | X |
| 050 | Elizabeth Ortiz Email, dated 6/9/21 | WD8781-8782 | | X | |
| 051 | Elizabeth Ortiz Email, dated 6/25/21 | WD8970-8971 | | X | |
| 052 | [Intentionally Omitted] | | | X | |
| 053 | Elizabeth Ortiz Invite, dated 6/25/21 | WD9083 | | | X |
| 054 | Union Severance Agreement | Staley304 | 401, 402; 403; 802; 901 | X | |
| 055 | Elizabeth Ortiz Email, dated 3/31/22 | WD9110 | | X | |
| 056 | Elizabeth Ortiz Email, dated 7/25/22 | Staley 316-317 | 401, 402; 403 | X | |
| 057 | Elizabeth Ortiz Email, dated 8/9 | Staley 318-319 | 401, 402 | X | |
| 058 | Elizabeth Ortiz Email, dated 11/10/23 | Staley 320-323 | 401, 402; 802 | X | |
| 059 | Elizabeth Ortiz Email, | Staley 324-325 | 401, 402; 802 | X | |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| | dated 10/24/24 | | | | |
| 060 | Keisha Smith Email, dated 3/11/ | Staley 326-327 | 401, 402; 403; 802; 901 | X | |
| 061 | Keisha Smith Email, dated 4/4/2 | Staley 328 | 401, 402; 403; 802; 901 | X | |
| 062 | Elizabeth Wedge Email, dated 4/17/25 | Staley 329 | 401, 402; 403 | X | |
| 063 | Elizabeth Wedge Email, dated 5/19/25 | Staley 330-332 | 106; 401, 402; 403 | X | |
| 064 | Michal Dedera Email, dated 5/28/25 | Staley 333-337 | 401, 402; 403 | X | |
| 065 | Hotel 57 Services LLC's Responses to Plaintiffs' Amended Deposition Notice Topics 1-31 | Hwang 30(b)(6) Depo Ex 17 | 401, 402; 403; 802; 901 | X | |
| 066 | [Intentionally Omitted] | | | X | |
| 067 | EmPact Agreement | Civil Docket Sheet Doc No. 43-1 | | X | |
| 068 | Declaration of Cathy Hwang, dated November 15, 2022 | Civil Docket Sheet Doc No. 30 | 401, 402; 403; 901 | X | |
| 069 | [Intentionally Omitted] | | | X | |
| 070 | Warner Plea Agreement 1:13-CR-731 NDIL | Doc No. 15 | 401, 402; 403; 802; 901 | X | |
| 071 | Warner Change of Plea Transcript 1:13-CR-731 NDIL | Doc No. 25 | 401, 402; 403; 802; 901 | X | |
| 072 | WARN Notice to AFL-CIO, dated 3/26/20 | WD1127 | | X | |
| 073 | WARN Notice to NYC Workfor dated 3/26/20 | WD1104-1106 | | X | |
| 074 | August 5, 2020 letters to non-un employees | Plaintiffs' Ex. 14 at | | X | |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| | | Ortiz Dep. | | | |
| 075 | Excel Spreadsheet | WD8170 | | X | |
| 075a | PDF of 075 | | | X | |
| 076 | Excel Spreadsheet | WD9858 | | X | |
| 076a | PDF of 076 | | | X | |
| 077 | Excel Spreadsheet | WD9857 | | | X |
| 078 | Civil Docket Sheet for 22-CV-9 | 8 pages | 401, 402; 403; 802; 901 | X | |
| 079 | Documents from Hotel 57 LLC, et al v FSR International Hotels, Inc., et al. 22-CV-9331 | Chahwan Dep. Ex. 26 | 401, 402; 403; 802; 901 | X | |
| 080 | NYC's Four Seasons hotel in standoff with Beanie Babies mogul - and could stay shut for years | Staley0350-357 https://nypost.com/2 ycs-four-seasons-hot standoff-with-beanie mogul/ | 401, 402; 403; 802 | X | |
| 081 | New York's ultra-exclusive Fou Seasons hotel which Still hasn't reopened post-COVID could sta closed for Another FOUR YEA because Beanie Babies Billionaire is refusing to pay franchise fees | Staley0358-368 https://www.dailyma s/article-11273169/N Four-Seasons-hotel-r post-COVID-stay-cl YEARS.html | 401, 402; 403; 802 | X | |
| 082 | Billion-Dollar Babies | Staley 338-349 https://airmail.news/ 10-29/billion-dollar- | 401, 402; 403; 802 | X | |
| 083 | HMA Lawsuit Documents | Marked Warner Dep Ex 01 | 401, 402; 403; 802; 901 | X | |
| 084 | Email chain dated 6/4/20 Between Bethania Gonzalez and Frank Galsso | WD6719 (Marked Warner Dep Ex 06) | 401, 402, 802, 901 | X | |
| 085 | Email from Thomas Rosati | WD9824 | 401, 402, 802, 901 | X | |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
|  | To Hwang and others | (Marked Warner Dep Ex 09) |  |  |  |
| 086 | Conditions Report - 4/8/2021 | WD9825-9837 (Marked Dep Ex 10) |  | X |  |
| 087 | Email introduced at Hwang's 30(b)(1) Deposition | WD9119-9120 | 802, 901 | X |  |
| 088 | Reopening Communications Guidance and Materials: Public Relations and Social Media/ "*Lead With Care*" | WD9374-9427 Marked as Exhibit 14 at Hwang's 30(b)(1) Depo | 401, 402; 403; 802, 901 | X |  |
| 089 | Hwang Declaration in Support of Warner's Notice of Removal | Exhibit 7 at Hwang's 30(b)(1) Depo | 401, 402; 403; 802 | X |  |
| 090 | 3/26/2020 – Appears to be WARN Notice to Union Employ | WD_001193 and Marked as Exhibit 18 at Hwang's 30(b)(6) Depo | 401, 402; 403 | X |  |
| 091 | Plaintiffs' Second Amended Not of Deposition of Hotel 57 Servic LLC under 30(b)(6 | Marked at 30(b)(6) Depo at Ex 12 | 403; 802, 901 | X |  |
| 092 | Declaration of Cathy Hwang dated 11 15 2022 | Marked at 30(b)(6) Depo at Ex 8 | 401, 402; 403; 901 | X |  |
| 093 | Email introduced at Hwang's 30(b)(1) Deposition | WD9113-9114 | 106, 802, 901 | X |  |
| 094 | Email introduced at Hwang's 30(b)(1) Deposition | WD9108-9109 | 802, 901 | X |  |
| 095 | Email introduced at Hwang's 30(b)(1) Deposition | WD9122 | 802, 901 | X |  |
| 096 | Email introduced at Hwang's 30(b)(1) Deposition | WD9102-9103 | 106, 802, 901 | X |  |
| 097 | Email introduced at Hwang's 30(b)(1) Deposition | WD5545 | 802 | X |  |
| 098 | Email introduced at Hwang's 30(b)(1) Deposition | WD3078-3085 | 401, 402; 802, 901 | X |  |

| EX. | DESCRIPTION | BATES NO. | OBJECTIONS, IF ANY (LIST FRE) | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 099 | Arbitration Litigation Document | Hwang Depo Ex 4 | 401, 402; 403; 802 | X | |
| 100 | Four Seasons Hotel New York – Communications Plan | WD8977-8982 | 802; 901 | X | |
| 101 | Press Release: "Four Seasons Hotel New York and Four Seasons Resort the Biltmore Santa Barbara Announce Reopening Plans" | Staley0369 | | X | |
| 102 | Press Release: "Now Open: Four Seasons Hotel New York Ushers in a New Era of Elevated Luxury in Midtown Manhattan," dated 11/15/2024 | Staley0370-372 https://press.fourseas ntent/fourseasons_pr ntView.html?pageTo nt/fourseasons_press ws/newyork/2024/no | | X | |
| 103 | [Intentionally omitted] | | | | |
| 104 | List of Opt-Outs | ECF# 162 at Page 14 of 14 | | X | |
| 105 | [Intentionally omitted] | | | X | |
| 106 | Table: Class Damages - Just Compiling WARN Act Damages | | 403; 602; 802; 901 | X | |
| 107 | Table: Class Damages - Just Multiple WARN Act Violation | | 403; 602; 802; 901 | X | |
| 108 | WARN Class Damages - Information from WD Disclosures | | 403; 602; 802; 901 | X | |
| 109 | May 15, 2020 Staff Newsletter | Staley 0086 | | X | |
| 110 | October 5, 2020 letter from Rudy Tauscher to staff | Staley 0058 | | X | |
| 111 | December 24, 2020 letter from Rudy Tauscher to staff | Staley 220 | | X | |
| 112 | 30(b)(1) Hwang Dep Transcript, Excerpt pp. 197 - 199 | | 106; 401, 402; 403; 602; 802 | X | |
| 113 | Warner Dep Transcript, Excerpt pp. 173 - 174 | | 106; 401, 402; 602; 802 | X | |
| 114 | Spreadsheet changes to WD8170 | Exhibit 8 to Krock deposition | 106; 401, 402; 403; 602; 802, 901 | | X |

| 115 | The Hotel Management Agreement and Addenda up to November 2011 | WD704-728 | 401, 402; 602, 802, 901 | X | |
|---|---|---|---|---|---|
| 116 | Hotel Management Agreement Addendum, dated June 10, 2024 | WD9886-9916 | 401, 402; 602, 802, 901 | X | |
| 117 | Letter Agreement to Hotel Management Agreement, dated June 10, 2024 | WD9917-9930 | 401, 402; 602, 802, 901 | X | |