# EXHIBIT 2

# EXHIBIT 2

## Defendant Hotel 57 Services, LLC's Trial Exhibit List

\* In addition to the below objections, Plaintiff maintain the objections raised in their motions in limine

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX1 | Employee Roster March 2020 | WARNERDEF_008176 | WARNERDEF_008176 | 402, 403, 611a(3) |
| DX2 | EmPact Agreement | Staley v FSR0107 | Staley v FSR0167 | n/a |
| DX3 | Holmes EmPact Agreement Acknowledgment | WARNERDEF_000122 | WARNERDEF_000122 | n/a |
| DX4 | Staley EmPact Agreement Acknowledgment | WARNERDEF_000111 | WARNERDEF_000114 | n/a |
| DX5 | Ivey EmPact Agreement Acknowledgment | WARNERDEF_000090 | WARNERDEF_000090 | n/a |
| DX6 | EmPact Agreement (Defendants' Exhibit 58 at Plaintiffs' Depositions) | | | 402, 403, 611a(1), 611a(2) |
| DX7 | 3/19/20 Ltr to All Employees | WARNERDEF_009115 | WARNERDEF_009117 | 801, 802 |
| DX8 | 3/24/20 Ltr to Employees (Defendants' Exhibit 73 | Staley v. FSR0212 | Staley v. FSR0212 | 801, 802 |
| DX9 | 3/26/20 Notice to NYC Workforce Development | WARNERDEF_001104 | WARNERDEF_001106 | 801, 802 |
| DX10 | 3/26/20 Notice to Peter Ward, President, New York Hotel & Motel Trades Council, AFL-CIO | WARNERDEF_001107 | WARNERDEF_001126 | 801, 802 |
| DX11 | 4/9/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0204 | Staley v FSR0207 | 801, 802 |
| DX12 | 4/9/20 Ltr to All Employees (Defendants' Exhibit 74 at Plaintiffs' Depositions) | Staley v FSR0204 | Staley v FSR0207 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX13 | 4/9/20 Ltr to All Employees | | | 402, 403, 611a(1), |
| DX14 | 4/30/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0054 | Staley v FSR0054 | 801, 802, |
| DX15 | 4/30/20 Ltr to All Employees | WARNERDEF_000833 | WARNERDEF_000833 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX16 | 4/30/20 Ltr to All Employees (Defendants' Exhibit 75 at Plaintiffs' Depositions) | Staley v. FSR00208 | Staley v. FSR00208 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX17 | 5/15/2020 Communication to Employees (Defendants' Exhibit 35 at Plaintiffs' Depositions) | Staley v. FSR0086 | Staley v. FSR0087 | 801, 802, |
| DX18 | 5/22/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0055 | Staley v FSR0055 | 801, 802, |
| DX19 | 5/22/20 Ltr to All Employees | WARNERDEF_001018 | WARNERDEF_001018 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX20 | 5/22/20 Ltr to All Employees (Defendants' Exhibit 76 at Plaintiffs' Depositions) | Staley v. FSR0219 | Staley v. FSR0219 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX21 | Solid Rock Deck re: Advanced Technology and Operations Protocol To Be Considered In Response to Covid-19 (June 2020) | SOLIDROCK0001 | SOLIDROCK0031 | 402, 403, 801, 802, 901, 902, 701, 702, 611a(1), 611a(2) |
| DX22 | 6/22/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0056 | Staley v FSR0056 | 801, 802 |

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX23 | 6/22/20 Ltr to All Employees | WARNERDEF_000696 | WARNERDEF_000696 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX24 | 6/22/20 Ltr to All Employees (Defendants' Exhibit 77 at Plaintiffs' Depositions) | Staley v. FSR0216 | Staley v. FSR0216 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX25 | 6/25/20 Internal Memo to Olive (Ivey) Rodriguez re: Benefits During Furlough (Defendants' Exhibit | WARNERDEF_000084 | WARNERDEF_000085 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX26 | 7/10/20 Correspondence to All Employees (Defendants' Exhibit 70 at Plaintiffs' Depositions) | WARNERDEF_00008 | WARNERDEF_00008 | 402, 403, 801, 802, |
| DX27 | 7/10/20 Correspondence to All Employees | WARNERDEF_000680 | WARNERDEF_000680 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX28 | 7/15/20 Internal Memo to Vivian Holmes re: Benefits Coverage During Furlough (Defendants' | Staley v FSR0017 | Staley v FSR0018 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX29 | 7/15/20 Internal Memo to Vivian Holmes re: Benefits Coverage During Furlough | WARNERDEF_000116 | WARNERDEF_000117 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX30 | 7/30/20 E-mail Re: Benefits Cost Share Program | WARNERDEF_001147 | WARNERDEF_001148 | 801, 802 |
| DX31 | 8/5/20 WARN Act Notices | WARNERDEF_000936 | WARNERDEF_001017 | n/a |
| DX32 | 8/5/20 WARN Act Notice to Olive Ivey (Defendants' Exhibit 69 at Plaintiffs' Depositions) | WARNERDEF_000083 | WARNERDEF_000083 | n/a |
| DX33 | 8/5/20 WARN Act Notice to Vivian Holmes (Defendants' Exhibit 39 at Plaintiffs' Depositions) | Staley v FSR0002 | Staley v FSR0002 | n/a |
| DX34 | 8/5/20 WARN Act Notice to Vivian Holmes (Defendants' Exhibit 40 at Plaintiffs' Depositions) | Staley v. FSR0016 | | 402, 403, 611a(1), 611a(2) |
| DX35 | 8/5/20 WARN Act Notice to Selena Staley (Defendants' Exhibit 78 at Plaintiffs' Depositions) | Staley v FSR0214 | Staley v FSR0214 | n/a |
| DX36 | 8/11/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0057 | Staley v FSR0057 | 801, 802, |
| DX37 | | | | |
| DX38 | 8/28/20 document titled Questions Follow Up from All Employee Town Hall Call (Defendants' Exhibit | Staley v. FSR0088 | Staley v. FSR0089 | 801, 802, |
| DX39 | 8/11/20 Ltr to All Employees | WARNERDEF_000685 | WARNERDEF_000685 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX40 | 9/17/20 Ltr to All Employees (Defendants' Exhibits | Staley v. FSR0221 | Staley v. FSR0221 | 801, 802 |
| DX41 | 9/17/20 Ltr to All Employees (Defendants' Exhibit 79 at Plaintiffs' Depositions) | Staley v. FSR0221 | Staley v. FSR0221 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX42 | 9/17/20 Ltr to All Employees | WARNERDEF_000684 | WARNERDEF_000684 | 801, 802 |
| DX43 | 10/2/20 Email from M. Dedera re: Resignation | WARNERDEF_009851 | WARNERDEF_009852 | 801, 802 |
| DX44 | 10/5/20 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0058 | Staley v FSR0058 | 801, 802 |
| DX45 | 10/5/20 Ltr to All Employees | WARNERDEF_009302 | WARNERDEF_009302 | 402, 403, 611a(1), 611a(2), 801, 802, |

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX46 | 11/19/20 E-mail from E. Ortiz re: Mini Survey (Defendants' Exhibit 45 at Plaintiffs' Depositions) | Staley v. FSR0001 | Staley v. FSR0001 | 801, 802 |
| DX47 | 12/3/20 Ltr to All Employees (Defendants' Exhibits | Staley v FSR0211 | Staley v FSR0211 | 801, 802 |
| DX48 | 12/3/20 Ltr to All Employees (Defendants' Exhibit 80 at Plaintiffs' Depositions) | Staley v FSR0211 | Staley v FSR0211 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX49 | 12/3/20 Ltr to All Employees | WARNERDEF_000690 | WARNERDEF_000690 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX50 | 1/5/21 E-mail from Hind Alami re: Resignation | WARNERDEF_009847 | WARNERDEF_009847 | 801, 802 |
| DX51 | 2/8/21 (inadvertently dated 2/8/20) Ltr to All Employees (Defendants' Exhibit 47 at Plaintiffs' | Staley v FSR0213 | Staley v FSR0213 | 801, 802 |
| DX52 | 2/8/21 (inadvertently dated 2/8/20) Ltr to All Employees | WARNERDEF_000692 | WARNERDEF_000692 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX53 | 3/22/21 Notice of Resignation from J. Rabb | WARNERDEF_009846 | WARNERDEF_009846 | 801, 802 |
| DX54 | 3/25/21 Ltr to All Employees (Defendants' Exhibit | Staley v FSR0060 | Staley v FSR0060 | 801, 802 |
| DX55 | 3/25/21 Ltr to All Employees (Defendants' Exhibit 81 at Plaintiffs' Depositions) | Staley v. FSR0218 | Staley v. FSR0218 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX56 | 3/25/21 Ltr to All Employees | WARNERDEF_000682 | WARNERDEF_000682 | 402, 403, 611a(1), |
| DX57 | 4/8/21 Solid Rock Conditions Report | WARNERDEF_009825 | WARNERDEF_009837 | n/a |
| DX58 | 4/13/21 Email from E. Alvarez re: Resignation | WARNERDEF_009854 | WARNERDEF_009854 | 801, 802 |
| DX59 | 4/22/21 Ltr of resignation from Lisa Lajes-Perez | WARNERDEF_009838 | WARNERDEF_009838 | 801, 802 |
| DX60 | 4/22/21 E-mail from E. Ortiz to O. Rodriguez re: Congratulations on your Task Force Assignment | WARNERDEF_000907 | WARNERDEF_000908 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX61 | 4/29/21 Ltr to All Employees re: Important COBRA | Staley v FSR0065 | Staley v FSR0065 | 801, 802 |
| DX62 | 4/29/21 Ltr to All Employees re: Important COBRA Subsidy Information | WARNERDEF_000086 | WARNERDEF_000086 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX63 | 5/7/21 Ltr to Vivian Holmes re: COBRA Information (Defendants' Exhibit 49 at Plaintiffs' | Staley v FSR0069 | Staley v FSR0080 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX64 | 5/24/21 Ltr to O. Ivey re: Philadelphia Task Force Assignment | WARNERDEF_000132 | WARNERDEF_000132 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX65 | 6/9/21 Virtual Town Hall Meeting Invitation from | WARNERDEF_008781 | WARNERDEF_008782 | 402, 403, 801, 802, |
| DX66 | 6/25/21 Virtual Townhall Invitation from E. Ortiz | WARNERDEF_008970 | WARNERDEF_008971 | 801, 802 |
| DX67 | 6/25/21 E-mail from E. Ortiz | WARNERDEF_008966 | WARNERDEF_008966 | 801, 802 |
| DX68 | 6/25/21 Ltr to All Employees (Defendants' Exhibit 50 at Plaintiffs' Depositions) | Staley v FSR0061 | Staley v FSR0061 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX69 | 6/25/21 Ltr to All Employees | WARNERDEF_008967 | WARNERDEF_008967 | 801, 802 |
| DX70 | 7/9/2021 FSNY communication (Defendants' Exhibit 51 at Plaintiffs' Depositions) | Staley v. FSR0082 | Staley v. FSR0085 | 801, 802 |
| DX71 | 9/30/21 E-mail from T. Nahai re: Resignation | WARNERDEF_009839 | WARNERDEF_009839 | 801, 802 |

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX72 | Undated November Monthly Communication (Defendants' Exhibit 52 at Plaintiffs' Depositions) | Staley v. FSR0062 | Staley v. FSR0064 | 801, 802 |
| DX73 | 3/31/22 E-mail from E. Ortiz to C. Hwang re: Non- | WARNERDEF_009110 | WARNERDEF_009110 | 801, 802 |
| DX74 | 2/17/24 E-mail from E. Miles re: Formal | WARNERDEF_009879 | WARNERDEF_009879 | 801, 802 |
| DX75 | 7/19/24 Ltr re: Reopening Update; Interest in Recall | WARNERDEF_009870 | WARNERDEF_009870 | 801, 802 |
| DX76 | 7/19/24 Ltr to Selena Staley re: Reopening Update; | WARNERDEF_009871 | WARNERDEF_009871 | 801, 802 |
| DX77 | 7/19/24 Ltr to Vivian Holmes re: Reopening | WARNERDEF_009872 | WARNERDEF_009872 | 801, 802 |
| DX78 | 8/30/24 Notice of Recall to Olive Rodriguez | WARNERDEF_009867 | WARNERDEF_009867 | 801, 802 |
| DX79 | 11/15/24 Notice of Recall to Selena Staley | WARNERDEF_009875 | WARNERDEF_009875 | 801, 802 |
| DX80 | 11/15/24 Notice of Recall to Vivian Holmes | WARNERDEF_009876 | WARNERDEF_009876 | 801, 802 |
| DX81 | 12/7/24 E-mail from E. Lettier re: Four Seasons | WARNERDEF_009873 | WARNERDEF_009874 | 801, 802, |
| DX82 | Vivian Holmes' 2020 W-2 and Earning Summary (Defendants' Exhibit 53 at Plaintiffs' Depositions) | Staley v. FSR0050 | Staley v. FSR0051 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX83 | Vivian Holmes' 2021 W-2 and Earning Summary (Defendants' Exhibit 54 at Plaintiffs' Depositions) | Staley v. FSR0020 | Staley v. FSR0021 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX84 | Vivian Holmes Earnings Statement (6/18/22 - 6/24/22) (Defendants' Exhibit 55 at Plaintiffs' | Staley v. FSR0027 | Staley v. FSR0027 | 801, 802 |
| DX85 | Olive Ivey's 2020 W-2 and Earning Summary (Defendants' Exhibit 63 at Plaintiffs' Depositions) | Staley v. FSR0245 | Staley v. FSR0246 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX86 | Olive Ivey's 2021 W-2 and Earning Summary (Defendants' Exhibit 64 at Plaintiffs' Depositions) | WARNERDEF_000152 | WARNERDEF_000152 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX87 | Olive Ivey Earning Statement (7/16/22-7/22/22) (Defendants' Exhibit 65 at Plaintiffs' Depositions) | Staley v. FSR0254 | Staley v. FSR0254 | 801, 802 |
| DX88 | Selena Staley Earning Statements (2/29/20 - 12/31/20) (Defendants' Exhibit 83 at Plaintiffs' | Staley v. FSR0188 | Staley v. FSR0197 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX89 | Selena Staley Earning Statements (10/9/21 - 12/24/21) (Defendants' Exhibit 84 at Plaintiffs' | Staley v. FSR0224 | Staley v. FSR0234 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX90 | Selena Staley Earning Statements (4/9/22 - 11/25/22) (Defendants' Exhibit 85 at Plaintiffs' | Staley v. FSR0168 | Staley v. FSR0202 | 801, 802 |
| DX91 | Selena Staley 2020 W-2 and Earning Summary (Defendants' Exhibit 86 at Plaintiffs' Depositions) | Staley v. FSR0237 | Staley v. FSR0238 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX92 | Selena Staley 2021 W-2 and Earning Summary (Defendants' Exhibit 87 at Plaintiffs' Depositions) | Staley v. FSR0239 | Staley v. FSR0240 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX93 | Selena Staley 2021 W-2 and Earning Summary (Defendants' Exhibit 88 at Plaintiffs' Depositions) | Staley v. FSR0241 | Staley v. FSR0244 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX94 | Excel Spreadsheet re: $500/Week Voluntary Payments through 11/7/24 | WARNERDEF_009857 | WARNERDEF_009857 | 402, 403, 611a(1), 611a(2), 1002, 1006 |
| DX95 | Excel Spreadsheet for Non-Union Employees re: $500/Week Voluntary Payments | WARNERDEF_001166 | WARNERDEF_001186 | 402, 403, 611a(1), 611a(2), 801, 802, |

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX96 | Plaintiffs' Rule 26(A)(1)(a) Initial Disclosures dated December 26, 2022 (Defendants' Exhibit 20 at | | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX97 | Intentionally Omitted | | | |
| DX98 | Plaintiffs' First Supplemental Disclosures dated December 29, 2022 | | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX99 | Plaintiff's Supplemental Disclosure Letter to supplement Initial Disclosures dated February 24, | | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX100 | Plaintiffs' Responses and Objections to Warner Defendants First Set of Interrogatories dated | | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX101 | Vivian Holmes' Verification to First Set of Interrogatories dated December 29, 2022 | | | 402, 403, 611a(1), 611a(2) |
| DX102 | Olivey Ivey Verification to First Set of Interrogatories dated December 29, 2022 | | | 402, 403, 611a(1), 611a(2) |
| DX103 | Selena Staley Verification to First Set of Interrogatories Dated December 29, 2022 | | | 402, 403, 611a(1), 611a(2) |
| DX104 | Declaration of Vivian Holmes dated December 5, 2022 (Defendants' Exhibit 57 at Plaintiffs' | | | 402, 403, 611a(1), 611a(2) |
| DX105 | Declaration of Vivian Holmes dated February 6, 2023 | | | 402, 403, 611a(1), 611a(2) |
| DX106 | Declaration of Vivian Holmes dated May 7, 2024 | | | 402, 403, 611a(1), 611a(2) |
| DX107 | Declaration of Olive Ivey dated May 7, 2024 | | | 402, 403, 611a(1), 611a(2) |
| DX108 | Declaration of Selena Staley dated May 7, 2024 | | | 402, 403, 611a(1), 611a(2) |
| DX109 | Declaration of Vivian Holmes, with exhibits dated August 5, 2024 | | | 402, 403, 611a(1), 611a(2) |
| DX110 | Complaint dated August 9, 2022 (Defendants' Exhibit 5 at Plaintiffs' Depositions) | Dkt. No. 1 | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX111 | First Amended Complaint dated December 16, 2022 (Defendants' Exhibit 6 at Plaintiffs' | Dkt. No. 48 | | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX112 | Defendants' Exhibit 29 from Plaintiffs' Deposition | Staley v. FSR0001 | FSR0089 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX113 | December 13, 2016 Ltr to Vivian Holmes re: Employee of the Month (Defendants' Exhibit 30 | Staley v. FSR0281 | Staley v. FSR0281 | n/a |
| DX114 | Undated Note to Vivian Holmes (Defendants' Exhibit 31 at Plaintiffs' Depositions) | Staley v. FSR0269 | Staley v.FSR0270 | n/a |

5

| DEF. TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|
| DX115 | March 20, 2020 Ltr to Vivian Holmes (Defendants' Exhibit 32 at Plaintiffs' Depositions) | Staley v. FSR0028 | Staley v. FSR0028 | n/a |
| DX116 | U.S. Empact-Employee handbook cover (Defendants' Exhibit 56 at Plaintiffs' Depositions) | Staley v. FSR0032 | Staley v. FSR0032 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX117 | May 17 Text Exchange between Olive Ivey and E. Ortiz (Defendants' Exhibit 66 at Plaintiffs' | WARNERDEF_000651 | WARNERDEF_000653 | 402, 403, 611a(1), 611a(2), 801, 802, |
| DX118 | 9/8/21 Ltr to DOL Request Hearing (Defendants' Exhibit 82 at Plaintiffs' Depositions) | Staley v. FSR0222 | Staley v. FSR0222 | n/a |
| DX119 | Notice on the Continuation of the National Emergency Concerning the Coronavirus Disease | Dkt. No. 93-6 | | 402, 403, 611a(1), 611a(2) |
| DX120 | New York Executive Orders | Dkt No. 93-7 | | 402, 403, 611a(1), 611a(2) |
| DX121 | August 3, 2023 Four Seasons press release | Dkt. No. 93-8 | | n/a |
| DX122 | Court's Opinion & Order dated March 31, 2025 | Dkt. No. 149 | | n/a |
| DX123 | curriculum vitae of Joseph A. Krock, Ph.D. | Ex. A to Supplemental Report of J. Krock dated 7/21/25 | | 402, 403, 801, 802, 611a(1), 611a(2) |
| DX124 | intentionally ommitted | | | |
| DX125 | Joseph A. Krock, Ph.D.'s calculations | Ex. C to Supplemental Report of J. Krock dated 7/21/25 | | 402, 403, 801, 802, 611a(1), 611a(2), 701, 702, 1006 |
| DX126 | Joseph A. Krock, Ph.D.'s calculations excluding four opt-outs | Ex.D to Supplemental Report of J. Krock dated 7/21/25 | | 402, 403, 801, 802, 611a(1), 611a(2), 701, 702, 1006 |
| DX127 | Greg Rice Spreadsheet | WARNERDEF_009954 | WARNERDEF_009954 | 401, 402, 802, 803 |
| DX128 | Excel spreadsheet re: Non-Union Hours 3/20/20 - 12/31/20 | WARNERDEF_009843 | WARNERDEF_009843 | 401, 402, 802, 803, 901 |
| DX129 | Excel spreadsheet re: Non-Union Hours 1/1/21 - 12/31/21 | WARNERDEF_009842 | WARNERDEF_009842 | 401, 402, 802, 803, 901 |
| DX130 | Excel spreadsheet re: Non-Union Hours 1/1/22-12/31/22 | WARNERDEF_009844 | WARNERDEF_009844 | 401, 402, 802, 803, 901 |
| DX131 | Excel spreadsheet re: Non-Union Hours 1/1/23-YTD | WARNERDEF_009845 | WARNERDEF_009845 | 401, 402, 802, 803, 901 |