**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SELENA STALEY, VIVIAN HOLMES, and
OLIVE IVEY, on behalf of themselves and all
Others similarly situated,

                      Plaintiffs,

     -against-                                    22 **CIVIL** 6781 (JSR)

                                                            **JUDGMENT**

HOTEL 57 SERVICES, LLC,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 4, 2025, this action is hereby dismissed with prejudice. Final judgment is entered.

**Dated:** New York, New York

      September 5, 2025

                                                      **TAMMI M. HELLWIG**
                                                     _____
                                                        **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                       _____
                                                        **Deputy Clerk**