UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated, Plaintiffs, -against- HOTEL 57 SERVICES, LLC, Defendant. | 22-cv-6781 (JSR) ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 17, 2025, the parties in this dismissed action convened a joint call to chambers, where the plaintiffs made an unopposed request for leave to file a motion for reconsideration on this Court's previous Opinion and Order dismissing the action and the Clerk's Judgment. ECF Nos. 198, 199. This request is granted, with plaintiffs' motion due on September 18, 2025, and defendants' response due on October 6, 2025.

On that same call, the plaintiffs also requested the ability to attach new exhibits to their motion for reconsideration. Defendants opposed this request. The Court directs the parties to include brief arguments in their papers as to why this Court should or should not permit the plaintiffs to attach new exhibits to their motion for reconsideration. If the Court agrees to receive additional documents, it will notify the parties and hold in

1

abeyance its decision on the motion for reconsideration until those exhibits are submitted by the plaintiffs, and defendants are granted an opportunity to respond to the exhibits.

SO ORDERED.

New York, NY

September 17, 2025

JED S. RAKOFF, U.S.D.J.