UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    -against-<br><br>HOTEL 57 SERVICES, LLC,<br><br>       Defendant. | 22-cv-6781 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    After the Court dismissed this case for lack of standing on September 4, 2025, see ECF No. 198, the plaintiffs filed a motion for reconsideration, see ECF No. 201. For the reasons set forth in the defendant's opposition brief, see ECF No. 204, the motion for reconsideration is hereby denied.

    SO ORDERED.

New York, NY
October __/__, 2025

                                    JED S. RAKOFF, U.S.D.J.