UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELENA STALEY, VIVIAN HOLMES, and
OLIVE IVEY, on behalf of themselves and
all others similarly situated,
                Plaintiffs,

Case No. 22-CV-6781 (JSR)

-- against --

FSR INTERNATIONAL HOTEL INC., FOUR
SEASONS HOTELS AND RESORTS,
HOTEL 57 SERVICES, LLC, HOTEL 57, LLC,
TY WARNER HOTELS & RESORTS LLC,
and H. TY WARNER,
                Defendants.

### Order Granting Motion to Supplement the Record on Appeal

The Court grants the opposed motion of Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey to supplement the record to include the 50 files emailed to Chambers for review on Friday, October 10, 2025. Plaintiffs are directed to file with this Court a declaration, with these documents attached, indicating that these are the 50 files which were emailed to Chambers for review on Friday, October 10, 2025, and the Clerk of Court is directed to supplement the record on appeal to include these docket entries and to provide the same to the Second Circuit Court of Appeals as provided for in the applicable Rules.

So Ordered this  15th  day of October, 2025

                                                        Honorable Jed S. Rakoff
                                                        United States District Judge